UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER DOE,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL LEWIS GOGUEN et al.,<br><br>    Defendants. | Case No. 2:23-cv-02280-MEMF-SK<br><br>**ORDER PROVISIONALLY GRANTING DEFENDANT MICHAEL LEWIS GOGUEN'S *EX PARTE* APPLICATION FOR ORDER SEALING THE COMPLAINT** |

  The Court, having considered Defendant Michael Lewis Goguen's Ex Parte Application for Order Sealing the Complaint (ECF 5), hereby PROVISIONALLY GRANTS the Application. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *Johnson v. Cnty of San Bernardino*, 2021 WL 9720772, at *1 (C.D. Cal. Mar. 30, 2021).

  The Clerk of Court is directed to file the Complaint (ECF 1) under seal until further order of the Court.

  Meanwhile, within seven calendar days of this order, Defendant Goguen is ordered to file a Redacted version of the Complaint together with an Application for Leave to File the Unredacted version of the Complaint under seal in accordance with Local Rule 79-5.2. The Redacted version should redact references to any statements that are the subject of the civil harassment restraining order issued by the San Mateo County Superior Court on March 6, 2023, as well as any sexually explicit or salacious images.

  IT IS SO ORDERED.

Dated: April 6, 2023

                            _____
                            STEVE KIM
                            United States Magistrate Judge