UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER DOE,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL LEWIS GOGUEN et al.,<br><br>   Defendants. | Case No. 2:23-cv-02280-MEMF-SK<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Referral: Hon. Steve Kim<br><br>**ORDER GRANTING DEFENDANT MICHAEL LEWIS GOGUEN'S APPLICATION FOR LEAVE TO FILE UNREDACTED VERSION OF THE COMPLAINT IN COMPLIANCE WITH COURT ORDER (ECF NO. 9)** |

1   The Court, having considered Defendant Michael Lewis Goguen's Application
2 for Leave to File Unredacted Version of the Complaint in Compliance with Court
3 Order (ECF No. 9) (the "Application"), HEREBY ORDERS that the Application is
4 **GRANTED**.
5   Accordingly, in light of the relevant facts and circumstances of this particular
6 case, the Clerk is ordered to keep the unredacted version of the complaint (ECF 1)
7 under seal until further order the court. The redacted version of the complaint,
8 attached as exhibit G, to the application is ordered filed.
9   IT IS SO ORDERED.

11 DATED: April 13, 2023

STEVE KIM
U.S. MAGISTRATE JUDGE