UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER DOE,<br><br>           Plaintiff,<br>   v.<br><br>MICHAEL LEWIS GOGUEN et al.,<br><br>           Defendants. | Case No. 2:23-cv-02280-MEMF (SK)<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff Amber Doe is ORDERED TO SHOW CAUSE in writing by no later than **4 PM** on **April 28, 2023**, why the application to proceed in forma pauperis (ECF No. 2) should not be denied and this action accordingly dismissed because the complaint is "frivolous or malicious," "fails to state a claim on which relief may be granted," and "seeks monetary relief against a defendant who is immune from such relief."  28 U.S.C. § 1915(e)(2)(B).

    The written response must not exceed 10 pages **including** any exhibits or attachments, must not include any sexually explicit or salacious content of any kind, and must not reference (directly or indirectly) statements that are the subject of the civil harassment restraining order issued by the San Mateo County Superior Court on March 6, 2023.

    Failure to comply with these instructions, including failure to file a response by the ordered deadline, will lead to involuntary dismissal of the action for lack of prosecution and violating court orders.  See Fed. R. Civ. P. 41(b); L.R. 41-1.

    IT IS SO ORDERED.

Dated: <u>April 14, 2023</u>

                                                                                          STEVE KIM<br>
                                                                                          United States Magistrate Judge