FILED
CLERK, U.S. DISTRICT COURT

4/17/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CS_____ DEPUTY

Amber Doe
P.O. Box 20
8306 Wilshire Blvd.
Los Angeles, CA 90211
Phone 424- 379- 3619
Amberlitigate@gmail.com
Propia Persona

# UNITED STATES DISTRICT COURT

## DISTRICT OF

### Los Angeles
**For removal to The Supreme Court of the United States
Writ of Certiorari In Preparation**

Amber Doe,                                    )   Case No. CV23-2280-MEMF(SK)
                                              )
                    Plaintiff,                )   **NOTICE OF EX-PARTE APPLICATION AND**
                                              )   **EX-PARTE APPLICATION FOR TEMPORARY**
              vs.                             )   **RESTRAINING ORDER AND ORDER TO**
                                              )   **SHOW PENDING PRELIMINARY INJUNCTION**
Michael Lewis Goguen, Sequoia Capital, Two    )   **PENDING TRIAL; MEMORANDUM OF POINTS**
                                              )   **AND AUTHORITIES, DECLARATION OF**
Bear Capital, Two Bear Air, Quinn Emanuel ,   )   **Amber Doe, EXHIBITS 1, Text messages 2,**
                                              )   **Text messages 3, Motion to vacate judgement**
Diane Doolittle, Paoli & Purdy, Glaser Weil LLP )
                                              )   **DATE: Monday April 17, 2022**
Nemecek & Cole, Rivers Morell, Bisnar Chase,  )   **TIME:**
                                              )   **DEPT:**
Goodwin Procter LLP, Wilson, Sonsini, Goodrich )
                                              )
& Rosati, Sherman Law,  Brown and             )
                                              )
Charbonneau, Rosewood Sandhill, JAMS          )
                                              )
Arbitration,

 and DOES 1-10,000,000

                    Defendants.



and DOES 1-10,000,000

                    Defendants.

_____

– 1 –

1

2

3          TO DEFENDANTS, Michael Lewis Goguen, Sequoia Capital, Two Bear Capital, Two Bear Air, Paoli &

4   Purdy, Glaser Weil LLP Nemecek & Cole, Rivers Morell, Bisnar Chase, Goodwin Procter LLP, Wilson, Sonsini,

5   Goodrich & Rosati, Sherman Law,  Brown and Charbonneau, Rosewood Sandhill, JAMS Arbitration Stick and co, There

6   ATTORNEYS OF RECORD all of which are involved in this MALICIOUS CONSPIRACY          PLEASE

7   TAKE NOTICE that on April 17, 2023, at _____ 350 West 1st Street, Los Angeles, CA. 90012 _M. in

8   Courtroom of the above-entitled Court located at _350 W 1st St, Los Angeles, CA 90012,  will and

9   does move the Court by ex-parte application for a LIFE LONG PERMANENT Restraining Order and

10  a request for an order to show cause why a preliminary injunction should not issue prohibiting

11  Defendants  Michael Lewis Goguen, Sequoia Capital, Two Bear Capital, Two Bear Air, Quinn

12  Emanuel,  Paoli & Purdy, Glaser Weil LLP Nemecek & Cole, Rivers Morell, Bisnar Chase, Goodwin

13  Procter LLP, Wilson, Sonsini, Goodrich & Rosati, Sherman Law,  Brown and Charbonneau,

14  Rosewood Sandhill, JAMS Arbitration Sitrick and Co and their agents, attorneys, and representatives,

15  and all persons acting in concert or participating with them  from

16

17   Stalking, hacking, soliciting the murder of Amber Doe, Disseminating Child pornography depicting

18  plaintiff in states of undress, they must be prevented for tampering with any and treating physicians

19  and surgeons intent on treating plaintiff.  **Selling Real Property, converting property, moving

20  money and property off shore, liquidating real property,**

21   **Please take Michael Lewis Goguens Plane and all air crafts away from him so he can stop

22  using them to illegally transport victims nor can he use the aircrafts to flee the country to avoid**

**the consequences of all of his illegal and reprehensible behavior and further perverting the course of justice.**

**Amber Doe respectfully submits request for internationally protected status so that she can safely testify and provide evidence in courts of law against all perpetrators.**

Plaintiffs request a hearing date of today, Today April,17 ,2023 or as soon as possible thereafter.

In support of this Motion, Plaintiffs state:

1.      As set forth in Plaintiffs' Complaint, Motion for Permanent Life Long Restraining Order, and supporting documents filed herewith, Plaintiffs has already suffered and certainly will suffer substantial irreparable harm as a result of Defendants actions in that It states that all defendants have intentionally caused malicious and grievous physical, mental and emotional damage to Amber Doe as set forth in the complaint for Human trafficking rape premises liability

2.      Allowing Defendants to continue their  malicious ,criminal, conspiratorial conduct which continues to deprive plaintiff of all of her human rights constitutional rights and civil rights , and other unlawful activities will cause immediate and irreparable harm to Plaintiffs in that she is likely to lose her life by continuing to be stalked  and hunted by Goguens Agents as well as traffickers while enduring a grievous medical crises caused by Goguen and his agents and associates malice

3.      Plaintiff has taken the following steps to present and set a hearing for their Motion for Permanent Life Long Restraining Order, and notify Defendants thereof:

a.      Plaintiff first learned of Defendants' actions on _and relentless stalking In 2014 but believes stalking in the 2 years prior was perpetrated By Goguen and his agents Plaintiff contacted

multiple police stations and asked His Lawyer Diane Doolittle to stop the stalking and hacking and to

counsel her serial rapist of a client to stop doing the aforementioned. Plaintiff asked her own Lawyers

to assist and getting a restraining order to stop the stalking perpetrated by Goguen and his agents.

Everyone Lied to Plaintiff and said she was not being Stalked. Amber has Continued for 9 years to

request the stalking and hiring of copious perverts to stalk and chase Amber and every person they

think she may have spoken to in her lifetime inclusive of the elderly, the dying and small children to

Cease and Desist. The stalking and solicitation of Plaintiffs murder will only stop with a Permanent

Life Long Restraining order and I request Internationally protected status so that I can safely appear

in Court to provide Evidence and give testimony. Defendant Michael Lewis Goguen, his agents,

henchmen, colleagues, lawyers, Investigators and accountants have proven time and time again that

will stop their criminal activity only when plaintiff is dead.


 Plaintiff has repeatedly contacted defendants counsel  by sending letters via e-mail detailing the

damages suffered by Plaintiff as a result of Defendants actions and demanding that Defendants cease

and desist.  Defendants are well informed that Plaintiff will be seeking injunctive relief and a

restraining order Monday April 17th 2023 seeking immediate injunctive relief in the form of a

Permanent Life Long Restraining Order to prevent the continuation of the stalking and  Solicited

Murder of Amber Doe And The selling of assents to avoid paying damages for the destruction of

every part of plaits body mind and life, on _Friday April 14th 2023 Plaintiff provided defendants that

she would file this motion Ex-Parte on Monday April 23,2023

As of the filing of this Motion on  Monday April 17th 2023, Defendants have been placed on notice (directly and through their  counsel whom are also defendants) that Plaintiff  is seeking a Permanent Life Long Restraining Order and Preliminary Injunction, and Plaintiff will immediately notify Defendants upon the Court's setting of a hearing date on Plaintiffs' Motion for Permanent Life Long Restraining Order and Motion for Preliminary Injunction. Specifically, in addition to the above described communications, counsel for Defendants responded in writing to Plaintiffs' cease and desist demand, By responding to complaint severed with the following email Plaintiff response is listed below

4.       Plaintiff respectfully requests a hearing on Monday April 17, 2023, or as soon as possible thereafter, in order to prevent any further and future damage from Defendants' unlawful actions.

Thus, Plaintiffs respectfully request that this Court schedule a hearing on this Motion and Plaintiffs' Motion for Preliminary Injunction on Monday April 17, 2023 , or as soon as possible thereafter, and enter a Permanent Life Long restraining order against Defendants ordering that Defendants and their officers, managers, members, employees, attorneys, accountants, assigns, corporate parents, subsidiaries, agents, representatives, and other persons or entities acting on their behalf or under their control, or anyone else working with or on behalf of Defendants, are temporarily enjoined and restrained, directly or indirectly, and whether alone or in concert with others, from Talking plaintiff Amber Doe soliciting the murder of Plaintiff, Perverting the course of justice interfering with law enforcement or any government branch in regards To The instant case or any other action pertains to Amber doe. The must be prevented from stalking all innocent 3rd parties in regards to plaintiff. They must destroy all Child Pornography in their possession depicting plaintiff in

any state of undress.  They must be prevented from inciting violence by harassing the Gang. As well as **Selling Real Property, converting real property, moving money and real property off shore liquidating real property, Please take Michael Lewis Goguens Plane and all air crafts away from him so he can stop using them to illegally transport victims nor can he use the aircrafts to flee the country to avoid the consequences of all of his illegal and reprehensible behavior and further perverting the course of justice.**

This ex-parte application will be based upon this Notice, the Memorandum of Points and Authorities in support thereof, the files and records of this case, the declaration of __Amber Doe_ and Exhibits attached thereto, and such other and further oral and documentary evidence as may be presented at the hearing.

Dated: _April 26, 2023                              Amber Doe
                                                    ANY ATTORNEY OR PARTY

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

This case involves Human Trafficking by The Gang to be referred to in all filings until there is a internationally protected person order in place and police guards so that I may testify If the lawyers or Goguen reveal the name of the gang no person in my life is safe and I doubt any of them are either.

If they kill Goguen for poking around and sending people to their doors that is not anyones fault but his own and the lawyers and investigators who did it. I did not go tress-passing  around on their door steps I was never planning to speak a word as long as I lived about the Gang. Every document with their names must be redacted until an order is signed for my protection.

The Gang and Michael L Goguen, Michael L Goguen Trust, A Numbered account at Bank of America, Two Bear Ranch, Valley Oaks LLC, Sequoia capital, Two Bear Capital were the original traffickers  The Hotels, buildings, bars, means of transportation, media outlets  and currently all of the lawyers, Judges and everyone illegally Living off of the avails of Ambers Human trafficking in a inhumane, malicious, exploitive, hellacious and criminal scheme where they have conspired together and are profiting from Ambers situation of slavery and have become her new and current traffickers who are unlawfully endangering Ambers life with the stalking, hacking, solicitation of murder and involving the Gang in this legal case which was for breach of contract for the Trafficking, rape, abuse, exploitation suffered at the hands of Michael L Goguen.

The Judiciary the FBI the CIA the State Bar the Judicial Council

And The US Government do not work for Michael Lewis Goguen, Sequoia

Capital Or Quinn Emanuel LLP This is Corruption and a violation of

all citizens right to safety and Knowledge of the corruption and

the Sex offender.


18 U.S.C. § 1591 — Sex Trafficking of Children or by Force,
Fraud, or Coercion
(a) Whoever knowingly —
(1) in or affecting interstate or foreign commerce, or within the
special
maritime and territorial jurisdiction of the United States,
recruits,
entices, harbors, transports, provides, obtains, or maintains by
any
means a person; or
(2) benefits, financially or by receiving anything of value, from
participation
in a venture which has engaged in an act described in violation of
paragraph (1), knowing, or in reckless disregard of the fact, that
means
of force, threats of force, fraud, coercion described in subsection
(e)(2),
or any combination of such means will be used to cause the person
to
engage in a commercial sex act, or that the person has not attained
the
age of eighteen years and will be caused to engage in a commercial
sex
act, shall be punished as provided in subsection (b).
(b) The punishment for an offense under subsection (a) is —
(1) if the offense was effected by means of force, threats of
force, fraud,
or coercion described in subsection (e)(2), or by any combination
of
such means, or if the person recruited, enticed, harbored,
transported,
provided, or obtained had not attained the age of fourteen years at
the

time of such offense, by a fine under this title and imprisonment for
any term of years not less than fifteen or for life; or
(2) if the offense was not so effected, and the person recruited, enticed,
harbored, transported, provided, or obtained had attained the age of
fourteen years but had not attained the age of eighteen years at the
time of such offense, by a fine under this title and imprisonment for
not less than ten years or for life.
(c) In a prosecution under subsection (a)(1) in which the defendant had
a reasonable opportunity to observe the person so recruited, enticed,
harbored, transported, provided, obtained or maintained, the Government
need not prove that the defendant knew that the person had not attained
the age of eighteen years.
(d)Whoever obstructs, attempts to obstruct, or in any way interferes with or
prevents the enforcement of this section, shall be fined under this title,
imprisoned for a term not to exceed twenty years, or both.
Legal Definitions of Trafficking 309
(e) In this section:
(1) The term "abuse or threatened abuse of law or legal process" means
the use or threatened use of a law or legal process, whether
administrative, civil, or criminal, in any manner or for any purpose
for which the law was not designed, in order to exert pressure on
another person to cause that person to take some action or refrain
from taking some action.
(2) The term "coercion" means —
(A) threats of serious harm to or physical restraint against any person;
(B) any scheme, plan, or pattern intended to cause a person to believe
that failure to perform an act would result in serious harm to or
physical restraint against any person; or
(C) the abuse or threatened abuse of law or the legal process.
(3) The term "commercial sex act" means any sex act, on account of
which anything of value is given to or received by any person.

(4) The term "serious harm" means any harm, whether physical or
nonphysical, including psychological, financial, or reputational harm,
that is sufficiently serious, under all the surrounding circumstances, to
compel a reasonable person of the same background and in the same
circumstances to perform or to continue performing commercial sexual
activity in order to avoid incurring that harm.
(5) The term "venture" means any group of two or more individuals
associated in fact, whether or not a legal entity.
310 Appendix A

Amber was trafficked by an organized crime syndicate that began

trafficking her shortly before her 15th birthday.

    A relative was involved in her trafficking she was then lost

in a bet to an organized crime syndicate and held in debt bondage

for several years being beaten, starved, tortured and made to work

from 11 am to 4 am in clubs all over the world. Amber had no

passport and no identification of her own the identification was

created and

held by the traffickers.

In or around 2001–2002

    Upon arrival in Texas the first time. Michael L Goguen was

introduced to her he had a preexisting relationship with the club

and the traffickers. The club admits to having minors work in the
club.


This is illegal. Teenagers can not be Strippers nor can they
work in brothels. Waitresses and patrons have to be 21 years old to
be in bars. So how can 15 ,16 ,17 ,18 ,19 or 20 year old girls be
topless or nude in bars and be served alcohol?


Within 1 hour of Amber meeting Goguen a Sex trafficker by the
very definition, Goguen has thousands of girls and women
transported around the world for the purposes of rape, commercial
sex acts, sexual abuse and intentionally infects his slaves with
STDS. He has caused severe and irreparable  injury to Ambers body
on multiple occasions. In 2009 or 2010 Amber confronted Goguen abut
the HPV diagnosis she had recently received. There is no other
means by which Amber could have contracted this disease other than
Goguen he was having sex with hundreds of prostitutes without
condoms at that time unbeknownst to amber he promised that he had
never had any STDS in his life. He instructed her to set up two
companies so he could pay for her medical care in conjunction with
the Disease. Such diseases leads to Cervical cancer, vaginal
cancer, throat cancer in women. Goguen fully admits that he had
this disease since he was in collage and that he has been

undergoing treatment for the lesions on his penis including

Cryosurgery and excision.

 

Michael Goguen is a SEX TRAFFICKER. He uses the Romeo pimp

method to manipulate his victims He uses all of the same tactics

and a Romeo pimp he just does not earn money off of the

exploitation but he pays for his friends to violate his victims.

This is the Lover Boy Method. Girls who are trafficked feel

worthless. It's not easy to survive. So men convince them that they

are the only ones that will ever love them and that the trafficking

and abuse was all the victims fault.

They use tactics like we will deport you if you ever say

anything. They manipulate the victims families. Some victims of

these pimps work normal jobs during the day and they pimp them out

at any venue they can find at night. They typically impregnate

their victims and use the children as tools to force the victim to

remain complicit be threatening to hurt her children.

 

If Michael Goguen ever impregnated Amber and she could not obtain a

safe abortion she would hide the child deep inside of a foreign

country so Michael Goguen could not rape the child. He has forced

many of his victims to abort pregnancies he caused. He also has

dozens of children with victims of Michael Goguen Sex enterprise.

Rape victims should never be forced to give birth to a child that
is a product of a rape.

Some women choose to bring a child who is conceived of rape
into the world but how fair is it to the mother and the child. If
the can make the best of a horrible situation that is the only
saving grace.


Tragically Amber fell victim to all four of the most prolific types
of traffickers

Romeo Pimp

The Romeo pimp manipulates victims into compliance by using
affection, charm, and romantic affection (Winters et al., 2022). To
entrap their victim, Romeo pimps rely heavily on emotional
manipulation and future promises. (Duncan and DeHart, 2019). The
key point is that the trafficker presents himself as a trustworthy
individual to the victim. This is demonstrated by a 2010 study
conducted in Chicago, which discovered that the vast majority of
women described their trafficker as their boyfriend, with only a
few describing them as other friends or relatives (Duncan and
DeHart, 2019).

The grooming time is used by Romeo pimps to isolate the victim and
make them codependent, exposing the victim's vulnerabilities that
can be used against them for control. The relationship typically

takes a dark turn when the Romeo pimp asks the victim to dance in a strip club or engage in prostitution in order to make money to support their life together. At this point, the relationship includes extreme psychological manipulation as well as the possibility of physical violence, which is introduced to control the victim. This type of trafficking is especially coercive because the victim is trapped not only physically, but also emotionally.

Gorilla Pimp

A Gorilla pimp is the opposite of a Romeo in that no staged love or affection is involved. Instead, women are recruited and trapped in sex trafficking through routine violence. It is made clear that a victim's job is to turn tricks on the street or dance in a club, and failure to do so will result in severe consequences, usually resulting in physical and sexual abuse (Kennedy et al., 2007). It is not uncommon for a trafficker to begin as a Romeo pimp before gradually shifting to gorilla tactics (Kennedy et al., 2007). There is ample evidence in the sex trafficking literature that Gorilla pimps are the most difficult to leave and provide the least agency to victims of sex trafficking (Marcus et al., 2014).

CEO Pimp

On the other end of the spectrum, the CEO pimp promises victims lucrative careers and legitimate income (Winters et al., 2022). The CEO pimp runs things in an entrepreneurial manner, focusing on

profit and good business management, just like a legitimate
business. They see sexual exploitation as a business plan, with
victims serving as their products. They typically recruit their
victims by offering them a job, such as a modeling contract. This
relationship, like the previous types of traffickers, then descends
into sexual exploitation and abuse, even as the trafficker promotes
it as a life of luxury. This is referred to as trauma bonding, a
form of coercive control in which traffickers instill fear as well
as gratitude for being allowed to live (Litam, 2017).

Familial Trafficking

Many commercially exploited children in the United States have been
sexually abused in the home (Shared Hope International, 2020).
Statistics show that 27 percent of sex trafficking cases reported
to the United States' National Human Trafficking Hotline in 2018
were cases of familial trafficking (Polaris, 2019). As with all sex
trafficking cases, it is frequently misidentified as child abuse or
rape. The scant research on familial trafficking suggests a wide
prevalence range, ranging from 3% to 44% of child trafficking cases
(Allert, 2022). Unlike previous types of traffickers, children
exploited by family members may be abused at home but are still
driven to buyer locations and taken to parties and venues where
sexual abuse of children is a part of the experience (Allert,
2022). Children have a reasonable expectation of care, protection,

and security from their families, and a breach of these values can

have long-term consequences for mental health and future

relationships. The reality is that familial human trafficking is

all too common, and we must shatter the myth that relatives are

never involved in child trafficking.

After many many deleterious and malicious acts perpetrated against

Amber Goguen violently raped her in a hotel in London, England In

2012. He left the hotel and left her bleeding in the room alone

with no help. She only learned he had left the hotel room when his

driver asked the hotel staff to call the hotel room.

Amber sought medical help the best way she could in a foreign

country with no medical insurance and not knowing anybody other

than for a couple of hours in passing.

Amber had no idea the extent of the injury and went to several

clinics she was scared that if she told the police she could be

hurt or trafficked again. Amber went to see several gynecologists

and proctologists once a scope was done she was informed surgery

was necessary.

Amber told Goguen and his response was to send unsolicited money in the amount of $100,000.00 for the surgery Goguen never called or asked if he could assist in any way. Because he is a rapist and a psycho path. As long as he can pay for the damage he believes his nefarious conduct is acceptable.

Goguen has forced many of his victims to abort pregnancies he has caused.

In 2014 when Amber could no longer endure the abuse that Goguen stated he would force her to endure as part of his harem for the remainder of her life. Amber hired Rivers Morell to help her obtain medical treatment and safety. Amber did not know lawyers she did not think very much about what their exact duties were. She found Rivers by looking for rape victims lawyers. Amber thought lawyers were governed by the law of the land.

Amber had confronted Goguen again about the stalking and messages received on her phone.

Goguen denied all of this because he is a psychopath.

Rivers Morell Drafted a letter and a draft complaint after meeting Amber in a coffee shop for an hour. Amber did not know what the

California legal process was she did not know what mediation or draft complaints or demand letters were. Rivers Morell Stated he was an expert in Rape cases and helped many women.

Plaintiffs Lawyers especially of victims  a crime can not be manipulating and exploiting their clients.
I was told the lawyers are in control of me and the case. Later on I was told that the lawyers are working at my direction that is also improper trauma victims can not comprehend how to manage their hellacious lawyers.

The plaintiffs are not lawyers that are victims of crimes. Ambers case his is not a simple issue of slip and fall.
    How is a rape victim with no legal experience supposed to be in charge of Patricia Glaser who has been a lawyer for 50 years and has an entire firm of lawyers and friends who are judges.

    How is a victim of human trafficking supposed to know what Patricia Glaser or any other lawyer is supposed to be doing. When I went to a lawyer after Diane Doolittle did so many cruel inhuman and illegal things I was so terrified I would not show the Personal injury settlement agreement to the lawyers because I thought

showing a lawyer would be a breach. Goguen told me he and his law

firms we my lawyers.

Why would any person be paying a lawyer if they are supposed to

know everything the lawyer is supposed to be doing? This is more

abuse of process.


Rivers Morell told Amber that it was California law that he must

ask for mediation before filing a lawsuit. He never showed the

demand letter to Amber after a lawsuit was filed in 2016 by

Patricia Glaser Amber read the demand letter.


After Michael Goguen was served the letter Drafted by Rivers Morell

that Amber never seen that has not extortionate demands in nature

but merely a request for mediation nobody said they were calling

the police nobody sis they were going to kill Goguen.

 Amber did not want to endure a criminal lawsuit and lose any more

years of peace and safety in her life.


Goguen contacted Amber calling up to 25 times per day asking her to

speak to him directly.

Amber pleaded with him to get Diane Doolittle and to go to

mediation. Goguen and his lawyers stated they could represent Amber

rote a promissory not and stated that she had to fire Rivers Morell

that he was a criminal that he was stalking her and that he would

steal all of her money. Amber did not know lawyers Amber does not

trust people.

Goguen called multiple times a day threatening her to fire the

lawyer or that she would receive zero medical treatment. Diane

Doolittle stated she was going to trap Rivers Morell and that she

would set him up to look like a criminal.


Michael Goguen said the agreement that they were writing was in

Ambers best interest and that she would forever be free of all

abuse and exploitation. Goguen said he wanted forgiveness for all

the rape abuse and disease.

Amber believes in forgiveness however this individual has a mental

illness and he has zero remorse for what he does to his victims.

Michael Goguen said he was removing all of his lawyers sneaking

legal wording from the Personal injury settlement agreement. Amber

does not know what provisions exactly that he removed.


Michael Goguen believes he can just pay and make every crime co

commits be covered up by government authorities .

Anthony McCusker of Goodwin Procter and Diane Doolittle of Quinn

Emanuel and Wilson, Sonsini ,Goodrich and Rosati drafted letters

and messages for Amber to send to fire Rivers Morell.


   Goguen stated he could act as Amber's lawyer in her best

interests because he was experienced educated and had teams of

lawyers. Michael Goguen has no license to practice law so that was

illegal amber found out later.


All of February, March, April and 23 days of May 2014 Michael

Goguen bullied threatened and manipulated Amber into signing the

contract that he and his lawyers wrote she had no legal advice.

Nine years after Amber was again promised her freedom from rape and

trafficking by Goguen. Amber is currently being trafficked and

stalked by all of Goguens lawyers agents and associates. This is

Malicious. Amber never agreed that 58 or more lawyers could

illegally profit of of Ambers rape, trafficking, homelessness for

nine years and counting


   This is my own personal holocaust this is worse than the

transatlantic slave trade worse than Hitlers Nazi Germany, worse

than North Korea, Worse than Putins  Russia, Stalins Russia and

Apartheid combined all wars combined.  Girls and women are humans
this Male Supremacy needs to end.

I don't know of many women raping and trafficking children in most
cases its because the women themselves were raped and trafficked so
they did it to others.


   Women are not born to being rapists, pedophiles and traffickers.
The only thing Amber asked was that Michael Goguen sign a pledge
that he would not harm any more girls and women sexually or
otherwise.


   Men under no circumstances should be gynecologists there are
hundreds of sub specialties they do not need to be examining
women's vaginas all day everyday that is perverse.  So many
gynecologists violate their patients. Even if they are not rapists
It is still strange men are not women I don't know why they are
pretending to know what happens in a woman's body. They don't, they
are merely guessing.


He insisted that Amber abandon her modest apartment her only home
upon the signing his personal injury settlement agreement because
he was erecting naked princess panty parlor in Los Angeles within
walking distance of Ambers apartment.

The store Which he named after Amber he has been referring to Amber as naked princess for 22 years.

Amber complied with Michael Goguens demand and abandoned her home and her life.

The agreement was signed at the Rosewood Sand Hill hotel a destination of human trafficking.

There was a prostitution ring being run out of the jewelry store in the lobby of the hotel.

Michael Goguen housed many of his sex slaves at the Rosewood Sand Hill.

Goguen would come and go in full combat clothing and in between meeting from his office at Sequoia Capital which paid for hotels Food and transportation of Amber starting in 2002.

On May 14,2023 Sequoias notary came to the Rosewood Sand Hill and notarized the Personal injury settlement agreement created by Michael Goguen.

Quinn Emanuel LLP, Goodwin Procter LLP and Wilson Sonsini Goodrich and Rosati LLP.

Amber was crying in the common area of the hotel while Goguen groped her while waiting for Sequoias notary.

The Personal injury agreement was notarized in the Business center
of the hotel after the agreement was signed Michael Goguen went to
the room to rape Amber one last time to seal the deal and make sure
that she would comply and never speak of the abuse.

Amber did not understand that the agreement was a contract as she
is not a lawyer she is not a juris Doctor.

   Amber is a victim of child sex trafficking she was forced to
dance in strip clubs and have photos taken as a minor in states of
undress. She has no legal education. The agreement is titled
personal injury settlement agreement not contract.

Amber asked Michael Goguen to start going to therapy to stop
abusing girls and women he promised to begin after the agreement
was signed. He set up weekly phone calls to speak with A even
though his agreement at Ambers request states no further contact as
she was very scared he would continue to stalk her or kill her.
Amber feels a very heavy burden that if she had told the police
sooner Michael Goguen would not have been able to rape all of these
girls and women and destroy so many human lives.

After Goguen raped Amber the last time on May 23, 2014 he continued
to call her and request more debasing sodomy which she sated could
never happen again do to the severe damage he caused in 2012.
Months passed by and Goguen was still call amber talking about sex
sodomy all of his marital problems with his concubine his daughters
drug addiction his other daughter issues and his sons
hospitalization for strep throat asking Amber to pray for them. She
has never met any of his children with multiple prostitutes all
over the country. the only wife who was Not a prostitute was Lynne
Isbicki

In December of 2014 Diane Doolittle sent Amber a  message to Ambers
phone stating the agreement that they wrote was null and void as
procured by extortion. There was no extortion they are the ones who
wrote the agreement and forced Amber to fire her only lawyer a solo
practitioner.

Diane Doolittle said Amber could not Call Rivers Morell and tell
him what happened or he would sue her.

DIANE DOOLITTLE DID ALL OF THIS AFTER WAITING FOR THE CLOCK TO RUN
OUT ON AMBERS STATUTE OF LIMITATIONS TO BRING A CASE FOR BEING

RAPED. Diane Doolittle did not inform Amber of her statute of

limitations nor Did Michael Goguen.

Michael  Goguen and Diane Doolittle did not inform Amber that if

GOGUEN breached the contract that they created Amber would lose her

right as a victim of sex crimes to file her case as Jane Doe to

protect her from further harm.


  Patricia Glaser informed Amber that a breach of contract had to

be filed with a name AND NOT A PSEUDONYM.

Goguen Put in writing that the legally binding agreement would be

enforced in every court of law.


  Michael Goguen never mentioned the word extortion nor did he

mention the word defamation nor did his lawyers.  Goguen said the

agreement was so Amber could have safety, peace, happiness, medical

treatment, freedom from rape, stalking slavery and so that she

could go forth and help the cild victims in foster care still

trafficked or in orphanages. Prior to sex trafficking Amber was a

volunteer even as a small child. during sex trafficking Amber

participated in the food and toy drive every year. She would ask

all of her customers to come that weekend and bring toys and she

was allowed to charge any amount for the dances and sell items like

panties for any amount and all of the money was given to children

charities. Many girls hated it. Amber did not mind she was happy about the money not going to the traffickers. The liquor sales those days also went to children charities. Amber has no knowledge of why the clubs do this. Likely a cover for the trafficking and money laundering. After paying off her debt bondage Amber still did not have the freedom to do anything she wanted in her life. She began to ask women to allow her to come to classes and various events. She donated her time to as many projects as possible while studying. All the while still enduring Goguens abuse. the abuse was now limited to only Goguen.


Rather than tell Amber to find secure and preserve evidence Diane Doolittle instructed Amber in writing to destroy evidence. Diane Doolittle stated Amber was a prostitute and that she should not have money because Doolittle is ivy league educated and a former prosecutor and she does not earn the amount of the settlement agreement for her work. She sated that She knows Amber is not a victim because she was a prosecutor. Amber was not a prostitute. She was trafficked as a teenager to strip clubs by an organized crime syndicate.

Goguen turned her into his personal prostitute in the harem after she told him from day one that she was a virgin he would go to her small apartment where she had an air mattress on the floor and

would Master-bate on her face after telling her she was not good enough to be seen in public with.

He told her to refer to him as a king and an emperor and that he would help her escape the traffickers and ho to medical school. He then began  just leaving any amount of money behind  after violating her. He never helped her escape from traffickers

 Amber paid the debt after several years and never looked back none of the traffickers had anyway of finding her or hurting her again.

After months of Diane Doolittle's terrorism and Goguens manipulation and abuse Amber Hired Patricia Glaser. She trusted Patricia Glaser implicitly. Amber is very upset and disappointed that Patrica Glaser abandoned her case.

Amber never trusted any of the lawyers after she was put in a position where she had to call hundreds of male lawyers and talk about the facts and nature of the case every time damaging Ambers mind more and more. Amber never wanted any of the lawyers she hired after Patrica Glaser.

 There was only one male lawyer Amber wanted to hire and He does not want to deal with Diane Doolittle ever because she is a nasty horrible unethical piece of work. She is a sorry excuse for a

women. Diane Doolittle has victimized many other rape victims not just Amber.

I refuse to take Diane Doolittle's deposition I am finding a volunteer lawyer to do it. She is never allowed to speak to me in court or touch my dog who she made fun of and touched without permission. Because she is an awful human being. Excuse me but what did my dog do to Diane Doolittle or anybody else.

Amber is not calling any more men and talking to them about this case and listening to their sexual harassment or their outrageous opinions.

Willam Paoli is a racist and called amber a tar baby many times when he screamed at her because he said he could not control her. He was only covering the fact that he was stealing from her and intentionally destroying her case while she was fighting the health battle.

The lawyers at Glaser Weil were not honest with Amber about the legal process. They stated that the only evidence to be submitted at trial were the contract and the communications.

Diane Doolittle contacted Patricia Glaser and asked for another chance to mediate prior to a lawsuit being filed Amber went to two

mediations where she was left in the mediation room alone with the
rapist for a great many hours.

The first mediation Amber agreed that Michael Goguen could pay less
if he stopped hurting her.


  Goguen then said there was another stalker stalking Amber and
that Goguen would take Amber to the police to report the unnamed
stalker/hacker. And that Goguen would pay for a body guard that he
would control to be with Amber 24/7. Amber declined and asked
Goguen for the name of the alleged stalker. Goguen refused to
disclose his name. Amber learned over a year later that his name is
Brian Nash.


  The second mediation Michael Goguen continued to sexually harass
Amber demand arbitration and treated amber with the idea that
Rivers Morell would sue Amber because they made her fire Rivers
Morell even though Amber had pleaded to go to mediation with Rivers
Morell, Diane Doolittle and Michael Goguen. Michael Goguen stated
he would take on all Liability of forcing Amber to Fire Rivers
Morell.


Nobody told Amber the discovery process, nobody told Amber what to
expect during litigation , nobody said the entire world was a

witness that every person Amber ever spoke to for 5 min would be
stalked and threatened. Victims do not have $1200.00 per hour to
pay lawyers to help them stop Goguen from stalking them and
violating their rights of privacy and medical privacy.


  When the complaint was filed in 2016 Patricia Glaser was in
Israel unbeknownst to Amber.
 Amber had gone out of the country to visit a dying relative.
Michael Goguen tracks her every movement and had Amber put on a
terrorism list and looked her out of the United States. For some
reason Goguen And Diane  Doolittle are of the belief they can
tamper with government proceedings and change Ambers nationality.
By right of Birth Amber is a dual citizen of the United States and
Canada
Amber has spent more of her life in the United States than Canada.
He Grandparents are US citizens and have always had US passports
her great grandparents and great great grandparents were US
citizens Amber's biological father upon information and belief is a
US citizen by birth.


Amber does not know all of her relations and has no desire to meet
them. Amber does not know why Michael Goguen and his agents are

tampering with Terrorism lists and US immigration the CIA the FBI and the Police.

Canadian Citizens are allowed to live in the United States without any type of visa, they have to only apply for a work visa if they want to work.

Canadian's and US citizens can commute across the border frequently and live in either country 6 months of the year. Amber does not know why Michael Goguen is telling the government to prosecute Amber for living in America.

This is just more of Goguens abuse he uses all of the same tacts to abuse me as the traffickers did. He is a Romeo pimp a Romeo rapist who repeatedly told me He was abusing me and keeping me in an emotional cage because that is what he does when He loves something.

Even though i am dehumanized i was never an inanimate object I have always been a human being not a blow up doll. Amber is not a THING.

  Michael Goguen went to Canada within weeks of Judge Chao's illegal judgement Michael Goguen was within meters of Ambers

relatives and their small children. Michael Goguen is a very evil human being. His only purpose in Canada is child sex tourism and killing beautiful Grizzly bears and other endangered wild life for sport.

At the second mediation after Michael Goguen began his diatribe of abuse Amber splashed approximately 3 ounces of water on his face in hopes of stopping him from continuing to abuse her. Amber was under distress being in a room mediating the lawsuit with the rapist.

Diane Doolittle in her very disturbed personality came upstairs and photographed the water on his shirt as if he was injured. Doolittle then told him to leave and ended the mediation.

Amber paid $12,000.00 for each mediation where she tried to resolve the issue with as little damage to her person as possible. The mediator made a mediators proposal which Amber accepted. Michael Goguen later accepted it.

Months passed and he did not sign the papers Diane Doolittle stated it was too much that they agreed too.

Judge Wayne from Jams was the mediator. Amber is not mad at judge Wayne. She did her best to deal with Goguen and Doolittle's malice.She was very kind to Amber and spoke to her like a human being.

There after a lawsuit was filed in May 2016 Goguen had been stalking Amber for at least  4 years at that point. Amber never seen Judge Wayne again.

Michael Goguen hired men to follow Amber and wait outside her apartment follow her while walking the her dog follow her to the gym follow her to do her volunteer work finally Amber moved to the hotel and the men were constantly coming to the hotel to Stalk Amber.
I do no know how many perverted men have been hired to follow me hack met amber with my existence.

I no longer live I only exists because of Michael Goguens abuse.

During the Litigation process 18 months into litigation Goguen sat down for his first deposition and committed perjury for days on end.

Bruce Van Dalseun. Goguen instead the deposition had to be in whitefish Montana for no legitimate reason HE and his lawyers made San Mateo the jurisdiction. Everyone except Amber and Abhay Kholsa travelled to Montana the deposition was in the Whitefish city hall I don't know why.

   Amber was only allowed to listen on speaker phone which Diane Doolittle put on Mute most of the time and then Marked much of the transcript Attorneys eyes only and refuses to give amber the transcript or the video even though Amber is forced to represent herself.
Bruce the other Bully from Quinn Emanuel who is dear friends with Chris Reynolds the creepy Stalker who victimized me my friends and relatives by stalking us relentlessly.

   Bruces Wife Yvette Van Dalseum Is A California Judge she is also friends with the stalker. Bruce Van Dalseum Whom Darcy calls Bruce "Vander Shit" for stalking him at work and at his parents homes and his friends offices people i have never even met. Doolittle alleges that i would have told a 23 your only gay boy that I met in the women's clothing section, where he worked at a store that I was trafficked and raped days after I met him.

Amber only knew Darcy a boy smaller in stature that myself for a few hours at the time of the rape after the rape I never seen him again until October 2013 at least 15 months after the rape. He flew to LA to see his boyfriend and amber seen him for a few hours. At the time of the rape Darcy was in the middle east with his boyfriend. Diane Doolittle is willing to pervert the course of justice in any and every way possible and the only way they could have found out i met Darcy in a story was by hacking my phone or hacking my phone records. I never had any social media until this lawsuit in which Goguen hacked and locked me out of the accounts to silence me.

After the first day of Goguen's deposition in Montana Bruce took out a bike and fell off and bike his color bone. That's what he said . he left the hospital and came back to the deposition he said he stopped taking the Oxycotin. Therefore Doolittle was the one making "objects" and suborning the perjury. Goguen had 5 days of deposition coaching in Vegas with multiple firms. He did not appear for his deposition until nearly 18 months into the case amber appeared the month after the case was filed. I can only estimate because I don't have all of the files.

During his perjured deposition Goguen stated he did not know if it was possible to delete and email account he controlled the accounts

in which he communicated with Amber. He then lied and said the only
females "sex partners" were a short list yet its thousands. Quinn
Emanuel refuse to produce Michael lewis  Goguens Deposition
transcript or video because they suborned his perjury.


  Diane Doolittle called third parties to ask why Michael Goguen
was in her office with prostitutes wearing short skirts with no
bras and not panties. Why is there any dispute or question
lingering that Goguen rents prostitutes.  He is a rapist a
trafficker a pedophile and a serial rapist and a murderer.


Goguen deleted them after the Subpoena was served for the contents
of the accounts.


Goguen left the deposition room after lying about having no
knowledge of how to delete an email account although he claims he
created the internet. He then returned and said he cleaned out all
emails in the account destroying all of the evidence that proved
there was no extortion. If Goguen was being extorted why didn't he
and his lawyers preserve the evidence of the "extortion"

Michael Goguen stated that He was the only one who did any work at Sequoia capital and that he was stealing critical information and was secretly planning to leave Sequoia. He even wrote about it.

I was not paying attention when he wrote and said those things I only thought he was abusing and exploiting me I did not know he was having sex with his friends wives and daughters.

I did not know that he was damaging his business partners. I did not know what Sequoia capital did exactly i did not think about it nor did I care. All i know was what Goguen said about his meetings.  Some times he would sign on to conference calls in the hotel while nude rubbing himself.

Amber was not allowed to wear any clothing or underwear in the room.

If he made any secret videos of him violating Ambers body Michael Goguen needs to give them to myself and law enforcement and nobody else can look at them. This is too painful.

Micheal Goguens Lawyers and Agents are not allowed to possess or watch any videos of Amber being raped. There are already in

possession of child pornography of me in still images. Something

Judge Chao does not view as a crime.

Michael Goguen said that His business partner Named Michael was

very sick and that when he dies Michael Goguen would be taking over

Sequoia capital.


   I do not remember what else he said about it at this time I have

had to read what emails he did not destroy to understand what he

was telling me. I don't know what secret information he took from

Sequoia. I don't know if his partners died.


   The only thing I know is Sequoia paid for my transportation, food

and hotels where Michael Goguen raped me> They paid for the Notary.


 Sequoia Capital read all of the communications between Diane

Doolittle Anthony Mcusker and Wilson, Sonsini Goodrich and Rosati.

Everything else they did is for proof at trial.


The agreement specifically stated that if Michael Goguen were to

materially breach the agreement the harm to Amber would be

Irreparable.


Now the damage to Amber is incompressible.

Michael Goguen threatened  that if he could not remain a part of Ambers life until the day she dies he would hire someone to follow her everywhere she goes this is the only promise he has ever kept.

During the deposition he sated he has never hired a prostitute has never had sex with teenagers and that Matthew Marshall Michael Goguens head of Security knew nothing about Amber besides what he seen in the news.

Yet Matthew Marshall States he has known about Amber since the beginning and Goguen Paid him to hire men to stalk Amber and Michael Goguen solicited Matthew Marshall first for Amber's murder.

Amber does not know why Mathew Marshall is in Jail for all of the crimes Michael Goguen paid Matthew Marshall to commit. Amber has never met Mathew Marshall.

Amber found out about him from another victim. Amber told Brian Nash about Matthew Marshall and Brian Nash went to See Matthew Marshall.

   Brian Nash stole $20,000 dollars from Amber to obtain the emails that Michael Goguen destroyed so that Amber could present the

evidence in court. Amber believes he used the Money to buy his second wife's wedding ring.


Brian Nash Extorted Amber. He demanded she Buy him a Mercedes Motor home and that she give Brian Nash 2 million dollars for no reason even though Brian Nash stated he is some type of investor and that Sequoia Capital wanted Brian Nash to take on Michael Goguens Position after they fired Michael Goguen for raping Amber. Brian Nash says Goguen prevented Nash from working at Sequoia decades ago and that Brian Nash's step father is friends with the founders of Sequoia Capital. And something about Chris Skirakis a founder at Google. I don't know.  Brian showed Amber a video of Chris Stalking him at the grocery store.


Brian Nash says he has a trust fund so Amber does not know why he was extorting her. He has adult children. Amber had zero knowledge of Brian Nash, Stephanie Nash or any of their lovers or associates prior to September 2016. Nash contacted amber under alias justice masses he contacted Patricia Glaser and Rivers Morell.
Amber has no idea why Goguen and Jamie Stephenson publicly state Amber Brian and Matt all knew one another since the 2000s and conspired against Goguen. Goguen is the common denominator in all

of these horrible situations that he created. Because he is a Psychopath.


   Sequoia Capital Has Been aware of Goguen Sex enterprise since the 1990s if Sequoia Capital had done something about this Amber would not have been raped, abused and trafficked by Michael Goguen. Many other victims called Sequoia Capital and complained about Michael Goguens abuse. One of his first victims boyfriends put a live bomb threat on Sequoia Capital and Sequoia was evacuated and they still rectified Goguen sex enterprise. They were co-conspirators in Goguen sex enterprise. Goguen told Amber about them.  Amber is so used to the deleterious behavior of men she didn't think much about his partners and what they were doing to women.

Amber only heard of Brian Nash in the fall of 2016. Brian Nash contacted Amber anonymously after Patricia Glaser abandoned Amber and she was in Europe searching for medical records from years before that she never had in her possession.


At least 60 people that have met Amber have been stalked and trespassed upon by Michael Goguen's Agents hired by him, his staff and his lawyers.

People have had to relocate from their homes. Goguen and his agents  have stalked elderly people dying in hospital some going through cancer treatment at hospitals They have gone to the doors of women who are single mothers who have told them yes there is an organized crime syndicate that did this to her.

The stalkers  are at peoples doors talking about my sexual exploitation  in from of peoples minor children that are part of my life. Other people never know any of this took place i never spoke about any of it to anyone it only hurts more. I just try to help other girls and women save their lives and get to safety.

They victimized my all of my siblings elementary school aged children and toddlers.
Nobody feels safe in their homes offices or cars. Amber Tried to protect everyone from the crimes committed against her.

Some people came long after I paid my debt bondage and was in hiding. They did not know  of this or anything about Goguens abuse they had never heard of him before.

The amount of damage done no money can ever repair I have not seen my friends or family in over 5 years.  As long as Amber is a target nobody who loves me is safe.

The San Mateo judiciary forced me to disclose the name of the organized crime syndicate and specific traffickers,  witnesses confirmed that it is true and some of the witnesses are front men for the Gang, Goguens investigators went to the doorsteps of Pimps and traffickers dangling money and Ambers photos and stated that Amber has 40 million dollars. I do not know how much bribe money has been paid by Goguen and Quinn Emanuel to witnesses.

I am now in danger 24 hours per day 7 days per week 365days per year. The Syndicate will kill me to stop me from speaking about their activities I went to the special victims units the detectives state they know this is happening however the government makes it nearly impossible to have them charged with human trafficking so they try to arrest them on drug trafficking and murder.

I asked for witness protection if I cooperated and would testify they said that is unheard of that i should hide in a small town for the rest of my life and forget what happened that these are now historical crimes. I said they are still doing it. i know girls who

were murdered or overdosed and never had a chance a freedom.   None

of this is historical to me. It's been an entire lifetime of abuse

that never ends.


Diane Doolittle is the ring leader in all of this. I reported her

to the State Bar years ago and she had the report deleted. People

can not tamper with government agencies.


We are all sharing this world together.


I did not know a lawyer could just abandon your case when it is set

for trial


    Patricia  Glaser did not tell me at  the inception of hiring

her that over half of my legal team were former QUINN EMANUEL LLP

ATTORNEYS AND THAT DIANE DOOLITTLE WAS THEIR BOSS. BY LAW THIS fact

NEEDS TO BE DISCLOSED AND PUT IN MY RETAINER AGREEMENT.


    When Patricia Glaser filed the lawsuit Goguen was terminated by

Sequoia Capital Immediately as they know they ratified his behavior

and were participants in Goguen Sex Enterprise.

MICHAEL Goguen solicited Girls and women for other men to exploit
and abuse they all travelled for sex tourism together.

I don't know how Goguen purports he has never rented a prostitute .
He is in Strip clubs most days of the week having sex in the back
room within minutes and ordering females to his room and residence
for sex, rape and orgies.

   If Goguen was not paying me for commercial sex acts so that i
could go to university I have no explanation for what he was paying
me for. He said it was my job thats why I had to endure the violent
demanding sex acts. It was my job to provide him with as many
beautiful photos on demand for his private  collection.

I have no idea why a billionaire was making me not have food and
fly on Southwest for $79.00 to all these destinations sometimes I
had to take 2 or 3 flights I would be so exhausted and the sodomy
would commence upon arrival. He started screaming at me one time
for wearing pajamas when it was cold in the middle of winter in
Toronto. He was hiding in the closet at the rosewood sand hill when
the guy came with the room service he ordered. He always ordered
cheese burgers. I was allowed to eat only when he would leave the
room to go to his office or his house in Atherton. I was never at

his house. After the guy delivered the food Goguen was screaming at me because the guy asked me what City I lived in and I said L.A .

That stands to be a normal question. The Guy was just being polite Goguen said I should have told him something else. i don't know what difference it would have made. The guy was not asking because he would have care if Goguen had actually spoken to him. He was inquiring about me. Its Goguen's narcissistic psychopathic mind that leads him to believe he is so important that the man delivering his food would be at all interested in him.

When he really began destroying mY body not just my mind he made me set up companies to receive the money.

Amber had never heard of an LLC or a 501 C 3 company. i did not know what legal zoom was he instructed me to do this and then wanted me to sent up a 3rd company a charity to receive the money for the personal injury settlement. This is all in evidence.

I didn't know why he said the companies were for my privacy in his deposition. He has an entire tax evasion scheme going nation wide and across international borders.

Why would Amber need a company for her privacy the bank
statement still says Michael. L. Goguen trust and Valley Oaks LLC.
Nobody was looking at my banking besides The bank and Myself. So
where was he protecting my privacy? More perjury and suborning of
his perjury. He wasn't, was not at all concerned about protecting
Ambers privacy, Goguen was hiding Goguen sex enterprises from the
Government and I don't know who else.

Goguen has married 3 prostitutes two from Las Vegas one from the
Gold Club in Atalanta which was shut down for human trafficking and
racketeering. Why Diane Doolittle is blaming Amber that Goguen
divorced Jordana Woodland when Amber never spoke to Jordana
Woodland or contacted her in any way at any time to this date. He
had All is prostitutes traveling to Two Bear ranch and living in
guest houses apartments and hotels in Whitefish Montana when he
decided to get a divorce for Jordana Woodland in Augusta 2014 after
the agreement was signed he called Amber told her about the divorce
and said he was planning to resume sodomizing Amber.
Amber said no.

Jordana Woodland knew about Goguens Harem he has 3 of his wives
living in Whitefish Montana. Jordana Woodland did not have any

knowledge of Amber. Amber found out about Jordana Woodland Because
she was prancing around in skimpy clothing and in Ambers
neighborhood with men and and going out to bars in mini skirts
while heavily pregnant she was announcing herself As Jordana
Woodland- Goguen.


 She knows some people whom Ambers knows through the fashion
industry she has paid them hundreds of thousands of dollars to make
her seem famous. Weird. Goguen said he married a famous Hollywood
Movie star. Clearly Jordana Woodland is not a movie star  nor is
she a super model as Goguen repeatedly stated. She paid for
Billboards of herself in panties to be hung up around Ambers
neighborhood. Goguen said Amber had to move to another city or
country. The only film she was in to Ambers knowledge is a comedy
that Goguen funded about teenage Escorts glorifying the sex
trafficking industry. Super models are defined as people who earn
10 million dollars or more per year in ad campaigns or fashion
shows. Jordana Woodland was never a fashion model nor a Hollywood
actress she was a stripper and escort in Las Vegas until Goguen
Married her while he expanded Goguen Sex enterprises. She attempted
to be a reality star and internet influencer.

I have nothing against the women I just don't want to be in a harem with her or any of them. I never agreed to any of this. Polygamy and harems are illegal in America.  None of these women and I would ever be friends or palling around together. The only one I have met in person was Jamie Stephenson when she was blocking the doorway to the court room in San Mateos and an intimidation tactic.  These females have completely different ways of living life. How anybody invest in Montana in the concubine is beyond my comprehension.

Michael Goguen kept a spread sheet of 5000 of his victims. He showed it to 3rd parties because he is a very sick and depraved psychopath.
Some of his victims he had procure younger girls that would do anything he wanted sexually. Theses women are full time prostitutes dozens of them have called me. None of them deny being prostitutes. They have various reasons why they are prostitutes. He frequents various types of brothels. So far none of them stated that he met them on a street corner he orders escorts from agencies. He rapes them violently because he knows the police will side with him. Which is wrong.

    None of them believe themselves to be victims of human trafficking. I assume because of the brain washing. Goguen has paid

their pimps to silence them and keep them complicit several of them
have stated they are now homeless because of Michael Goguen.


   When he can no longer abuse us he just tosses you out to die.
Some of them state they work street corners and work in escort
agencies. They do not think they are victims of human trafficking
when their pimp is their husband or their fathers child.


    I have no clue why a judge is willing to violate the law of the
land and prevent me from providing this evidence in a court of law
just because they were bribed by Goguen.


   Evidence is not defamation. Providing evidence is not extortion
providing evidence is part of the criminal and civil justice system
you can not silence victims from providing evident to the court. If
these pedophiles don't want to be "defamed" they should stop raping
girls and women. There is no cure. They should get the electric
chair how many girls and women do they have to rape before
something is done to stop them?
RAPE IS  CRIME, HUMAN TRAFFICKING IS A CRIME, PEDOPHIlIA IS A CRIME
THE DOJ IS NOT JUST FOR SHOW IT IS FUNDED THROUGH TAX DOLLARS SO
ARE THE JUDGES.

These judges need to be disciplined and removed from the bench immediately. They can not violate victims rights and the rights of society as a whole. If rapists were stopped at victim one there would be zero serial rapists, Zero serial killers.

Castration is an option. But they would then just murder girls and women.

Shortly after the Lawsuit for breach of contract was filed in 2016 Patricia Glaser began charging me approximately 10,000.00 per day everyday of the month to read documents. One lawyer went to one short hearing for less than an hour.

Glaser Weil filed a massive motion to compel discovery around the same time as they filed the motion to withdraw. Amber was left in Pro Per in a foreign country being stalked and hounded by Michael Goguens henchmen.

They chased  Amber through 4 different countries.

After Patricia withdrew from Ambers case for no reason other than I could not pay $10,000.00 per day for them to read documents the motion to compel was heard. I appeared via court call. The Judge stated there was nothing to compel as Patricia Glaser had not served written discovery. Which Amber asked her to serve Jill Basinger said it was optional and their firm did not serve written discovery they only ask questions at depositions.


A couple of days after the lawsuit was filed in 2016  Jill Basinger called Amber and said Patricia was in Israel that Diane Doolittle wanted me to pull the complaint before the press got it and that they would pay what was owed plus interest under the contract. I said no because I wanted to speak to Patricia she was the only one I thought i could trust.  Jill Basinger said it was night in Israel and we could not call her so i am put on the phone with Diane Doolittle and Jill


 Diane Doolittle was her usual mean self.


 Diane Doolittle Leaked the Complaint to the press so there was nothing i could do at that point.

Amber asked Patricia to resolve the issue between Rivers  Morell and Myself I asked if we could call him together so I could explain what happened she said no.

Patricia called Rivers.  I do not know what was said. Rivers Morell did not go to fee arbitration rather he filed a 100 million dollar lawsuit in Orange County against Myself, Goguen and Quinn Emanuel, Goodwin Procter Diane Doolittle and Michael Goguens other lawyers of which there is an army.

I don't know any innocent man would need fifty eight or more lawyers from seven  white shoe law firms.

When Rivers Morell filed his lawsuit in Orange County Patricia stated she does not represent me against Rivers, That I need a second law firm. I was very very distraught and did not understand anything that was happening. It might have been Jill who elucidated it. They often called me in Tandem.

The first image of me printed by the traffickers for the marquee said had this text on the Image "I am not a lawyer but I can get you off."

I did not know what that meant or why they put those words on my 8x10. The traffickers did whatever they wanted. They tried to sell me to porn films I fought them about it for years, if they made me cry everyday they could not get as much money from exploiting me. So they didn't bring it up everyday only when the porn movie recruiters were coming.

The traffickers have lawyers and illegal contracts as well.


Amber would often  be in the bathroom or the dressing room crying. I would take a nap in the non smoking room under the table the bouncers would come find me if i was asleep to long. Bouncers were part of the Gang. They were not there to protect us girls.


A Long Nap being more than 30 mins. They knew they would find me trying to breath in the no smoking room. Amber had to inhale so much second had smoke that I would have nicotine withdrawals when I was not in the clubs. I do not remember a day that i have not had a headache.


After Patricia's motion to withdraw was granted. Amber began interviewing lawyers via video call. Nobody wants to deal with Diane Doolittle specifically because she has zero legal ethics.

Judges should not be allowed to abandon victims of crime/
unsophisticated parties when a trial is set and the plaintiff has
no new counsel in place. Victims are not lawyers. This is never
allowed in most other countries. Lawyers are bound to duty and a
code of ethics. Victims do not know how to direct lawyers. Nor
should they be expected to. Victims are under duress its the
lawyers job to be their advocate. business lawyers should not be
representing rape victims.

Amber has no idea why Quinn Emanuel is alleging Amber is the
sophisticated party. When Quinn Emanuel has 1200 lawyers Goguen has
them and 6 other firms working for him he has been in countless
business and personal lawsuits and three divorces. Goguen has
Business contracts for illegal dealing that interfere in government
matters. Three prenuptial agreements housing contacts and an
unfathomable amount of non disclosure agreements for destroying
women's bodies and minds.

All with highly trained lawyers and he himself claimed he could
be Ambers lawyer. When he has no license to practice law. Amber
believed him because she conjoined this to the idea that a person
can with have a real estate agent with a license or they can
represent themselves and make an offer on a property themselves.

Amber believed that what Goguen said was true that Goguen and his

lawyers could represent her and the agreement was the best

possibility for Amber to be free from abuse exploitation, have

shelter and medical care.


   Rivers Morell found several lawyers for Amber after Patricia

Abandoned Amber .


 Amber hired Brian Chase. He drinks heavily and smokes cigars.

Brian Chase  made a deal after a short time to abandon my case

leaving me in Pro per again. He took bribe money from Michael

Goguen a short time after Goguen offered Rivers Morell 1 million

dollars to disappear.


   Brian Nash had come on the scene by by September 2016. After

Michael Goguen had written a fee agreement that allowed Michael

Goguen the predator to pay Brian Nash to hurt Amber.


   Brian Nash is Michael  Goguens ex-best friend He attended

Goguens weddings. Goguen showed him pornography of his wives.


 Goguen began Having sex with Brian Nash's first wife Stephanie and

paid for lawyers to Destroy Brian Nash's career and his marriage

and take Nash's children away from him. All of the victims refer to
Goguen as the predator.


Brian Nash Contacted Michael Goguen when he learned of Ambers
lawsuit and stated for a fee of 15 million dollars he would help
Michael Goguen destroy Ambers life. Brian Nash states Goguen shared
Child pornography of amber In the early 2000's
Brian Nash wanted 15,000,000.00 to work as a consultant for Goguen.
So Goguen could "restore his reputation"


Amber asked Nash why he did that. He said he didn't know about
amber he assumed she was one of Goguens full time prostitutes. He
did not know anything about her life. He apologized. Amber asked
why would you help him hurt anyone stop being doing things like
this just forget about the predator.


Amber did not know what reputation he was going to restore. It is
public knowledge that he is a rapist, pedophile and sex trafficker.
He was a pedophile who had sex with his teenage babysitter long
before he was raping Amber.


Michael Goguen again prepared his agreement with his lawyers and
did an illegal police sting On Brian Nash and never wired the Money

to Brian Nash. Brian did not tell Amber any of this when he contacted Amber the first time after Patrica Glaser abandoned Amber in Pro Per. He said his name was JUSTICE masses.

Amber did not know Brian's name I did not know what he looked like. He sent me a photo of him in the 1970s with long hair and a 1970s suit after time passed.

After calling Amber for awhile Brian Nash stated he was in love with Amber. He stated on multiple occasions that he had conflicted feelings.

Amber told Nash that is impossible you have never even met me. I told him not to say that ever again and that he had to marry Kelly. He insisted on telling me this love idea repeatedly. I said Nash I am never going to be in Love with anybody and I am not marrying any men.

Nash is traumatized by Goguens psychotic behavior. Brian Nash used to go to strip clubs with Goguen where Goguen would disappear with the youngest girls he could find to have sex with them in the back room. Nash did not participate.

Nash used to cash Goguens expense checks for him so his first wife would not know how much money he was spending on prostitutes.

Amber is not a sexual person.  Amber is Not a lesbian, Amber is not Bi- sexual I am not a sexual at all.

I don't even have a sexuality the only thing I know is about sexuality is Goguen holding his penis in his hand and using it as a weapon. I have never heard of anyone violating 5000 women.

I don't understand, isn't all sex the same why would any person even a rapist need to violate 5000 humans.

Amber is a victim of human trafficking I have complex PTSD and a parasomnia, from the abuse.  I have HPV.  Michael Goguen ripped a hole in my body and now Tungsten  poisoning.

Why in the universe would Amber contemplate being in love having a child or marrying a man. Thats outrageous its all of them who did this to Amber.

Amber told Brian Nash several times to just stop thinking about her case and my life and to stop stalking Goguens victims and not

to be a vigilante. I understand that Michael Goguen destroyed Brian

Nash's life but I didn't want Goguen to kill Nash.

Michael Goguen never mentioned Brian Nash's name to Amber.


   Goguen told Amber all about his friend Tom's violations of

women. Brian Nash is not a rapist or a psychopath he is just a

victim of Goguens Sex Enterprise and abuse and stalking.


    Brian Nash Hired Rivers Morell to represent him in his breach

of contract. Amber asked Brian not too. He then had phone

conferences with Brian Chase, Rivers Morell and Alan Brown.


    Brian Nash did horrible things like filing their lawsuit on the

morning of my deposition causing me further distress while being

grilled for hours on video about every aspect of anal rape alone in

a room with the rapist and 6 or 7 men that Amber does not know.

They were all sharing evidence from my case. I asked them to stop.

Every man does anything they want to exploit me. I say NO they do

it anyway.


    Some how Brian Nash at some point decided that of

$40,000,000.00 owed to Amber : she would have 10 million Rivers and

Alan would have ten million and Brian Nash would have 10 million.

Amber is not clear as to why every man on this planet believes Amber owes them money merely because she is alive.


  The dozens of hours of depositions which Patricia Glaser promised Amber would only be 7 hours on the record are sexual harassment. The lawyers take so many food breaks so they can bill more and more hours. Amber does not want to eat in front of people who have dehumanized her.


  I don't know why any lawyer is alleging that my photo on a beach in a swimsuit somehow caused Goguen to rape me that is outrageous Females not cause rape. Rapists perpetrate rape because they are demonic psychopaths. Amber has no idea what is wrong with men. There are a very small number on the planet that are not satanic. They are wolves in sheep clothing. I can attest to this because I had to speak to hundreds of thousands of the. I did not keep count but a great many. I wish now I would have counted.


  Diane Doolittle is a female misogynist representing several of these rapists and telling us plaintiffs that we have no rights and the rapists have the right to rape us and she will exploit  that for her profit.

Amber is not the first female Diane Doolittle has done this to
but I pray i am the last. No person deserves her abuse in addition
to the rape and trafficking.

How would Diane Doolittle like it if her clients raped her? I am
sure they would not want to because she is so evil. Her eyes are
vacant.

Amber am not mad at Patrica Glaser I thought she was a nice
lady. I am sad she just abandoned me in this mess to go represent
rapists and pedophiles because they can pay her more.

I think Patricia has enough money and should only help other
victims for the rest of her career because they need help. They
don't want to speak to any male lawyers.
That is second hand rape These Lawyers they are all perverse
Voyeurs

Lawyers in Canada, France and England are not allowed to
terrorize victims on video for endless hours for blood money and
filthy lucre.

The only time they can examine a witness is at trial on the witness stand.  Diane Doolittle should not be a lawyer any more because she is a stalker and a criminal perverting the course of justice. The rest of the lawyers have to have trials before the state bar court. The problem is they work at the state bar. This is all so corrupt. She is far more than unethical.

After Michael Goguen and his Lawyers bribed Brian Chase to abandon Ambers case so they could win while Amber was in pro per Rivers introduced me to Richard Sherman who did very unethical things to me.

Richard Sherman then withdrew after being very lazy, making Abhay Kholsa do all of the work for little salary and asking Amber to pay hundreds of thousands of dollars  in  legal bills for his clients that Amber did not even know in completely unrelated cases.

Amber refused so Richard Sherman lied to the court and stated that we had an attorney client breakdown. When a trial date is set in Common law countries the Judge can not allow a lawyer to abandon the case. They have a fiduciary duty.

As the judges set such a low standard  of ethics for the Lawyers in this case By allowing Glaser Weil to abandon my case every lawyer there after thought they could stay not do their job and just abandon me in this horrible situation.

Quinn Emanuel perverted the course of justice in every way possible. I am still researching all of their violations that I have evidence of.

The only thing I can tell myself everyday is that today nobody raped you today, nobody beat you today, nobody made you Drink Urine today,  you are not hemorrhaging today, What type of existence is that for any human being?

They breached the protective order multiple times further endangering Ambers life.
I did not know what a protective order was when Patricia Glaser told me I was getting one I though it was an order of protection to protect me from the stalking.

Michael Goguen did not turn over a single piece of relevant evidence in the case. He committed perjury time and time again and Quinn Emanuel Suborned the Perjury and manipulated his testimony.

Diane Doolittle called witnesses to ask why Goguen had prostitutes

without bras or panties in short skirts at her office.


   Goguen Stated multiple times that Diane Doolittle is evil and

coin operated and that the Lawyers are my adversaries and Amber had

to depend on his knowledge to save my life.


   All Doolittle has done is manipulate testimony cut apart my

testimony and spliced it together to suit her evil plan. She fed

witnesses their testimony and told them what they had to say at

deposition. Diane Doolittle made unethical interjections and

objections during cross examinations of witnesses she had coached

during their depositions. Diane Doolittle and Bruce Van Dalsuem do

not represent the witnesses they tampered with.


   In year 2017 because of the stress and being stalked and chased

by Michael Goguens henchman investigators relentlessly. I fell and

shattered my arm I am left handed I shattered my left arm. The only

job I am certified to do I can never do again as my arm will never

be whole again.

The Quinn Emanuel lawyers alleged that Amber imagined the arm injury or faked the injuries. Because they are evil. They would not even give Amber peace to undergo surgery.

Yet the "lawyers" delayed the trial for their injuries and holidays and their other trials but Amber is not a human she should perform under all circumstances on command even in a court of law like a circus animal. Amber is a shy person by nature. I do not like witness stands nor do i like sitting in rooms with male police talking about rape.

The expert witness was flying to assess Amber the day the arm shattered  and Ambers friend was being deposed in LA so Amber sat through the deposition on the phone so they would not hurt him. He is sensitive and homosexual and had zero knowledge of any of this rape and human trafficking.

Quinn Emanuel do not have the right to violate these innocent people. Some gay people are in the closet because of the stigma and gay bashing so what do Quinn Emanuel do? Stalk them at home and at work and threaten them with exposing their sexuality. That is cruel.

Just as Diane Doolittle extorted Amber by saying if I went to trial she would shine a spotlight on me and show people my photos. I did not know she could put my photos on the news.  She did it because she is a criminal and a heartless evil women.

I don't want to be forced to look at her anymore it was the most unfathomable displeasure to meet such type of woman.

All of this is cruel and unusual punishment for my being born a female.

Frank Nemecek had the audacity to write to me stating that I am the perpetual victim, if 58 lawyers would stop exploiting me and profiting from my circumstances of rape and human trafficking then they would not have to hear any of this and now that they have plastered them selves all over my destiny All I can do is ask the supreme court to stop them from harming me.

This is egregious. I can't even expound on what I feel I can't cope under these circumstances. I don't know who could, it is like having invasive brain cancer to have these people invade my mind.

Amber has panic attacks day and night day and night, even when I sleep I wake up screaming.

I only get to sleep when profound exhaustion takes over. I don't know why any of this is happening I was going to be a doctor that was my plan from age 6. I was a volunteer even as a child and I would go to sing for people as a tiny child. Now all I do is try to breath. I can't digest food property I am poisoned with toxic metal.

So now I am supposed to figure out how to sue surgeons and hospitals by myself. I am not a lawyer I never professed to have any desire to be a lawyer.

If I survive I am going to sit for the law in California so I can represent other victims and children for free because clearly they can not represent themselves and clearly they will be abused by lawyers and judges.

My life is not going to be in vain. I am a shy person. I always was and likely always will be. I was never an exhibitionist

I do not like people to look at me whatsoever because of this trauma, however even before the trauma I was extremely shy. I grew

up very religious. I was isolated. I did not know what porn was I did not have an iPhone or internet or access to playboy magazines.

I was taught how to waltz, play the piano play the flute, piccolo.

I was not allowed to go walking to the park alone.  People always stopped and asked my grandfather where I was from and why I was beautiful. He said she is smarter than she is beautiful and they should not stare at me.

I went to convalescent homes to visit people all of the time to bring cheer to the dying. I was a volunteer at the homeless shelter and I went to put up hundreds of flyers when a girl went missing.

After days passed I was crying hysterically and told everyone there is no point she is dead.  Shorty after they found her body in a shallow grave near my home the murderer was acquitted even they had his DNA and he confessed to raping and killing a child to his cell mate.

This world is not a very good place if Judges do not uphold the law.

During the first surgery to repair my arm the surgeon left toxic metal in my bone marrow canal and he subsequently ended the surgery and did not disclose that he broke 4 pieces metal did not attempt to extract it and left it in me.

Tungsten is toxic in humans it causes Pulmonary edema which is fatal, scar tissue on the lungs amongst other serious issues. Yet the Judges have allowed Quinn Emanuel to interfere with my medical treatment.

Amber started getting sick shortly after the surgery in 2017. I went to at least 17 highly qualified surgeons to help me. They all turned me away firstly stating that the surgery is too high risk nobody wants to be the one to amputate a limb person my age after another surgeon destroyed it. Secondly none of the surgeons want to be involved in this omnipotent litigation process.  Quinn Emanuel lawyers already threaten my Harvard surgeons with defamation and hearsay for declaring medical facts.

Quinn Emanuel illegally called my medical team in ex parti communications without my knowledge and told my medial team what

they have to say in their declarations more evil  witness
tampering.


   That same Lawyer Bruce Van Dalsem showed up on the door steps of
teenage rape victims and threatened them and bribed them into
signing agreements not to testify in my case.


   This is after the judge forced me to disclose the names of
victims that came forward. I don't want to look at him either. And
I am not going to sit in any room other than the court room with
John Quinn.


Finally after an exhaustive search I found the only surgeon and
team willing to attempt to save my arm and my life. He performed
the first surgery a few approx 3 Months before trial in 2019. He is
from Harvard.


   How dare Quinn Emanuel impose their despicable ways upon my
medical team. They have not done anything in error.


   The discovery referee Read Ambler only gave Amber 90 days to
find a qualified surgeon deal with the surgical complications
undergo major surgery on two bones go through chelation for the

metal toxicity heal and stop taking over a dozen medications

prescribed to help Amber survive.

The surgery was in July 2019 the trial was in October 2019.

Judges and lawyers are not Surgeons they have no business

interfering in plaintiff's critical medical treatment. Surgeons are

telling them that I need treatment and they are violating my rights

and telling me the treatment is not necessary or that I don't

deserve medical treatment which ever, it is its wrong and illegal.

William Paoli also sits as a judge on the bench he is an

extremely abusive man. He screamed at me in public places several

times.

Shortly after Amber signed the retainer agreement he changed

from being a victims advocate and a man of god to threatening to

abandon my case and keep $500,000.00  that he never earned from my

attorney client trust account even though he was on a contingency

due to the fact  I can never afford to pay the millions of dollars

per year that Michael Goguen pays his lawyers to do illegal things.

William Paoli began telling Amber repeatedly about the horrific

details of how his first wife died. He then kept telling Amber

about the strippers he was involved with in Chicago and that they

were not victims of human trafficking . I doubt he knows whether they are victims of human-trafficking or not. I really did not want to hear about my lawyers perversions.

Paoli stated that he was punishing me for the strippers in Chicago taking money from him and for my not paying millions of dollars to Patricia Glaser for making a mess out of my case.

Glaser Weil tricked Amber  into signed a verified complaint no lawyer ever explained to me what a verified complaint was or that there was a choice.

I signed it in a room by myself Jill Basinger was supposed to be there when i signed it she called me to come to the office and the receptionist told me she went home with a headache. I signed the verified complaint in a room by myself. Nobody told me anything about the fact it could not be amended or anything else. I only learned all of this during litigation.

Amber does not know why men in strip clubs and brothels think the girls are there because they are attracted to the customers. We are not attracted to gross perverts, they have bad hygiene are so unattractive, rude, arrogant perverted, drunk, high and they are

all sitting in the same room rubbing their penises. That is so perverse.


If the perverts believe themselves to be famous they say here's my card don't tell anyone I was here. I told all of them this is a public place there are 2000 people in the room everyone can see you.

Again Amber has no explanation for why men are sexual predators.


Someone told me recently they had to call the police because a guy kept coming to the school and master-bating when the girls came out for recess. This is unacceptable.


What is Diane Doolittle going to say?  little girls need to be prayed upon by old men master-bating outside their schools.


I will never ever ever have a daughter there is no way to protect her from these psychopaths. Men can not touch children. Men can not look at children naked. What is wrong with this pedophilic culture.


Children don't have sex with each other let alone with old men. Let them be children. I don't understand what is attractive about a

child. I don't understand what the purpose of rape is. Men are supposed to love women not rape them and master-bate on people they don't know and put there vile hands on children.

Amber is so sick, physically ill from hearing all of these girls and women's experiences. STOP raping people! Men have to be caste-rated as soon as the rape anyone. I don't know what other solution there is. I have been hiding for so many years but rapists find me everywhere as soon as they talk to me or follow me I escape before they touch me.

After Richard Sherman Abandoned me after violating the legal code of ethics and mis-spending from my costs account.

I was introduced to William Paoli through Rivers Morell ,Alan Brown and Brian Nash I guess.

Paoli was awful to me screaming about rape and trafficking in the middle of restaurants.
Threatening me all of the time.
Amber was dealing with the health crisis created by the first surgeon walking around for years with broken bones and Metal poisoning and severe anemia.

I can not even get doctors to treat me because of this
litigation and the fact that i will never have insurance because of
all of the pre-existing conditions caused by Michael Goguen's
abuse.


Amber repeatedly asked for a trial continuance


 Amber was threatened that if I went to trial I would be murdered.
I had no lawyers.


As soon as Amber could try to manage the complex PTSD, quit all
of the medications while still pending two major surgeries that I
can not pay for do to this illegal judgement procured by bribing
Judges and violating all of Ambers  human rights I Filed a motion
to vacate the judgement based on extrinsic fraud upon the court and
presented all of my evidence.


Judge Danny Chao Further violated Ambers rights by denying her
motion to vacate the judgement or Grant Amber a new trial all he
cited was that it took Amber too long to file.

Amber had to rely on 3rd parties that Michael Goguen and Diane Doolittle lied about to provide evidence of the stalking and intent to murder Amber. When I had the evidence to prove my case I have to try to get the pain and bleeding under control to be able to go to represent myself in court.

These are extremely extenuating circumstances. Upon examination the evidence Judge Danny Chao should have immediately granted a new trial or enforced the contract.

This is an unprecedented case. Amber can find nothing similar in case law. I have to go to the law library and do hundreds of hours of research for the last 8 years.

Hon. Danny Chao the trial judge in this case who allowed the trial to go forward without Amber or any lawyers on behalf of Amber yet again been improper in denying my motion citing only that I filed to late not that based on evidence everything that I allege is true and continues to happen to todays date without any protection for myself or anyone I know.

I have no comprehension of why Hon. Danny Chao allowed a bench trial to go forward in a court Amber had never been too. And

allowed Diane Doolittle to do everything that violates the court and the constitutional rights of Amber.

Judge Chao allowed them to play a Hollywood film that has zero relevance to the case. The film was made around the time Amber was born. Hollywood films based on fiction are not evidence in courts of law. I am not sure if they are even evidence if the case was about the film. I have not seen the film it is irrelevant to this case. I watch very little television.

Goguen watches war films between rounds of sodomy because he is a psychopath.

Read Ambler's fraud upon Amber , Fraud upon The Court and perversion of the course of justice. Due to Quinn Emanuels abuse of the legal process their only tactic was to silence victims, Steal money, file thousands upon thousands of irrelevant documents, and serve irrelevant discovery month after month as a tactic to overwhelmed the court and deplete all resources Amber had, exhaust and overwhelm Amber and Ambers counsel delay the proceedings, try to give Amber a nervous break down by stalking her an threatening her life relentlessly.

The psycho-therapist after review of everything explained to
Amber that what they are doing is gas-lighting. Telling me rivers
was stalking me everyday, Trying to convince me that I am crazy
when no specialist in the medical profession detects any mental
illness besides Complex- PTSD caused by trauma. Diane Doolittle
tried to convince 3rd party witnesses to allege that Amber has a
plot personality disorder. Diane Doolittle has no PH.D in medicine.

Stop gaslighting me and stop Advertising me. You did not win a
law suit you violated Amber's rights committed crimes tampered with
witnesss, law enforcement and judges. that is not winning a
lawsuit.

After they overwhelmed the Court They assigned a $900.00 per
hour discovery referee Hon. Read Ambler who further abused the
legal process. He sanctioned Amber and stated she could not testify
about being a victim of human trafficking He sanctioned Amber
$17,000 USD for not being able to produce items not in her
possession that have zero relevance in this case and under the laws
of other countries even if she had them in her possession it is
illegal to make copies or disseminate the documents in anyway which
would lead to Amber being prosecuted in other nations.

The refereed Did not sanction Michael Goguen even 1 penny at any time even though he did not turn over any relevant discovery and tampered with witness and did a great many illegal things before the proceedings, during and after the proceedings.. His lawyers are as guilty as the rapist is.

Read Ambler then issued Terminating Sanctions with no legal basis to do so. He was appointed to make discovery decisions not to hear motions.

William Paoli Stated he was going to file a Writ of mandamus he did not. Paoli was too busy threatening Amber. He then stated he would still be trying the case even though he withdrew from the Cases. Amber asked him not to remain On the Rivers Morell case in Orange County as he was threatening Amber, stealing from Amber, telling Amber to amputate her Arm because he would win her case at trial and she could then buy a platinum arm.

Even though William Paoli had a contingency and was holding 500,000 USD in the attorney client trust I believe. He then said Amber had to pay separate fees for the writ of mandamus.

William Paoli then secretly went to meet Michael Goguen and
Diane Doolittle in Las Vegas. Amber had no knowledge of this until
long after.

Amber does not know what transpired at the meeting or how much
money they Gave William Paoli to destroy Amber's trial and to
destroy critical evidence in the case. Amber Does not know how many
People met in Las Vegas or what was discussed or how they further
exploited Amber at this meeting. Amber has no idea why these
perverts were meeting in  Las Vegas none of us live in Las Vegas.
Goguen has more lawyers in Las Vegas.


When William Paoli failed to prepare and file the writ of
mandamus and abandon Ambers case Goguens lawyers filed another
motion for terminating sanctions which should have been heard by
the trial Judge not Read Ambler but he colluded once again with
Quinn Emanuel to violate Ambers rights and heard the motion and
granted their motion while I was in pro per receiving from surgery
with two broken bones, metal toxicity, seizures and taking so many
prescription medications to stop my body and mind from shutting
down.

I then went to the court in San Mateo even though I was never a
resident of San Mateo other than Micheal Goguen keeping me at the
Rose Wood Sand Hill for the purposes of sexual exploitation.

Goguen and his lawyers chose the Jurisdiction for if He
breached the contract. As soon as Goguen was fired from Sequoia
capital he promptly moved to Montana never came to a sing motion
hearing and forced everyone o travel to his location.

At no point Did Goguen or any of his lawyers inform Amber of
what a statute of limitations was. They conspired together to
violate Ambers legal rights to have a trial by jury from the very
beginning.

Rape and trafficking victims don't know anything about statutes
MSJ's, Sanctions, lawyers or otherwise.  I have never heard of any
of this until the lawsuit was filed. I have no idea why Patricia
Glaser did not tell me what to expect during litigation. I will ask
her at her deposition.

All 58 lawyers their spouses are defendants and witnesses many of
them are married to Judges and lawyers.

Had these criminals not hired all of these men to stalk Amber

I would not have shattered my arm. I then sat through a deposition with my arm hanging off my body the day that it broke. I was then left for 5 days waiting for surgery because the surgeons were on summer vacation.

The first surgeon failed at his job. He used toxic drill bits and left them in my bone marrow. Did not disclose it to me or any other doctor, stated my bone is healed after approximately 8 weeks. Sent me to Physical therapy. I was there pushing myself 5 days a week while being stalked.

People are calling me daily asking why are these creeps at my house Who is this psycho and where on earth did you meet a psycho like this and why was this all a secret?  I don't know what everyone thought I was supposed to say to anyone about all of this. I did what i thought was best to keep everyone else safe and try to recover from this trauma.  I am not the type of person who talks about the trauma. That is pointless it contributes to the PTSD.

All I can do is apologize to these people for what Quinn Emanuel have done and they are violating innocent peoples privacy

making them live in fear and causing distress to people  that literally don't know anything about any of this. They weren't there, they didn't have any information. I had to walk past investigators to go see my grandfather on his death bed. I was diagnoses with PTSD at age 19. I had never heard of it before. i went to the hospital because I thought I was having a heart attack. The doctor explained this was an anxiety attack. i said old people have anxiety. I am too young. He said it can happen anytime. He asked so many questions not leading questions merely questions I could not answer without telling him about the gang.

Chris Reynolds is the worst stalker. He needs to be charges with stalking trespassing hacking and what ever else he is guilty of. What a pervert.

Why do you think you have the right to terrorize me?

People outside of America have only seen private investigators on television. Why ?because in other countries it is illegal to use a private investigator to go to someone's home. It is under the law stalking by alternative means.

These investigators after all of their harassment came up with
nothing but a psychotic strip club owner and a mentally ill, insane
drugged out 50 something year old dominatrix who has multiple
personality disorders. She  comes with zero evidence and zero
credibility. She dumped her older daughter in the strip club and
brought a 4 year old daughter to swingers parties and let her new
husband molest the child. All children are removed from their care
except 1.

I am very upset about what she did to the children who I love
very much. I promised to be their God mother because she was an
only child and a very crazy drug addict. I had already stopped
talking to her long before the rapist send investigators went to
her house to bribe her into lying in this deposition where I had no
lawyers to ask her questions.

At least the judges in the Children's cases removed them from the
custody of these child abusers.

If you want the information about the traffickers go ask the Gang.

I was literally vomiting in the restroom at
physiotherapy because the pain is so intense. I then Go to another

surgeon and the intern tells me don't you think the pain has something to do with the broken metal in your bone. I said I think you have the wrong patient. He says no it's right here on your x-ray.

After Shattering My arm. Upon arrival in 2018
Amber arrived in LA and was sent for X-rays and was told the bone never healed and is completely shattered that I never should have been sent to  physical therapy. I then learned the metals are toxic and causing me more health problems. I have no way to obtain health insurance because of all the pre-existing conditions caused by rapist Mike Goguen.

   Amber then attended appointments to at least 17 different surgeons to learn that the damage done by the first surgeon is beyond the scope of capabilities possessed by the some of the very best surgeons in the country. I found only one team of surgeons capable and willing to try to fix the arm.

   Bruce Van Dalsem from Quinn Emanuel subsequently broke the law and violates all of my rights and calls my medical team and threatens them with defamation hearsay and everything else causing me further damage.

All of this while dealing with never ending harassing discovery being deposed over 50 hours. Going to my lawyers offices, being homeless, going to hearings.

All the While Goguen is out preying on more unknowing Girls and women. He never came to a single discovery or motion hearing. All he did was lie under oath, destroy evidence and hire men to stalk and kill Amber.

Quinn Emanuel will not even give me the transcripts from the depositions so I can enter it into evidence.

Goguen told Amber if she did not sign his agreement and went to trial he would get a "dirty Judge". Amber did not know what that meant. I thought judges had to uphold the law. I did not have any awareness of this level of corruption and conspiracy.
Prior to this litigation Amber thought only traffickers murderers pedophiles and rapists were bad people she had no idea Lawyers and Judges were corrupt.

When this trial took place.

Amber had Just had surgery, I was taking 14 prescribed medications

daily to stop my body from shutting down. I went to the court in

San Mateo Ex-Parte Shortly Before the trial in 2019 with evidence

and declarations from my medical team. After Asking Quinn Emanuel

to continue the trial date until I was able to participate. Quinn

Emanuel said They would not continue the trial. Even though the

trial was continued for things so mundane as Doolittle forgot it

was spring break yet Goguen has 50 plus other qualified attorneys

on the case. I do not know how many law firms and lawyers he has in

total all I know is every time I look at a document there it seems

another lawyers name is on it.


I am my own lawyer because of everything that has happened, the

rapist and his lawyers chose the jurisdiction of the court. San

Mateo is not a jurisdiction I ever lived in. Except for the hotel

The rapist kept his victims in and that other rapists keep their

victims in. I filed the lawsuit and the rapist moved out of the

state of California.


  When I went to the court with my motion to continue the trial for

very good reason. I had to take medications. I was not clear in my

mind to try a case. I just had major surgery and my bones were not

healed at all. I was having seizures. I have panic attacks I have Complex PTSD, I have a parasomnia  caused by all of this trauma.


 Amber can never sleep. When I do sleep I have night terrors which is something different than night mares. I re-live the sexual abuse and the beatings and everything else in my sleep. I am scared to sleep. It gets worse all of the time. I don't think I should be trying this cases on my own. I have collapsed on the floor.
I don't know what will happen in the court.


What choice do I have? This isn't as simple as a dog bite.


I Went to the San Mateo  court. I filed my motion to continue the trial with my evidence that I was in no condition to try the case. I could not possibly try the case alone without a lawyer. I had to take the medications until the doctors said it's okay to discontinue. I still had broken bones at the time of the trial.


 My lawyer William Paoli destroyed evidence, stole money and did the most egregious things that any lawyer could do to their client. He then tells me he is going to sue me for defamation if I tell anybody he stole from my trust account

William Paoli said he was going to step in and try the case at
the time of the trial even though he withdrew from the case so he
could take the money in the try client trust account. That is all
in evidence.

Amber does not know at what Point William Paoli began conspiring
with Goguen and His lawyers.

Paoli told Amber  to report Richard Sherman to the state bar the
state bar then called Paoli and Paoli lied to the state bar.

When I gave my evidence and Filed my motion to continue the
trial based on my medical conditions as of October 2019 the judge
denied my motion to continue the trial. That was improper of the
judge. The Judge knows I can not be my own lawyer and try the case
with broken bones and a long list of debilitating medical
conditions caused by Goguen and medications in my body impeding my
ability to think. That is not allowed in a court of law.

This brings us to this improper use of defamation.
Look up defamation. You people just use these terms so loosely and
try to apply them illegally. I have to live on this planet too and
all of you have made that impossible.

You fail at your duty. Lawyers have a duty of care. Surgeons have a duty of care. Judges have a duty of care. These lawyers and Judges have abdicated their duty to myself and society. They have violated the very justice system in which they serve and are bound by the law. They have a duty to do no harm.

The lawyers and Judges have abdicated their duties as officers of the court for which they took oaths to uphold the laws of the land. As well as an oath to do no harm.

They can represent rapists however they can not victimize the plaintiff.

Amber has  asked all of them 100s of times to stop exploiting Amber and to stop advertising amber and to stop draggling her infant of the gang and every other trafficker on this planet.

I don't have a polluted mind like all of you. Everything you have done is so wrong. It's not fair and inhumane. You have turned my human existence into currency.

Even after all of the horrible things. The rapist has done to me I then still went to two mediations that Diane Doolittle pleaded for.

Even after that I agreed to the mediator's proposal. Diane Doolittle of Quinn Emanuel called me and told me there was nothing Rivers Morell could sue Goguen for.

Amber  is not a lawyer. You people have 1000s of years of combined legal experience. This is a gang of lawyers now trafficking Amber. I never agreed to lawyers and judges living off of the avails of Ambers sexual exploitation and slavery for 9 years.

I submitted  my motion for reconsideration which was valid. The referee Read Ambler Defrauded Amber by not reviewing Amber's Motion for reconsideration because the declarations of the experts were not on filing paper there is no requirement for experts who type their own declarations to be typed on filing paper. They submit their declarations that way all the time. Surgeons are not lawyers they do not have filing paper.

All of this misconduct is reprehensible. What else does anyone expect from Lawyers who choose to profit from the trafficking and rape perpetrated by a serial rapist.
The violate everyones rights for their profit.


Victims have rights the court is not merely for the rich and the guilty and their armies of lawyers I would like to know why any innocent man needs 58 lawyers to defend him in a breach of contract for the contract that they wrote.


Yet Amber is forced to represent herself so that she can try to save her life. Due to the fact that Quinn Emanuel tampers with every lawyer she has retained Amber no longer trusts lawyers does not want to be victimized by her won lawyers again and nobody wants to deal with an unscrupulous criminal like Diane Doolittle I called literally hundreds of lawyers. They all think she is unethical.


The Judiciary unfairly lets the lawyers withdraw from my case knowing I am not a lawyer that i have paid copious amounts of money to they and they have not done their jobs nor upheld their fiduciary duty to Amber.

Every lawyer that Amber is not suing that stole or violated my rights should be commended by the courts to provide free legal services to the child victims of sex trafficking that I present them with for the reader of their ability to practice law.

Victims have the right of the court. It is a branch of the government the Judges do not work for the perpetrator of the suffering imposed upon plaintiffs.

Diane Doolittle's attempt to manipulate the justice system and success at it thus far her attempt to diagnosis severe medical maladies is despicable ,psychotic outrageous egregious and malicious. She alleges nothing is wrong with me. I am extremely anemic because of the ongoing blood loss since the England rape the blood loss from the arm shattering the surgeries and my body will no longer absorb Iron which renders me almost no immune system. And she alleges

 I have no right to a trial

I have  no right to a home

I no right to a bank account

I have no right to work

I have no right to safety

I have no right to peace

I have  no right no to be stalked

I have no right not to be Murdered

I have  no right to not to be trafficked

I have no right to surgery

I have no right to food

I have no right to report to law enforcement

I have no right to speak the truth.

I guess I have no right to life.

But all of these people have the right to exploit me and live off of the avails of my sex trafficking

A hysterectomy at a young age has consequences and risks

Depression

Early dementia

Incontinence

Mood swings

Heart disease

Bowel dysfunction

Fistulas

Hot flashes

Bone loss

Anxiety

Insomnia

Pelvic prolapse

Vaginal dryness


   Amber was in Good health besides the complex PTSD prior to Goguen intentionally infecting her with High risk HPV and mutilating Amber's body causing the hemorrhaging


   Diane Doolittle is not a medical doctor of any sort and she should not be practicing law she is cruel a criminal and inhumane She is a female misogynist She is a horrible Juris Doctor.


   The risks of Cervical cancer, anal cancer, vaginal cancer, throat cancer related to HPV are self explanatory.


    Diane Doolittle and Goguen believe Ambers body should be treated with sub par medical treatment in a public hospital cut apart and when Amber is dead just discard her body.


    Any judge in any civilized country participated in this conspiracy must step down and very practice law again.
The people of this country and beyond all have rights equal rights

I will deal with the Canadian Judiciary and legal mis-conduct

severally the International mis-conduct as well.

Under the laws of those countries


  Everything Quinn Emanuel has done goes beyond mis-conduct and is

illegal


   There are countries like that on this planet, America is not

communist this is not a dictatorship. Is that how everyone wants

this country to be? Zero freedoms or Cilvil liberties? A judge can

just be bribed and you lose you right of free speech you lose the

right to speak and give evidence in a court of law you loss the

right of self protection and the right to seek help of law

enforcement. A person no longer has a right to trial by jury?


   That is not what the Constitution States.


   There is no statute of limitations on fraud upon the court. It

is at the discretion of the judge when the evidence was  presented

Hon. Danny Chao was bribed and tampered with By Goguen and Quinn

Emanuel.

Danny Chao then granted their motion to seal all of the evidence of
my abuse and presiding Jude Hon Elizabeth Lee signed an illegal
restraining order that prevents me from providing evidence in a
court of law in any of these cases. For the last 9 years of this
litigation Amber has yet to testify in a criminal court or civil
court in any country. No evidence has been presented to Judge or
Jury.

   That is a violation of the US constitution and all of my rights
and a crime against society. There are courts and law enforcement
Jails and sex offenders lists to protect society.

   The public has the right to know who the criminals are who walk
amongst us.

   There are no special rules for these criminals nor is there a
secret court. All people have a right to trial by jury.

   Yet again Diane Doolittle violated Ambers rights and perverted
the course of justice by sending me pleadings that the hearing was
at 1 pm March 1, 2023 yet it was at 9 am March 1 2023.

   None of the lawyers have ever once met and conferred with my in
The San Mateo case or the Orange County case where I am the

defendant in a $100,000,000.00 lawsuit where Rivers Morell Is suing Amber, Michael Goguen and Quinn Emanuel and Goodwin Procter for forcing me to fire Rivers Morell They refuse to give me the pleading and the discovery they stipulate to things and don't tell me. They have hearings and do not give me the notices or the minute orders. They take depositions and deny me my right of cross examination. They do not give me the transcript and tell me I have to pay $2500.00 for copies of the transcripts. I don't know who has the transcripts as I was denied any participation in the depositions.

Amber can not download the pleadings from The Orange county court website as I am not a flowerier and I no longer have any money nor do I have credit cards to pay for the pleadings.

Somehow after paying the debt for my indentured servitude 17 years ago I am now in debt bondage by the judges illegal order Quinn Emanuel and Goguen own my life I have to pay them 7 million more dollars for being raped trafficked and contracting these despicable STDS from Goguens malice. I can't take enough showers I can't scrub Goguen off of me I can't even clean him of with peroxide and rubbing alcohol. Goguen and all of his prostitutes germs are inside of my body forever until I die.

All of these lawyers and Judges must immediately be disqualified from all cases involving Amber.

The lawyers  refuse all of Ambers requests for service of motions discovery and pleadings
They do not meet and confer with me there have never answered the phone they use hacking equipment to trace my wear about's the have tried multiple time to get me alone for examinations and to bring "discovery " by my myself to Quinn Emanuel offices while Michael Goguen has solicited my murder he has two companied that manufacture weapons of mass destruction.

He has now had the chief of police Bill Dial step down because he fired the detectives who were responsible for investigation the rapes of his minor victims in Montana and Michael Goguen bribed the detectives who now work for Goguens sex enterprise. The government does not work for Michael Goguen.

Bill Dial served the community for 30 years prior to that he was a teacher in public schools. He is more than 70 years old give him back his credentials all of the problems were created by Goguen interfering in police business and bribing the detectives who were

there to investigate crimes against rape victim's and murders of young women in the harem.

He paid to get Eric Grieten's in to office as Governor of Missouri that man is another sex offender and had to step down from office for being a pervert. Michael Goguen thought Eric would appoint Michael Goguen to secretary of defense if Eric became president.

Goguen Believes he is a super hero in the likes of batman, he is mentally deranged.

Amber is a victim of Human trafficking so Goguen tried to manipulate the narrative by paying one million dollars to a very dishonorable charity called deliver fund they can not accept donations to combat human trafficking from a rapist and human trafficker that is not how the world works.

Michael Goguen then decided oh, I made Amber homeless so let me clean up my image by dumping slop on homeless peoples plates for a photo opportunity. Goguen is a psychopath to say the very least.

That is actually an insult too psychopaths.

Michael Goguen is in possession of an fake Sheriffs badge with
is a felony

Michael Goguen is in possession of drugs he uses to render
victims unconscious so he can rape them.

Michael Goguen is in possession of illegal hacking equipment.

Michael Goguen  is in illegal possession of a sting ray on his
helicopter that steals thousands of peoples electronic data and
listens in on phone calls including those of law enforcement.

Michael Goguen is in possession of thousands of weapons of mass
destruction. Michael Goguen his lawyers and agents are in
possession of child pornography taken of Amber.

Goguen is illegally tampering with multiple government agencies
and paying for independent CIA missions this is all highly illegal
and then he has everyone he victimized or worked as his agents put
in jail.

Michael Goguen and Quinn Emanuel then bribed reporters to state publicly that Amber is racist.

Amber has no idea why they think are lying and saying amber is racist I have very mixed heritage and I am every race on this planet. I do not know why Diane Doolittle insist on telling me what race I am. I guess she exerts the American Idea of the one drop rule changes your ethnicity. What are they alleging i am racist against myself? They are diabolical.

Even if I were only one race that does not equate to me being less or more of a human.  I am shocked that lawyers said I can't be of a certain ethnicity or I will be prejudiced and I can not have a religion or I will be prejudiced in court.

The essence of what the lawyers purported is that the court the judge  and society are only for people of Purely caucasion Anglo-saxon American's. This Ideology was always improper and it has no place in a civilized society or anywhere on this planet.

Prior to this litigation I believed only Rapists, Murders and people in strip clubs the customers and the traffickers were evil people.  Thanks to Diane Doolittle's misconduct and illegal

activity I know there a great many evil doers on earth not just traffickers  rapists and pedophiles and murders.


   Amber has every type of friend I serve girls any women no matter where they are from. i do not discriminate. So that is truly defamation and malicious protection he his that after he paid the NBC reporter to make a face news story about Michael Goguen being Batman and saving lives and in the news story they violated my copyright by publishing photos that I am the sole copy right owner of and Michael Goguen agreed to destroy all images of me upon the signing of the agreement he and his lawyers and agents are in possession of child pornography takin of Amber as a minor.


    This reporter was fired from NBC for this fake news report.


  Goguen and his agents refuse to destroy the child pornography and continue to damage me by purchasing it illegal by bribing photographers that I had no idea had the images in their possession decades later.


   Amber has asked them to stop  looking at it and disseminating it but to no avail they just keep violating me.

The Judges and Court in San Mateo forced Amber to be a whistle

blower now Amber is a Narc and a rat and will be killed by the

organized crime Syndicate they have already found me and threatened

me.


We went through brain washing about being a rat to the pigs and

the 5/0. That's the police. Brain washing began day one of

trafficking.


Amber is very scared they will murder me and the people I love.

They would likely order the people I love to keep me silent.


Ambers brothers father was found dead the first time the

investigators illegally came stalking and hunting for me and

everyone else in Canada.


Since then the Gang found Amber and surrounded the building I

was in for 9 days I have encountered them on multiple occasions

after not seeing them for a decade.


If Amber dies because of anything Michael Goguen and his

lawyers and agents have done they should be charged with my murder.

This includes death related to HPV ,Death related to them

interfering in my ability to obtain medical treatment, If I am murdered by the traffickers or any of Michael Goguen's agents lawyers, henchmen or otherwise inclusive of Amber being murdered by the Gang because the Judge did not care what would happen if Amber was forced to name an international organized crime syndicate publicly.

Murder includes if I die by anemia , Metal toxicity complications, or any vaginal, anal hemorrhaging or basically any other cause of death because I have no means to pay for medical treatment. As long as I live I can never obtain Medical insurance as I have many preexisting conditions stemming from Michael Goguen's Abuse. Doctor assisted suicide to prevent a violent murder should also be considered murder. My life as been stolen from me time and again.

This is all of their illegal activity and my blood is on Goguen and the Judiciary's Sequoia's and Quinn Emanuel's hands.

They have dehumanized Amber yet again. If I have to suffer Or with be trafficked again i will have a doctor assisted suicide in Canada. I am not a suicidal depressive but if it is the only way not to be trafficked or raped I will request the doctors assistance in committing suicide.

The possession of the child pornography is not only damaging me it is damaging the other girls in the photos. The original trafficker not only trafficked me. He began trafficking girls and women in the 1970s.

Two step sisters were also trafficked. I have not seen them since about 1999 the third time I was sent to Asia.  I never seen them again when I came back perhaps they are dead I do not know. I asked about them at the photo studios nobody would say anything.  I Seen their photos there that I had not seen before. Maybe they were also murdered and feed to pigs on the pig farm in Vancouver. I knew some of those girls. Not well but I knew some.

Amber did not have a passport nor a work visa when she was illegally trafficked to foreign countries.

Michael Goguen and Quinn Emanuel removed the attachments from emails with photos.

Michael Goguen the rapist sex trafficker and pedophile controlled the email accounts and my passwords.

Goguen locked Amber out of the accounts and destroyed all of the emails that incriminated him. He deleted the accounts in entirety. He produced only what suited his agenda of perverting the course of justice and defrauding the court and society.

I do not think all of the photos were of me. We shared photos customers did not care what images we sold them just as long as they had something to look at.  I was the youngest. We shared images we look similar in photos with make-up we shared fake IDs that traffickers gave us.

We were not human beings on paper.
Therefore by disseminating the images they are violating the rights of those who can not defend themselves. If they are alive they can Sue Michael Goguen And Quinn Emanuel as well. I can not see the images that Michael Goguen refused to turn over he said he needs to keep them in his personal archive.  I need to look at the photos to see which ones are truly of Amber. I have not seen the images in over a decade and a half.

Every time these perverts look at the child pornography they damage me more. Goguen promised to destroy all images that he manipulated Amber into giving he by saying she owed him the photos

it was part of her job to give them to Michael Goguen. These images of Amber in 2014. Yet there are dozens of pervert's still looking at the images and disseminating them because of Diane Doolittle's indiscretion and her willingness to make Amber die. .

Michael Goguen and the ring leader of his lawyers Diane Doolittle share the same mental illness. Their debauchery is so profoundly outrageous its unfathomable. First the fraudulently induced me into signing away all of my rights and extinguishing them forever under the personal injury settlement agreement Goguen then raped me again and breached the agreement everyday to Sunday. While dialed Doolittle set up Rivers Morell and set me up as an extortionist. They first silenced me through the agreement violated the agreement stalked me relentlessly solicited my murder and had a judge sign an illegal order to remove my right to even present facts in a court of law. That is illegal and unconstitutional. All victims of all crimes have rights of the criminal and civil courts and due process. the courts are a branch of the government the judges are elected by the people they do not work for Goguen and Quinn Emanuel.

I pray that the court with answer my prayer of freedom from all forms of abuse. I need immediate medical treatment which has been delayed for years because of Quinn Emanuels interference in my medical care.

Michael Goguen owes Amber 40 million dollars plus compound interest plus attorneys fee's plus special damages, treble damages, compensatory damages, punitive damages and every other damage the Supreme court deems appropriate.

Rapists should be forbidden by law to force any victim into a non—disclosure agreement the public has the right to know who the rapists, traffickers and murderers are.

The San Mateo Court has ratified Goguen's criminal activity and his pattern of behavior.

Quinn Emanuel Owes Amber 40 million dollars plus compound interest plus attorneys fess plus special damages treble damages compensatory damages punitive damages and every other damage the supreme court deems appropriate
Sequoia Capital owes Amber 40 million dollars plus compound interest plus attorneys fess plus special damages treble damages

compensatory damages punitive damages and every other damage the supreme court deems appropriate


   Two bear Capital owes Amber 40 million dollars plus compound interest plus attorneys fess plus special damages treble damages compensatory damages punitive damages and every other damage the supreme court deems appropriate


All other defendants that participated in Ambers human trafficking and exploitation owe Every Girl counts a combined 1 trillion dollars before I die so that i can end human trafficking world wide. We are all equal murder is a crime rape is a crime exploiting children is a crime spreading disease id biological warfare and slavery is a crime.


In service of a better humanity Amber and Every Girl Counts a Charitable organization




   Plaintiff, Amber ("Plaintiff") for their complaint against Defendants, For Counts 1-235 , alleges: HUMAN TRAFFICKING, CONSPIRACY, BAD FAITH, QUI TAM, PREMISES LIABILITY , NEGLIGENCE, RACKETEERING and all 235 listed caused of action

Against all parties All of you know exactly what you are Guilty of

### THE PARTIES

1.      Plaintiff _Amber_ is an individual residing in the City of

Los Angeles, County of Los Angeles, State of California. She has not abode as Goguen, his lawyers

agents, associates  and the Judges Unlawfully forced Amber into homeless and they have no remorse

for their malicious and evil conduct.

2.      On information and belief, Michael Goguen Resides in Montana California Nevada,

Delaware, Florida , Massachusetts,Wyoming, New Mexico, Texas, New York, Washington DC

Washington State and Multiple states And internationally. , ("Sequoia Capital, Two Bear Capital, Two

Bear Ranch, Quinn Emanuel ,Rosewood Hotels doing business under the name of  Sequoia Capital,

Two Bear Capital, Two Bear Ranch, Rosewood Hotels, Quinn Emanuel LLP in the City of Whitefish,

Menlo Park, Redwood City, County of San Mateo, Los Angeles, Whitefish, New York, Washington

DC,San Francisco, State of  California, Montana, Delaware, New York,Washington,Wyoming

Delaware Texas Florida Nevada. Defendant does business as a  A Human Trafficker, Venture

Capitalist, Bar Owners, Venture Capital Firm, Hotel, Bar, Studio, Law Practice, Media, News,

Banking, Internet, Oil and Gas, Manufactures, Modes of transportation,  The Government et cetera.

3.   On information and belief, defendants Are individuals corporations and Governments, a ProfessionalCorporation, ("Sequoia Capital, Two Bear, Capital Two Bear Ranch, Rosewood Sand Hill ") is a Corporation duly organized and existing under the laws of the States of  California Montana, Washington, Oregon ,Florida,Wyoming, New York, Delaware,Nevada,Texas,Massachusetts and International Laws, with its principal place of business located in the Cities of  Whitefish,  Los Angeles, New York, Boston, Dallas, Richardson, Naples, Miami, Menlo Park, Atherton, San Jose, Redwood City San Francisco Las Vegas Henderson ,
 Counties of San Mateo, San Francisco, Los Angeles, New York, Flathead, Orange,
 State of California, Montana, Washington, Oregon , Florida, Wyoming, New York, Delaware, Nevada, Texas, Massachusetts. Defendants are Individuals and Businesses and governments. Plaintiff further alleges that defendant Sequoia Capital Two bear Capital Rosewood Hotels Quinn Emanuel are owned by defendants.

4.      The true names and capacities, whether individual, corporate, or otherwise, of the Defendants sued as Does 1 through 10,000,000 are unknown to Plaintiff, who, therefore, sues them by such fictitious names. At such time as their true names and capacities have been ascertained, Plaintiff will seek leave of Court to amend this Complaint accordingly. On information and belief, Plaintiff alleges that each of Does 1 through 100 was the agent, representative, or employee of each of the

other Defendants and was acting at all times within the scope of his/her agency or representative capacity, with the knowledge and consent of the other Defendants, and that each of Does 1 through 10,000,000 are liable to Plaintiff in connection with one or more of the claims sued upon here and are responsible in some manner for the wrongful acts and conduct alleged here.

**EXHAUSTION OF REMEDIES**

Amber has had EVERY human right Violated by defendants, law enforcement and the

Judiciary

Request for case to be removed directly to the Supreme Court of the United States so

defendants can not pervert the course of justice,  Bribe Judges and law enforcement and they

can not murder Amber.

Michael L Goguen Is a serial sexual predator Serial rapist pedophile Stalker and SEX
TRAFFICKER who exploited his wealth and power to fraudulently and forcefully entice young
women and teenage girls into
engaging in abusive commercial sex acts. Through his recruiters the gang and others  he did
this by using Sequoia Capital ,Stanford ,Google and Yahoo as references to make Amber feel
safe being in his care, Michael L Goguen persuaded financially vulnerable, Amber under the
control Of international organized Crime Syndicate that she would be safe with him and that
he would help her to escape and go to university only to become the most profound abuser and
more explosive than the gang.
 Amber repeated told Goguen that She was not a prostitute and that she did not want to have
sex and that this situation was not her fault and he just drugged and rapped her. payments.
Unbeknownst to Plaintiff Goguen was violating women and girls globally. Goguen employed
the term mistress  to
fraudulently lure Plaintiff into his Sex Trafficking Enterprise to sexually Violate Amber Against
her will and Beginning forcing an unsuspecting Amber to watch him masturbate. Forcing her to
watch pornography then forcing  himself on her on an air mattress.
 These purported "opportunities" to earn
money, marketed through the Gang  and Michael Lewis Goguen permanently damaged
Plaintiffs' life Health, Mind  and Career.
The trauma and pain he caused Amber will remain until the date of her death.
 No amount of money can restore Amber to her original condition. He and his agents have zero
remorse and continue to violate Amber in every malicious way possible. There is zero way to
elucidate or comprehend what has happened and continues to happen, the infliction of
suffering is profound and diabolical.

**PRAYER FOR RELIEF**

THEREFORE, Plaintiff prays for judgment against ALL Defendants and each of them as

follows:

**FIRST CLAIM FOR RELIEF: HUMAN TRAFFICKING • The recruitment, harboring, transportation, provision, obtaining, patronizing, or soliciting of a person for the purpose of a commercial sex act (sex trafficking),11 in which a commercial sex act12 is induced by force, fraud, or coercion,13 or in which the person induced to perform such act has not attained 18 years of age.**

**Making false or misleading statements to induce a victim to become involved in prostitution or to remain in prostitution.**

**Taking or keeping a victim's passport or identity papers.**

**Keeping a victim in debt bondage.**

**Using force or threats against either a victim or someone else if the purpose is to make a victim engage in prostitution. Included in this provision are various forms of coercion, such as physical violence, damage to property, and the exposure of secrets that might subject a victim to humiliation or contempt.**

**Providing drugs for the purpose of impairing a victim's judgment.**

**The Universal Declaration of Human Rights lays the theoretical groundwork for international law on human trafficking. It states that all human beings are born free and with inherent and inalienable rights1 without distinction of sex2 and that "[e]veryone has the right to life, liberty, and security of person." 3 Specifically addressing trafficking, it says that "No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms."4 While the Declaration of Human Rights has great moral weight, in itself it is not binding on governments. However, a number of international legal instruments require signatory states to combat human trafficking both within their countries and across international borders.**

The roots of the modern day anti-trafficking campaign reach back over a hundred years to two separate but related movements: the effort to eliminate slavery, often understood in terms of race-based or ethnically-based slavery, and a parallel effort to combat sex trafficking and prostitution. The first international instruments addressing slavery came out of the 1815 Congress of Vienna, which produced the Declaration Relative to the Universal Abolition of the Slave Trade, addressing the transatlantic slave trade and the institution of slavery in the United States and European colonies.5 Several twentieth century conventions address slavery and the broader issue of forced labor including: the 1926 Slavery Convention, adopted at a time when forced labor was seen as a function of colonialism; the 1930 Forced Labour Convention, which obligated signatory states to neither use forced labor nor tolerate it within their borders; and the 1957 Abolition of Forced Labour Convention, adopted after considerable study, concerned principally with the political uses of compulsory labor.6 All three of these conventions and their definitions of slavery and forced labor remain relevant to international law today.7

In the late nineteenth and early twentieth centuries, abolitionists who had successfully fought the transatlantic slave trade in Africans turned their attention to practices based on gender, often called "white slavery" to distinguish it from race-based slavery. The first international legal instrument that explicitly addressed what is now known as sex trafficking was the International Agreement for the Suppression of the White Slave Traffic of 1904, modified in 1910.8 This convention states that its purpose is the "effective protection against the criminal traffic known as the White Slave Traffic,"9 and explicitly links "white slavery" to the institution of prostitution. All of the signatories were European nations. Also limited to trafficking for sexual exploitation, the 1933 International Convention for the Suppression of the

Traffic in Women of Full Age called for punishing anyone who "has procured, enticed or led away even with her consent, a woman or girl of full age for immoral purposes to be carried out in another country in order to gratify the passions of another person."10

These various agreements and others11 culminated in the groundbreaking 1949 Convention for the Suppression of the Traffic in Persons and the Exploitation of the Prostitution of Others. The 1949 Convention set the standard for instruments addressing sex trafficking by condemning trafficking and prostitution as "incompatible with the dignity and worth of the human person, endanger[ing] the welfare of the individual, the family, and the community."12 It advocates punishment for those who engage in "exploitation of the prostitution of persons,"13 and it calls for signatory nations to take "measures for the prevention of prostitution and for the rehabilitation and social adjustment of the victims."14

Yet another major international legal milestone in the campaign against trafficking was the 1979 Convention on the Elimination of All Forms of Discrimination Against Women (CEDAW), a powerful contemporary tool for addressing human rights violations.15 Adopted by the United Nations in 1979 and ratified by 186 countries (but not to date the United States),16 the Convention seeks to eradicate gender-based discrimination by establishing basic international standards for the treatment of women. CEDAW addresses both sex and labor trafficking. It identifies trafficking in women and exploitation of the prostitution of women as practices of gender inequality and directs States Parties to "take all appropriate measures to suppress all forms of traffic in women and exploitation of prostitution of women."17 Reinforced by the Beijing Platform for Action, adopted at the 1995 global U.N. Women's Conference, CEDAW requires States to take appropriate measures to address the root

causes of trafficking in women and girls for prostitution and other forms of commercial sex, forced marriages, and forced labor, including taking actions to strengthen legislation to protect the rights of women and girls and to punish perpetrators.18

The most recent milestone in the international legal effort against human trafficking is the Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children, also known as the Trafficking or the Palermo Protocol. Unlike many of these earlier treaties, the Trafficking Protocol is not a human rights instrument but part of a larger treaty on organized crime.19 The Trafficking Protocol's reach is extensive. By covering compulsory or forced labor and sex trafficking and by protecting men, women, and children, it tackles the issues addressed in earlier disparate conventions. It advances international legal work against trafficking by establishing a uniform and comprehensive definition of trafficking; creating an obligation on signatory States to prevent, protect, and prosecute trafficking; and promoting international partnerships to combat trafficking. Its inclusive definition of trafficking and the specificity of its obligations make it the most significant international agreement addressing trafficking. The Protocol has 133 State parties, including the United States.

**VIOLATION OF THE TVPRA**

1.      For general damages in the amount of $__40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.      For damages for loss earnings in the amount of $____10,000,000.00_____;

4      For interest on said damages from ___May 23,2014 _____, at 10% per annum

5        Costs of suit herein incurred; Attorneys Fees immediate Shelter

6        Such other and further relief as the court may deem just and proper.

**SECOND CLAIM FOR RELIEF: BREACH OF CONTRACT**

1.        For general damages in the amount of $__40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of $_____10,000,000.00_____;

3.        For damages for loss earnings in the amount of $__10,000,000.00_____;

4        For interest on said damages from _____May 23,2014_____, at 10% per annum

5        Costs of suit herein incurred; Attorneys fees Immediate Shelter

6        Such other and further relief as the court may deem just and proper.

THIRD  **CLAIM FOR RELIEF: RAPE**

1.        For general damages in the amount of $_____40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.        For damages for loss earnings in the amount of $__10,000,000.00_____;

4        For interest on said damages from __May 23 2014_____, at 10% per annum

From and after

5        Costs of suit herein incurred; Attorneys Fees Immediate Shelter

6        Such other and further relief as the court may deem just and proper.

**FOURTH CLAIM FOR RELIEF:  Violation of 42 USC §1983**

**ACTING UNDER THE COLOR OF LAW**

1.        For general damages in the amount of $_____40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.      For damages for loss earnings in the amount of $__10,000,000.00_____;

4       For interest on said damages from ____May 23,2014_____, at 10% per annum from and after.

5       Costs of suit herein incurred; and

6       Such other and further relief as the court may deem just and proper.

**FIFTH CLAIM FOR RELIEF: CONSPIRACY**

1.      For general damages in the amount of $__40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $__10,000,000.00_____

3.      For damages for loss earnings in the amount of $_____10,000,000.00____;

4       For interest on said damages from ____May 23,2014_____, at 10% per annum From and after

5       Costs of suit herein incurred; and

6       Such other and further relief as the court may deem just and proper.

**SIXTH CLAIM FOR RELIEF: PREMISES LIABILITY**

1.      For general damages in the amount of $___40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $_____10,000,000.00____;

3.      For damages for loss earnings in the amount of $__10,000,000.00_____;

4        For interest on said damages from _____May 23,2014_____,  at 10% per annum

from and after.

5        Costs of suit herein incurred; Attorneys fees, Immediate shelter, Protection officers.

6        Such other and further relief as the court may deem just and proper.

**SEVENTH CLAIM FOR RELIEF: QUI TAM**

1.        For general damages in the amount of $__40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of

$__10,000,000.00_____;

3.        For damages for loss earnings in the amount of $__10,000,000.00_____;

4        For interest on said damages from _May 23 2014_____,  at 10% per annum

from and after.

5        Costs of suit herein incurred; Attorneys Fees Immediate Shelter.

6        Such other and further relief as the court may deem just and proper.

EIGTH **CLAIM FOR RELIEF RACKETEERING:**

1.     For general damages in the amount of $_____40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of

$_____10,000,000.00_____;

3.        For damages for loss earnings in the amount of $___10,000,000.00_____;

4        For interest on said damages from __May 23,2014_____,  at 10% per annum

from and after.

5        Costs of suit herein incurred; Attorneys fees Immediate Shelter, Attorneys fees.

6        Such other and further relief as the court may deem just and proper.

NINTH CLAIM FOR RELIEF INTERFERENCE WITH EXISTING CONTRACT-INTENTIONAL

1.      For general damages in the amount of $_____40,000,000.00_____;

        2.      For special damages for medical and related expenses in the amount of
$_10,000,000.00_____;

        3.      For damages for loss earnings in the amount of $_10,000,000.00_____;

        4      For interest on said damages from ___May 23 2014_____,  at 10% per annum
        from and after.

        5      Costs of suit herein incurred; Attorney Fees, Immediate Shelter, Protection Officers.

        6      Such other and further relief as the court may deem just and proper.

TENTH CLAIM FOR RELIEF LEGAL MALPRACTICE

 1.      For general damages in the amount of $_____40,000,000.00_____;

        2.      For special damages for medical and related expenses in the amount of
$___10,000,000.00_____;

        3.      For damages for loss earnings in the amount of $___40,000,000.00_____;

        4      For interest on said damages from May 23, 2014_____,  at 10% per annum from and
        after.

        5      Costs of suit herein incurred; Attorneys Fees Security, Protection Officers, Immediate
Shelter

        6      Such other and further relief as the court may deem just and proper.

ELEVENTH CLAIM FOR RELIEF Violation of Human Rights act

1.      For general damages in the amount of $__40,000,000.00_____;

        2.      For special damages for medical and related expenses in the amount of $___10,000,000.00_____;

        3.      For damages for loss earnings in the amount of $_10,000,000.00_____;

        4       For interest on said damages from __May,23 2014_____,  at 10% per annum from and after _____;

        5       Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter


        6       Such other and further relief as the court may deem just and proper.


TWELTH CLAIM FOR RELIEF VIOLATION OF CILVIL RIGHTS

1.      For general damages in the amount of $_40,000,000.00_____;

        2.      For special damages for medical and related expenses in the amount of $_10,000,000.00_____;

        3.      For damages for loss earnings in the amount of $_10,000,000.00_____;

        4       For interest on said damages from ___May 23, 2014_____,  at 10% per annum from and after.

5      Costs of suit herein incurred; Attorneys Fees Security, protection officers, Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

THIRTEENTH CLAIM FOR RELIEF INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS

1.      For general damages in the amount of $____40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $_____;

3.      For damages for loss earnings in the amount of $_____;

4      For interest on said damages from _____,  at 10% per annum from and after _____;

5      Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

FOURTEENTH CLAIM FOR RELIEF : BAD FAITH

1.      For general damages in the amount of $_____40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $_10,000,000.00_____;

3.     For damages for loss earnings in the amount of $___10,000,000.00_____;

4     For interest on said damages from __May, 23,2014_____,  at 10% per annum from and after.

5     Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6     Such other and further relief as the court may deem just and proper.

FIFTEENTH CLAIM FOR RELIEF MONEY HAD AND RECEIVED

1.     For general damages in the amount of $__40,000,000.00_____;

2.     For special damages for medical and related expenses in the amount of $10,000,000.00;

3.     For damages for loss earnings in the amount of $__10,000,000.00_____;

4     For interest on said damages from __May 23 2014_,  at 10% per annum from and after.

5     Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6     Such other and further relief as the court may deem just and proper.

SIXTEENTH CLAIM FOR RELIEF: GROSS NEGLIGENCE

1.     For general damages in the amount of $___40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.      For damages for loss earnings in the amount of $____10,000,000.00_____;

4      For interest on said damages from _____May 23,2014_____,  at 10% per annum from and after.

5      Costs of suit herein incurred; Attorneys Fees, Security protection officers, Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

SEVENTEENTH CLAIM FOR RELIEF CLAIM FOR RELIEF PROFESSIONAL NEGLIGENCE

1.      For general damages in the amount of $___40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $____10,000,000.00_____;

3.      For damages for loss earnings in the amount of $__10,000,000.00_____;

4      For interest on said damages from ___May 23,2014_____,  at 10% per annum from and after.

5      Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

EIGHTEENTH CLAIM FOR RELIEF : UNJUST ENRICHMENT

1.      For general damages in the amount of $_____40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $___10,000,000.00_____;

3.      For damages for loss earnings in the amount of $___10,000,000.00_____;

4      For interest on said damages from ____May 23, 2014 _____,  at 10% per annum from and after.

5      Costs of suit herein incurred;Attorneys Fees Security protection officers Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

NINETEENTH CLAIM FOR RELIEF : WILLFUL MISCONDUCT

1.      For general damages in the amount of $_____$40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.      For damages for loss earnings in the amount of $___10,000,000.00_____;

4      For interest on said damages from ___May 23, 2014_____,  at 10% per annum from and after.

5      Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6        Such other and further relief as the court may deem just and proper.

TWENTIETH CLAIM FOR RELIEF :NEGLIGENT ENTRUSTMENT

1.       For general damages in the amount of $___40,000,000.00_____;

2.       For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.       For damages for loss earnings in the amount of $___10,000,000.00_____;

4        For interest on said damages from _____May 23, 2014__,  at 10% per annum from and after.

5        Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6        Such other and further relief as the court may deem just and proper.

TWENTY FIRST CLAIM FOR RELIEF: UNFAIR COMPETITION VIOLATION OF PUBLIC POLICY

1.       For general damages in the amount of $_____40,000,000.00_____;

2.       For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.       For damages for loss earnings in the amount of $___10,000,000.00_____;

4        For interest on said damages from ____May 23, 2014,_____,  at 10% per annum from and after.

5        Costs of suit herein incurred;Attorneys Fees Security protection officers Immediate Shelter

6        Such other and further relief as the court may deem just and proper.

TWENTY SECOND CLAIM FOR RELIEF : BREACH OF PRIVACY

1.        For general damages in the amount of $_____40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.        For damages for loss earnings in the amount of $___10,000,000.00_____;

4        For interest on said damages from ____May 23, 2014, _____,  at 10% per annum from and after.

5        Costs of suit herein incurred;Attorneys Fees Security protection officers Immediate Shelter

6        Such other and further relief as the court may deem just and proper.

TWENTY THIRD CLAIM FOR RELIEF :WRONGFUL DEATH

1.        For general damages in the amount of $____40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of $_10,000,000.00_____;

3.        For damages for loss earnings in the amount of $____10,000,000.00_____;

4        For interest on said damages from __May 23,2014____,  at 10% per annum from and

after.

5        Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate

Shelter

6        Such other and further relief as the court may deem just and proper.

TWENTY FOURTH CLAIM FOR RELIEF :Trespass to Chattels/ Conversion/

1.        For general damages in the amount of $____40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of

$__10,000,000.00___;

3.        For damages for loss earnings in the amount of $____10,000,000.00_____;

4        For interest on said damages from _____May 23, 2014_____,  at 10% per annum

from and after.

5        Costs of suit herein incurred; Attorneys Fees, Protection Officers, Immediate Shelter.

6        Such other and further relief as the court may deem just and proper.

TWENTY CLAIM FOR RELIEF :5TH Civil Theft

1.        For general damages in the amount of $__40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of

$___10,000,000.00_____;

3.        For damages for loss earnings in the amount of $__10,000,000.00_____;

4        For interest on said damages from __May 23, 2014_____,  at 10% per annum

from and after.

5        Costs of suit herein incurred; Attorneys Fees Security, Protection officers, Immediate

Shelter

6        Such other and further relief as the court may deem just and proper.

TWENTY SIXTH CLAIM FOR RELIEF : NEGLIGENT SUPERVISION

1.       For general damages in the amount of $____40,000,000.00_____;

2.       For special damages for medical and related expenses in the amount of

$__10,000,000.00_____;

3.       For damages for loss earnings in the amount of $___10,000,000.00_____;

4        For interest on said damages from __May 23, 2014___,  at 10% per annum

from and after.

5        Costs of suit herein incurred; Attorneys Fees Security, Protection officers, Immediate

Shelter

6        Such other and further relief as the court may deem just and proper.

TWENTY SEVENTH CLAIM FOR RELIEF : INTERSTATE STALKING

1.       For general damages in the amount of $__40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of

$_10,000,000.00_____;

3.      For damages for loss earnings in the amount of $_____10,000,000.00____;

4       For interest on said damages from __MAY 23 2014_____, at 10% per annum

5       Costs of suit herein incurred; Attorneys fees, Immediate shelter, Protection officers.

6       Such other and further relief as the court may deem just and proper.

TWENTY EIGHTH CLAIM FOR RELIEF: TORTURE

For general damages in the amount of $_____40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of

$__10,000,000.00_____;

3.      For damages for loss earnings in the amount of $___10,000,000.00_____;

4       For interest on said damages from ____May 23, 2014_____, at 10% per annum

from and after

5       Costs of suit herein incurred; Attorneys Fees Security, Protection officers, Immediate

Shelter

6       Such other and further relief as the court may deem just and proper.

DAMAGES

As a direct result of the Trafficking and  sexual assault by Goguen, Plaintiff has suffered, and continues to suffer, from psychological damages, including, but not limited to, depression, anxiety, anger, flashbacks, and nightmares Complex ptsd physical pain and suffering homelessness.

Plaintiff also suffered psychological trauma affecting several areas of her  life, including but not limited to their personality, self-esteem, sexuality, relationships, and career.

Further, for the undetermined future, Plaintiff must relive her sexual assault everyday due to the inescapable coverage of Goguen's federal criminal sex trafficking and payments the the media to falsify the narrative.

Moreover,  Plaintiffs psychological and physiological damages have been debilitating, and have prevented her from understanding and asserting her legal rights. Her own lawyers degraded her and violated her rights,  Law enforcement and Multiple State and Federal Judges trampled upon her rights in a criminal capacity. Additionally, Plaintiff  has feared and has been intimidated by Goguen, Goguens Prostitutes, Goguens employees, Sequoia Capital, Goguens Two Bear Ranch, Two bear Capital and their agents, law enforcement and Goguen lawyers and all the men hired to stalk and murder Amber,

Goguens wealth, his close connections to  Corrupt government officials, law enforcement Senators, governors, CIA, FBI, Goguens Corrupt law firms Sequoia's Corrupt Law Firms and their connections and back scratching quid pro quo antics and claims to be the most feared law firm in the world when in fact these lawyers are criminals and not good lawyers simply breaking the law and perverting the course of justice on belief of serial rapists this are vulgarians of the NTH degree. Because of Goguen Sequoia capital and Quinn Emanuels criminal misconduct and conspiracy against Amber she is forced to face this alone and represent herself as they tamper with every lawyer Amber hires.

Amber now has to face one of the most powerful organized crime Syndicates in the world, The governments, powerful political, business and legal leaders, and the retaliation will be unfathomable. The crimes committed against Amber thus far are not only crimes against her but against humanity as a whole. The people have the right to know the society we live in and who walks feeling amongst us inclusive of the government and Judicial corruption.

Violation of The Trafficking Victims Protection Act 18 U.S.C. §1591 (Plaintiffs Amber and Every Girl Counts Against All Defendants)
 Plaintiffs repeat and re-allege each and every allegation as set forth in the preceding paragraphs as if set forth in full herein.
 Michal Lewis Goguen recruited and enticed Plaintiff by initiating a an abusive commercial sexual
relationship with her. Through her traffickers The Gang, Roe, Goguen invited and recruited
Plaintiff to be his friend in exchange for education and safety from the gang.
 the Education safety of money being of

– 134 –

value to the Plaintiff.  A meeting with a wealthy man like Goguen was also of considerable value for a victim of human trafficking. Amber was not hunting for a Sugar Daddy she was a teenage victim of Gang Crime.

   Goguen knew this and exploited her further in every way his deviant mind could come up with. He told her repeatedly he loved her( A Thing) so he was keeping her in an emotion cage. Those are Goguens very worlds not Ambers. If that was the least he did to Amber it would be extremely damaging.
 Based upon the representations by Goguen these invitations
reasonably led Plaintiff to believe there may be freedom from the slavery exploitation and sexual abuse.  Plaintiff reasonably relied upon the monetary promises the contract Goguen and his lawyers legal and financial advice and understood that her identity would be protected under the personal injury settlement agreement (contract).

   When Amber signed the contract that she wrote Goguen nor his agents informed Amber that should Goguen breach the contract Amber would have to proceed to trial no longer as Jane Doe to protect her from the gang.
one Of the thousands of wrong doings by Goguen Sequoia and their agents.
 All of Goguens fraudulent and enticing offers for
harmless dinner turned int a now 22 year nightmare, a living hell.

 Goguen  knew that he would engage in fraudulent Drugging and raping amber and luring her into Goguen Sex enterprise as his sex slave.
Goguen Knew her would convert Ambers naivety and innocence into rape and sexual slavery.
 Once he knowingly recruited and lured her with the idea that she could gain her freedom and that he loved her and wanted her to be free from slavery and enticed Plaintiff to appear at
His hotels which the are essential to sex trafficking operations as are bars taxis airplanes automobiles buses ships and trains. For sex trafficking to thrive, it requires at least 3 things.  First  victims, often referred to s modern-day-slaves, a sex trafficking victim is treated as property mere cattle by her traffickers. The victim retains little or no money and remains dependent up her trafficker for the most basic necessities Shelter medication Identification food water and clothing.
Franchisers were trained not to turn a blind eye on human trafficking yet Hotels remain a major player in human trafficking.
The franchisers have long known how to spot and deter sex trafficking Since 2004 End Child prostitution and trafficking ECPAT_USA)< Promoted the tourism child protection cod of conduct (code). Well known in the hospitality industry, the  code identifies six steps hotels should take to combat sex trafficking. Additionally , the department of homeland

security identifies specific signs that suggest the presence of sex trafficking at hotels signs of which the franchisers were well aware. By 2013, hotel industry representatives knew that 8 out of 10 human trafficking arrests happen at hotels. The franchisers of the Hotels where Goguen and Sequoia Capital trafficked Amber knew of the epidemic of Sex trafficking, it's dependance on connection to hotels, and prevalence of the problem in America and globally.

There is no point of the TVPRA if Judges the FBI, CIA, Law enforcement are all willing to violate it if they can get money in the bank for themselves. That must be put to an end immediately so victims can be freed.

At its most basic level , the TVPRA criminalizes sex trafficking- the use of force , fraud, coercion to cause a person to engage in a commercial sex act. But congress added a civil cause of action against both the perpetrator of the sex trafficking crime and "anyone who knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in" such a criminal violation. 18 U.S.C. * 1595(a). The franchisers are precisely the type of defendant Congress had in mind when it devised this remedy.

 Second traffickers profit from the forced labor of their victims. Traffickers force young women and underage girls to engage in commercial sex acts. Stripping may not be sex but however Child pornography and Stripping are commercial sex acts.

Traffickers control victims trough force, using violence and treats of violence and threats of violence to restrain, beat, and drug them. And they control victims through fraud and coercion. employing emotional and psychological manipulation, trauma, and isolation.

Third, Sex trafficking requires venues, a place where victims can be sold for sex to as many buyers as possible. In Globally Sex trafficking ventures typically operate in bars and hotels.  Michael Goguen and Sequoia Capital arranged and paid for rooms for Amber to be trafficked and raped in.

Hotels have profited fro Ambers Slavery and rape.

Hotels ,Airports, Airplanes, All commercial modes of transportation  Law enforcement have long been trained to spot human trafficking  Goguen then engaged in commercial sex acts with Plaintiffs

by forcibly fondling and raping Amber intentionally infecting her body with Sexually transmitted disease, including tearing a hole in her  genitals, for sexual gratification under the

fraudulent guise of love and friendship "the burnered bond"  in exchange for freedom safety,Shelter, medical care, education and money .

Goguen intended that his fraud and force to cause these sex acts to take place.

Goguen, The Gang, Sequoia Capital And Goguens agents recruited Amber, knowingly and intentionally conspired

with Goguen to facilitate the fraud and sexual abuse of Plaintiff.

Plaintiff initially complied with Goguens orders during the abuse as she did not feel she had any choice. The abuser that you know seems better that the abuser you have yet to meet.

Goguen was very adept at raping and grooming his victims by the time he was introduced to Amber. He conspired with he gang to have Amber as his possession a mere blow up doll to him. When Goguen began to

touch Plaintiff in an aggressive, sexual manner, Plaintiff was terrified and froze. The sexual abuse commenced that day.

Indeed, through his fraudulent representations, Goguen had isolated

Plaintiff in His hotel room at the Omni Hotel in Richardson Texas, Where he would come to meetings with Oracle.  This indicated to

Plaintiff and along with Goguens  statements was a very wealthy, powerful man. Plaintiff felt she had no

other choice but to comply with this man's orders. She cried and begged to leave he let her leave but the damage was done Goguen began grooming her to be is sex slave in his self proclaimed harem.

Goguens promises, as relayed to Amber, were made in relation to the

payment for sex services, which affects interstate commerce. Amber told Goguen from the first hour they met that she was not a prostitute. He said he just wanted to take her for dinner and that she was safe with him.  He demeaned and degraded her told her she was not good enough to be seen with in public. The abuse began from the first time she went to see him for dinner. A dinner that never took place as he lured her to the Omni hotel in Richardson Texas. Paid for by Sequoia Capital.

Goguens

Sex enterprise  money for commercial  sex acts has a substantial effect on interstate commerce.

Goguens  use of his position as a powerful, wealthy man to otherwise engage in raping Amber was for the purpose of his own sexual gratification.

Michael Lewis Goguen the demonic psychopathic serial rapist, pedophile and Sex trafficker began by becoming more sexually aggressive, made sexual advances, and masturbated. Goguen forcefully and without warning, grabbed Ambers  breasts and vagina and then masturbated to completion on her face and hair on an air mattress. After Goguen ejaculated, he told Amber that she was to refer to him and a king or an emperor throughout time. Goguen called himself an emperor. In the beginning Goguen gave Amber zero money for the Sexual Abuse. He promised for over a year  That he

- 137 -

would soon help her escape from the Gang and go to university. After drugging and Raping Amber none of which she can remember in the summer on 2003 he put an envelope with $7000.00 in her hand bag. Amber told Goguen he could not pay her for sex. He just did whatever he wanted. Clearly he knew Amber could not escape nor could he pay for medical school with $7000.00 this was only a furtherance of his grooming of amber to be his sex slave.

 Amber was planning to run away with the money and escape the gang by joining a Convent or Joining the US army. That was all she could think of to gain her freedom from the gang. Before she could run Traffickers beat her and she ended up in the hospital with a head injury.

  Goguen was aware of all of this.
He fully took advantage of this and sodomized amber shortly there after.

Approximately 2 months later Goguen Drugged and Raped Amber in the Sheraton Hotel in Toronto where he transported her for the purposed of rape. Sequoia capital paid for the Hotel and travel.

To the best of plaintiffs  recollection this is the first time Goguen Anally raped amber after drugging her glass of champagne which Goguen ordered poured and handed to her.  the sexual abuse only intensified form that date onward.
 On information and belief,  Goguen routinely paid traffickers for use Of Amber. He had a long had standing  relationship with them before Amber was trafficked by the Gang to Texas.  This  is Goguens modus operandi.

   Goguen was by no means the Most powerful famous or most wealthy man in these destinations of sex trafficking that Amber was introduced to. Amber did not know or consider Goguen to be famous she believed him to be a computer geek with nothing of interest to say. He was a pervert. Amber did not recognize Goguen and had no knowledge of what a venture capitalist was. She did not care she wanted to save her life and go to medical school. The Gang forced Amber to bare her naked body for in rooms of thousands of people any way they could abuse and humiliate her into compliance they did. Inclusive of making a young teenage girl stand on a public stage with menstrual blood flowing out of her body. Inclusive of forcing her to drink a bottle of hot urine as punishment. Inclusive of beating her, starving her, locking her in the basement of the club with no lights and no lavatories and no water.

  As a result of Defendants Goguen, Sequoia Capital, Two bear Capital Two bear Ranch Two bear Air And all of their agents including the judges and lawyers and "private investigators" heinous and willful conduct, THERE ARE ZERO LEGAL BASIS FOR ANY CROSS COMPLAINTS IN THIS CASE YOU ARE ALL GUILTY.

Plaintiff is entitled to compensatory damages, punitive damages, Exemplary damages, Special damages treble damages attorney's fees, immediate housing Security protection officers.

costs, and all other appropriate relief.

PRAYER FOR RELIEF ON CLAIMS

WHEREFORE, Plaintiffs pray that this Court:

A. Award Plaintiffs Amber Doe and Every Girl Counts all of their damages under The Trafficking Victims

Protection Act 18 U.S.C. § 1595, the civil remedy for violation of The Trafficking Victims Protection Act 18 U.S.C. § 1591, and common law, including

compensatory damages and punitive damages in an amount of $1,000,000,000.00 or in an amount to be determined at trial.

Amber is to be awarded 1 trillion dollars before her death so she can end human trafficking globally because nobody is doing anything and every hum has the right to freedom and peace.

If Amber Dies soon she will appoint a large board to facilitate her wishes.

B. Award Plaintiffs all attorney's fees, costs and expenses available under law·'

C. Award Plaintiffs all pre-judgment interest and post judgment interest available under law; and

D. Award Plaintiffs such additional and further relief as this Court may deem just and proper.

Plaintiff is requesting ex-parte relief as they will suffer great and irreparable injury if the

Court does not act immediately in that Plaintiff will be murdered, die without surgery or be trafficked

again or die of homelessness in Los Angeles City due to the malicious conspiracy perpetrated against

her for the last 9 years.

**II.**

**LEGAL ARGUMENT**

**A.      PLAINTIFFS WILL SUFFER GREAT AND IRREPARABLE INJURY IF THIS COURT DOES NOT GRANT THEIR EX-PARTE APPLICATION**

Plaintiff cannot wait for the time required for a regular noticed motion. If this Court does not act immediately in granting ex-parte relief, Plaintiff will suffer great and irreparable injury in that _She will die from lack of medical treatment, be murdered or be trafficked while be homeless in the streets of Los Angeles she was not even without shelter when she was trafficked as a teenager.

Plaintiffs request relief under Rule 65 of the *Federal Rules of Civil Procedure* which states in pertinent part that,

"Rule 65. Injunctions and Restraining Orders

(a) Preliminary Injunction.

(1) Notice. The court may issue a preliminary injunction only on notice to the adverse party.

(2) Consolidating the Hearing with the Trial on the Merits. Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing. Even when consolidation is not ordered, evidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial. But the court must preserve any party's right to a jury trial.

(b) Permanent Life Long Restraining Order for protection.

(1) Issuing Without Notice. The court may issue a Permanent Life Long restraining order without written or oral notice to the adverse party or its attorney only if:

(A) specific facts in the Statement of facts show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

(B)Plaintiff has no legal counsel Due to the Fraud coercion and malicious conspiracy of the Lawyers judges and Special masters in the San Mateo case and Orange County cases for breach of contract for rape, human trafficking and intentional infection of HPV        (2) Contents; Expiration. Every  restraining order issued without notice must state the date and hour it was issued; describe the injury and state why it is irreparable; state why the order was issued without notice; and be promptly filed in the clerk's office and entered in the record. The order expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record."

**A. The Standard for Preliminary Injunctive Relief**

Plaintiffs have met their burden in that they have shown:

- They are likely to succeed on the merits.

- That they are likely to suffer irreparable harm in the absence of preliminary relief,

- That the balance of equities tips in their favor, and

- That an injunction is in the public interest.

The United States Supreme Court has stated that a plaintiff seeking a preliminary injunction must establish:

[1] that he is likely to succeed on the merits,

[2] that he is likely to suffer irreparable harm in the absence of preliminary relief,

[3] that the balance of equities tips in his favor, and

[4] that an injunction is in the public interest.

See *Winter v. NRDC, Inc.*, 555 U.S. 7, 20 (2008).

- 141 -

It is well established that, to determine whether an injunction is "just and proper," courts apply the "familiar set of four equitable factors: the movant's likelihood of success on the merits; the possibility of irreparable injury to the moving party; the extent to which the balance of hardships favors each party; and whether the public interest will be advanced by granting the preliminary relief." *Small ex rel. NLRB v. Operative Plasterers' & Cement Masons' International Assoc.*, 611 F.3d 483, 489-90 (9th Cir. 2010).

The purpose of a preliminary injunction is to preserve the status quo until a court can decide the merits.

A preliminary injunction is an extraordinary remedy meant simply to preserve the status quo until a court can decide the merits. See *U.S. Philips Corp. v. KVC Bank N.V.*, 590 F.3d 1091, 1094 (9th Cir. 2010).

The standard for granting a preliminary injunction requires balancing Plaintiffs' likelihood of success on the merits against the relative hardships to the parties. *Benda v. Grand Lodge Int'l/ Assoc. Machines*, 584 F.2d 308,315 (9th Cir. 1978). This balancing is a continuum, wherein the required showing of irreparable harm varies inversely with the probability of success. *LGS Architects, Inc. v. Concordia Homes,* 434 F.3d 1150, 1155 (9th Cir. 2006); *Save Our Sonoran, Inc. v. Flowers*, 408 F.3d 1113, 1120 (9th Cir. 2005). Here the balance of hardships tips sharply in support of Plaintiff in that **STATE HERE THE REASONS WHY THE BALANCE OF HARDSHIP TIPS IN YOUR FAVOR.** In contrast, Defendants will suffer no serious hardship.

Because the balance of hardships tips heavily in Plaintiffs' favor, Plaintiffs need only establish a serious question going to the merits upon which Plaintiffs have a better than fair chance of prevailing. *Miller v. California Pacific Medical Center, Inc.*, 19 F.3d 449,456 (9th Cir. 1994);

see also *Sun Microsystems, Inc. v. Microsoft Corp.*, 188 F.3d 1115, 1119 (9th Cir. 1999) ("the

greater the relative hardship on the moving party, the less probability of success must be

shown").

**B. The court has the authority to dispense with the filing of a bond.**

Plaintiffs request that the court dispense with the filing of a bond on the grounds that there is

no realistic likelihood of harm to the defendants from enjoining their conduct.

District courts have broad discretion in determining the amount of a bond. See *Connecticut*

*Gen. Life Ins. Co. v. New Images of Beverly Hills,* 321 F.3d 878,882 (9th Cir.2003).

"The district court may dispense with the filing of a bond when it concludes there is no

realistic likelihood of harm to the defendant from enjoining his or her conduct." *Jorgensen  v.*

*Cassidy,* 320 F.3d 906, 919 (9th Cir.2003).

### III.

### CONCLUSION

For all the foregoing reasons, as well as those set forth in the papers and supporting

documents submitted herewith and in Plaintiffs' complaint, Plaintiffs pray this Court grant the

requested Permanent Life Long restraining order of protection and order to show cause and set the

matter for a hearing for a  preliminary injunction pending trial.


Dated Sunday April 16, 2023
At Los Angeles California US                                Amber Doe