1

Amber Doe

2   P.O. Box 20
    8306 Wilshire Blvd.
    Los Angeles, CA 90211
3   Phone 424- 379- 3619
    Amberlitigate@gmail.com
4   Propia Persona

**FILED**
CLERK, U.S. DISTRICT COURT

4/13/2023

CENTRAL DISTRICT OF CALIFORNIA
BY:  clee  DEPUTY

5

## CV23-2280-MEMF(SK)

6

### UNITED STATES DISTRICT COURT

7   _____ DISTRICT OF _____

8   **Los Angeles**

    **For removal to The Supreme Court of the United States**

9   **Writ of Certiorari In Preparation**

10

11 

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

| | | | |
|---|---|---|---|
| 1 | Amber Doe | ) | COMPLAINT FOR |
| 2 | VS | ) | |
| | | ) | 1. HUMAN TRAFFICKING |
| 3 | MICHAEL LEWIS GOGUEN | ) | 2.RAPE |
| | | ) | 3.TORTURE |
| 4 | SEQUOIA CAPITAL | ) | 4 .PREMISES LIABILITY |
| | | ) | 5.18 U.S. Code § 242 - Deprivation of rights |
| 5 | TWO BEAR CAPITAL | ) | under color of law |
| | | ) | 6.Breach of Written Contract |
| 6 | DIANE M DOOLITTLE | ) | 7 . Violation of Human Rights act |
| | | ) | 8.Violation of the Man act |
| 7 | QUINN EMANUEL LLP | ) | 9. Violation of the Mann act |
| | | ) | 10.Violation of the civil rights act 1964 |
| 8 | Rosewood Sand Hill | ) | 11.Violation Of the Bane Act |
| | | | 12.Violation of Violence Against Women Act |
| 9 | The UNITED STATES OF AMERICA | | 13.Peonage and slavery |
| | | | 14.Importation of an alien for immoral use |
| 10 | The STATE OF CALIFORNIA | | 15.Forgery or false use of passport |
| | | | 16.Fraud and misuse of visas, permits, and other |
| 11 | HUMAN TRAFFICKERS (THE GANG) | | documents |
| | | | 17.Mail and wire fraud |
| 12 | STRIP CLUBS | | 18.Breach of covenant |
| | | | 19.Breach of Oral contracts |
| 13 | MODEL STUDIOS | | 20. Civil and Criminal Extortion |
| | | | 21.Possession and Distribution of Child |
| 14 | HON DANNY CHAO Lawyer/Judge | | Pornography |
| | | | 22. Extortion |
| 15 | Hon Read Ambler/Lawyer | | 23.False Claims Qui Tam |
| | | | 24. Sexual Harassment Quid Pro Quo |
| 16 | Hon Elizebeth Lee Judge/Lawyer | | 25.Fraud in connection with identification |
| | | | 26. Violation of 42 USC §1983 |
| 17 | The San Mateo County Court | | |
| 18 | The San Mateo County Sheriffs | | |
| 19 | The WhiteFish Police Department | | |
| 20 | The City Of Whitefish Montana | | |
| 21 | Orange County | | |
| 22 | Orange County  Court | | |
| 23 | San Mateo County | | |
| 24 | HON JONATHAN CANNON Judge/Lawyer | | |
| 25 | HON RICHARD DUBOIS Judge/Lawyer | | |
| 26 | Hon. Nico A. Doubetas Judge/Lawyer | | |
| 27 | Wilson sonsini Goodrich & rosati | | |
| 28 | | | |

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    Goodwin Procter

2    Glaser Weil

3    Bruce Eric Van Dalsem Lawyer

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

| | |
|---|---|
| 1  Glaser Weil LLP | ) 27. Racketeering and Civil Rico |
| 2  ANTHONY McCusker Lawyer | ) 28. Intentional Violations of FLSA |
| 3  Patricia Glaser  Lawyer | ) 29. Fraud Upon the Court |
| 4  Jill Basinger Lawyer | ) 30. Bribery of the Judiciary |
| 5  William Paoli Lawyer/Judge | ) 31.Bribery Of law Enforcement |
| 6  Ryan Baker Lawyer | ) 32.Tampering with witnesses |
| 7  Michael Strickland Lawyer | ) 33. Tampering and destruction of Evidence |
| 8  All Private Investigators hired to Stalk Amber since | 34. 11 years of stalking |
| 9  2012 | 35.Stalking by alternative means |
| 10  Brian Nash | 36.Gender Violence |
| 11  Michael Feenberg Lawyer | 37.Violation of the equal rights Amendment |
| 12  Michael McCarthy Lawyer | 38.Victims of Crime Act |
| 13  Mark Schaeffer Lawyer | 39. Vicarious liability; respondeat superior |
| 14  All men solicited for Ambers Murder | 40. Breach Of fiduciary Duty |
| 15  Michael F Grady Lawyer | 41.Legal Malpractice |
| 16  Bruce Eric Van Dalsem Lawyer | 42. Assault and Battery |
| 17  Yvette Van Dalsem Lawyer/Judge | 43.Negligent and Infliction of Emotional |
| 18  John Quinn Lawyer | 44.Intentional Infliction of distress |
| 19  Kathleen Sullivan Lawyer | 45.Ku Klux Klan Act Violations |
| 20  Christopher Tayback Lawyer | 46.Personal Injury |
| 21  William C. Price Lawyer/State prosecutor | 47.Violation of Fair Labor Standards Act |
| 22  Mark Holsher  Lawyer | 48.Violation of the Alien Tort Statute |
| 23  Hon Robert D Folies Jodge/Lawyer | 49.Negligent infliction of emotional distress |
| 24  Hon Scott, Joseph C. Judge/Lawyer | 50.Intentional infliction of emotional distress |
| 25  Hon Weiner, Marie S. Judge/Lawyer | 51. Racial discrimination |
| 26  Hon Foiles, Robert D Judge/Lawyer | |
| 27  Hon. Leland Davis III Judge/Lawyer | |
| 28  SUONG NGUYEN Lawyer | |

- 6 -

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    JOSEPH C. SARLES Lawyer

2    Robert Shapiro Lawyer

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

| | |
|---|---|
| 1  Dr Ina Park | ) 52 Violation Of The Womens Rights Act |
| 2  Hon Karesh, Jonathan E.Judge/Lawyer | ) 53.Unfair competition |
| 3  Hon Buchwald, Gerald J.Judge/Lawyer | ) 54.Fair Debt Collection Practices Act |
| 4  Dr. Tara Collins | ) 55. Perjury And Suborning Perjury |
| 5  Hon. Grandsaert, John L. Judge/Lawyer | ) 56.Violation of Trafficking Victims Protection Act |
| 6  JUDGE DYLINA Lawyer | ) 57.Breach of implied warranties and warranties of |
| 7  Megan M Kerr Lawyer | ) fitness; |
| 8  PATRICK DOOLITTLE Lawyer | 58.Breach of implied covenant of good faith and |
| 9  Margaret Caruso Lawyer | fair dealing; |
| 10  MICHAEL LIFRAK Lawyer | 59.False imprisonment |
| 11  Sara Pollack Lawyer | 60.fraudulent inducement of Amber |
| 12  David Klein Lawyer | 61.Fraudulent Inducement of Judiciary |
| 13  KIRKLAND & ELLIS LLP | 62.fraudulent misrepresentation |
| 14  Jamie Stephenson Defamation | 63.fraudulent transfer |
| 15  Aida TAKYRBASHEVA Defamation | 64.Negligence |
| 16  Fawn Cheree Madonia/ Harassment Defamation | 65.negligence per se |
| 17  Negar Sherazi Defamation | 66.negligent hiring |
| 18  Marcella Williams Defamation | 67.Negligent Retention |
| 19  Inga PopKova Defamation | 68.Negligent Supervison Of M L.Goguen |
| 20  RIVERS J. MORRELL III THE LAW OFFICERS | 69.Negligent Supervision of Lawyers by the State |
| 21  OF RIVERS J. MORRELL | Bar |
| 22  FRANK W. NEMECEK (62260) Lawyer | 70.Negligent Supervision Of Diane Doolittle |
| 23  JONATHAN B. COLE | 71.Negligent Supervision of Judges |
| 24  MARSHALL R. COLE | 72.Negligent Direction |
| 25  MICHAEL W. FEENBERG | 73.Negligent Misrepresentation |
| 26  MICHAEL MCCARTHY | 74.Civil Conspiracy |
| 27  JOSEPH W. SCOTT | 75.Criminal Conspiracy |
| 28  Alex Gerbi | 76.Concealment |

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 – Deprivation of rights under color of law

| | |
|---|---|
| Ted Greeno | 77.Deceit |
| Aidan O'Rourke | 78.distribution of a controlled substance to minors |
| | 79.sexual assault of a minor |
| | 80.travel with the intent to engage in illicit sexual contact; |
| | 81. Violation of Slavery pursuant to Thirteenth Amendment |
| | 82.Hostile work environment |
| | 83.Aggravated Assault |
| | 84.Solicitation to commit murder |
| | 85.Violation of the Legal Immigration Family Equity Act |
| | 86.Violation of the Hobbs Act |
| | 87.interstate mail and wire fraud |
| | 88.Intentional misrepresentation |
| | 89.Unjust enrichment |
| | 90.Violations of the travel act |
| | 91.ACTING IN BAD FAITH |
| | 92.Malicious Prosecution |
| | 93.Loss of Consortium |
| | 94.REVISION OF HISTORICAL FACTS  FOR THE PURPOSE OF FRAUD |
| | 95.Making false and fraudulent representations |
| | 96.conspiracy to violate RICO); |
| | 97. EX POST Facto reasoning for purposes of defrauding the court and the world |

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

| | | |
|---|---|---|
| 1 | Apple Music | ) 79.sexual assault of a minor |
| 2 | Washington Post | ) 80.travel with the intent to engage in illicit sexual |
| 3 | Jeff Bezos | ) contact; |
| 4 | Visa | ) 81. Violation of Slavery pursuant to Thirteenth |
| 5 | Master card | ) Amendment |
| 6 | American Express | ) 82.Hostile work environment |
| 7 | Duncan Burch | ) 83.Aggravated Assault |
| 8 | Burch Entertainment | 84.Solicitation to commit murder |
| 9 | Penthouse | 85.Violation of the Legal Immigration Family Equity |
| 10 | Penthouse Club | Act |
| 11 | Scores | 86.Violation of the Hobbs Act |
| 12 | Cruise Ships | 87.interstate mail and wire fraud |
| 13 | Fox Media | 88.Intentional misrepresentation |
| 14 | Comcast | 89.Unjust enrichment |
| 15 | Elon Musk | 90.Violations of the travel act |
| 16 | Microsoft | 91.ACTING IN BAD FAITH |
| 17 | Oracle | 92.Malicious Prosecution |
| 18 | At&T | 93.Loss of Consortium |
| 19 | S&P Global Market | 94.REVISION OF HISTORICAL FACTS  FOR THE |
| 20 | Nasdaq | PURPOSE OF FRAUD |
| 21 | Bill Gates | 95.Making false and fraudulent representations |
| 22 | The NFL | 96.conspiracy to violate RICO); |
| 23 | The NBA | 97. EX POST Facto reasoning for purposes of |
| 24 | Rappers | defrauding the court and the world |
| 25 | Rock stars | 98.Uttering Threats |
| 26 | Hearst Communications | 99. Tortious Interference |
| 27 | New York Times Company | 100.Attorney Interference |
| 28 | BMW | 101.Intentional infection with STDS |

- 11 -
COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 – Deprivation of rights under color of law

FORD MERCEDES

102. Contribution

Sony

103. Intentionally causing homelessness

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

| | | |
|---|---|---|
| 1 | Daimler AG | ) 123.INTERFERENCE |
| 2 | Peter M. Weil Lawyer | ) 104.INTENTIONAL INTERFERENCE WITH |
| 3 | Cannon | ) ECONOMIC RELATIONS |
| 4 | Samsung | ) 105.Indemnity |
| 5 | Kodak | ) 106.INTERFERENCE WITH STATE AND |
| 6 | Electric Motors | ) FEDERAL JUDGES |
| 7 | Boeing | ) 107.Manufacturing of weapons of mass destruction |
| 8 | Buick | ) 108.Evasion of the Sex offenders list |
| 9 | Cadillac | 109.Conspiracy to commit Tax evasion |
| 10 | Chevrolet | 110.money laundering |
| 11 | GMC | 111.California Code, Civil Code - CIV § 1708.85 |
| 12 | Chrysler | 112.47 U.S. Code § 230 - Protection for private |
| 13 | Dodge | blocking and screening of offensive material |
| 14 | Jeep | 113. Violation of Legal Immigration Family Equity |
| 15 | Ram | Act |
| 16 | Ford | 114. Breach of implied warranties and warranties |
| 17 | Lincoln | of fitness; |
| 18 | Tesla | 115.Abuse of the discovery process |
| 19 | Petrolum companies | 116 .Over whelming the plaintiff and the court with |
| 20 | BP oil | frivolous motions/pleadings/ papering |
| 21 | Chevron | 117.22 YEARS OF MICHAEL GOGUEN |
| 22 | Stellantis | TRAFFICKING RAPE DISEASE EMOTIONAL |
| 23 | Ford Motor Company | ABUSE FRAUD DISTRESS SEXUAL ABUSE |
| 24 | Nissan | 118.CHILD EXPLOITATION |
| 25 | Rivian Automotive | 119.INVASION OF PRIVACY PUBLIC |
| 26 | VIA Motors | DISCLOSURE OF PRIVATE FACTS |
| 27 | Fiat | 120.INVASION OF PRIVACY FALSE LIGHT |
| 28 | Toyota Motor Company | 121. Invasion of Ambers mind |
| | Honda Motor Company | 122. Invasion of Ambers body |
| | Nissan Motor Corporation | |

| | |
|---|---|
| VUniversal Music Group | ) 143.Violation Of §2G2.1 - SEXUALLY |
| Anheuser-Busch InBev NV | ) EXPLOITING A MINOR BY PRODUCTION OF |
| Molson Coors Beverage Company | ) SEXUALLY EXPLICIT VISUAL OR PRINTED |
| Heineken Holding N.V. | ) MATERIAL |
| Diageo PLC | ) 144.Violation of 18 U.S.C. § 2241(a) or (b) |
| United Health Group | ) Aggrevated sexual abuse  Annoying or molesting a |
| Carlsberg Breweries | ) child under 18 is covered under California Penal |
| Molson Coors Beverage Company | Code Section 647.6. |
| The US mint | 145.Violation of 18 U.S.C. § 2241(a) or (b) |
| Saudi Arabian oil company Aramco | Aggrevated sexual abuse |
| Wal-mart | 146.Violation of Victims of Crime Act |
| Proctor and Gamble | 147.Violation of Violation of Marcys law |
| State Grid Cooperation | 148.Violation of Violation of Ambers Law |
| Sinopec Group | 149.Violation of 47 U.S. Code § 230 - Protection |
| Petro China | for private blocking and screening of offensive |
| CNPC | material |
| Apple | 150.Violation of 18 of the U.S. Code, Section 798 |
| Berkshire Hathaway | 151. Violation of California Penal Code Section |
| CVS | 538d PC |
| Fortune 500 | 152.Violation of 18 U.S. Code § 716 - Public |
| Interscope Records | employee insignia and uniform |
| Warner Records Republic Records | 153.Violation of 18 U.S.C. 1513 - Retaliating |
| Columbia Label Group | against a witness, victim, or an informant |
| EMI | 154.Violation of Section 1512 of Title 18 |
| Sony Music | 156.Violation of Penal Code Section 68 Bribery |
| MTV | 157.Violation of Civil Code not Serving pleadings |
| Universal Music Group | 158.Violation of 18 U.S. Code § 201 - Bribery of |
| Anheuser-Busch InBev NV | public officials and witnesses |

- 15 -
COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1   Molson Coors Beverage Company

2   Heineken Holding N.V

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

| | |
|---|---|
| Diageo PLC | es159.Violation of PC 647(I) & PC 647(J) |
| United Health Group | CALIFORNIA'S PEEPING TOM LAWS |
| Carlsberg Breweries | 160.Violation of US PENAL CODE 647(I) PC |
| Molson Coors Beverage Company | PEEKING WHILE LOITERING LAW |
| The US mint | 161.Violation of(Penal Code 647(a) PC)LEWD |
| Saudi Arabian oil company Aramco | CONDUCT |
| Wal-mart | 162.Violation of Trespassing (Penal Code 602 PC |
| Proctor and Gamble | 163.Violation Of PENAL CODE 286 PC FORCED |
| State Grid Cooperation | SODOMY |
| Sinopec Group | 164.Violation of California Penal Code 206: |
| Petro China | Torture, |
| CNPC | 165.Violation of the federal civil rights act |
| Apple | 166.Violation Of The US CONSTITUTION |
| Berkshire Hathaway | 167.Violation Of THE CALIFORNIA |
| CVS | CONSTITUTION |
| Fortune 500 | 168.Violation Of Violation Of Universal Declaration |
| Amazon | of Human Rights - the United Nations |
| Alphabet | 169.Vicarious liability; respondeat |
| Johnson&Johnson | superior170.Bribery of Reporters to print fake news |
| Tencent Holdings | 171.Interference with medical treatment |
| Meta Platforms | 172. EX POST Facto reasoning for purposes of |
| Nvidia | defrauding the court and the world |
| LVMH | 174. Violation of Cal. Health & Safety Code §§ |
| The US Mint | 120130, 120290, 120500, 120600; |
| The World Bank | Transmission of STDS |
| All other Defendants to be added later | 175. Transmission of STDS Cal. Penal Code § |
| Does 1 through 10,000,000 | 12022.85 (2022 |

- 18 -



I am not Suing Judge Wayne she is a very Kind

Lady , Alan Brown He is not evil . He must to take

care of his Daughter Or Abhay Kholsa He is Kind

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

| | |
|---|---|
| I am not Suing Judge Wayne she is a very Kind Lady , | 176.Violation Of the US Constitution and amendments |
| I am Not suing Alan Brown He is not evil . He must to take care of his Daughter | 177. 178.Violation ofU.S.C., Section 1343 Wire Fraud |
| I am not suing Abhay Kholsa He is Kind | 179Violation of Tax evasion under 26 U.S.C. 7201 |
| Everyone else is a defendant. | 180.Violation of 26 U.S.C. 7206 Tax fraud |
| | 181.Violation of18 U.S.C. § 2251A - SELLING OR BUYING OF CHILDREN |
| Does 1 through 10,000,000.00 | 182.Violation of 18 U.S. Code § 1030. hacking |
| Every single person business and agency who participated in Ambers trafficking, child Porngraphy and exploitation is a defendant. | 183.Violation of 18 U.S.C. § 372 – Conspiracy |
| | 184 Violation of 18 U.S.C. § 2252.Child Pornography |
| | 185 Violation of 18 U.S.C. § 873 Extortion |
| | 187 • 18 U.S.C. § 1460 - Possession with intent to sell obscene matter on Federal property |
| | 188 • 18 U.S.C. § 1460 - Possession with intent to sell obscene matter on Federal property |
| | 189 • 18 U.S.C. § 1460 - Possession with intent to sell obscene matter on Federal property |
| | 190 • 18 U.S.C. § 1461 - Mailing obscene or crime inciting matter |
| | 191 • 18 U.S.C. § 1462 - Importation or transportation of obscene matters |
| | 192 • 18 U.S.C. § 1463 - Mailing indecent matter on wrappers or envelopes |

- 21 -

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

93 Violation Of 18 U.S.C. § 1465 - Transportation
of obscene matters for sal
194    •         18 U.S.C. § 1466 - Engaging in
the business of selling or transferring obscene
matter
195    •         18 U.S.C. § 1466A - Obscene
visual representations of the sexual abuse of
children
196. 18 U.S.C. § 1467- Criminal forfeiture
197. 18 U.S.C. § 1470 - Transfer of obscene
material to minors
198. 18 U.S.C. § 2241 - Aggravated sexual abuse
199. 18 U.S.C. § 2242 - Sexual abuse
200. 18 U.S.C. § 2244 - Abusive sexual contact
201. 118 U.S.C. § 2251 - Sexual exploitation of
children
202. 202.  18 U.S.C. § 2251A  - Selling and buying
of children
203. Bribery Of Reporters To print Fake news
204. Defamation
205 Violation of 18 U.S.C. § 1460 - Possession
with intent to sell obscene matter on Federal
property
206. Violation of 18 U.S.C. § 2252 - Certain
activities involving sexual exploitation of minors  •

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



207. Violation of 18 U.S.C. § 2252A - Certain
activities relating to material containing child
pornography∙
208. Violation of 18 U.S.C. § 2252C - Misleading
words or digital images on the Internet

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

209 •Violation of 18 U.S.C. § 2260 - Production of

sexually explicit depictions of a minor to Import into

United States•

210. Violation of 18 U.S.C. § 2260A - Penalties for

registered sex offenders

211. Violation of  18 U.S.C. § 2251A  - Selling and

buying of children

212. Violation of Racketeering 18 U.S.C. §

Violation of 1961 Computer hacking under 18

U.S.C. § 1030

213. Violation of 18 U.S.C. § 1030 with the intent to

cause harm

214. Violation of Computer Fraud and Abuse Act

215. Violation of 18 U.S.C. § 1343 – wire fraud

216. Violation of 18 U.S.C. § 372 – conspiracy

217. Violation of 18 U.S.C. § 373 – SOLICITATION

TO COMMIT A CRIME OF VIOLENCE

218. Violation of 18 U.S.C. § 2422 –

SOLICITATION OF A MINOR

219. Violation of FAILURE TO REGISTER AS A

SEX OFFENDER - CALIFORNIA PENAL CODE

290(B)

220. Violation of California Penal Code 236.1:

Human Trafficking

212. Violation of California Penal Code 261: Rape

213. Violation of          •          California Penal

Code 266h: Pimping

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

214. Violation of California Penal Code 266i:

Pandering

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

b215. Violation of California Penal Code 286: Sodomy

216. Violation of California Penal Code 667.71: Habitual Sex Offender

217. Violation of Megans Law

218.Violation of Jessies law

219. Violation of Penal Code 286(c)(2)(A) for acts of sodomy when it's done against the victim's will

220.using force, violence, duress, menace, or fear;

221.Violation of Penal Code 286(c)(3) for acts of sodomy where it's done by threatening to retaliate in the future against the victim or other person;

222. Violation of        •        Penal Code 286(d)(1) if you acted in concert with another person to commit acts of sodomy against the victim's will using force or fear;

223. Violation of Penal Code 286(f) when the act is performed on a person unable to give consent,

224. Violation of Jessicas Law

225. Violation of Chelseas Law

226. Violation of Davids Law

227.Violation of The Wetterling Act

228.Violation of The Brady Handgun Violence Prevention Act

229. Violation of The Human Trafficking Victims Protection Act

230. Terrorism.

231. Unlawful Endangerment

- 30 -

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

nn232.Violation of Megans Law

233.Violation of Jessies law

234.Violation of Penal Code 286(c)(2)(A) for acts

of sodomy when it's done against the victim's will

using force, violence, duress, menace, or fear;

235.Violation of •        Penal Code 286(c)(3) for

acts of sodomy where it's done by threatening to

retaliate in the future against the victim or other

person;

236.Violation of •        Penal Code 286(d)(1) if

you acted in concert with another person to commit

acts of sodomy against the victim's will using force

or fear;

237.Violation of Penal Code 286(f) when the act is

performed on a person unable to give consent,

238. Violation of Jessicas Law

239. Violation of  Chelseas Law

240.Violation of Davids Law

241.Violation of The Wetterling Act

242.Violation of The Brady Handgun Violence

Prevention Act

242Violation of The Trafficking Victims Protection

Act

244.Violation of . Acts under "color of any law"

include acts not only done by federal, state, or

local officials within the bounds or limits of their

lawful authority, but also acts done without and

beyond the bounds of their lawful authority;

- 34 -



provided that, in order for unlawful acts of any
official to be done under "color of any law,"

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

)

)

)

)

)

)

)

)

)

)

)

)

)

)

)

)

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

)

)

)

)

)

)

)

)

- 37 -



```
1                                    )
2                                    )
3                                    )
4                                    )
5                                    )
6                                    )
7                                    )
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6

7

8

9

10                                                    )

11                                              )

12                                              )

13                                              )

14                                              )

15                                              )

16                                              )

17                                              )

18                                              )

19                                              )

20                                              )

21                                              )

22                                              )

23                                              )

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

All Additional Causes of Action will be added

upon discovery of what other crimes have been

perpetrated against Amber No photos of Child

Sex trafficking victims may be produced

during litigation   No Names of any Human

Trafficker or Gang member may be announced

until I am Granted internationally protected

status to testify and a Female police guard

As Police rape Females while on duty and ███

███████████████████████████████████████████

As it is common place for police to murder

innocent people in America No male police may

interact or interview Amber in Person.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



www.dhs.gov/xlibrary/training/dhs_awareness_training_fy12/hta01/module.htm

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1
2
3
4
5
6
7



8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

THE WHITE HOUSE OFFICE

REFERRAL

To: The Secretary of Labor                    Date: October 24, 1967

---

**ACTION REQUESTED**

_____ Draft reply for:
          _____ President's signature.
          _____ Undersigned's signature.

_____ Memorandum for use as enclosure to
      reply.

_____ Direct reply.
          _____ Furnish information copy.

  X   Suitable acknowledgment or other
      appropriate handling.
          _____ Furnish copy of reply, if any.

_____ For your information.

_____ For comment.

**NOTE**

_Prompt action is essential._

If more than 48 hours' delay is encountered,
please telephone the undersigned immediately,
Code 1450.

Basic correspondence should be returned when
draft reply, memorandum, or comment is re-
quested.

---

REMARKS:

---

Description:

          X   Letter:  _____ Telegram: Other:
    To:  The President
  From:  Rhea Callaway, Nat'l Pres., Nat'l Assn of Media Women, Inc., 10 West 135th St,
  Date:  (recd 10/18/  Suite 5 D, NYCity 10037
Subject:  Resolution of organization commending President's Executive order to protect
          women in US fm bias in area of Fed employment and asking extension of order
          to embrace all areas of employment to include mass communication, etc.

                              By direction of the President:

                                        RECEIVED
                                        OCT 25 1967

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

H. J. Res. 1.

# Sixty-sixth Congress of the United States of America;

## At the First Session,

Begun and held at the City of Washington on Monday, the nineteenth day of May,
one thousand nine hundred and nineteen.

---

### JOINT RESOLUTION

Proposing an amendment to the Constitution extending the right of suffrage
to women.

---

*Resolved by the Senate and House of Representatives of the United States
of America in Congress assembled (two-thirds of each House concurring therein),*
That the following article is proposed as an amendment to the Constitution,
which shall be valid to all intents and purposes as part of the Constitution when
ratified by the legislatures of three-fourths of the several States.

"ARTICLE ——

"The right of citizens of the United States to vote shall not be denied or
abridged by the United States or by any State on account of sex.

"Congress shall have power to enforce this article by appropriate
legislation."

*F. H. Gillett*

Speaker of the House of Representatives.

*Thos. R. Marshall*

Vice President of the United States and
President of the Senate.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4



24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1



21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3                        Nature of the case

4   Human Trafficking by The Gang to be referred to in all filings

5   until there is a internationally protected person order in place

6   and police guards so that I may testify If the lawyers or Goguen

7

8   reveal the name of the gang no person in my life is safe and I

9   doubt any of them are either.

10  If they kill Goguen for poking around and sending people to their

11  doors that is not anyones fault but his own and the lawyers and

12  investigators who did it. I did not go tress-passing  around on

13  their door steps I was never planning to speak a word as long as I

14

15  lived about the Gang. Every document with their names must be

16  redacted until an order is signed for my protection.

17

18  ████████████████████████████████████████████████████████████

19  ██████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████

21  █████████████████████████████████████████████████

22  █████████████████████████████████████████████████████

23  ████  ████████████████████████████████████████████████

24  ██████████████████████████████████████████████████████████

25  █████████████████████████████████████████████████████

26  ███████████████████████████████████████████████████████

27  █████████████████████████████████████████████

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1 ███████████████████████████████████████

2 ███████████████████████████████████████████

3 ████████████████████████████████████

4 ███████████████████████████████████████

5 ██████████████

6

7

8 The Judiciary the FBI the CIA the State Bar the Judicial Council

9 And The US Government do not work for Michael Lewis Goguen, Sequoia

10 Capital Or Quinn Emanuel LLP This is Corruption and a violation of

11 all citizens right to safety and Knowledge of the corruption and

12 the Sex offender.

13

14

15 18 U.S.C. § 1591 — Sex Trafficking of Children or by Force,
   Fraud, or Coercion

16 (a) Whoever knowingly —

17 (1) in or affecting interstate or foreign commerce, or within the special

18 maritime and territorial jurisdiction of the United States, recruits,

19 entices, harbors, transports, provides, obtains, or maintains by any

20 means a person; or

21 (2) benefits, financially or by receiving anything of value, from participation

22 in a venture which has engaged in an act described in violation of
   paragraph (1), knowing, or in reckless disregard of the fact, that means

23

24 of force, threats of force, fraud, coercion described in subsection (e)(2),

25 or any combination of such means will be used to cause the person to

26 engage in a commercial sex act, or that the person has not attained the

27 age of eighteen years and will be caused to engage in a commercial sex

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

act, shall be punished as provided in subsection (b).
(b) The punishment for an offense under subsection (a) is —
(1) if the offense was effected by means of force, threats of force, fraud,
or coercion described in subsection (e)(2), or by any combination of
such means, or if the person recruited, enticed, harbored, transported,
provided, or obtained had not attained the age of fourteen years at the
time of such offense, by a fine under this title and imprisonment for
any term of years not less than fifteen or for life; or
(2) if the offense was not so effected, and the person recruited, enticed,
harbored, transported, provided, or obtained had attained the age of
fourteen years but had not attained the age of eighteen years at the
time of such offense, by a fine under this title and imprisonment for
not less than ten years or for life.
(c) In a prosecution under subsection (a)(1) in which the defendant had
a reasonable opportunity to observe the person so recruited, enticed,
harbored, transported, provided, obtained or maintained, the Government
need not prove that the defendant knew that the person had not attained
the age of eighteen years.
(d)Whoever obstructs, attempts to obstruct, or in any way interferes with or
prevents the enforcement of this section, shall be fined under this title,
imprisoned for a term not to exceed twenty years, or both.
Legal Definitions of Trafficking 309
(e) In this section:
(1) The term "abuse or threatened abuse of law or legal process" means
the use or threatened use of a law or legal process, whether
administrative, civil, or criminal, in any manner or for any purpose
for which the law was not designed, in order to exert pressure on
another person to cause that person to take some action or refrain
from taking some action.
(2) The term "coercion" means —

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  (A) threats of serious harm to or physical restraint against any person;

2  (B) any scheme, plan, or pattern intended to cause a person to believe

3  that failure to perform an act would result in serious harm to or physical restraint against any person; or

4  (C) the abuse or threatened abuse of law or the legal process.

5  (3) The term "commercial sex act" means any sex act, on account of which anything of value is given to or received by any person.

6  (4) The term "serious harm" means any harm, whether physical or

7  nonphysical, including psychological, financial, or reputational harm,

8  that is sufficiently serious, under all the surrounding circumstances, to

9  compel a reasonable person of the same background and in the same circumstances to perform or to continue performing commercial sexual

10  activity in order to avoid incurring that harm.

11  (5) The term "venture" means any group of two or more individuals associated in fact, whether or not a legal entity.

12  310 Appendix A

13

14

15  Amber was trafficked by an organized crime syndicate that began

16

17  trafficking her shortly before her 15th birthday.

18

19    A relative was involved in her trafficking she was then lost

20  in a bet to an organized crime syndicate and held in debt bondage

21  for several years being beaten, starved, tortured and made to work

22  from 11 am to 4 am in clubs all over the world. Amber had no

23  passport and no identification of her own the identification was

24

25  created and

26  held by the traffickers.

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1   In or around 2001-2002

2

3      Upon arrival in Texas the first time. ██████████

4   ████████████████████████████████████████████████

5   ████████████████████

6   ██████████████████████The club admits to having minors work in the

7   club.

8

9      This is illegal. Teenagers can not be Strippers nor can they

10  work in brothels. Waitresses and patrons have to be 21 years old to

11  be in bars. So how can 15 ,16 ,17 ,18 ,19 or 20 year old girls be

12  topless or nude in bars and be served alcohol?

13

14



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    ███████████. Such diseases leads to Cervical cancer, vaginal

2    cancer, throat cancer in women. █████████████████████

3    ████████████████████████████████████████████

4    ████████████████████████████████████████████

5    ███████████████████████

6

7

8         ██████████████████████████████████

9    ████████████████████████████████████████████████

10   ██████████████████████████████████████

11   ████████████████████████████████████████████████

12                                   Girls who are trafficked feel

13   ██████████████████████████

14   worthless. It's not easy to survive. So men convince them that they

15   are the only ones that will ever love them and that the trafficking

16   and abuse was all the victims fault.

17       They use tactics like we will deport you if you ever say

18   anything. They manipulate the victims families. Some victims of

19   these pimps work normal jobs during the day and they pimp them out

20   at any venue they can find at night. They typically impregnate

21   their victims and use the children as tools to force the victim to

22   remain complicit be threatening to hurt her children.

23

24

25

26   ██████████████████████████████████████████████████

27   ██████████████████████████████████████████

28   ███████████████████████████████████████████

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3 Rape victims should never be forced to give birth to a child that

4 is a product of a rape.

5

6     Some women choose to bring a child who is conceived of rape

7 into the world but how fair is it to the mother and the child. If

8 the can make the best of a horrible situation that is the only

9 saving grace.

10

11 Tragically Amber fell victim to all four of the most prolific types

12 of traffickers

13

14 Romeo Pimp

15 The Romeo pimp manipulates victims into compliance by using

16 affection, charm, and romantic affection (Winters et al., 2022). To

17 entrap their victim, Romeo pimps rely heavily on emotional

18 manipulation and future promises. (Duncan and DeHart, 2019). The

19 key point is that the trafficker presents himself as a trustworthy

20 individual to the victim. This is demonstrated by a 2010 study

21 conducted in Chicago, which discovered that the vast majority of

22 women described their trafficker as their boyfriend, with only a

23 few describing them as other friends or relatives (Duncan and

24 DeHart, 2019).

25 The grooming time is used by Romeo pimps to isolate the victim and

26 make them codependent, exposing the victim's vulnerabilities that

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

can be used against them for control. The relationship typically takes a dark turn when the Romeo pimp asks the victim to dance in a strip club or engage in prostitution in order to make money to support their life together. At this point, the relationship includes extreme psychological manipulation as well as the possibility of physical violence, which is introduced to control the victim. This type of trafficking is especially coercive because the victim is trapped not only physically, but also emotionally.

Gorilla Pimp

A Gorilla pimp is the opposite of a Romeo in that no staged love or affection is involved. Instead, women are recruited and trapped in sex trafficking through routine violence. It is made clear that a victim's job is to turn tricks on the street or dance in a club, and failure to do so will result in severe consequences, usually resulting in physical and sexual abuse (Kennedy et al., 2007). It is not uncommon for a trafficker to begin as a Romeo pimp before gradually shifting to gorilla tactics (Kennedy et al., 2007). There is ample evidence in the sex trafficking literature that Gorilla pimps are the most difficult to leave and provide the least agency to victims of sex trafficking (Marcus et al., 2014).

CEO Pimp

On the other end of the spectrum, the CEO pimp promises victims lucrative careers and legitimate income (Winters et al., 2022). The CEO pimp runs things in an entrepreneurial manner, focusing on

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

profit and good business management, just like a legitimate business. They see sexual exploitation as a business plan, with victims serving as their products. They typically recruit their victims by offering them a job, such as a modeling contract. This relationship, like the previous types of traffickers, then descends into sexual exploitation and abuse, even as the trafficker promotes it as a life of luxury. This is referred to as trauma bonding, a form of coercive control in which traffickers instill fear as well as gratitude for being allowed to live (Litam, 2017).

Familial Trafficking

Many commercially exploited children in the United States have been sexually abused in the home (Shared Hope International, 2020). Statistics show that 27 percent of sex trafficking cases reported to the United States' National Human Trafficking Hotline in 2018 were cases of familial trafficking (Polaris, 2019). As with all sex trafficking cases, it is frequently misidentified as child abuse or rape. The scant research on familial trafficking suggests a wide prevalence range, ranging from 3% to 44% of child trafficking cases (Allert, 2022). Unlike previous types of traffickers, children exploited by family members may be abused at home but are still driven to buyer locations and taken to parties and venues where sexual abuse of children is a part of the experience (Allert, 2022). Children have a reasonable expectation of care, protection, and security from their families, and a breach of these values can

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  have long-term consequences for mental health and future

2  relationships. The reality is that familial human trafficking is

3  all too common, and we must shatter the myth that relatives are

4  never involved in child trafficking.

5

6

7

8  After many many deleterious and malicious acts perpetrated against

9  Amber ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████

12 ████████████████████████████████████

13 ████████████████████████████████

14 Amber sought medical help the best way she could in a foreign

15 country with no medical insurance and not knowing anybody other

16 than for a couple of hours in passing.

17

18 Amber had no idea the extent of the injury and went to several

19 clinics she was scared that if she told the police she could be

20 hurt or trafficked again. Amber went to see several gynecologists

21 and proctologists once a scope was done she was informed surgery

22 was necessary.

23

24

25 ████████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████

28 ████████████████████████████████████████

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1 ████████████████████████████████████████████████████

2 ████████████████████████

3 ████████████████████████████████████████████████████

4 ████████

5

6

7 ████████████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ████████████████████ Amber hired Rivers Morell to help her obtain

10 medical treatment and safety. Amber did not know lawyers she did

11 not think very much about what their exact duties were. She found

12 Rivers by looking for rape victims lawyers. Amber thought lawyers

13 were governed by the law of the land.

14

15

16 ████████████████████████████████████████████████

17 ████████████████

18

19

20 ████████████████████████████████████

21

22 Rivers Morell Drafted a letter and a draft complaint after meeting

23 Amber in a coffee shop for an hour. Amber did not know what the

24 California legal process was she did not know what mediation or

25 draft complaints or demand letters were. Rivers Morell Stated he

26 was an expert in Rape cases and helped many women.

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Plaintiffs Lawyers especially of victims  a crime can not be manipulating and exploiting their clients.

I was told the lawyers are in control of me and the case. Later on I was told that the lawyers are working at my direction that is also improper trauma victims can not comprehend how to manage their hellacious lawyers.

The plaintiffs are not lawyers that are victims of crimes. Ambers case his is not a simple issue of slip and fall.

    How is a rape victim with no legal experience supposed to be in charge of Patricia Glaser who has been a lawyer for 50 years and has an entire firm of lawyers and friends who are judges.

    How is a victim of human trafficking supposed to know what Patricia Glaser or any other lawyer is supposed to be doing. When I went to a lawyer after Diane Doolittle did so many cruel inhuman and illegal things I was so terrified I would not show the Personal injury settlement agreement to the lawyers because I thought showing a lawyer would be a breach. ██████████████████

██████████████

Why would any person be paying a lawyer if they are supposed to know everything the lawyer is supposed to be doing? This is more abuse of process.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  Rivers Morell told Amber that it was California law that he must

2  ask for mediation before filing a lawsuit. He never showed the

3  demand letter to Amber after a lawsuit was filed in 2016 by

4  Patricia Glaser Amber read the demand letter.

5

6

7  After Michael Goguen was served the letter Drafted by Rivers Morell

8  that Amber never seen that has not extortionate demands in nature

9  but merely a request for mediation nobody said they were calling

10 the police nobody sis they were going to kill Goguen.

11  Amber did not want to endure a criminal lawsuit and lose any more

12 years of peace and safety in her life.

13

14

15 ██████████████████████████████████████████████████████████

16 ███████████████████████

17 Amber pleaded with him to get Diane Doolittle and to go to

18 mediation. ██████████████████████████████████████████

19

20 ██████████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████

22 ██████████████████████ Amber did not know lawyers Amber does not

23 trust people.

24 ██████████████████████████████████████████████████████

25

26 ████████████████████████████████████████████ Diane

27 Doolittle stated she was going to trap Rivers Morell and that she

28 would set him up to look like a criminal.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



Anthony McCusker of Goodwin Procter and Diane Doolittle of Quinn Emanuel and Wilson, Sonsini ,Goodrich and Rosati drafted letters and messages for Amber to send to fire Rivers Morell.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1

2

3

4

5

6

7  This is

8  Malicious.

9

10

11

12

13     This is my own personal holocaust this is worse than the

14  transatlantic slave trade worse than Hitlers Nazi Germany, worse

15  than North Korea, Worse than Putins  Russia, Stalins Russia and

16  Apartheid combined all wars combined.  Girls and women are humans

17  this Male Supremacy needs to end.

18  I don't know of many women raping and trafficking children in most

19  cases its because the women themselves were raped and trafficked so

20  they did it to others.

21

22

23     Women are not born to being rapists, pedophiles and traffickers.

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  Men under no circumstances should be gynecologists there are

2  hundreds of sub specialties they do not need to be examining

3  women's vaginas all day everyday that is perverse.  So many

4  gynecologists violate their patients. Even if they are not rapists

5  It is still strange men are not women I don't know why they are

6  pretending to know what happens in a woman's body. They don't, they

7  are merely guessing.

8

9

10

11

12

13

14

15

16

17

18

19

20

21  The agreement was signed at the Rosewood Sand Hill hotel a

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1
2
3
4
5
6 On May 14,2023 Sequoias notary came to the Rosewood Sand Hill and
7 notarized the Personal injury settlement agreement created by
8 Michael Goguen.
9  Quinn Emanuel LLP, Goodwin Procter LLP and Wilson Sonsini Goodrich
10 and Rosati LLP.
11
12
13
14
15 The Personal injury agreement was notarized in the Business center
16 of the hotel
17
18
19
20
21 Amber did not understand that the agreement was a contract as she
22 is not a lawyer she is not a juris Doctor.
23
24     Amber
25
26
27      She has no legal education. The agreement is titled
28 personal injury settlement agreement not contract.

- 71 -
COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 In December of 2014 Diane Doolittle sent Amber a  message to Ambers

26 phone stating the agreement that they wrote was null and void as

27 procured by extortion. There was no extortion

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

Diane Doolittle said Amber could not Call Rivers Morell and tell

5

him what happened or he would sue her.

6

7

8    DIANE DOOLITTLE DID ALL OF THIS AFTER WAITING FOR THE CLOCK TO RUN

9    OUT ON AMBERS STATUTE OF LIMITATIONS

10

11

12

13

14

15

16

17

18

     Patricia Glaser informed Amber that a breach of contract had to

19

be filed with a name AND NOT A PSEUDONYM.

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



Prior to sex trafficking Amber was a volunteer even as a small child. during sex trafficking Amber participated in the food and toy drive every year. She would ask all of her customers to come that weekend and bring toys and she was allowed to charge any amount for the dances and sell items like panties for any amount and all of the money was given to children charities. Many girls hated it.

She began to ask women to allow her to come to classes and various events. She donated her time to as many projects as possible while studying.

Rather than tell Amber to find secure and preserve evidence

and that she should not have money because Doolittle is ivy league educated and a former prosecutor and she does not earn the amount of the settlement agreement for her work. She sated that She knows Amber is not a

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  victim because she was a prosecutor. Amber was not a prostitute.



16   Amber paid the debt after several years and never looked back none

17  of the traffickers had anyway of finding her or hurting her again.

20

21                         Amber Hired Patricia Glaser. She trusted

22  Patricia Glaser implicitly. Amber is very upset and disappointed

23  that Patrica Glaser abandoned her case.

24  Amber never trusted any of the lawyers after she was put in a

25  position where she had to call hundreds of male lawyers and talk

26  about the facts and nature of the case every time damaging Ambers

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    mind more and more. Amber never wanted any of the lawyers she hired

2    after Patrica Glaser.

3       There was only one male lawyer Amber wanted to hire and He does

4    not want to deal with Diane Doolittle ever because she is a nasty

5    horrible unethical piece of work. She is a sorry excuse for a

6    women. Diane Doolittle has victimized many other rape victims not

7    just Amber.

8    I refuse to take Diane Doolittle's deposition I am finding a

9    volunteer lawyer to do it. She is never allowed to speak to me in

10   court or touch my dog who she made fun of and touched without

11   permission. Because she is an awful human being. Excuse me but what

12   did my dog do to Diane Doolittle or anybody else.

13

14

15   Amber is not calling any more men and talking to them about this

16   case and listening to their sexual harassment or their outrageous

17   opinions.

18

19

20   Willam Paoli is a racist and called amber a tar baby many times

21   when he screamed at her because he said he could not control her.

22   He was only covering the fact that he was stealing from her and

23   intentionally destroying her case while she was fighting the health

24   battle.

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1     The lawyers at Glaser Weil were not honest with Amber about the

2     legal process. They stated that the only evidence to be submitted

3     at trial were the contract and the communications.

4     Diane Doolittle contacted Patricia Glaser and asked for another

5     chance to mediate prior to a lawsuit being filed Amber went to two

6     mediations



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

**[redacted]**

Nobody told Amber the discovery process, nobody told Amber what to expect during litigation , nobody said the entire world was a witness that every person Amber ever spoke to for 5 min would be stalked and threatened. Victims do not have $1200.00 per hour to pay lawyers to help them **[redacted]**

**[redacted]**

  When the complaint was filed in 2016 Patricia Glaser was in Israel unbeknownst to Amber.

 Amber had gone out of the country to visit a dying relative.

**[redacted]**

By right of Birth Amber is a dual citizen of the United States and Canada

Amber has spent more of her life in the United States than Canada. He Grandparents are US citizens and have always had US passports her great grandparents and great great grandparents were US citizens Amber's biological father upon information and belief is a US citizen by birth.

1

2  Amber does not know all of her relations and has no desire to meet

3  them. ████████████████████████████████████████████

4  ████████████████████████████████████████████████

5  ████████████████

6

7

8  Canadian Citizens are allowed to live in the United States without

9  any type of visa, they have to only apply for a work visa if they

10 want to work.

11

12

13 Canadian's and US citizens can commute across the border frequently

14 and live in either country 6 months of the year. ██████████████

15 ████████████████████████████████████████████

16 ████████████████████

17

18 ████████████████████████████████████████████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████

21 ████████████████████████████████████

22 ██████████

23

24

25 Even though i am dehumanized i was never an inanimate object I have

26 always been a human being not a blow up doll. Amber is not a THING.

27

28

1 ███████████████████████████████████████

2 ███████████████████████████████████████

3 ███████████████████████████████████████████

4 ███████████████████████████████████████ and

5 killing beautiful Grizzly bears and other endangered wild life for

6 sport.

7

8

9 ████████████████████████████████████████

10 ███████ ████████████████████████████████████

11 ██████████████████████████████████████

12 ██████████████████████████████████████

13 ███████████████████████████████████████

14 ███████

15

16 Diane Doolittle in her very disturbed personality came upstairs

17 and photographed the water on his shirt as if he was injured.

18 Doolittle then told him to leave and ended the mediation.

19

20

21 Amber paid $12,000.00 for each mediation where she tried to

22 resolve the issue with as little damage to her person as possible.

23 The mediator made a mediators proposal which Amber accepted.

24 Michael Goguen later accepted it.

25

26

27 Months passed and he did not sign the papers Diane Doolittle

28 stated it was too much that they agreed too.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2  Judge Wayne from Jams was the mediator. Amber is not mad at judge

3  Wayne. ███████████████████████████████████████

4  ██████.She was very kind to Amber and spoke to her like a human

5  being.

6

7

8  There after a lawsuit was filed in May 2016 █████████████

9  ████████████████████  ███████████████████. Amber never

10  seen Judge Wayne again.

11

12

13  ███████████████████████████████████████████████

14  ███████████████████████████████████████████████

15  ███████████████████████████████████████████████

16  ████████████████████████████████████████

17  ██████

18  ███████████████████████████████████████████████

19

20  █████████████████████

21

22

23  I no longer live I only exists ████████████████████

24

25  During the Litigation process 18 months into litigation ██████

26

27  ███████████████████████████████████████████████

28  ████

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Bruce Van Dalseun. Goguen instead the deposition had to be in whitefish Montana for no legitimate reason HE and his lawyers made San Mateo the jurisdiction. Everyone except Amber and Abhay Kholsa travelled to Montana the deposition was in the Whitefish city hall I don't know why.

Amber was only allowed to listen on speaker phone which Diane Doolittle put on Mute most of the time and then Marked much of the transcript Attorneys eyes only and refuses to give amber the transcript or the video even though Amber is forced to represent herself.

Bruce the other Bully from Quinn Emanuel who is dear friends with Chris Reynolds the creepy Stalker who victimized me my friends and relatives by stalking us relentlessly.

Bruces Wife Yvette Van Dalseum Is A California Judge she is also friends with the stalker. Bruce Van Dalseum Whom Darcy calls Bruce "Vander Shit" for stalking him at work and at his parents homes and his friends offices people i have never even met. Doolittle alleges that i would have told a 23 your only gay boy that I met in the women's clothing section, where he worked at a store that I was trafficked and raped days after I met him.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Amber only knew Darcy a boy smaller in stature that myself for a few hours at the time of the rape after the rape I never seen him again until October 2013 at least 15 months after the rape. He flew to LA to see his boyfriend and amber seen him for a few hours. At the time of the rape Darcy was in the middle east with his boyfriend. Diane Doolittle is willing to pervert the course of justice in any and every way possible and the only way they could have found out i met Darcy in a story was by hacking my phone or hacking my phone records. I never had any social media until this lawsuit ████████████████████████████████████

████████████

After the first day of Goguen's deposition in Montana Bruce took out a bike and fell off and bike his color bone. That's what he said . he left the hospital and came back to the deposition he said he stopped taking the Oxycotin. Therefore Doolittle was the one making "objects" and suborning the perjury. Goguen had 5 days of deposition coaching in Vegas with multiple firms. He did not appear for his deposition until nearly 18 months into the case amber appeared the month after the case was filed. I can only estimate because I don't have all of the files.

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

- 83 -
COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5

6      Diane Doolittle called third parties to ask why

7

8

9

10                                                            .

11

12

13    Goguen deleted them after the Subpoena was served for the contents

14    of the accounts.

15

16

17

18

19

20

21

22

23

24

25

26

27                                                  He even wrote about it.

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1    I was not paying attention when he wrote and said those things I

2  only thought 

3

4

5

6    I did not know that he was damaging his business partners.

7  I did not know what Sequoia capital did exactly i did not think

8  about it nor did I care.

9

10

11

12

13

14

15

16

17         needs to give them to myself and law enforcement and nobody

18  else can look at them. This is too painful.

19

20

21

22

23                                                          Something

24  Judge Chao does not view as a crime.

25  Michael Goguen said that His business partner Named Michael was

26  very sick and that when he dies Michael Goguen would be taking over

27

28  Sequoia capital.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

I do not remember what else he said about it at this time I have had to read what emails he did not destroy to understand what he was telling me. I don't know what secret information he took from Sequoia. I don't know if his partners died.

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; They paid for the Notary.

Sequoia Capital read all of the communications between Diane Doolittle Anthony Mcusker and Wilson, Sonsini Goodrich and Rosati. Everything else they did is for proof at trial.

The agreement specifically stated that if Michael Goguen were to materially breach the agreement the harm to Amber would be Irreparable.

Now the damage to Amber is incompressible.

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



Amber told Brian Nash about Matthew Marshall and Brian Nash went to See Matthew Marshall.

Brian Nash stole $20,000 dollars from Amber to obtain the emails

Amber believes he used the Money to buy his second wife's wedding ring.

Brian Nash Extorted Amber. He demanded she Buy him a Mercedes Motor home and that she give Brian Nash 2 million dollars for no reason even though Brian Nash stated he is some type of investor

1  and that Sequoia Capital wanted Brian Nash to take on Michael

2  Goguens Position ████████████████████████████████████████

3  Brian Nash says Goguen prevented Nash from working at Sequoia

4  decades ago and that Brian Nash's step father is friends with the

5  founders of Sequoia Capital. And something about Chris Skirakis a

6  founder at Google. I don't know.  Brian showed Amber a video of

7  Chris Stalking him at the grocery store.

8

9

10  ████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████

15  ██████████████████████████████████

16  ██████████████████████████████████████████████████

17  ████████████████████████████████████████████████

18  ██████████████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████████

21

22

23  ████████████████████████████████████████████

24  ████████████████████████████████████████████

25  ██████████████████████████████████████████████████

26  ████████████████████████████████████████████

27  ████████████████████████████████████████████████

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



Amber only heard of Brian Nash in the fall of 2016. Brian Nash contacted Amber anonymously after Patricia Glaser abandoned Amber and she was in Europe searching for medical records from years before that she never had in her possession.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  ▐███████████████████████████  I just try to help
2  other girls and women save their lives and get to safety.
3
4  They victimized my all of my siblings elementary school aged
5  children and toddlers.
6
7  Nobody feels safe in their homes offices or cars. Amber Tried to
8  protect everyone from the crimes committed against her.
9
10  ████████████████████████████████████
11  ███████████████      █████████████████████
12
13  ███████████████████████
14
15  The amount of damage done no money can ever repair I have not seen
16  my friends or family in over 5 years.  As long as Amber is a target
17  nobody who loves me is safe.
18
19
20  The San Mateo judiciary forced me to disclose the name of the
21  organized crime syndicate and specific traffickers,  witnesses
22  confirmed that it is true ██████████████████████
23  ████████████████████████████████████████
24  ██████████████████████████████████████
25  ████████████████████████████████████████
26  ████████████████████████████████████████
27  █████████████████████████████████
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  I am now in danger 24 hours per day 7 days per week 365days per

2  year. The Syndicate will kill me to stop me from speaking about

3  their activities I went to the special victims units the detectives

4  state they know this is happening however the government makes it

5  

6  nearly impossible to have them charged with human trafficking so

7  they try to arrest them on drug trafficking and murder.

8  

9  I asked for witness protection if I cooperated and would testify

10 they said that is unheard of that i should hide in a small town for

11 the rest of my life and forget what happened that these are now

12 historical crimes. I said they are still doing it. ███████████

13 ████████████████████████████████████████████████ None

14 

15 of this is historical to me. It's been an entire lifetime of abuse

16 that never ends.

17 

18 Diane Doolittle is the ring leader in all of this. I reported her

19 to the State Bar years ago and she had the report deleted. People

20 can not tamper with government agencies.

21 

22 

23 We are all sharing this world together.

24 

25 I did not know a lawyer could just abandon your case when it is set

26 for trial

27 

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    Patricia Glaser did not tell me at the inception of hiring

2    her that over half of my legal team were former QUINN EMANUEL LLP

3    ATTORNEYS AND THAT DIANE DOOLITTLE WAS THEIR BOSS. BY LAW THIS fact

4    NEEDS TO BE DISCLOSED AND PUT IN MY RETAINER AGREEMENT.

5

6

7    When Patricia Glaser filed the lawsuit



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1  I have no idea why a billionaire was making me not have food and
2  fly on Southwest for $79.00 to all these destinations sometimes I
3  had to take 2 or 3 flights I would be so exhausted

4
5
6
7
8
9
10
11
12
13
14  .
15  That stands to be a normal question. The Guy was just being polite
16  Goguen said I should have told him something else. i don't know
17  what difference it would have made.
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    Amber had never heard of an LLC or a 501 C 3 company. i did not

2    know what legal zoom was he instructed me to do this and then

3    wanted me to sent up a 3rd company a charity to receive the money

4    for the personal injury settlement. This is all in evidence.



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

5      Amber said no.

6

7

8

9

10

11

12

13

14

15

16

17     She knows some people whom Ambers knows through the fashion

18     industry she has paid them hundreds of thousands of dollars to make

19

20     her seem famous. Weird.

21

22

23

24

25

26

27

28                          Super models are defined as people who earn

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1   10 million dollars or more per year in ad campaigns or fashion

2   shows. ██████████████████████████████████████████████████

3   ██████████████████████████████████████████████████

4   ████████████████████████████████████████████████████

5   ████████████████████████████████████

6

7

8   I have nothing against the women ████████████████████████████

9   ████████████████████████ I never agreed to any of this. Polygamy

10  and harems are illegal in America.  None of these women and I would

11  ever be friends or palling around together. ████████████████████

12  ████████████████████████████████████████████████████

13  ████████████████████████████████████████████  █████

14  ███████████████████████████████████████████████████████

15  ████████████████████████████████████████████████

16

17

18  ████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████████

21  ████████████████████████████████████████████████

22  ████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████

24  ████████████████████████████████████████████████

25  ████████████████████████████████████████████████

26  ████████████████████████████████████████████████

27  ████████████████████████████████████████████████



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



Which is wrong.

None of them believe themselves to be victims of human trafficking. I assume because of the brain washing.

I have no clue why a judge is willing to violate the law of the land and prevent me from providing this evidence in a court of law

Evidence is not defamation. Providing evidence is not extortion providing evidence is part of the criminal and civil justice system you can not silence victims from providing evident to the court.

There is no cure. They should get the electric chair

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

RAPE IS  CRIME, HUMAN TRAFFICKING IS A CRIME, PEDOPHIlIA IS A CRIME THE DOJ IS NOT JUST FOR SHOW IT IS FUNDED THROUGH TAX DOLLARS SO ARE THE JUDGES.


    These judges need to be disciplined and removed from the bench immediately. They can not violate victims rights and the rights of society as a whole. If rapists were stopped at victim one there would be zero serial rapists, Zero serial killers.


    Castration is an option. But they would then just murder girls and women.



    Shortly after the Lawsuit for breach of contract was filed in 2016 Patricia Glaser began charging me approximately 10,000.00 per day everyday of the month to read documents. One lawyer went to one short hearing for less than an hour.
    Glaser Weil filed a massive motion to compel discovery around the same time as they filed the motion to withdraw. ████████████
████████████████████████████████████████████████
████████████████████████████







They chased  Amber through 4 different countries.

1

2    After Patricia withdrew from Ambers case for no reason other

3    than I could not pay $10,000.00 per day for them to read documents

4    the motion to compel was heard. I appeared via court call.

5    The Judge stated there was nothing to compel as Patricia Glaser had

6    not served written discovery. Which Amber asked her to serve Jill

7    Basinger said it was optional and their firm did not serve written

8    discovery they only ask questions at depositions.

9

10

11    A couple of days after the lawsuit was filed in 2016  Jill

12   Basinger called Amber and said Patricia was in Israel that ███

13   ████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████

15   ██████████████████████████████████████████████

16   ███████████████████████ I wanted to speak to Patricia she was

17   the only one I thought i could trust.  Jill Basinger said it was

18   night in Israel and we could not call her so i am put on the phone

19   with Diane Doolittle and Jill

20

21

22   Diane Doolittle was her usual mean self.

23

24    Diane Doolittle Leaked the Complaint to the press so there was

25   nothing i could do at that point.

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Amber asked Patricia to resolve the issue between Rivers  Morell
and Myself I asked if we could call him together so I could explain
what happened she said no.


Patricia called Rivers.  I do not know what was said. Rivers
Morell did not go to fee arbitration rather he filed a 100 million
dollar lawsuit in Orange County against Myself, Goguen and Quinn
Emanuel, Goodwin Procter Diane Doolittle and Michael Goguens other
lawyers of which there is an army.


I don't know any innocent man would need fifty eight or more
lawyers from seven  white shoe law firms.


When Rivers Morell filed his lawsuit in Orange County Patricia
stated she does not represent me against Rivers, That I need a
second law firm. I was very very distraught and did not understand
anything that was happening. It might have been Jill who elucidated
it. They often called me in Tandem.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

sell me to porn films I fought them about it for years, if they
made me cry everyday they could not get as much money from
exploiting me. So they didn't bring it up everyday only when the
porn movie recruiters were coming.

The traffickers have lawyers and illegal contracts as well.


Amber would often  be in the bathroom or the dressing room
crying. I would take a nap in the non smoking room under the table
the bouncers would come find me if i was asleep to long. Bouncers
were part of the Gang. They were not there to protect us girls.


A Long Nap being more than 30 mins. They knew they would find me
trying to breath in the no smoking room. Amber had to inhale so
much second had smoke that I would have nicotine withdrawals when I
was not in the clubs. I do not remember a day that i have not had a
headache.


After Patricia's motion to withdraw was granted. Amber began
interviewing lawyers via video call. Nobody wants to deal with
Diane Doolittle specifically because she has zero legal ethics.
Judges should not be allowed to abandon victims of crime/
unsophisticated parties when a trial is set and the plaintiff has
no new counsel in place. Victims are not lawyers. This is never
allowed in most other countries. Lawyers are bound to duty and a

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

code of ethics. Victims do not know how to direct lawyers. Nor should they be expected to. Victims are under duress its the lawyers job to be their advocate. business lawyers should not be representing rape victims.

Amber has no idea why Quinn Emanuel is alleging Amber is the sophisticated party. ████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████

All with highly trained lawyers and he himself claimed he could be Ambers lawyer. When he has no license to practice law. Amber believed him because she conjoined this to the idea that a person can with have a real estate agent with a license or they can represent themselves and make an offer on a property themselves. Amber believed that what Goguen said was true ████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    Rivers Morell found several lawyers for Amber after Patricia

2  Abandoned Amber .

3

4   Amber hired Brian Chase. He drinks heavily and smokes cigars.

5  Brian Chase  made a deal after a short time to abandon my case

6  leaving me in Pro per again. ███████████████████████

7  ████████████████████████████████████████████

8  ████████████

9

10

11    Brian Nash had come on the scene by by September 2016. ████

12  ███████████████████████████████████████

13  ████████████████████████████

14

15

16      ███████████████████    █████████████████████

17  ████████████████████████████████████████████

18

19

20   ███████████████████████████████████████████████

21  ████████████████████████████████████████████

22  ████████████████████████████████████████████████

23  ██████████████████

24

25

26    █████████████████████████████████████████

27  █████████████████████████████████████████

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



Amber asked Nash why he did that. [redacted] He did not know anything about her life. He apologized. Amber asked why would you help him hurt anyone stop being doing things like this just forget about the predator.

Amber did not know what reputation he was going to restore. [redacted]

[redacted] Brian did not tell Amber any of this when he contacted Amber the first time after Patrica Glaser abandoned Amber in Pro Per. He said his name was JUSTICE masses.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Amber did not know Brian's name I did not know what he looked like. He sent me a photo of him in the 1970s with long hair and a 1970s suit after time passed.

After calling Amber for awhile Brian Nash stated he was in love with Amber. He stated on multiple occasions that he had conflicted feelings.

Amber told Nash that is impossible you have never even met me. I told him not to say that ever again and that he had to marry Kelly. He insisted on telling me this love idea repeatedly. I said Nash I am never going to be in Love with anybody and I am not marrying any men.

Amber is not a sexual person. Amber is Not a lesbian, Amber is not Bi- sexual I am not a sexual at all.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1    I don't even have a sexuality ██████████████████

2    ████████████████████████████████████████████████

3    ████████████████████████████████████████

4

5       █████████████████████████████████████████████

6    ██████████████████████████████████████████████████

7    █████████████████████████████████████

8

9    ████████████████████████████████████████████████

10   ████████████████████     █████████████   ████████████████

11   ████████████████████████████   ████████████████

12

13

14   ████████████████████████████████████████████████

15   ████████████████████████   Thats outrageous its all of them who did

16   this to Amber.

17

18       Amber told Brian Nash several times to just stop thinking about

19   her case and my life ██████████████████████

20

21   ████████████████████████████████████████████████

22   ███████████████████████████████████

23   ████████████████████████████████████████

24

25

26   ███████████████████████████████████████

27   ████████████████████████████████████████

28   ████████████████████████████████

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Brian Nash Hired Rivers Morell to represent him in his breach of contract. Amber asked Brian not too. He then had phone conferences with Brian Chase, Rivers Morell and Alan Brown.

Brian Nash did horrible things like filing their lawsuit on the morning of my deposition causing me further distress ████████

████████████████████████████████████████████████

████████████████████████████████████████████.

They were all sharing evidence from my case. I asked them to stop. Every man does anything they want to exploit me. I say NO they do it anyway.

Some how Brian Nash at some point decided that of $40,000,000.00 owed to Amber : she would have 10 million Rivers and Alan would have ten million and Brian Nash would have 10 million.

Amber is not clear as to why every man on this planet believes Amber owes them money merely because she is alive.

████████████████████████████████████████████████

████████████████████████████████████████████

The lawyers take so many food breaks so they can bill more and more hours. Amber does not want to eat in front of people who have dehumanized her.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2    I don't know why any lawyer is alleging that my photo on a beach

3    in a swimsuit somehow caused ██████████████ that is outrageous

4    Females not cause ████████████████████████████████████████████

5    ████████████████████████ Amber has no idea what is wrong with men.

6    There are a very small number on the planet that are not satanic.

7    They are wolves in sheep clothing. I can attest to this because I

8    had to speak to hundreds of thousands of the. I did not keep count

9    but a great many. I wish now I would have counted.

10

11

12   ████████████████████████████████████████████████████████████████

13   ██████████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████████████████

15   ███████████████████████████████████████████████     ████████

16   ████████████████████

17

18   ██████████████████████████████████████████████████████████████

19

20   ████████████████████████████████████████████████████████████████████

21   ██████████████████████████

22

23   How would Diane Doolittle like it if her clients raped her? I am

24   sure they would not want to because she is so evil. Her eyes are

25   vacant.

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    Amber am not mad at Patrica Glaser I thought she was a nice

2    lady. I am sad she just abandoned me in this mess ████████████

3    ████████████████████████████████████████████████████

4

5

6    I think Patricia has enough money and should only help other

7    victims for the rest of her career because they need help. They

8    don't want to speak to any male lawyers.

9    That is second hand rape These Lawyers they are all perverse

10   Voyeurs

11

12   Lawyers in Canada, France and England are not allowed to

13   terrorize victims on video for endless hours for blood money and

14   filthy lucre.

15

16

17   The only time they can examine a witness is at trial on the

18   witness stand. ████████████████████████████████

19   ████████████████████████████████████████████████████

20   ████████ The rest of the lawyers have to have trials before the

21   state bar court. The problem is they work at the state bar. This is

22   all so corrupt. She is far more than unethical.

23

24

25   ██████████████████████████████████████████████

26   ████████████████████████████████████████████████████

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



Amber refused so Richard Sherman lied to the court and stated that we had an attorney client breakdown. When a trial date is set in Common law countries the Judge can not allow a lawyer to abandon the case. They have a fiduciary duty.

As the judges set such a low standard of ethics for the Lawyers in this case By allowing Glaser Weil to abandon my case every lawyer there after thought they could stay not do their job and just abandon me in this horrible situation.

Quinn Emanuel perverted the course of justice in every way possible. I am still researching all of their violations that I have evidence of.

The only thing I can tell myself everyday is that today

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1   ████████  ████████████████████████████████  What type of existence is

2   that for any human being?

3

4        They breached the protective order multiple times further

5   endangering Ambers life.

6   I did not know what a protective order was when Patricia Glaser

7   told me I was getting one I though it was an order of protection to

8

9   protect me from the stalking.

10

11  ███████████████████████████████████████████████████

12  ██████████████████████████████████████████████████████

13  ██████████████████████████████████████████████████████

14  ██████████████████████████████████████████████████████

15  ██████████████████████████████████████████████████████

16  ████████████████████████████████████████████

17

18  █████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████

20  ███████████████████████████████████████████

21

22

23  ██████████████████████████████████████████████

24  ██████████████████████████████████████████████████

25  █████████████████████████████████████████████████

26  ███████████████████████████████████████████████

27  █████████████████████████████████████████████████████

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4    In year 2017

5

6                                                          I fell and

7  shattered my arm I am left handed I shattered my left arm. The only

8  job I am certified to do I can never do again as my arm will never

9  be whole again.

10

11    The Quinn Emanuel lawyers alleged that Amber imagined the arm

12  injury or faked the injuries. Because they are evil. They would not

13  even give Amber peace to undergo surgery.

14

15

16    Yet the "lawyers" delayed the trial for their injuries and

17  holidays and their other trials but Amber is not a human she should

18  perform under all circumstances on command even in a court of law

19  like a circus animal. Amber is a shy person by nature. I do not

20  like witness stands nor do i like sitting in rooms with male police

21

22

23

24    The expert witness was flying to assess Amber the day the arm

25  shattered  and Ambers friend was being deposed in LA so Amber sat

26  through the deposition on the phone so they would not hurt him. He

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

is sensitive and homosexual and had zero knowledge of any of this



I don't want to be forced to look at her anymore it was the most
unfathomable displeasure to meet such type of woman.

All of this is cruel and unusual punishment for my being born a
female.

Frank Nemecek had the audacity to write to me stating that I am
the perpetual victim, if 58 lawyers would stop exploiting me and
profiting from my circumstances of rape and human trafficking then
they would not have to hear any of this and now that they have

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  plastered them selves all over my destiny All I can do is ask the

2  supreme court to stop them from harming me.

3

4      This is egregious. I can't even expound on what I feel I can't

5  cope under these circumstances. I don't know who could, it is like

6  having invasive brain cancer to have these people invade my mind.

7

8

9      Amber has panic attacks day and night day and night, even when I

10  sleep I wake up screaming.

11      I only get to sleep when profound exhaustion takes over. I don't

12  know why any of this is happening I was going to be a doctor that

13  was my plan from age 6. I was a volunteer even as a child and I

14  would go to sing for people as a tiny child. Now all I do is try to

15  breath. I can't digest food property I am poisoned with toxic

16  metal.

17

18

19      So now I am supposed to figure out how to sue surgeons and

20  hospitals by myself. I am not a lawyer I never professed to have

21  any desire to be a lawyer.

22

23

24      If I survive I am going to sit for the law in California so I

25  can represent other victims and children for free because clearly

26  they can not represent themselves and clearly they will be abused

27  by lawyers and judges.

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2    My life is not going to be in vain. I am a shy person. I always

3    was and likely always will be. I was never an exhibitionist

4

5

6    I do not like people to look at me whatsoever because of this

7    trauma, however even before the trauma I was extremely shy. I grew

8    up very religious. I was isolated. I did not know what porn was I

9    did not have an iPhone or internet or access to playboy magazines.

10

11

12    I was taught how to waltz, play the piano play the flute,

13    piccolo.

14

15    I was not allowed to go walking to the park alone.  People

16    always stopped and asked my grandfather where I was from and why I

17    was beautiful. He said she is smarter than she is beautiful and

18    they should not stare at me.

19

20

21    I went to convalescent homes to visit people all of the time to

22    bring cheer to the dying. I was a volunteer at the homeless shelter

23    and I went to put up hundreds of flyers when a girl went missing.

24

25

26

27    After days passed I was crying hysterically and told everyone

28    there is no point she is dead.  Shorty after they found her body in

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    a shallow grave near my home the murderer was acquitted even they

2    had his DNA and he confessed to raping and killing a child to his

3    cell mate.

4

5

6       This world is not a very good place if Judges do not uphold the

7    law.

8

9       During the first surgery to repair my arm the surgeon left toxic

10   metal in my bone marrow canal and he subsequently ended the surgery

11   and did not disclose that he broke 4 pieces metal did not attempt

12   to extract it and left it in me.

13      Tungsten is toxic in humans it causes Pulmonary edema which is

14   fatal, scar tissue on the lungs amongst other serious issues. Yet

15   the Judges have allowed Quinn Emanuel to interfere with my medical

16   treatment.

17

18

19   Amber started getting sick shortly after the surgery in 2017. I

20   went to at least 17 highly qualified surgeons to help me. They all

21   turned me away firstly stating that the surgery is too high risk

22   nobody wants to be the one to amputate a limb person my age after

23   another surgeon destroyed it. Secondly none of the surgeons want to

24   be involved in this omnipotent litigation process.  Quinn Emanuel

25   lawyers already threaten my Harvard surgeons with defamation and

26   hearsay for declaring medical facts.

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



This is after the judge forced me to disclose the names of victims that came forward. I don't want to look at him either. And I am not going to sit in any room other than the court room with John Quinn.

Finally after an exhaustive search I found the only surgeon and team willing to attempt to save my arm and my life. He performed the first surgery a few approx 3 Months before trial in 2019. He is from Harvard.

How dare Quinn Emanuel impose their despicable ways upon my medical team. They have not done anything in error.

The discovery referee Read Ambler only gave Amber 90 days to find a qualified surgeon deal with the surgical complications

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

undergo major surgery on two bones go through chelation for the metal toxicity heal and stop taking over a dozen medications prescribed to help Amber survive.

The surgery was in July 2019 the trial was in October 2019. Judges and lawyers are not Surgeons they have no business interfering in plaintiff's critical medical treatment. Surgeons are telling them that I need treatment and they are violating my rights and telling me the treatment is not necessary or that I don't deserve medical treatment which ever, it is its wrong and illegal.

William Paoli also sits as a judge on the bench he is an extremely abusive man. He screamed at me in public places several times.

Shortly after Amber signed the retainer agreement he changed from being a victims advocate and a man of god to threatening to abandon my case and keep $500,000.00 that he never earned from my attorney client trust account even though he was on a contingency due to the fact I ██████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1 ████████████████████████████████████████████████████

2 ████████████████████████████████ or not. I really did not want

3 to hear about my lawyers perversions.

4

5    Paoli stated that he was punishing me for the strippers in

6 Chicago taking money from him and for my not paying millions of

7

8 dollars to Patricia Glaser for making a mess out of my case.

9

10    Glaser Weil tricked Amber  into signed a verified complaint no

11 lawyer ever explained to me what a verified complaint was or that

12 there was a choice.

13

14

15    I signed it in a room by myself Jill Basinger was supposed to be

16 there when i signed it she called me to come to the office and the

17 receptionist told me she went home with a headache. I signed the

18 verified complaint in a room by myself. Nobody told me anything

19 about the fact it could not be amended or anything else. I only

20 learned all of this during litigation.

21

22

23        ████████████████████████████████████████

24 ████████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    ████████████████████████████████████████████████ That is so

2    perverse.

3

4        If the perverts believe themselves to be famous they say

5    here's my card don't tell anyone I was here. I told all of them

6    this is a public place there are 2000 people in the room everyone

7

8    can see you.

9     Again Amber has no explanation for why men are sexual predators.

10

11       Someone told me recently they had to call the police because a

12   guy kept coming to the school and master-bating when the girls came

13

14   out for recess. This is unacceptable.

15

16   What is Diane Doolittle going to say? ████████████████████████

17   ███████████████████████████████████████████████████

18

19

20   I will never ever ever have a daughter there is no way to

21   protect her from these psychopaths. Men can not touch children. Men

22   can not look at children naked. What is wrong with this pedophilic

23   culture.

24

25       Children don't have sex with each other let alone with old men.

26   Let them be children. I don't understand what is attractive about a

27

28   child. I don't understand what the purpose of rape is. Men are

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  supposed to love women ██████████████████████████

2  ██████████████████████████████████████

3

4   Amber is so sick, physically ill from hearing all of these girls

5  and women's experiences. STOP raping people! Men have to be caste-

6  rated as soon as the rape anyone. I don't know what other solution

7  there is. I have been hiding for so many years but rapists find me

8  everywhere as soon as they talk to me or follow me I escape before

9  they touch me.

10

11

12   After Richard Sherman Abandoned me after violating the legal

13  code of ethics and mis-spending from my costs account.

14

15

16  I was introduced to William Paoli through Rivers Morell ,Alan Brown

17  and Brian Nash I guess.

18

19   Paoli was awful to me screaming about rape and trafficking in

20  the middle of restaurants.

21  Threatening me all of the time.

22   Amber was dealing with the health crisis created by the first

23  surgeon walking around for years with broken bones and Metal

24  poisoning and severe anemia.

25

26   I can not even get doctors to treat me because of this

27  litigation and the fact that i will never have insurance because of

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  all of the pre-existing conditions █████████████

2  ████

5

6    Amber repeatedly asked for a trial continuance

9  Amber was threatened that if I went to trial I would be murdered.

10  I had no lawyers.

14  As soon as Amber could try to manage the complex PTSD, quit all

15  of the medications while still pending two major surgeries that I

16  can not pay for do to this █████████████████

17  ███████████████ ██████████ I Filed a motion

18  to vacate the judgement based on extrinsic fraud upon the court and

19  presented all of my evidence.

22  Judge Danny Chao Further violated Ambers rights by denying her

23  motion to vacate the judgement or Grant Amber a new trial all he

24  cited was that it took Amber too long to file.

25  Amber had to rely on 3rd parties █████████████

27  ████████████████████████████████

28  ████████████ When I had the evidence to prove my case I have to

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1   try to get the pain and bleeding under control to be able to go to

2   represent myself in court.

3

4       These are extremely extenuating circumstances. Upon examination

5   the evidence Judge Danny Chao should have immediately granted a new

6   trial or enforced the contract.

7

8

9     This is an unprecedented case. Amber can find nothing similar in

10  case law. I have to go to the law library and do hundreds of hours

11  of research for the last 8 years.

12

13

14    Hon. Danny Chao the trial judge in this case who allowed the

15  trial to go forward without Amber or any lawyers on behalf of Amber

16  yet again been improper in denying my motion citing only that I

17  filed to late not that based on evidence everything that I allege

18  is true and continues to happen to todays date without any

19  protection for myself or anyone I know.

20

21

22    I have no comprehension of why Hon. Danny Chao allowed a bench

23  trial to go forward in a court Amber had never been too. And

24  allowed Diane Doolittle to do everything that violates the court

25  and the constitutional rights of Amber.

26    Judge Chao allowed them to play a Hollywood film that has zero

27

28  relevance to the case. The film was made around the time Amber was

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  born. Hollywood films based on fiction are not evidence in courts

2  of law. I am not sure if they are even evidence if the case was

3  about the film. I have not seen the film it is irrelevant to this

4  case. I watch very little television.

5

6

7  ███████████████████████████████████████████

8  ██████████████

9

10     Read Ambler's fraud upon Amber , Fraud upon The Court and

11  perversion of the course of justice. Due to Quinn Emanuels abuse

12  of the legal process their only tactic was to silence victims,

13  Steal money, file thousands upon thousands of irrelevant documents,

14  and serve irrelevant discovery month after month as a tactic to

15  overwhelmed the court and deplete all resources Amber had, exhaust

16  and overwhelm Amber and Ambers counsel delay the proceedings, try

17  to give Amber a nervous break down by stalking her an threatening

18  her life relentlessly.

19

20

21

22     The psycho-therapist after review of everything explained to

23  Amber that what they are doing is gas-lighting. Telling me rivers

24  was stalking me everyday, Trying to convince me that I am crazy

25  when no specialist in the medical profession detects any mental

26  illness besides Complex- PTSD caused by trauma. Diane Doolittle

27

28

tried to convince 3rd party witnesses to allege that Amber has a

plot personality disorder. Diane Doolittle has no PH.D in medicine.


Stop gaslighting me and stop Advertising me. You did not win a

law suit you violated Amber's rights committed crimes tampered with

witnesss, law enforcement and judges. that is not winning a

lawsuit.


After they overwhelmed the Court They assigned a $900.00 per

hour discovery referee Hon. Read Ambler who further abused the

legal process. He sanctioned Amber and stated she could not testify

about being a victim of human trafficking He sanctioned Amber

$17,000 USD for not being able to produce items not in her

possession that have zero relevance in this case and under the laws

of other countries even if she had them in her possession it is

illegal to make copies or disseminate the documents in anyway which

would lead to Amber being prosecuted in other nations.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Read Ambler then issued Terminating Sanctions with no legal basis to do so. He was appointed to make discovery decisions not to hear motions.

William Paoli Stated he was going to file a Writ of mandamus he did not. Paoli was too busy threatening Amber. He then stated he would still be trying the case even though he withdrew from the Cases. Amber asked him not to remain On the Rivers Morell case in Orange County as he was threatening Amber, stealing from Amber, telling Amber to amputate her Arm because he would win her case at trial and she could then buy a platinum arm.

Even though William Paoli had a contingency and was holding 500,000 USD in the attorney client trust I believe. He then said Amber had to pay separate fees for the writ of mandamus.

███████████████████████████████████████

██████████████████████ Amber had no knowledge of this until long after.

█████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



I then went to the court in San Mateo even though I was never a resident of San Mateo

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

violate Ambers legal rights to have a trial by jury from the very
beginning.

Rape and trafficking victims don't know anything about statutes
MSJ's, Sanctions, lawyers or otherwise.  I have never heard of any
of this until the lawsuit was filed. I have no idea why Patricia
Glaser did not tell me what to expect during litigation. I will ask
her at her deposition.

All 58 lawyers their spouses are defendants and witnesses many of
them are married to Judges and lawyers.

Had these criminals not hired all of these men to stalk Amber

I would not have shattered my arm. I then sat through a
deposition with my arm hanging off my body the day that it broke. I
was then left for 5 days waiting for surgery because the surgeons
were on summer vacation.

The first surgeon failed at his job. He used toxic drill bits
and left them in my bone marrow. Did not disclose it to me or any
other doctor, stated my bone is healed after approximately 8 weeks.
Sent me to Physical therapy. I was there pushing myself 5 days a
week while being stalked.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2    People are calling me daily asking why are these creeps at my

3  house Who is this psycho and where on earth did you meet a psycho

4  like this and why was this all a secret?  I don't know what

5  everyone thought I was supposed to say to anyone about all of this.

6  I did what i thought was best to keep everyone else safe and try to

7  recover from this trauma.  I am not the type of person who talks

8  about the trauma. That is pointless it contributes to the PTSD.

9

10

11

12    All I can do is apologize to these people for what Quinn

13  Emanuel have done and they are violating innocent peoples privacy

14  making them live in fear and causing distress to people  that

15  literally don't know anything about any of this. They weren't

16  there, they didn't have any information. I had to walk past

17  investigators to go see my grandfather on his death bed.

18  I was diagnoses with PTSD at age 19. I had never heard of it

19  before. i went to the hospital because I thought I was having a

20  heart attack. The doctor explained this was an anxiety attack. i

21  said old people have anxiety. I am too young. He said it can happen

22  anytime. He asked so many questions not leading questions merely

23  questions I could not answer without telling him about the gang.

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    Chris Reynolds is the worst stalker. He needs to be charges

2    with stalking trespassing hacking and what ever else he is guilty

3    of. What a pervert.

4

5

6    Why do you think you have the right to terrorize me?

7

8    People outside of America have only seen private investigators

9    on television. Why ?because in other countries it is illegal to use

10   a private investigator to go to someone's home. It is under the law

11   stalking by alternative means.

12

13

14

15

16

17

18

19

20

21

22

23

24   I am very upset about what she did to the children who I love

25   very much. I promised to be their God mother because she was an

26   only child and a very crazy drug addict. I

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1 ████████████████████████████████████████████

2 ████████████████████████

3

4    At least the judges in the Children's cases removed them from the

5 custody of these child abusers.

6

7

8 ████████████████████████████████████████████

9

10    I was literally vomiting in the restroom at

11 physiotherapy because the pain is so intense. I then Go to another

12 surgeon and the intern tells me don't you think the pain has

13 something to do with the broken metal in your bone. I said I think

14 you have the wrong patient. He says no it's right here on your x-

15 ray.

16

17

18 After Shattering My arm. Upon arrival in 2018

19 Amber arrived in LA and was sent for X-rays and was told the bone

20 never healed and is completely shattered that I never should have

21 been sent to physical therapy. I then learned the metals are toxic

22 and causing me more health problems. I have no way to obtain health

23 insurance ████████████████████████████████

24 ████████████████████

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    Amber then attended appointments to at least 17 different

2  surgeons to learn that the damage done by the first surgeon is

3  beyond the scope of capabilities possessed by the some of the very

4  best surgeons in the country. I found only one team of surgeons

5  capable and willing to try to fix the arm.

6

7

8  ███████████████████████████████████████████

9  ███████████████████████████████████████

10  ████████████████████████████████████████████

11  ███████████

12

13

14  ██████████████████████████████████████████

15  ███████████████████████████████████████

16  ████████████████

17

18

19  ██████████████████████████████████████████████

20  ████████████████████████████████████████

21  ████████████████████████████████████████

22  ███████████

23

24    Quinn Emanuel will not even give me the transcripts from the

25  depositions so I can enter it into evidence.

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    █████████████████████████████████████████████████

2    ████████████████████████████████████ Amber did not know what that

3    meant. I thought judges had to uphold the law. I did not have any

4    awareness of this level of corruption and conspiracy.

5    █████████████████████████████████████████████████

6    █████████████████████████████████████████████████

7    █████████████████████████████████████████████████

8    ███████████████████████

9

10   When this trial took place.

11   Amber had Just had surgery, I was taking 14 prescribed medications

12   daily to stop my body from shutting down. I went to the court in

13   San Mateo Ex-Parte Shortly Before the trial in 2019 with evidence

14   and declarations from my medical team. After Asking Quinn Emanuel

15   to continue the trial date until I was able to participate. Quinn

16   Emanuel said They would not continue the trial. Even though the

17   trial was continued for things so mundane as Doolittle forgot it

18   was spring break yet Goguen has 50 plus other qualified attorneys

19   on the case. I do not know how many law firms and lawyers he has in

20   total all I know is every time I look at a document there it seems

21   another lawyers name is on it.

22

23   I am my own lawyer because of everything that has happened, ████

24   ████████████████████████████████████████████ San

25   Mateo is not a jurisdiction I ever lived in. Except for the hotel

1

2

3

4

5

6     When I went to the court with my motion to continue the trial for

7  very good reason. I had to take medications. I was not clear in my

8  mind to try a case. I just had major surgery and my bones were not

9  healed at all. I was having seizures. I have panic attacks I have

10 Complex PTSD, I have a parasomnia  caused by all of this trauma.

11

12

13   Amber can never sleep. When I do sleep I have night terrors which

14 is something different than night mares.

15                                              I am scared to

16 sleep. It gets worse all of the time. I don't think I should be

17 trying this cases on my own. I have collapsed on the floor.

18 I don't know what will happen in the court.

19

20

21 What choice do I have? This isn't as simple as a dog bite.

22

23 I Went to the San Mateo  court. I filed my motion to continue the

24 trial with my evidence that I was in no condition to try the case.

25 I could not possibly try the case alone without a lawyer. I had to

26 take the medications until the doctors said it's okay to

27 discontinue. I still had broken bones at the time of the trial.

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

My lawyer William Paoli destroyed evidence, stole money and did the most egregious things that any lawyer could do to their client. He then tells me he is going to sue me for defamation if I tell anybody he stole from my trust account

William Paoli said he was going to step in and try the case at the time of the trial even though he withdrew from the case so he could take the money in the try client trust account. That is all in evidence.

Amber does not know at what Point █████████████████
████████████████████

Paoli told Amber to report Richard Sherman to the state bar the state bar then called Paoli and Paoli lied to the state bar.

When I gave my evidence and Filed my motion to continue the trial based on my medical conditions as of October 2019 the judge denied my motion to continue the trial. That was improper of the judge. The Judge knows I can not be my own lawyer and try the case with broken bones ████████████████████████
████████████████ and medications in my body impeding my ability to think. That is not allowed in a court of law.

- 135 -
COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

This brings us to this improper use of defamation. Look up defamation. You people just use these terms so loosely and try to apply them illegally. I have to live on this planet too and all of you have made that impossible.

You fail at your duty. Lawyers have a duty of care. Surgeons have a duty of care. Judges have a duty of care. These lawyers and Judges have abdicated their duty to myself and society. They have violated the very justice system in which they serve and are bound by the law. They have a duty to do no harm.

The lawyers and Judges have abdicated their duties as officers of the court for which they took oaths to uphold the laws of the land. As well as an oath to do no harm.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    I don't have a polluted mind like all of you. Everything you

2    have done is so wrong. It's not fair and inhumane. You have turned

3    my human existence into currency.

4

5

6

7

8

9

10

11

12

13

14    Amber  is not a lawyer. You people have 1000s of years of

15    combined legal experience.

16

17

18

19

20

21    I submitted  my motion for reconsideration which was valid. The

22    referee Read Ambler Defrauded Amber by not reviewing Amber's Motion

23    for reconsideration because the declarations of the experts were

24    not on filing paper there is no requirement for experts who type

25    their own declarations to be typed on filing paper. They submit

26    their declarations that way all the time. Surgeons are not lawyers

27    

28    they do not have filing paper.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2    All of this misconduct is reprehensible. ████████████

3  ███████████████████████████████████████████████████

4  █████████████████████████████

5

6  The violate everyones rights for their profit.

7

8    Victims have rights the court is not merely for the rich and the

9  guilty and their armies of lawyers I would like to know why any

10  innocent man needs 58 lawyers to defend him in a breach of contract

11  for the contract that they wrote.

12

13

14    Yet Amber is forced to represent herself so that she can try to

15  save her life.  Due to the fact that Quinn Emanuel tampers with

16  every lawyer she has retained Amber no longer trusts lawyers does

17  not want to be victimized by her won lawyers again and nobody wants

18  to deal with an unscrupulous criminal like Diane Doolittle I called

19  literally hundreds of lawyers. They all think she is unethical.

20

21

22    The Judiciary unfairly lets the lawyers withdraw from my case

23  knowing I am not a lawyer that i have paid copious amounts of money

24  to they and they have not done their jobs nor upheld their

25  fiduciary duty to Amber.

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1   Every lawyer that Amber is not suing that stole or violated my

2   rights should be commended by the courts to provide free legal

3   services to the child victims of sex trafficking that I present

4   them with for the reader of their ability to practice law.

5

6

7   Victims have the right of the court. It is a branch of the

8   government the Judges do not work for the perpetrator of the

9   suffering imposed upon plaintiffs.

10

11  Diane Doolittle's attempt to manipulate the justice system and

12  success at it thus far her attempt to diagnosis severe medical

13  maladies is despicable ,psychotic outrageous egregious and

14  malicious. She alleges nothing is wrong with me. ████████████

15  ████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████

18  ██████████████████████████████████████████████████ And

19  she alleges

20   I have no right to a trial

21  I have  no right to a home

22  I no right to a bank account

23  I have no right to work

24  I have no right to safety

25  I have no right to peace

26  I have  no right no to be stalked

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

I have no right not to be Murdered

I have  no right to not to be trafficked

I have no right to surgery

I have no right to food

I have no right to report to law enforcement

I have no right to speak the truth.

I guess I have no right to life.

But all of these people have the right to exploit me ███████

███████████████████

A hysterectomy at a young age has consequences and risks

Depression

Early dementia

Incontinence

Mood swings

Heart disease

Bowel dysfunction

Fistulas

Hot flashes

Bone loss

Anxiety

Insomnia

Pelvic prolapse

Vaginal dryness

Amber was in Good health besides the complex PTSD ████████

████████████████████████████████████████

████████████████████████████████████

Diane Doolittle is not a medical doctor of any sort and she should not be practicing law she is cruel a criminal and inhumane She is a female misogynist She is a horrible Juris Doctor.

███████████████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████

Any judge in any civilized country participated in this conspiracy must step down and very practice law again.

The people of this country and beyond all have rights equal rights

I will deal with the Canadian Judiciary and legal mis-conduct severally the International mis-conduct as well.

Under the laws of those countries

1   Everything Quinn Emanuel has done goes beyond mis-conduct and is

2   illegal

3

4       There are countries like that on this planet, America is not

5   communist this is not a dictatorship. Is that how everyone wants

6   this country to be? Zero freedoms or Cilvil liberties? A judge can

7   just be bribed and you lose you right of free speech you lose the

8

9   right to speak and give evidence in a court of law you loss the

10  right of self protection and the right to seek help of law

11  enforcement. A person no longer has a right to trial by jury?

12

13

14      That is not what the Constitution States.

15

16      There is no statute of limitations on fraud upon the court. It

17  is at the discretion of the judge when the evidence was  presented

18  ████████████████████████████████████████████████████████████████

19  ███

20  █████

21

22  ██████████████████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████████

24  ██████████████████████████████████████████████████████████

25

26  ███████████████████████████████████ For the last 9 years of this

27  litigation Amber has yet to testify in a criminal court or civil

28

court in any country. No evidence has been presented to Judge or

Jury.


   That is a violation of the US constitution and all of my rights

and a crime against society. There are courts and law enforcement

Jails and sex offenders lists to protect society.


   The public has the right to know who the criminals are who walk

amongst us.


   There are no special rules for these criminals nor is there a

secret court. All people have a right to trial by jury.


   Yet again Diane Doolittle violated Ambers rights and perverted

the course of justice by sending me pleadings that the hearing was

at 1 pm March 1, 2023 yet it was at 9 am March 1 2023.

   None of the lawyers have ever once met and conferred with my in

The San Mateo case or the Orange County case where I am the

defendant in a $100,000,000.00 lawsuit where Rivers Morell Is suing

Amber, Michael Goguen and Quinn Emanuel and Goodwin Procter for

forcing me to fire Rivers Morell They refuse to give me the

pleading and the discovery they stipulate to things and don't tell

me. They have hearings and do not give me the notices or the minute

orders. They take depositions and deny me my right of cross

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  examination. They do not give me the transcript and tell me I have

2  to pay $2500.00 for copies of the transcripts. I don't know who has

3  the transcripts as I was denied any participation in the

4  depositions.

5

6

7  Amber can not download the pleadings from The Orange county

8  court website as I am not a flowerier and I no longer have any

9  money nor do I have credit cards to pay for the pleadings.

10

11  ████████████████████████████████████████████████

12  ████████████████████████████████████████████████

13  ████████████████████████████████████████████████

14  ████████████████████████████████████████████████

15  ███████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ███████████████████████████████████████████

18  ████████████████████████████████████████████

19  ███████████████████████████

20

21

22  All of these lawyers and Judges must immediately be disqualified

23  from all cases involving Amber.

24

25  The lawyers  refuse all of Ambers requests for service of

26  motions discovery and pleadings

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



They do not meet and confer with me there have never answered the phone they use hacking equipment to trace my wear about's the have tried multiple time to get me alone for examinations and to bring "discovery " by my myself to Quinn Emanuel offices

Bill Dial served the community for 30 years prior to that he was a teacher in public schools. He is more than 70 years old give him back his credentials

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1

2

3

4

5

6

7

8    Amber is a victim

9

10

11

12

13

14

15

16

17

18

19

20   That is actually an insult too psychopaths.

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law



Amber has no idea why they think are lying and saying amber is racist I have very mixed heritage and I am every race on this planet. I do not know why Diane Doolittle insist on telling me what race I am. I guess she exerts the American Idea of the one drop rule changes your ethnicity. What are they alleging i am racist against myself? They are diabolical.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Even if I were only one race that does not equate to me being less or more of a human.  I am shocked that lawyers said I can't be of a certain ethnicity or I will be prejudiced and I can not have a religion or I will be prejudiced in court.

The essence of what the lawyers purported is that the court the judge  and society are only for people of Purely caucasion Anglo-saxon American's. This Ideology was always improper and it has no place in a civilized society or anywhere on this planet.

Prior to this litigation I believed only Rapists, Murders and people in strip clubs the customers and the traffickers were evil people. ████████████████████████

████████████████████████████████████████

██████  ██████████████████████

Amber has every type of friend I serve girls any women no matter where they are from. i do not discriminate. ████████████

████████████████████████████████████

████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1

2

3

4      This reporter was fired from NBC for this fake news report.

5

6

7

8

9

10

11

12      Amber has asked them to stop  looking at it and disseminating it

13   but to no avail they just keep violating me.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Ambers brothers father was found dead the first time the investigators illegally came stalking and hunting for me and everyone else in Canada.

Murder includes if I die by anemia , Metal toxicity complications, or ███████████████████████ or basically any other cause of death because I have no means to pay for medical treatment. As long as I live I can never obtain Medical insurance as I have many preexisting conditions ████████████████

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Doctor assisted suicide to prevent a violent murder should also be considered murder. My life as been stolen from me time and again.

They have dehumanized Amber yet again. If I have to suffer Or with be trafficked again i will have a doctor assisted suicide in Canada. I am not a suicidal depressive but if it is the only way not to be trafficked or raped I will request the doctors assistance in committing suicide.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



I do not think all of the photos were of me. We shared photos
customers did not care what images we sold them just as long as
they had something to look at.  I was the youngest.

We were not human beings on paper.
Therefore by disseminating the images they are violating the rights
of those who can not defend themselves.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



That is illegal and unconstitutional. All

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  victims of all crimes have rights of the criminal and civil courts

2  and due process. the courts are a branch of the government the

3  judges are elected by the people they do not work for Goguen and

4  Quinn Emanuel.

5

6

7

8  I pray that the court with answer my prayer of freedom from

9  all forms of abuse. I need immediate medical treatment which has

10  been delayed for years because of Quinn Emanuels interference in my

11  medical care.

12

13

14  Michael Goguen owes Amber 40 million dollars plus compound

15  interest plus attorneys fee's plus special damages, treble damages,

16  compensatory damages, punitive damages and every other damage the

17  Supreme court deems appropriate.

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Quinn Emanuel Owes Amber 40 million dollars plus compound
interest plus attorneys fess plus special damages treble damages
compensatory damages punitive damages and every other damage the
supreme court deems appropriate

Sequoia Capital owes Amber 40 million dollars plus compound
interest plus attorneys fess plus special damages treble damages
compensatory damages punitive damages and every other damage the
supreme court deems appropriate


Two bear Capital owes Amber 40 million dollars plus compound
interest plus attorneys fess plus special damages treble damages
compensatory damages punitive damages and every other damage the
supreme court deems appropriate


All other defendants that participated in Ambers human trafficking
and exploitation owe Every Girl counts a combined 1 trillion
dollars before I die so that i can end human trafficking world
wide. We are all equal murder is a crime rape is a crime exploiting
children is a crime spreading disease id biological warfare and
slavery is a crime.


In service of a better humanity Amber and Every Girl Counts a
Charitable organization

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Plaintiff, Amber ("Plaintiff") for their complaint against Defendants, For Counts 1-235 , alleges: HUMAN TRAFFICKING, CONSPIRACY, BAD FAITH, QUI TAM, PREMISES LIABILITY , NEGLIGENCE, RACKETEERING and all 235 listed caused of action Against all parties All of you know exactly what you are Guilty of

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over the subject matter of this action pursuant to the Federal Tort Claims Act (June 25, 1946, ch. 646, Title IV, 60 Stat. 812, "28 U.S.C. Pt.VI Ch.171" and 28 U.S.C. § 1346(b) ("FTCA").

2.      This Court has personal jurisdiction over all the Defendants by virtue of their transacting, doing, and soliciting business in this District, and because a substantial part of the relevant events occurred in this District.

Plaintiff,  Amber Doe ("Plaintiff") for their complaint against Defendants,

Michael Lewis Goguen, Sequoia Capital, Two Bear Capital, Two Bear Air, Two Bear Ranch, Proof research, Michael L. Goguen Trust, Valley Oaks LLC, Diane Doolittle, Quinn Emanuel And all defendants named and named , alleges:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over the subject matter of this action pursuant to the Federal Tort Claims Act (June 25, 1946, ch. 646, Title IV, 60 Stat. 812, "28 U.S.C. Pt.VI Ch.171" and 28 U.S.C. § 1346(b) ("FTCA").

2.      This Court has personal jurisdiction over all the Defendants by virtue of their transacting, doing, and soliciting business in this District, and because a substantial part of the relevant events occurred in this District.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1

2

3

4

# THE PARTIES

3.      Plaintiff _Amber_ is an individual residing in the City of

Los Angeles, County of Los Angeles, State of California. She has not abode as Goguen, his lawyers

agents, associates  and the Judges Unlawfully forced Amber into homeless and they have no remorse

for their malicious and evil conduct.

5.      On information and belief, Michael Goguen Resides in Montana California Nevada,

Delaware, Florida , Massachusetts,Wyoming, New Mexico, Texas, New York, Washington DC

Washington State and Multiple states And internationally. , ("Sequoia Capital, Two Bear Capital,

Two Bear Ranch, Quinn Emanuel ,Rosewood Hotels doing business under the name of  Sequoia

Capital, Two Bear Capital, Two Bear Ranch, Rosewood Hotels, Quinn Emanuel LLP in the City of

Whitefish, Menlo Park, Redwood City, County of San Mateo, Los Angeles, Whitefish, New York,

Washington DC,San Francisco, State of  California, Montana, Delaware, New

York,Washington,Wyoming Delaware Texas Florida Nevada. Defendant does business as a ▋

▋▋▋▋ Venture Capitalist, Bar Owners, Venture Capital Firm, Hotel, Bar, Studio, Law

Practice, Media, News, Banking, Internet, Oil and Gas, Manufactures, Modes of transportation,  The

Government et cetera.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

6. On information and belief, defendants Are individuals corporations and Governments, a ProfessionalCorporation, ("Sequoia Capital, Two Bear, Capital Two Bear Ranch, Rosewood Sand Hill ") is a Corporation duly organized and existing under the laws of the States of California Montana, Washington, Oregon ,Florida,Wyoming, New York, Delaware,Nevada,Texas,Massachusetts and International Laws, with its principal place of business located in the Cities of Whitefish,

Los Angeles, New York, Boston, Dallas, Richardson, Naples, Miami, Menlo Park, Atherton, San Jose, Redwood City San Francisco Las Vegas Henderson ,

Counties of San Mateo, San Francisco, Los Angeles, New York, Flathead, Orange,

State of California, Montana, Washington, Oregon , Florida, Wyoming, New York, Delaware, Nevada, Texas, Massachusetts. Defendants are Individuals and Businesses and governments. Plaintiff further alleges that defendant Sequoia Capital Two bear Capital Rosewood Hotels Quinn Emanuel are owned by defendants.

7.    The true names and capacities, whether individual, corporate, or otherwise, of the Defendants sued as Does 1 through 10,000,000 are unknown to Plaintiff, who, therefore, sues them by such fictitious names. At such time as their true names and capacities have been ascertained, Plaintiff will seek leave of Court to amend this Complaint accordingly. On information and belief,

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  Plaintiff alleges that each of Does 1 through 100 was the agent, representative, or employee of each

2  of the

3  other Defendants and was acting at all times within the scope of his/her agency or representative

4  capacity, with the knowledge and consent of the other Defendants, and that each of Does 1

5

6  through 100 are liable to Plaintiff in connection with one or more of the claims sued upon here and

7  are responsible in some manner for the wrongful acts and conduct alleged here.

8

9                          **EXHAUSTION OF REMEDIES**

10     **Amber has had EVERY human right Violated by defendants, law enforcement and the**

11                                    **Judiciary**

12     **Request for case to be removed directly to the Supreme Court of the United States so**

13

14    **defendants can not pervert the course of justice,  Bribe Judges and law enforcement and they**

15                          **can not murder Amber.**

16

17

18

19

20

21

22

23

24

25

26

27

28

- 159 -
COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1    **No amount of money can restore Amber to her original condition.** ▮▮▮▮▮▮▮▮▮▮▮▮
2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **here is zero way to
elucidate or comprehend what has happened and continues to happen, the infliction of**
3 **suffering is profound and diabolical.**

<b>PRAYER FOR RELIEF</b>

4     THEREFORE, Plaintiff prays for judgment against ALL Defendants and each of them as
5
6 follows:

7     **FIRST CLAIM FOR RELIEF: HUMAN TRAFFICKING • The recruitment, harboring,**

8 **transportation, provision, obtaining, patronizing, or soliciting of a person for the purpose of a**

9 **commercial sex act (sex trafficking),11 in which a commercial sex act12 is induced by force,**

10 **fraud, or coercion,13 or in which the person induced to perform such act has not attained 18**

11 **years of age.**

12 **Making false or misleading statements to induce a victim to become involved in prostitution or**

13

14 **to remain in prostitution.**

15 **Taking or keeping a victim's passport or identity papers.**

16 **Keeping a victim in debt bondage.**

17 **Using force or threats against either a victim or someone else if the purpose is to make a victim**

18

19 **engage in prostitution. Included in this provision are various forms of coercion, such as**

20 **physical violence, damage to property, and the exposure of secrets that might subject a victim**

21 **to humiliation or contempt.**

22 **Providing drugs for the purpose of impairing a victim's judgment.**

23

24 **The Universal Declaration of Human Rights lays the theoretical groundwork for international**

25 **law on human trafficking. It states that all human beings are born free and with inherent and**

26 **inalienable rights1 without distinction of sex2 and that "[e]veryone has the right to life, liberty,**

27 **and security of person." 3 Specifically addressing trafficking, it says that "No one shall be held**

28

- 160 -

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms."4

While the Declaration of Human Rights has great moral weight, in itself it is not binding on governments. However, a number of international legal instruments require signatory states to combat human trafficking both within their countries and across international borders.

The roots of the modern day anti-trafficking campaign reach back over a hundred years to two separate but related movements: the effort to eliminate slavery, often understood in terms of race-based or ethnically-based slavery, and a parallel effort to combat sex trafficking and prostitution. The first international instruments addressing slavery came out of the 1815 Congress of Vienna, which produced the Declaration Relative to the Universal Abolition of the Slave Trade, addressing the transatlantic slave trade and the institution of slavery in the United States and European colonies.5 Several twentieth century conventions address slavery and the broader issue of forced labor including: the 1926 Slavery Convention, adopted at a time when forced labor was seen as a function of colonialism; the 1930 Forced Labour Convention, which obligated signatory states to neither use forced labor nor tolerate it within their borders; and the 1957 Abolition of Forced Labour Convention, adopted after considerable study, concerned principally with the political uses of compulsory labor.6 All three of these conventions and their definitions of slavery and forced labor remain relevant to international law today.7

In the late nineteenth and early twentieth centuries, abolitionists who had successfully fought the transatlantic slave trade in Africans turned their attention to practices based on gender, often called "white slavery" to distinguish it from race-based slavery. The first international legal instrument that explicitly addressed what is now known as sex trafficking was the International Agreement for the Suppression of the White Slave Traffic of 1904, modified in 1910.8 This convention states that its purpose is the "effective protection against the criminal

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

traffic known as the White Slave Traffic,"9 and explicitly links "white slavery" to the

institution of prostitution. All of the signatories were European nations. Also limited to

trafficking for sexual exploitation, the 1933 International Convention for the Suppression of the

Traffic in Women of Full Age called for punishing anyone who "has procured, enticed or led

away even with her consent, a woman or girl of full age for immoral purposes to be carried out

in another country in order to gratify the passions of another person."10

These various agreements and others11 culminated in the groundbreaking 1949 Convention for

the Suppression of the Traffic in Persons and the Exploitation of the Prostitution of Others.

The 1949 Convention set the standard for instruments addressing sex trafficking by

condemning trafficking and prostitution as "incompatible with the dignity and worth of the

human person, endanger[ing] the welfare of the individual, the family, and the community."12

It advocates punishment for those who engage in "exploitation of the prostitution of

persons,"13 and it calls for signatory nations to take "measures for the prevention of

prostitution and for the rehabilitation and social adjustment of the victims."14

Yet another major international legal milestone in the campaign against trafficking was the

1979 Convention on the Elimination of All Forms of Discrimination Against Women

(CEDAW), a powerful contemporary tool for addressing human rights violations.15 Adopted

by the United Nations in 1979 and ratified by 186 countries (but not to date the United

States),16 the Convention seeks to eradicate gender-based discrimination by establishing basic

international standards for the treatment of women. CEDAW addresses both sex and labor

trafficking. It identifies trafficking in women and exploitation of the prostitution of women as

practices of gender inequality and directs States Parties to "take all

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

appropriate measures to suppress all forms of traffic in women and exploitation of prostitution of women."17 Reinforced by the Beijing Platform for Action, adopted at the 1995 global U.N. Women's Conference, CEDAW requires States to take appropriate measures to address the root causes of trafficking in women and girls for prostitution and other forms of commercial sex, forced marriages, and forced labor, including taking actions to strengthen legislation to protect the rights of women and girls and to punish perpetrators.18

The most recent milestone in the international legal effort against human trafficking is the Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children, also known as the Trafficking or the Palermo Protocol. Unlike many of these earlier treaties, the Trafficking Protocol is not a human rights instrument but part of a larger treaty on organized crime.19 The Trafficking Protocol's reach is extensive. By covering compulsory or forced labor and sex trafficking and by protecting men, women, and children, it tackles the issues addressed in earlier disparate conventions. It advances international legal work against trafficking by establishing a uniform and comprehensive definition of trafficking; creating an obligation on signatory States to prevent, protect, and prosecute trafficking; and promoting international partnerships to combat trafficking. Its inclusive definition of trafficking and the specificity of its obligations make it the most significant international agreement addressing trafficking. The Protocol has 133 State parties, including the United States.


**VIOLATION OF THE TVPRA**

    1.     For general damages in the amount of $__40,000,000.00_____;

    2.     For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.      For damages for loss earnings in the amount of $____10,000,000.00_____;

4      For interest on said damages from ___May 23,2014 _____, at 10% per annum

5      Costs of suit herein incurred; Attorneys Fees immediate Shelter

6      Such other and further relief as the court may deem just and proper.

**SECOND CLAIM FOR RELIEF: BREACH OF CONTRACT**

1.      For general damages in the amount of $__40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $____10,000,000.00_____;

3.      For damages for loss earnings in the amount of $__10,000,000.00_____;

4      For interest on said damages from _____May 23,2014_____, at 10% per annum

5      Costs of suit herein incurred; Attorneys fees Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

**THIRD  CLAIM FOR RELIEF: RAPE**

1.      For general damages in the amount of $_____40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.      For damages for loss earnings in the amount of $__10,000,000.00_____;

4      For interest on said damages from __May 23 2014_____, at 10% per annum

From and after

5      Costs of suit herein incurred; Attorneys Fees Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

**FOURTH CLAIM FOR RELIEF: Violation of 42 USC §1983**

**ACTING UNDER THE COLOR OF LAW**

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1.         For general damages in the amount of $____40,000,000.00_____;

2.         For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.         For damages for loss earnings in the amount of $__10,000,000.00_____;

4         For interest on said damages from ____May 23,2014_____, at 10% per annum from and after.

5         Costs of suit herein incurred; and

6         Such other and further relief as the court may deem just and proper.

**FIFTH CLAIM FOR RELIEF: CONSPIRACY**

1.         For general damages in the amount of $__40,000,000.00_____;

2.         For special damages for medical and related expenses in the amount of $__10,000,000.00_____

3.         For damages for loss earnings in the amount of $_____10,000,000.00____;

4         For interest on said damages from ____May 23,2014_____, at 10% per annum From and after

5         Costs of suit herein incurred; and

6         Such other and further relief as the court may deem just and proper.

**SIXTH CLAIM FOR RELIEF: PREMISES LIABILITY**

1.         For general damages in the amount of $___40,000,000.00_____;

2.         For special damages for medical and related expenses in the amount of $_____10,000,000.00____;

3.         For damages for loss earnings in the amount of $__10,000,000.00_____;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

4        For interest on said damages from ____May 23,2014_____,  at 10% per annum

from and after.

5        Costs of suit herein incurred; Attorneys fees, Immediate shelter, Protection officers.

6        Such other and further relief as the court may deem just and proper.

**SEVENTH CLAIM FOR RELIEF: QUI TAM**

1.        For general damages in the amount of $__40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of

$__10,000,000.00_____;

3.        For damages for loss earnings in the amount of $__10,000,000.00_____;

4        For interest on said damages from _May 23 2014_____,  at 10% per annum

from and after.

5        Costs of suit herein incurred; Attorneys Fees Immediate Shelter.

6        Such other and further relief as the court may deem just and proper.

EIGTH **CLAIM FOR RELIEF RACKETEERING:**

1.      For general damages in the amount of $____40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of

$____10,000,000.00_____;

3.        For damages for loss earnings in the amount of $___10,000,000.00_____;

4        For interest on said damages from __May 23,2014_____,  at 10% per annum

from and after.

5        Costs of suit herein incurred; Attorneys fees Immediate Shelter, Attorneys fees.

6        Such other and further relief as the court may deem just and proper.

- 166 -
COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

NINTH CLAIM FOR RELIEF INTERFERENCE WITH EXISTING CONTRACT-INTENTIONAL

1.      For general damages in the amount of $_____40,000,000.00_____;

        2.      For special damages for medical and related expenses in the amount of
$_10,000,000.00_____;

        3.      For damages for loss earnings in the amount of $_10,000,000.00_____;

        4       For interest on said damages from ___May 23 2014_____,  at 10% per annum
from and after.

        5       Costs of suit herein incurred; Attorney Fees, Immediate Shelter, Protection Officers.

        6       Such other and further relief as the court may deem just and proper.

TENTH CLAIM FOR RELIEF LEGAL MALPRACTICE

 1.      For general damages in the amount of $_____40,000,000.00_____;

        2.      For special damages for medical and related expenses in the amount of
$___10,000,000.00_____;

        3.      For damages for loss earnings in the amount of $___40,000,000.00_____;

        4       For interest on said damages from May 23, 2014_____,  at 10% per annum from and
after.

        5       Costs of suit herein incurred; Attorneys Fees Security, Protection Officers, Immediate
Shelter

        6       Such other and further relief as the court may deem just and proper.

ELEVENTH CLAIM FOR RELIEF Violation of Human Rights act

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1.      For general damages in the amount of $__40,000,000.00_____;

      2.      For special damages for medical and related expenses in the amount of

$___10,000,000.00_____;

      3.      For damages for loss earnings in the amount of $_10,000,000.00_____;

      4      For interest on said damages from __May,23 2014_____,  at 10% per annum

from and after _____;

      5      Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate

Shelter

      6      Such other and further relief as the court may deem just and proper.

TWELTH CLAIM FOR RELIEF VIOLATION OF CILVIL RIGHTS

1.      For general damages in the amount of $_40,000,000.00_____;

      2.      For special damages for medical and related expenses in the amount of

$_10,000,000.00_____;

      3.      For damages for loss earnings in the amount of $_10,000,000.00_____;

      4      For interest on said damages from ___May 23, 2014_____,  at 10% per annum

from and after.

      5      Costs of suit herein incurred; Attorneys Fees Security, protection officers, Immediate

Shelter

      6      Such other and further relief as the court may deem just and proper.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

## THIRTEENTH CLAIM FOR RELIEF INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS

1.      For general damages in the amount of $____40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $_____;

3.      For damages for loss earnings in the amount of $_____;

4       For interest on said damages from _____,  at 10% per annum from and after _____;

5       Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6       Such other and further relief as the court may deem just and proper.

## FOURTEENTH CLAIM FOR RELIEF : BAD FAITH

1.      For general damages in the amount of $_____40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of $_10,000,000.00_____;

3.      For damages for loss earnings in the amount of $___10,000,000.00_____;

4       For interest on said damages from __May, 23,2014_____, at 10% per annum from and after.

5       Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6       Such other and further relief as the court may deem just and proper.

FIFTEENTH CLAIM FOR RELIEF MONEY HAD AND RECEIVED

1.      For general damages in the amount of $__40,000,000.00_____;

        2.      For special damages for medical and related expenses in the amount of

$10,000,000.00;

        3.      For damages for loss earnings in the amount of $__10,000,000.00_____;

        4      For interest on said damages from __May 23 2014_, at 10% per annum from and

        after.

        5      Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate

Shelter



        6      Such other and further relief as the court may deem just and proper.



 SIXTEENTH CLAIM FOR RELIEF: GROSS NEGLIGENCE

1.      For general damages in the amount of $___40,000,000.00_____;

        2.      For special damages for medical and related expenses in the amount of

$__10,000,000.00_____;

        3.      For damages for loss earnings in the amount of $____10,000,000.00_____;

        4      For interest on said damages from _____May 23,2014_____, at 10% per annum

        from and after.

        5      Costs of suit herein incurred; Attorneys Fees, Security protection officers, Immediate

Shelter

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

6       Such other and further relief as the court may deem just and proper.

SEVENTEENTH CLAIM FOR RELIEF CLAIM FOR RELIEF PROFESSIONAL

NEGLIGENCE

1.      For general damages in the amount of $___40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of

$____10,000,000.00_____;

3.      For damages for loss earnings in the amount of $__10,000,000.00_____;

4       For interest on said damages from ___May 23,2014_____, at 10% per annum

from and after.

5       Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate

Shelter


6       Such other and further relief as the court may deem just and proper.

EIGHTEENTH CLAIM FOR RELIEF : UNJUST ENRICHMENT

1.      For general damages in the amount of $_____40,000,000.00____;

2.      For special damages for medical and related expenses in the amount of

$___10,000,000.00_____;

3.      For damages for loss earnings in the amount of $___10,000,000.00_____;

4       For interest on said damages from ____May 23, 2014 _____, at 10% per annum

from and after.

5       Costs of suit herein incurred;Attorneys Fees Security protection officers Immediate

Shelter

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

6    Such other and further relief as the court may deem just and proper.


NINETEENTH CLAIM FOR RELIEF : WILLFUL MISCONDUCT

1.    For general damages in the amount of $_____$40,000,000.00_____;

2.    For special damages for medical and related expenses in the amount of

$__10,000,000.00_____;

3.    For damages for loss earnings in the amount of $___10,000,000.00_____;

4    For interest on said damages from ___May 23, 2014_____,  at 10% per annum

from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate

Shelter


6    Such other and further relief as the court may deem just and proper.


TWENTIETH CLAIM FOR RELIEF :NEGLIGENT ENTRUSTMENT

1.    For general damages in the amount of $___40,000,000.00_____;

2.    For special damages for medical and related expenses in the amount of

$__10,000,000.00_____;

3.    For damages for loss earnings in the amount of $___10,000,000.00_____;

4    For interest on said damages from _____May 23, 2014__,  at 10% per annum from

and after.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

5        Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6        Such other and further relief as the court may deem just and proper.

## TWENTY FIRST CLAIM FOR RELIEF: UNFAIR COMPETITION VIOLATION OF PUBLIC POLICY

1.        For general damages in the amount of $_____40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.        For damages for loss earnings in the amount of $___10,000,000.00_____;

4        For interest on said damages from ____May 23, 2014, _____, at 10% per annum from and after.

5        Costs of suit herein incurred;Attorneys Fees Security protection officers Immediate Shelter

6        Such other and further relief as the court may deem just and proper.

## TWENTY SECOND CLAIM FOR RELIEF : BREACH OF PRIVACY

1.        For general damages in the amount of $_____40,000,000.00_____;

2.        For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.        For damages for loss earnings in the amount of $___10,000,000.00_____;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

4         For interest on said damages from ____May 23, 2014, _____,  at 10% per annum from and after.

5         Costs of suit herein incurred;Attorneys Fees Security protection officers Immediate Shelter

6         Such other and further relief as the court may deem just and proper.

TWENTY THIRD CLAIM FOR RELIEF :WRONGFUL DEATH

1.         For general damages in the amount of $____40,000,000.00_____;

2.         For special damages for medical and related expenses in the amount of $_10,000,000.00_____;

3.         For damages for loss earnings in the amount of $____10,000,000.00_____;

4         For interest on said damages from __May 23,2014____,  at 10% per annum from and after.

5         Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6         Such other and further relief as the court may deem just and proper.

TWENTY FOURTH CLAIM FOR RELIEF :Trespass to Chattels/ Conversion/

1.         For general damages in the amount of $____40,000,000.00_____;

2.         For special damages for medical and related expenses in the amount of $__10,000,000.00___;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

3.      For damages for loss earnings in the amount of $____10,000,000.00_____;

4       For interest on said damages from _____May 23, 2014_____, at 10% per annum

from and after.

5       Costs of suit herein incurred; Attorneys Fees, Protection Officers, Immediate Shelter.

6       Such other and further relief as the court may deem just and proper.

TWENTY CLAIM FOR RELIEF :5TH Civil Theft

1.      For general damages in the amount of $__40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of

$___10,000,000.00_____;

3.      For damages for loss earnings in the amount of $__10,000,000.00_____;

4       For interest on said damages from __May 23, 2014_____, at 10% per annum

from and after.

5       Costs of suit herein incurred; Attorneys Fees Security, Protection officers, Immediate

Shelter

6       Such other and further relief as the court may deem just and proper.

TWENTY SIXTH CLAIM FOR RELIEF : NEGLIGENT SUPERVISION

1.      For general damages in the amount of $____40,000,000.00_____;

2.      For special damages for medical and related expenses in the amount of

$__10,000,000.00_____;

3.      For damages for loss earnings in the amount of $___10,000,000.00_____;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

4       For interest on said damages from __May 23, 2014___,  at 10% per annum from and after.

5       Costs of suit herein incurred; Attorneys Fees Security, Protection officers, Immediate Shelter

6       Such other and further relief as the court may deem just and proper.

TWENTY SEVENTH CLAIM FOR RELIEF : INTERSTATE STALKING

1.     For general damages in the amount of $__40,000,000.00_____;

2.     For special damages for medical and related expenses in the amount of $_10,000,000.00_____;

3.     For damages for loss earnings in the amount of $_____10,000,000.00____;

4       For interest on said damages from __MAY 23 2014_____,  at 10% per annum

5       Costs of suit herein incurred; Attorneys fees, Immediate shelter, Protection officers.

6       Such other and further relief as the court may deem just and proper.

TWENTY EIGHTH CLAIM FOR RELIEF: TORTURE

For general damages in the amount of $_____40,000,000.00_____;

2.     For special damages for medical and related expenses in the amount of $__10,000,000.00_____;

3.     For damages for loss earnings in the amount of $___10,000,000.00_____;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

4    For interest on said damages from _____May 23, 2014_____, at 10% per annum

from and after

5    Costs of suit herein incurred; Attorneys Fees Security, Protection officers, Immediate

Shelter

6    Such other and further relief as the court may deem just and proper.

DAMAGES

 Plaintiff has suffered, and continues to suffer, from psychological damages, including, but not limited to, depression, anxiety, anger, flashbacks, and nightmares Complex ptsd physical pain and suffering homelessness.

Plaintiff also suffered psychological trauma affecting several areas of her life, including but not limited to their personality, self-esteem, sexuality, relationships, and career. Further, for the undetermined future, Plaintiff must relive her sexual assault everyday .

Moreover,  Plaintiffs psychological and physiological damages have been debilitating, and have prevented her from understanding and asserting her legal rights. Her own lawyers degraded her and violated her rights,  Law enforcement and Multiple State and Federal Judges trampled upon her rights in a criminal capacity. Additionally, Plaintiff  has feared and has been intimidated

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1   Amber now has to face one of the most powerful organized crime Syndicates in the
2   world, The governments, powerful political, business and legal leaders, and the retaliation
    will be unfathomable. The crimes committed against Amber thus far are not only crimes
3   against her but against humanity as a whole. The people have the right to know the society
    we live in and who walks feeling amongst us inclusive of the government and Judicial
4   corruption.
5
6    Violation of The Trafficking Victims Protection Act 18 U.S.C. §1591
     (Plaintiffs Amber and Every Girl Counts Against All Defendants)
7    Plaintiffs repeat and re-allege each and every allegation as set forth in
     the preceding paragraphs as if set forth in full herein.



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

or sex trafficking to thrive, it requires at least 3 things. First victims, often referred to s modern-day-slaves, a sex trafficking victim is treated as property mere cattle by her traffickers. The victim retains little or no money and remains dependent up her trafficker for the most basic necessities Shelter medication Identification food water and clothing.

Franchisers were trained not to turn a blind eye on human trafficking yet Hotels remain a major player in human trafficking.

The franchisers have long known how to spot and deter sex trafficking Since 2004 End Child prostitution and trafficking ECPAT_USA)< Promoted the tourism child protection cod of conduct (code). Well known in the hospitality industry, the code identifies six steps hotels should take to combat sex trafficking. Additionally , the department of homeland security identifies specific signs that suggest the presence of sex trafficking at hotels signs of which the franchisers were well aware. By 2013, hotel industry representatives knew that 8 out of 10 human trafficking arrests happen at hotels.

.

There is no point of the TVPRA if Judges the FBI, CIA, Law enforcement are all willing to violate it if they can get money in the bank for themselves. That must be put to an end immediately so victims can be freed.

At its most basic level , the TVPRA criminalizes sex trafficking- the use of force , fraud, coercion to cause a person to engage in a commercial sex act. But congress added a civil cause of action against both the perpetrator of the sex trafficking crime and "anyone who knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in" such a criminal violation. 18 U.S C. * 1595(a). The franchisers are precisely the type of defendant Congress had in mind when it devised this remedy.

Second traffickers profit from the forced labor of their victims. Traffickers force young women and underage girls to engage in commercial sex acts. Stripping may not be sex but however Child pornography and Stripping are commercial sex acts.

Traffickers control victims trough force, using violence and treats of violence and threats of violence to restrain, beat, and drug them. And they control victims through fraud and coercion. employing emotional and psychological manipulation, trauma, and isolation.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



1  Third, Sex trafficking requires venues, a place where victims can be sold for sex to as
2  many buyers as possible. In Globally Sex trafficking ventures typically operate in bars
   and hotels.
3
4
5  Hotels ,Airports, Airplanes, All commercial modes of transportation  Law enforcement
6  have long been trained to spot human trafficking
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law



As a result of Defendants Goguen, Sequoia Capital, Two bear Capital Two bear Ranch Two bear Air And all of their agents including the judges and lawyers and "private investigators" heinous and willful conduct, THERE ARE ZERO LEGAL BASIS FOR ANY CROSS COMPLAINTS IN THIS CASE YOU ARE ALL GUILTY.

Plaintiff is entitled to compensatory damages, punitive damages, Exemplary damages, Special damages treble damages attorney's fees, immediate housing Security protection officers.

costs, and all other appropriate relief.

PRAYER FOR RELIEF ON CLAIMS

WHEREFORE, Plaintiffs pray that this Court:

A. Award Plaintiffs Amber Doe and Every Girl Counts all of their damages under The Trafficking Victims Protection Act 18 U.S.C. § 1595, the civil remedy for violation of The Trafficking Victims Protection Act 18 U.S.C. § 1591, and common law, including compensatory damages and punitive damages in an amount of $1,000,000,000.00 or in an amount to be determined at trial.

Amber is to be awarded 1 trillion dollars before her death so she can end human trafficking globally because nobody is doing anything and every hum has the right to freedom and peace.

If Amber Dies soon she will appoint a large board to facilitate her wishes.

B. Award Plaintiffs all attorney's fees, costs and expenses available under law·'

C. Award Plaintiffs all pre-judgment interest and post judgment interest available under law; and

D. Award Plaintiffs such additional and further relief as this Court may deem just and proper.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1   JURY DEMAND
2   Plaintiffs demand a trial by jury on all issues triable of right by jury.

3

4

5

6

7

8
9   # The Constitutional
10  # Convention
11

12

13  # Article I
14

15  ## Section 1: Congress
16

17  All legislative Powers herein granted shall be
18  vested in a Congress of the United States, which
19  shall consist of a Senate and House of
20  Representatives.
21

22  ## Section 2: The House of
23  ## Representatives
24

25  The House of Representatives shall be composed
26  of Members chosen every second Year by the
27  People of the several States, and the Electors in
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

each State shall have the Qualifications requisite
for Electors of the most numerous Branch of the
State Legislature.

No Person shall be a Representative who shall
not have attained to the Age of twenty five Years,
and been seven Years a Citizen of the United
States, and who shall not, when elected, be an
Inhabitant of that State in which he shall be
chosen.

Representatives and direct Taxes shall be
apportioned among the several States which may
be included within this Union, according to their
respective Numbers, which shall be determined
by adding to the whole Number of free Persons,
including those bound to Service for a Term of
Years, and excluding Indians not taxed, three
fifths of all other Persons. The actual Enumeration
shall be made within three Years after the first
Meeting of the Congress of the United States, and
within every subsequent Term of ten Years, in
such Manner as they shall by Law direct.The
number of Representatives shall not exceed one
for every thirty Thousand, but each State shall
have at Least one Representative; and until such

enumeration shall be made, the State of New
Hampshire shall be entitled to chuse three,
Massachusetts eight, Rhode-Island and
Providence Plantations one, Connecticut five,
New-York six, New Jersey four, Pennsylvania
eight, Delaware one, Maryland six, Virginia ten,
North Carolina five, South Carolina five, and
Georgia three.

When vacancies happen in the Representation
from any State, the Executive Authority thereof
shall issue Writs of Election to fill such Vacancies.

The House of Representatives shall chuse their
Speaker and other Officers;and shall have the
sole Power of Impeachment.

# Section 3: The Senate

The Senate of the United States shall be
composed of two Senators from each State,
chosen by the Legislature thereof, for six Years;
and each Senator shall have one Vote.

Immediately after they shall be assembled in
Consequence of the first Election, they shall be
divided as equally as may be into three Classes.

The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every second Year; and if Vacancies happen by Resignation, or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary Appointments until the next Meeting of the Legislature, which shall then fill such Vacancies.

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.

The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

# Section 4: Elections

The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.

The Congress shall assemble at least once in every Year, and such Meeting shall be on the first

1  Monday in December, unless they shall by Law
2  appoint a different Day.
3

4  # Section 5: Powers and Duties of
5  Congress
6

7  Each House shall be the Judge of the Elections,
8  Returns and Qualifications of its own
9  Members,and a Majority of each shall constitute a
10 Quorum to do Business; but a smaller Number
11 may adjourn from day to day, and may be
12 authorized to compel the Attendance of absent
13 Members, in such Manner, and under such
14 Penalties as each House may provide.
15

16 Each House may determine the Rules of its
17 Proceedings, punish its Members for disorderly
18 Behaviour, and, with the Concurrence of two
19 thirds, expel a Member.
20

21 Each House shall keep a Journal of its
22 Proceedings, and from time to time publish the
23 same, excepting such Parts as may in their
24 Judgment require Secrecy; and the Yeas and
25 Nays of the Members of either House on any
26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

question shall, at the Desire of one fifth of those Present, be entered on the Journal.

Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

## Section 6: Rights and Disabilities of Members

The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States.They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

# Section 7: Legislative Process

All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills.

Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President of the United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Houses shall be determined by Yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

# Section 8: Powers of Congress

The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

To borrow Money on the credit of the United States;

To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

To establish a uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

To establish Post Offices and post Roads;

To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Inventors the exclusive Right to their respective Writings and Discoveries;

To constitute Tribunals inferior to the supreme Court;

To define and punish Piracies and Felonies committed on the high Seas, and Offenses against the Law of Nations;

To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

To provide and maintain a Navy;

To make Rules for the Government and Regulation of the land and naval Forces;

To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards and other needful Buildings;-And

To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

# Section 9: Powers Denied Congress

1
2
3
4
5
6
7
8

The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

9
10
11
12
13

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

14
15
16

No Bill of Attainder or ex post facto Law shall be passed.

17
18
19
20

No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken.

21
22
23

No Tax or Duty shall be laid on Articles exported from any State.

24
25
26
27

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to,

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

or from, one State, be obliged to enter, clear, or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

# Section 10: Powers Denied to the States

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

# Article II

## Section 1

The executive Power shall be vested in a President of the United States of America.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows:

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote; A quorum for this Purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.

The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

1 No Person except a natural born Citizen, or a
2 Citizen of the United States, at the time of the
3 Adoption of this Constitution, shall be eligible to
4 the Office of President; neither shall any person
5 be eligible to that Office who shall not have
6 attained to the Age of thirty five Years, and been
7 fourteen Years a Resident within the United
8 States.
9

10 In Case of the Removal of the President from
11 Office, or of his Death, Resignation, or Inability to
12 discharge the Powers and Duties of the said
13 Office, the Same shall devolve on the Vice
14 President, and the Congress may by Law provide
15 for the Case of Removal, Death, Resignation or
16 Inability, both of the President and Vice President,
17 declaring what Officer shall then act as President,
18 and such Officer shall act accordingly, until the
19 Disability be removed, or a President shall be
20 elected.
21
22 The President shall, at stated Times, receive for
23 his Services, a Compensation, which shall neither
24 be increased nor diminished during the Period for
25 which he shall have been elected, and he shall
26 not receive within that Period any other
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:--"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

## Section 2

The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offenses against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties,

provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

# Section 3

He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of

Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

## Section 4

The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

# Article III

## Section 1

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  Compensation, which shall not be diminished
2  during their Continuance in Office.
3

4  ## Section 2
5
6  The judicial Power shall extend to all Cases, in
7  Law and Equity, arising under this Constitution,
8  the Laws of the United States, and Treaties made,
9  or which shall be made, under their Authority;--to
10 all Cases affecting Ambassadors, other public
11 Ministers and Consuls;--to all Cases of admiralty
12 and maritime Jurisdiction;--to Controversies to
13 which the United States shall be a Party;--to
14 Controversies between two or more States;--
15 between a State and Citizens of another State;--
16 between Citizens of different States;--between
17 Citizens of the same State claiming Lands under
18 Grants of different States, and between a State,
19 or the Citizens thereof, and foreign States,
20 Citizens or Subjects.
21
22
23 In all Cases affecting Ambassadors, other public
24 Ministers and Consuls, and those in which a State
25 shall be Party, the supreme Court shall have
26 original Jurisdiction. In all the other Cases before
27 mentioned, the supreme Court shall have
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment; shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

# Section 3

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

# Article IV

## Section 1

Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

## Section 2

The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.

# Section 3

New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

# Section 4

The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

# Article V

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in

any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

# Article VI

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

# Article VII

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

# First Amendment

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

# Second Amendment

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1
2
3
4
5

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

6
7

# Third Amendment

8
9
10
11
12

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

13
14
15

# Fourth Amendment

16
17
18
19
20
21
22
23

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

24
25
26
27

# Fifth Amendment

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

# Sixth Amendment

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

# Seventh Amendment

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

# Eighth Amendment

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

# Ninth Amendment

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

# 10th Amendment

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  The powers not delegated to the United States by
2  the Constitution, nor prohibited by it to the States,
3  are reserved to the States respectively, or to the
4  people.
5

6

# 11th Amendment

7
8
9  The Judicial power of the United States shall not
10 be construed to extend to any suit in law or equity,
11 commenced or prosecuted against one of the
12 United States by Citizens of another State, or by
13 Citizens or Subjects of any Foreign State.
14

15

16

# 12th Amendment

17
18 The Electors shall meet in their respective states
19 and vote by ballot for President and Vice-
20 President, one of whom, at least, shall not be an
21 inhabitant of the same state with themselves; they
22 shall name in their ballots the person voted for as
23 President, and in distinct ballots the person voted
24 for as Vice-President, and they shall make distinct
25 lists of all persons voted for as President, and of
26 all persons voted for as Vice-President, and of the
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate; -- The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted; -- The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the Vice-

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

President shall act as President, as in case of the death or other constitutional disability of the President.-- The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.

# 13th Amendment

## Section 1

Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

# Section 2

Congress shall have power to enforce this article by appropriate legislation.

# 14th Amendment

## Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

## Section 2

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

# Section 3

No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall

have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

## Section 4

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

## Section 5

The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article.

# 15th Amendment

## Section 1

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude.

## Section 2

The Congress shall have the power to enforce this article by appropriate legislation.

# 16th Amendment

The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several States, and without regard to any census or enumeration.

# 17th Amendment

The Senate of the United States shall be composed of two Senators from each State,

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures.

When vacancies happen in the representation of any State in the Senate, the executive authority of such State shall issue writs of election to fill such vacancies: Provided, That the legislature of any State may empower the executive thereof to make temporary appointments until the people fill the vacancies by election as the legislature may direct.

This amendment shall not be so construed as to affect the election or term of any Senator chosen before it becomes valid as part of the Constitution.

# 18th Amendment

## Section 1

After one year from the ratification of this article the manufacture, sale, or transportation of intoxicating liquors within, the importation thereof

into, or the exportation thereof from the United States and all territory subject to the jurisdiction thereof for beverage purposes is hereby prohibited.

## Section 2

The Congress and the several States shall have concurrent power to enforce this article by appropriate legislation.

## Section 3

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

# 19th Amendment

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex.

Congress shall have power to enforce this article by appropriate legislation.

# 20th Amendment

## Section 1

The terms of the President and the Vice President shall end at noon on the 20th day of January, and the terms of Senators and Representatives at noon on the 3d day of January, of the years in which such terms would have ended if this article had not been ratified; and the terms of their successors shall then begin.

## Section 2

The Congress shall assemble at least once in every year, and such meeting shall begin at noon on the 3d day of January, unless they shall by law appoint a different day.

## Section 3

If, at the time fixed for the beginning of the term of the President, the President elect shall have died, the Vice President elect shall become President.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

If a President shall not have been chosen before the time fixed for the beginning of his term, or if the President elect shall have failed to qualify, then the Vice President elect shall act as President until a President shall have qualified; and the Congress may by law provide for the case wherein neither a President elect nor a Vice President shall have qualified, declaring who shall then act as President, or the manner in which one who is to act shall be selected, and such person shall act accordingly until a President or Vice President shall have qualified.

# Section 4

The Congress may by law provide for the case of the death of any of the persons from whom the House of Representatives may choose a President whenever the right of choice shall have devolved upon them, and for the case of the death of any of the persons from whom the Senate may choose a Vice President whenever the right of choice shall have devolved upon them.

# Section 5

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

Sections 1 and 2 shall take effect on the 15th day of October following the ratification of this article.

## Section 6

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission.

# 21st Amendment

## Section 1

The eighteenth article of amendment to the Constitution of the United States is hereby repealed.

## Section 2

The transportation or importation into any State, Territory, or Possession of the United States for delivery or use therein of intoxicating liquors, in violation of the laws thereof, is hereby prohibited.

## Section 3

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by conventions in the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

# 22nd Amendment

## Section 1

No person shall be elected to the office of the President more than twice, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of President more than once. But this Article shall not apply to any person holding the office of President when this Article was proposed by Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this Article becomes operative from holding the office of President or acting as President during the remainder of such term.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

# Section 2

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission to the States by the Congress.

# 23rd Amendment

## Section 1

The District constituting the seat of Government of the United States shall appoint in such manner as Congress may direct:

A number of electors of President and Vice President equal to the whole number of Senators and Representatives in Congress to which the District would be entitled if it were a State, but in no event more than the least populous State; they shall be in addition to those appointed by the States, but they shall be considered, for the purposes of the election of President and Vice

President, to be electors appointed by a State; and they shall meet in the District and perform such duties as provided by the twelfth article of amendment.

## Section 2

The Congress shall have power to enforce this article by appropriate legislation.

# 24th Amendment

## Section 1

The right of citizens of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay poll tax or other tax.

## Section 2

The Congress shall have power to enforce this article by appropriate legislation.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

# 25th Amendment

## Section 1

In case of the removal of the President from office or of his death or resignation, the Vice President shall become President.

## Section 2

Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both Houses of Congress.

## Section 3

Whenever the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that he is unable to discharge the powers and duties of his office, and until he transmits to them a written declaration to the contrary, such powers and duties shall be

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  discharged by the Vice President as Acting
2  President.
3

4  ## Section 4
5

6  Whenever the Vice President and a majority of
7  either the principal officers of the executive
8  departments or of such other body as Congress
9  may by law provide, transmit to the President pro
10 tempore of the Senate and the Speaker of the
11 House of Representatives their written declaration
12 that the President is unable to discharge the
13 powers and duties of his office, the Vice President
14 shall immediately assume the powers and duties
15 of the office as Acting President.
16

17 Thereafter, when the President transmits to the
18 President pro tempore of the Senate and the
19 Speaker of the House of Representatives his
20 written declaration that no inability exists, he shall
21 resume the powers and duties of his office unless
22 the Vice President and a majority of either the
23 principal officers of the executive department or of
24 such other body as Congress may by law provide,
25 transmit within four days to the President pro
26 tempore of the Senate and the Speaker of the
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, AND 18 U.S. Code § 242 - Deprivation of rights under color of law

1  House of Representatives their written declaration
2  that the President is unable to discharge the
3  powers and duties of his office. Thereupon
4  Congress shall decide the issue, assembling
5  within forty-eight hours for that purpose if not in
6  session. If the Congress, within twenty-one days
7  after receipt of the latter written declaration, or, if
8

9

10

11

12

13

14  Dated:_March 23, 2023 At Los Angeles California

15

16  Amber Doe

17  Plaintiff

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,AND 18 U.S. Code § 242 - Deprivation of rights under color of law

iMessage
7/19/13, 12:48 PM





**I AM STALKING YOU**
**I WILL RAPE YOU SOON**

Hey buddy my favorite Vegas angel ▨▨▨(the one whose apt I stay at all the time) just got this note on her windshield. Besides having an extreme urge to f*ing kill somebody, I told her to bring it to the cops to see if they can lift any prints. Any other advice?

Wtf? Definitely take it to the cops and don't let anyone else touch it to include herself. Get a plastic baggy and put it in that because prints can degrade quickly on that type of paper and her prints could smudge a useful print from the psycho. Lets go to Vegas and smoke some people.

Text message
7/20/13, 10:17 AM

For entry into the condo, use the keypad on the garage door. Code is: 4321 then hit 0

iMessage
7/20/13, 3:09 PM

Is it clear to go into 250?

7/20/13, 4:30 PM

Yes all clear

Ok, need to drop off some stuff.

Text message
7/20/13, 10:24 AM

Going to put the boys up at safe house. My buddy will be there until Monday but can boot him if you need it tomorrow.

Messages - +16503806950

iMessage
7/21/13, 10:05 AM

Condo is free and clear. Both guys flew out this A.m.

7/22/13, 4:45 PM

Hey bud, were u able to send that package yet to my friend in LV? (The black silk robe)

Yes sir!! Via FedEx

I will follow up and see what the deal is first thing in the a.m.

I have a proposition to make.

Not yet. Probably will this week.

Ok, sounds good. Just wanted to know if I had to hatch an exit plan for Saturday.

Awesome!

7/23/13, 12:13 PM

Based on that text today, I'm going to send the boys 10k apiece as a pat on the back for a job well done. I'm going to send it out of my own pocket but am going to tell them it's from our "sponsor"(you). You might have to loan me money for vodka though!!;)

Zip code issue but its squared away and on its way for delivery Friday.

 Just making sure you are good. Things are going well here. Move has been a complete and total disaster and Heathers spent all week in tears over it but I'm slowly getting it sorted out. The boys on the team say thanks for the gift. Let me know if you need me to do anything in your absence.

8/2/13, 10:50 PM

Headed your way buddy.

We just walked up. Will wait out front.

8/4/13, 11:39 AM



8/4/13, 2:04 PM

My meeting on that hilltop plot of land went great. Took a lot out of me tho.

Lmao...I'm sure you will recover quickly!!

Text message
8/4/13, 7:02 PM

.

Messages - +16503806950

Sorry I missed your call, been on the phone all morning with the security guys with the Speaker. Trying to tighten things up for his visit. I think we keep this new place from everyone except critical personnel. I spoke to Jeanie last night and am pitching this hard as a "company" place for VIP's. She doesn't ask any questions.

8/5/13, 10:17 PM

H

I'm headed to Lake House. Heather and Maddy already there.

8/12/13, 11:55 AM

Sorry I missed your call buddy. Shawn got in town last night and I was meeting with him and Glenn Scott about the 238 condo trying to get it all done. And then meeting with the guys I have doing the security enhancements at Missy Lane. Call me when you get free. I will be tied up until 1230.

8/12/13, 1:43 PM



8/13/13, 6:08 PM

What do you want me to do about the condo?

8/14/13, 1:01 PM

Going with the 425,000 because they won't come down more.

8/17/13, 1:51 AM

See u tomorrow buddy. Thx

Be safe and I will see you tomorrow!!

8/17/13, 9:58 PM

Leaving my house now, on the way

Me too!

8/18/13, 12:33 AM

We should abort

Danger close with all of this.

8/18/13, 2:12 AM

Home. See u tomorrow.

Thank you sir.

8/21/13, 1:10 AM

Messages - +16503806950



Text message

iMessage
8/30/13, 10:46 AM

Got it!

Text message
8/30/13, 4:05 PM

Tickets have been handed over. I had my cousin with me and told him she was just a very appreciated customer of the bar and I was giving her comp tickets for her and her hubby. No mention of you at all, just FYI.

iMessage
8/30/13, 9:01 PM

On my way

Ok

8/31/13, 11:15 PM

I'm on the roof. Lmk when u get here.

Text message
9/1/13, 4:24 PM

I just had to write a check for the earnest money for the condo or the sellers were going to bail. Will you be able to close next week on it?

9/2/13, 8:09 PM

Didn't have a chance to tell you I will not be in MT tomorrow-Thursday. Have a board meeting Weds and then ✕✕✕✕✕ is coming out for both nights. Also, what about turning Keegan loose and decorating the new condo? ✕✕✕✕✕✕✕✕✕✕✕✕ Just let me yes or no on that before I ask her about it.

9/3/13, 6:03 PM

Do you want me to plan on coming to Missoula on Friday and meeting you there? You can just ride back with me so you don't have to have Jordan drive your truck down?? Or do you want me to fly with the pilots to pick you up and still have Jordan bring the truck and I will ride back with you??

iMessage
9/3/13, 9:37 PM

Did you get my last text about Missoula?

Sorry bud - 13 1/2 hours into my virtual Monday and am still going without a break. Should be off this final BoD call in 30 mins or so.

9/4/13, 11:06 AM

No worries, just let me know what you want me to do about Missoula or if you want to run solo. I've already prepped things with Heather about a possible meeting and property search.



Messages - +16503806950

 If that doesn't cramp your style I will drive your truck and meet you at the hotel that night and then link up the next day to head back. Sound ok?

Sounds perfect. It's what I would prefer but didn't want u to feel obligated.



9/4/13, 8:40 PM

What's the name on your drivers license? Matt or Anthony?

Still driving

Oops wrong dest

Text message
9/4/13, 8:52 PM

Matthew

iMessage
9/5/13, 10:38 AM

Do you care if I drive the Range Rover instead of your giant truck?

Lol...good thought on that. And I'd happily let you do the driving! Somebody likes to be in control?!?!

Yup ;)

I'm not exactly the passive type. :)

AMERICAN PSYCHO X 100

Really?!? Haha....I never would have noticed!

Are we still planning to head to LV? Need to pack accordingly!

9/5/13, 11:53 AM

RAPE IS NOT AN ACT OF LUST IT IS AN ACT OF VIOLAENCE POWER AND CONTROL OVER ANOTHER

Yup mission is a go.

Awesome!

9/5/13, 4:53 PM

Poet just text me and ask for some professional advice. You ok with that?

Definitely

Ok, just wanted to clear it with you before I agreed to help him.

9/5/13, 6:12 PM

IMPORTANT:
Matt- please let me and the title company know the entity that will be purchasing the condo. We need it by tomorrow to get everything put together and signed by Tuesday. I thought you said you would be using the same entity as on either Missy Lane or the 1st Street condo. If so, that will be easier as the title company already has the paperwork.
Jeanie

Text message
9/6/13, 9:21 AM

Mike- I need the trust info ASAP. They are blowing my phone up!

9/6/13, 8:32 PM

Country music and a big pickup truck....I'm redneckin'

iMessage
9/7/13, 10:18 AM

Buddy are u up? I'm downstairs a little early. Lets roll when u can.

9/7/13, 2:36 PM

I'm gonna order some food and relax for a bit buddy. Maybe work out and/or hit the mall to buy some cool guy clothes later.

Text message
9/7/13, 3:18 PM

Ok! Just got off the phone with Jordan. His mind is made up with what needs to happen with JJ. Of course the final call is yours but he's ready to cut ties and move on and focus on the future. I'm going to order some food too but if you head to the mall let me know because I want to go too.

9/7/13, 7:01 PM

Can we do 6:45? I need to call home and check in and shave this mess off my face and head.

iMessage
9/7/13, 7:12 PM

Yup. C u at 645.

9/8/13, 8:41 AM

You alive?

Yup. Coming down now

Text message
9/8/13, 7:40 PM



Matt, if you haven't already launched off on a mission involving shovels ;) lets talk ASAP. I've got my partners meetings off and on all day but I'll keep trying u between each one. I have a communication plan that should do the trick.

9/9/13, 10:22 AM

Ok, I trust you and will wait but it's reached a boiling point with me.

Thank you.

9/9/13, 7:59 PM

By the way, minus fuck head Eric Payne, I had an absolutely awesome weekend with you and it was good to laugh and have fun and not dwell on all business! I appreciate the room and the flight to LV!!! Awesome time!!!

9/14/13, 10:13 PM

Heading over to Casey's now buddy. Are u out?

Yes but getting ready to take Heather home and then come back.

9/17/13, 7:25 PM

Wanted to key you in that I'm flying east tomorrow to meet with



Messages - +16503806950



9/18/13, 6:23 PM

Lets set something up with Kendall soon to get her on the range. I'm going to come back Friday now instead of tomorrow. He wants me to meet a couple of people tomorrow and wants to talk to me about a personal matter as well. No idea what that is about but I'm going to stick around to hear what's going on.

Text message
9/19/13, 1:32 PM

He's got cancer. Inquired about another "trip" to recover 2 personnel but I told him we probably wouldn't have that in the budget this year. Depending on his health I will try and set up a meet and greet in the near future just so you can meet.

iMessage
9/20/13, 10:48 AM

Didn't know if you got this yesterday: He's got cancer. Inquired about another "trip" to recover 2 personnel but I told him we probably wouldn't have that in the budget this year. Depending on his health I will try and set up a meet and greet in the near future just so you can meet.

I will have to call you later this evening if you're free.

Flying to CO at 430 PST. Will be free briefly when I land (around 830 MT time) then will be out of coverage for the most part of the next 4 days. Would definitely like to talk somehow before I'm off grid.

Just text me when you are free and I will call you before you disappear off grid.

Text message
9/20/13, 10:11 PM

The signal here is terrible and the phone didn't even ring. I will keep my phone close by tomorrow but definitely count me in for the "detour". Just let me know when I need to be there and if I'm coming back with you. BE SAFE great white hunter!!!

iMessage
9/23/13, 5:53 PM

On location standing by

At cabelas nearby for a bit, then heading to the plane for 7-7:15 takeoff.

9/23/13, 6:15 PM

Sounds good!

9/23/13, 10:34 PM

Hey bud txt me when u get to the Towers door in case they give u a hard time about not having a key.

2 mins



9/24/13, 1:25 AM

You good?

Yup. Coming back to the booth in a sec

Ok



You still here?

9/24/13, 3:30 AM

Ok, I will getting Boston Mike out of here. Paul is gonna ask questions but I'm going to tell him I'm bolting and ask if he wants to catch a ride with me.

Ok, me and Paul are heading back and I put Boston in a car back to his hotel. You are good to go, just be careful.

Messages - +16503806950



9/24/13, 11:30 AM

I'm going to take a quick shower and find a place for breakfast and lots of coffee.

I already have a pile of room service on the way. After that I'll make my home call, jump in the shower & check on what you're up to.

Ok, I'm going to order in as well.

9/24/13, 5:25 PM

Messages · +16503806950



It did look pretty good on you. And I don't want to bang you.

9/24/13, 8:29 PM

Headin down now but I'm leavin my phone in the room to charge. Meet u just outside the door to Tower area.



Wave them all off. I'm saving my virginity.

Bud can u hang in there for another 10-15? Then I'll bail on the room & come out. We should check Hyde soon

I'm your wingman, I'm not going anywhere.

9/25/13, 8:27 PM

Just wanted to tell you again how much of a great trip I had and that I really appreciate the invite to come and hang out with you. Never a dull moment ugh MG!!! And I don't take any of that or your generosity for granted.

9/27/13, 4:17 PM

Hey buddy! I made it safely back to WF. Give me a call on this phone when u get a chance.      REFERENCE TO HIS MANY BURNER PHONES

Text message
9/27/13, 4:39 PM

Lost ya

iMessage
9/27/13, 5:53 PM

Messages - +16503806950

So I just left the condo to change out that jacked up shower head and the hot water seems to be not be working again.

Fuck. Very bad timing. Can Glen swing over & take a look?

Already called and left a message.

9/27/13, 7:20 PM

The place is good to go. Hot water going, heat on, shower head changed out.

Awesome. Thanks buddy. I'll txt u when I'm getting ready to head out.

Ok, just now heading home so I'm gonna visit with the girls for a bit and then will be ready to head out.

And we need to discuss the issue with my 3 amigos to the west of us.

South of us?

Si

Yup

9/27/13, 9:20 PM

Headed downtown buddy. U almost ready too?

Be there @ 10

Rgr

9/27/13, 11:34 PM

Come on over buddy

Ok

I'm hurrying...in a super awkward position right now.

Keegan? She's with her hubbie tho - doesn't that make it easier?

Yes and no....5 mins out.

9/28/13, 2:46 PM

How do you feel buddy?

Text message
9/29/13, 2:29 PM



iMessage
9/30/13, 6:48 PM

What are your feelings on having Dina who did the 250 condo do the new one? It will be under the guise of the new company of course and I could ask her to expedite the process at warp speed. Yes, no, maybe?

Yes.

Text message
9/30/13, 7:17 PM

Rgr

iMessage



10/2/13, 10:16 AM

I'm at the Dentist and my mouth is numb and I'm drooling! I will call you back if you are free when the anesthetic wears off.

Good visual. ;) Nothing urgent - just catching up. Late today works best for me.

10/2/13, 11:17 AM

Ok! Jet let me know when is a good time!! Imagine drooling and having a really cute dental assistant. Perfect!

10/2/13, 7:08 PM



10/3/13, 3:42 PM

I just sent you an email if you could peek at it real quick. Trying to do some planning with the properties. Also, I might have a snag for Vegas because Heather wants to join me/us on Saturday for birthday shenanigans. She said she would gladly hang out in the room Friday night while we have a boys night out but wants to be involved in the craziness on Saturday. I told her I'd have to see what your plan was for even going.

Text message
10/3/13, 8:24 PM

If you get a free sec, can you forward the email from Keven so I can stay on top of what angle he is playing. I knew he would be coming to you eventually but only half suspected Seth was feeding him info. Now we know Seth is a turd in the bowl with Keven.

iMessage
10/4/13, 10:16 AM

If you are at all uncomfortable with Heather going to Vegas, please feel free to let me know. I don't want you uncomfortable.

Zero discomfort with the Heather thing. Re: your trip back east, I thought the book was being closed on your old friends in a bind. When u talked about planning was it re that topic, or a new different biz mtg opportunity?

Same topic, same guys. Guessing there was pressure from ▨ and a few other influencing forces that reopened the topic.

10/4/13, 12:37 PM

Don't worry, I won't run off and get myself killed. I'm telling Shawn, Rainey and Heather I'm flying to CA to take care of some things for you so nobody asks questions.

10/4/13, 6:34 PM

Are me, Heather, and Jordan coming to get you on your plane the 18th or should we start looking at plane tickets? Jordan just asked me and I wasn't sure what you wanted us to do.

Text message
10/6/13, 8:03 PM

Back in WF, just FYI. And I just talked to H about Vegas and I think we are going to try and get a room at the Cosmopolitan. That way you can come and go and we don't have to risk an awkward encounter.

iMessage
10/7/13, 3:09 PM

Green light has been given

Awesome. I bet it's gonna be a highly successful and rewarding biz trip.
Let's catch up via phone when we're both free.

It's dialed in tight. Rgr on catching up. I'm out at 0500 tomorrow.

10/7/13, 5:04 PM

Lmk when u can talk buddy. I'm free for the next 45 mins or so.

I will text you when I'm going to be free. I'm making last minute prep and
a gear check list.

Text message
10/7/13, 7:42 PM

Should have an email from amartin762@hushmail.com

iMessage
10/7/13, 7:55 PM



Done. That's about the number I expected. I'll wire to your account
tomorrow.

Text message
10/7/13, 8:28 PM



iMessage
10/8/13, 7:41 PM

Everything is good to go. Going off comms except for our check In email.

Awesome. Stay safe & knock em dead on the biz trip.

Will do!

Text message
10/11/13, 7:53 PM

Safe and sound.

Messages - +16503806950

iMessage
10/14/13, 10:00 AM



Messages - +16503806950



Pretty good for one night huh?

10/14/13, 11:20 AM

Messages - +16503806950



10/14/13, 12:22 PM





10/14/13, 1:49 PM

10/14/13, 6:07 PM

Text message
10/14/13, 8:33 PM

Hey buddy- email heading your way reference the new condo and getting the ball rolling on furnishings. Let me know what you want me to do.

iMessage
10/15/13, 5:38 PM

I forgot to ask about the condo because you distracted me with thoughts of getting laid by a new woman. Do you want to wire the 40 grand into the account and I will write a check out of my account so there's no paper trail to you?

10/16/13, 3:08 PM

I think I'm back to 100%

10/16/13, 8:17 PM

Alright, I will admit it this time!! I'm fucking jealous as hell that I'm not in NYC with you.

10/17/13, 9:00 AM

Are you alive?

I forgot to tell you- I'm going to take a check by to Deena today so she can get started on your condo. Wire the money to cover it whenever you get time.

Text message
10/17/13, 11:09 PM

This is the angel on your shoulder speaking.....GET SOME SLEEP!!!!!

iMessage
10/18/13, 7:21 AM

10/18/13, 9:03 AM

Hydrate hydrate hydrate! You're a fucking machine and I mean that literally.

10/18/13, 12:26 PM

We might be fucked and spending my birthday stranded. Our plane here in Kalispell is having mechanical issues and there's no open seats on flights from Salt Lake to Vegas if we get delayed. You might be going solo buddy!

No way buddy, we're not giving up that easy. SLC is on the way to LV for us. Worst case, get your asses to SLC and we'll pick u up on the way (if u can figure out a commercial alternative that still gets u there early evening go with that, but if not we have a backup plan).



When I said "there" in the parenthetical above I meant LV.

Ok, we are tying to come up with a solution.



Failure is not an option with this mission buddy. ;) We'll make sure u guys get there one way or another.

Lol....one of the many things I like about you!! Always a solution!

10/18/13, 2:20 PM

Taking off now buddy. I sent the Netjets conf email to u by email. See in LV. Take a nap - you're gonna need it tonight! ;)

Im terrified!!! Lol...see you soon and thanks a ton!!

Text message
10/18/13, 8:13 PM

Be on the ground in 10

iMessage
10/18/13, 8:14 PM

I'm here, unfortunately pickin up a zpac prescription at the pharmacy. Hard nights in NY plus an ear infection & fever. I'll be gtg shortly.

Let me know what time you want to rally up.

Rest up! I don't want you dropping dead on me.

Lol...get some rest. I will text you later.

10/18/13, 9:18 PM

Looks like we will be at Hakassan later to start the night. Hope you feel better so we can grab a birthday/celebration drink tonight. If not, we can tomorrow.

You're a mess!!! Rest

Falling asleep now baby. Sweetest dreams! ❤️❤️❤️❤️❤️❤️❤️❤️

Awwww....that just made my birthday!!! ❤️😍🤮 lmao....ᶻᶻ 

[redacted]

Don't take offense, but you ain't gonna get sweet talk from me unless I'm hallucinating! ;)

Lol...

10/18/13, 11:47 PM

Where r u guys?

I'm just leaving the Cosmo to head to Hakassan.

10/19/13, 4:35 AM

I have the $1940 dollars you gave me safe in my pocket. Heading back for some desperately needed sleep. Looking forward to tomorrow. Get some rest!!!!

Text message
10/19/13, 11:57 AM

Hey bud I kinda fucked up my day. I haven't been to sleep yet, but it hasn't been for lack of trying (well at least since about 7am when I got home). Combination of wayy too many red bulls plus the antibiotic I'm taking (says it might cause sleeplessness). Course I now have a pretty wicked migraine. :/ I'll keep trying to sleep this afternoon & will catch u guys this evening.

Moose is coming in town and wants to meet. Do you want to meet with him or do you just want me to sit and talk with him? Get some rest!! You will need it for tonight.

iMessage
10/19/13, 12:26 PM

You go ahead without me. I'm still a sleepless wreck. Don't know if u got my last txt cuz I had iMessage turned off: "Hey bud I kinda fucked up my day. I haven't been to sleep yet, but it hasn't been for lack of trying (well at least since about 7am when I got home). Combination of wayy too many red bulls plus the antibiotic I'm taking (says it might cause sleeplessness). Course I now have a pretty wicked migraine. :/ I'll keep trying to sleep this afternoon & will catch u guys this evening. "

Text message
10/19/13, 1:05 PM

I did get it. Do want me to bring you an Ambien to sleep?

10/19/13, 4:23 PM

Me and H are going shopping. Hope you are feeling better.

iMessage
10/19/13, 5:35 PM

I'm alive! Sort of :/ At least I'm up and out. Serious migraine still. What r u guys up to?

We just came back to the Cosmo. We were shopping for my bday gift but no luck. Don't have any plans. Dave O said dinner reservations at 9:30, then club Hyde, then back to Hakassan. Do you need anything?

I'm good. Taking a walk over to fashion show mall for a snack. The walk is feeling needed.

We were going to head there but not sure. I'm trying to find a watch and no luck so far. You good with those plans tonight? Figured we end the night at the SR or some other fun place.

10/19/13, 6:05 PM

Plans sound good. I'll be pounding lots of water tho instead of booze & redbulls. I definitely couldn't handle another "day after" like today! :/

As long as you're with us is all I care about. You can keep me out of trouble tonight.

10/19/13, 7:27 PM



Yes you better!! XXXXXXXXXX Moose is on his way over to meet me. Is this guy your front runner for Casey's?

Messages - +16503806950

Probably. If I didn't screw up the day I would have arranged for u to meet the other guy who's a real contender, Michael Heid (runs House of Blues). Seems to carry a little more authority in his demeanor than Moose (who comes across as a super nice friendly guy). But, Dave insists Moose has a rep for being tough when he needs to be.

I'm meeting him in a few minutes. Dinner at Andreas at 9:30 according to Dave. Is Jordan coming to dinner?

Yes. I just spoke to him and he sounded sober. ;)

Lol...good!! At least he won't have shit himself yet!!!;) I'm in a suit and Heather in a dress tonight, just so you know.



10/19/13, 10:31 PM   SPENT NIGHT IN STRIP CLUB

Bday boy, I'll be a bit late for dinner. I'm just getting ready now after a quick nap. Feel free to have everyone start w/out me & I'll join soon.

Text message
10/19/13, 10:36 PM

Ok, we are a few minutes late too. We will get started.

iMessage
10/20/13, 3:14 AM



10/21/13, 4:56 PM



Text message
10/26/13, 12:46 PM

Do you know Kendall has her friend shacked up at the condo too?

iMessage
10/28/13, 9:01 PM

Sorry I missed your call! I was doing the ever important Halloween costume shopping with Maddy!!! Good times!!

11/2/13, 2:27 PM









Text message
11/2/13, 3:06 PM

Check in with us at the Red Caboose after your donenifnyou have time.

iMessage
11/6/13, 3:01 PM

Ric is in Nairobi, Kenya now. I know this might not make you feel better but Ric told me to tell you to trust no one. Why don't you launch me out of here ASAP to go get them squared away and safely the fuck out of

11/7/13, 11:09 AM

We have some ground assets now if we need them.

11/7/13, 9:53 PM

http://www.abcfoxmontana.com/story/23910779/eight-million-dollar-gift-already-up-in-big-sky-country

Very cool!!

11/8/13, 3:47 PM

Do you know if K is staying at the condo this weekend?

11/12/13, 7:45 PM

Please stay away from her!! Lol....have fun, I'm jealous and if there's a rescue needed in "Chicago" hit the bat phone because some actual sunshine would be nice!! I wish I was there to watch you speak.

Text message
11/13/13, 12:34 PM

Hope you had a fun night buddy.

iMessage
11/13/13, 5:57 PM



I don't think I'd put you in the "geek" category. Maybe brainpower like a geek but definitely not the typical persona of a geek. Did they video the talk?

I didn't see any cameras this time but I'll find out. Not that I have much energy left in the batteries, but wish u were here to cause trouble in LV with me.

I wish I was too! I need a break to blow off some steam. Looking forward to seeing you Friday.

You might have heard but Moose and his fiancé will be jumping on the plane with me friday. His other travel options looked pretty shitty.

I did hear that from Jordan today. Talked to Moose last night and he was stressing about getting travel arranged.





By the way, can I borrow you Black Card to carry around just for effect, not to use. Lol

With the company we're gonna build you'll be qualifying for your own before u know it. ;)

That is the plan!



11/15/13, 2:37 PM

Bud I'm in meetings so I need to shorthand - status of the new condo?? Make me a set of keys - i want to see it this wknd

Checking status now. Will also go talk to Deena. Already have you a set of keys made and a garage door opener.

Text message
11/15/13, 5:46 PM

Just left Deena. Not ready until later next week. I just did a walk thru and checked everything out. All is good as far as heat, electricity, cable, etc. Need to sit with you for an hour this weekend and talk about all of this plus Amyntor.

11/17/13, 12:34 AM

You alive?

11/17/13, 2:15 AM



iMessage

11/17/13, 10:53 AM

Let me change the code this week.

Definitely. That chick is still sleeping there so today's probably not a good time to do it. I'm off to meetings. I'll give u a call later to catch up on last night.

Sounds good. I will do it next week.

Text message
11/17/13, 10:34 PM

I hope this goes without saying, but I was definitely not trying to insert myself into your business with K. Had she not come up to me badgering me about the situation I wouldn't insert my opinion. Not sure how things went today but I'm hoping she didn't go high order crazy. She was pretty liquored up again last night and was starting drama with some former Kalispell cop who was in there. She kept telling me that he was stalking her, which I suspect was a ploy to see how/if I would react and if I'd tell you. End of the day she's a drama waiting to happen and I hope that fades away quietly. Sorry for the text, but it's been bothering me all day thinking she might try and manipulate my conversation with her into her benefit with you.

iMessage
11/18/13, 8:52 AM




Thanks Mike, that is greatly appreciated. I just know she's angling hard to be with you, which I personally think is crazy thinking on her part, and didn't want her to manipulate my conversation with her to benefit what she's trying to do.

11/18/13, 11:27 AM

Just reading your text again chuckling at the breakup part. We have to work on your exfiltration skills. You have mastered in the infiltration, the second phase.....not so much!!!

11/19/13, 12:17 PM

American Psycho X 100

They are installing the tv's end of week at new condo. I'm going to have them add the Sonos music streaming like you have in 250. It will only be 1500 bucks because there is already audio controls and speakers in the condo.

11/26/13, 10:50 AM

Hey buddy, hope you're holding up ok out there. Two quick things: (1) when will the new condo at least have the bedroom done? And (2) when are u flying back to MT?

Checking on the condo now. Things have been an easy day for me. I've been asked some questions but ▧ had me so insulated and off the radar that I'm all set. Flying back tomorrow morning and will be back in MT tomorrow around 2pm. What's up? And I was going to ask you if I could borrow the 250 condo tomorrow when I get back if your new one is done.

11/26/13, 12:34 PM

The bed will be ready tomorrow. I just need to know what time they all need to be out of there.

Text message
11/28/13, 7:44 PM

122 State Park Road. It's a bit confusing to find the driveway because it's not really marked, which is a good thing.

iMessage
11/29/13, 2:08 PM

Need an address for these jeans buddy. And did you find the condo ok?

11/30/13, 11:52 PM

Super fucking awkward when you left.

Text message
12/1/13, 11:24 AM

You owe me a 25 dollar bonus at the end of the year for what I had to deal with last night!!

iMessage
12/1/13, 12:51 PM

4564

Do u think its "0" or "enter" at the end? Thx

I can't remember if there is an actual "enter" but if there is, it's 4564 enter. If there's no enter, it's 4564 0

Text message
12/2/13, 10:00 PM

How hard do you want me to press this rumor about you? Can I have some latitude to press it?

iMessage
12/2/13, 10:49 PM

Press it very hard. It's so far fetched that whoever started it had malicious intent, so I really want to know who / why, and I'd love to force him / her to lead the charge in extinguishing it.

AMERICAN PSYCHO X 100

Ok, roger that. All over it.

12/3/13, 10:47 PM

I'm still literally laughing my ass off at your story and the baby wipes.

12/5/13, 4:56 PM



Text message
12/6/13, 6:48 PM

Hey buddy- trying to get ahead of the curve for Shot Show. I've got you squared away for a badge but didn't want the people at Proof handling/ knowing your hotel reservations if you go. Do you want me to reserve you a room at the Encore?

iMessage
12/10/13, 9:37 AM

Super Stallion- I forgot to ask about new condo. First, do you want me to have Deena put in a spare bedroom at the new place so there is a second bed? And can you squirt a grand in my account so I can get that place all stocked up with water, tons of booze, snacks, cleaning supplies, etc. I want to get all of that done this week before you are home.

12/10/13, 2:07 PM



12/17/13, 8:43 PM

Three items I need:
1.) Picture of Bryan
2.) Address where you are staying
3.) Flight departing San Jose at 5:00 PM tomorrow for Shawn and Jordan.

200 Hoover Ave, unit 1803. Here's all star: I'll make the flight arrangements now.

Text message
12/17/13, 9:07 PM

Thank you sir! I will pass on the flight info once you get it.

Jesus, I'm in Tiffany and Co. and I think I will wait for your girl to hook me up with someone in the future.

iMessage
12/18/13, 8:57 AM

On my way, running a few mins late

Ok! No hurry, we won't leave without you.

12/20/13, 3:24 PM

Txt me when you're here

Ok. Not far but everyone is driving like a grandma.

Here

12/20/13, 4:59 PM



The key to 122 is under the keypad cover at the garage door. It has a red rubber "thingy" on it. Lol

Text message
12/22/13, 9:52 AM



12/26/13, 9:19 PM

Will 250 be free tomorrow? 

iMessage
12/27/13, 11:05 AM

250 is free and clear today. Probably gonna need it occasionally over the next few days tho.

They'll probably arrive 645/7, so before that. Maybe 630/645.

Ok, sounds good. Need us to bring anything? And what's the dress code?

Text message
12/28/13, 11:07 AM

Any idea what time you will need 250? I want to make sure it's squared away.

iMessage
12/30/13, 11:35 AM

Is the cleaning lady cleared hot to resume her schedule? She is scheduled to clean 122 tomorrow.

12/30/13, 1:56 PM



12/31/13, 11:02 AM

The cleaning lady will be done by noon.

iMessage
12/31/13, 2:20 PM

Are you going in 250 today? I'm going to stock it up with some stuff if you are not.

Btw what time do u plan to go out tonight?

I love the high security entry system we have in place!! Lol....I remembered she was staying and was just going to stock it with water and basic stuff so she thinks you're a super stellar guy. And we are going out whenever you go boss. You tell me because I'm going to stick rather close to you tonight. Short of spooning in public!

12/31/13, 4:31 PM

Did you just pass me and ✕✕✕



Text message
12/31/13, 6:00 PM

Awkward!!! I was trying to change the sheets out for your friend and get the sink all wiped down and she walked in. I heard her and poked my head around the corner and probably scared the crap out of her. I didn't think she'd be there at 5.

1/1/14, 12:51 PM

Happy New Year buddy!! Got your vm, I'm sticking close to home too so I won't be anywhere near 250. Enjoy your day with the boys and I hope that headache wears off. We did drink some booze last night. Great time!

1/2/14, 11:07 AM

Deena just text me wanting to know if it's ok to go into 122 to finish the furniture and wall pictures?

Messages - +16503806950



I will make sure it's squared away. I'm sure Keegan will be there to supervise what's going on so I will have her make the bed. I will also have Deena start to work on that second bedroom.

iMessage
1/3/14, 11:53 AM

Moose is confirmed for 4pm at Casey's.

1/3/14, 6:02 PM

I have some little blue pills!! Just for you.

Text message
1/3/14, 6:04 PM

!! I put them in my car so I don't forget to bring them.

iMessage
1/6/14, 10:01 AM

1/8/14, 11:15 AM

I'm taking Keegan to Shot Show with us on Sunday but flying her back Tuesday well before you arrive. Just FYI.

1/10/14, 10:38 PM

On my way downtown

Text message
1/10/14, 10:51 PM

Ok, already here.

1/12/14, 1:37 AM

Oh Lord is all I can say

iMessage
1/14/14, 10:19 AM

Messages - +16503806950

Hey buddy, hope you're surviving vegas! Bad timing, but I have my 15 semi-annual reports to finish by tomorrow am, with little time to do them. I pulled a near all nighter (2 hrs of sleep) last night and finished 5, but I have the other 10 to get done somehow b4 tomorrow am. I'm still coming to LV tonight but might not be much fun. BUT, tomorrow night I'll sure be ready to celebrate! ;) Btw I wired $40k today for the furniture.



What time do you think you'll be here tonight?

Landing at 530-6.

Ok, perfect! I have a meeting at 6:30 and will be clear until you are ready to link up.

1/14/14, 7:20 PM

Landed. Is my reservation at the Encore or Encore Towers? Under my name?

Encore Tower Suites. Your name is on it but it was made under mine.

Thx. Good luck at your meeting. I'll be cranking out those reports.

Ok, sounds good. Let me know if you have any issues but I triple checked the reservation this afternoon.

1/14/14, 10:27 PM

Hey buddy- what time are you heading out tomorrow?

Leaving at 7am, then back in LV by 6/630.

Text message
1/14/14, 10:42 PM

Ok! Safe travels. Hopefully you got your reports knocked out.





iMessage
1/14/14, 11:21 PM



1/15/14, 3:53 PM

Sorry I missed your call. Was tied up in a meeting. Call me if you're free.

1/15/14, 8:00 PM

I'm all settled in buddy. I'm grabbing some room service, gonna snooze for a bit, then I'll get ready to go. Probably 845/9.

Let's do 9, that will work out perfect!

1/15/14, 10:04 PM

Running a few mins late

Waiting out in the casino outside tower entrance.

1/16/14, 2:20 AM

You here?

1/16/14, 9:19 AM

Just finished my meeting. I'm going to grab a few hours of sleep before I drop dead.

1/16/14, 11:25 AM

Hey buddy. I just got back from a killer run down the strip. Great way to flush out the poison from last night! I'm jumpin in the shower now & then headed to the show. I need to coordinate with Rainey or whoever to get my show pass.

I've got it.

1/16/14, 3:49 PM

What are u up to buddy? I'm on the way back to the show.

I'm still here.

I'm grabbing a cold drink downstairs. You in meetings?

Nope. By entrance.

I get lost in this place. I'm near that camo Ram van we were checking out

Text message
1/18/14, 12:50 PM

The condo is good to go

iMessage
1/18/14, 2:02 PM



Text message
1/18/14, 2:36 PM



1/19/14, 12:40 AM

Messages - +16503806950



You alive?

iMessage
1/19/14, 12:57 AM

2/7/14, 4:47 PM

Key is under the mat at 250.

2/12/14, 3:15 PM

😂😂😂

AMERICAN PSYCHO X 100

On a lighter note- can you link me up with the attorney Judah(sp?) so I can get the keys to the property you purchased on Farm to Mkt?

2/12/14, 6:40 PM

What's the name of your ex-wife's rifle company?

Text message
2/16/14, 1:16 AM

iMessage
2/17/14, 12:09 PM

Everything ok?

Yup. Just had a chance to chat. U free?

I am now.

2/19/14, 1:07 PM

Deena wants to get into 122 tomorrow to set up the spare room. If you are going to be using it, I can out her off until next week. Just need to know.

Definitely push her off until early next week. I will most likely be staying there tonight, much of tomorrow, and off and on throughout the weekend. BUT, I do really need at least one other bedroom furnished by next weekend, so let's make sure she gets in there first thing next week. Thx buddy.

Ok, I'm all over it.



Text message
2/21/14, 8:51 PM

Buzz me if you need anything. I will be out and about for the night. And I want to steal you for 30 minutes before you leave on Sunday if you get a chance at some point.

iMessage
2/21/14, 10:19 PM

Just FYI, me and Huntley are at Casey's having a drink with Keegan. None of the rest of the crew are here so you're safe.

2/22/14, 2:14 AM

No need for us to drive that car down to Kalispell tomorrow. Kayla drove and i escorted her home. See ya at the board mtg.

You good? ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨ Yup I'm good. I'm just pullin into my garage now.

Ok, fun as always! Glad you got to see some of my advanced dance moves!!! Was trying to make Kayla relax a little and thought me being a goofball would help. ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

2/24/14, 11:20 AM

;) I'll get u a list of things to get the condo stocked with early this week. Thx!

No problem, will take care of it. Also, I tried to calculate what dollar figure it would have to be to cover the taxes owed, but Christie or Karen will have to do it because I'm throwing darts in the dark with trying to figure out the calculations. Let me know if you need anything else.

2/26/14, 12:48 PM

Hey brother- did you get a list yet for me to make sure 122 is all stocked up?

2/26/14, 5:06 PM

St Germaine
Diet 7up
A good chardonnay or moscato
bottled water
Eggs
bananas (1-2)
Raw Agave
Almond coconut milk (unsweetened)
Butter
Lemons (2-3)
whole wheat crackers (like Kashi)
Brie cheese
red grapes
Nutella



I know you are tied up, but can we push me going to SJ with you until next Sunday? I have a packed week and 2 travel days doing a security assessment and protection plan Weds and Thursday. I'm not sure I can reschedule the things going on this week but I also don't want you catching grief from Jordana. I will definitely fly back with you next week and spend 2-3 days there making a solid plan you are good with.

Plus, not to worry you, but I'm having anoth CT scan done tomorrow and don't want to miss that.

No worries. I'll show up to the plane around 430 so we'll have a half hour then if it works for u.

Sounds perfect. See you then.

3/3/14, 4:55 PM



Did you ever get this working?

3/6/14, 11:04 AM

Are you in CA? Or on the road?



Pot, Pot this is Kettle over. Please wire me some funds so I can pay Deena and the funds so the guys can take a draw for supplies on the residence on Farm to Market. Squeaky Wheel out.

3/15/14, 1:55 AM

Safe in the condo buddy

Lol...awesome.

Text message
3/19/14, 8:02 PM

Tell 

iMessage
3/30/14, 12:14 PM



Here's what the club looked like

Messages - +16503806950







3/30/14, 3:02 PM

Is Katrina planning on going to coachella?

4/5/14, 7:25 PM

Hey buddy. Is there wifi in the state park rd condo? If there is, do u have the name and password? Thx

Messages - +16503806950

I thought there was because I'm pretty sure the Sonos operates off the wifi. I don't know if it's open access and if not, what the password is for the router.

4/11/14, 5:17 PM

Do you still want me to have that "talk" with Jim Payne?

4/16/14, 12:22 PM



Got it.

Good. Reception sucks here so it took forever to send. Just to re-iterate: brittany spears, nightime show (830/9 start?), Friday May 16th, four tickets, best seats you can get. Thx buddy!

Doing it now.

I will have to do will call so who should I put as the person picking up the tickets?

Maybe you? You will have met the girls the night before so it'll be comfortable.

If I'm not there yet you could hold on to mine and give it to me later if I still want to go.

Ok, so I will put them under my name, pick them up, and get the girls their 3 tickets and hold on to yours. Got it.

Perfect. Thanks for doing that buddy.

Of course!

There aren't any stellar seats available but some really good ones on stubhub. They Re 1k apiece though and I'm half nervous spending 4k of your money. Are you sure?

4/16/14, 1:58 PM

Yes go for it. Thx

Rgr

4/16/14, 9:04 PM



4/22/14, 9:10 AM



Never heard of them but can make some calls to get some intel. I forgot but I won't be here this weekend. Flying to Houston on Thursday-Monday doing a lecture course on Thurs-Fri and teaching a combat pistol/carbine Sat-Sun. It's the largest tactical police officers conference in the country and it was by personal invite to go teach. Good time to keep pushing the Amyntor name though.

4/26/14, 9:27 PM

Oops didn't mean to mention the state park condo on that phone. Let's switch to this one

Lmao....that was an operational mistake Bruce Wayne. Moose just called me and wants us to meet him at Crush.

I'm headed there now from the condo.

Ok, on my way from my house.

4/29/14, 9:09 PM



5/1/14, 3:42 PM

Messages - +16503806950



5/2/14, 11:53 AM

AMERICAN PSYCHO X 100

AMERICAN PSYCHO X 100

Agreed!! We should hunt them down and deal some justice out.

5/5/14, 9:07 AM

We should add Joseph Kony to our Batman list and act soon.

Messages - +16503806950

5/5/14, 12:22 PM

5/5/14, 10:22 PM

I have a great plan for "security" to keep the crazies away this weekend.

Proactive as opposed to reactive.

5/6/14, 11:34 AM



Messages - +16503806950



Jesus buddy!! I'm about to walk on stage to give a big talk in NY & now I have to think of baseball or sweaty socks so I don't cause a scandal when I walk up! 😳

Lmao!!

5/7/14, 2:41 PM



Messages - +16503806950



5/7/14, 5:18 PM

Can I get the vital statistics for the person of interest for this weekend. Want to be proactive on this.

5/8/14, 6:14 AM



Messages - +16503806950



Text message

5/8/14, 12:16 PM

Messages - +16503806950



Perfect.

5/14/14, 3:52 PM

5/15/14, 11:34 AM

Do you have a car setup for you when we land?

We're all set. We have a car and driver set up that will take us over to Cosmo first so I can get u guys checked in & get your names on the rooms, then I'll have it take me over to the four seasons to get checked into the rooms over there.

You are the MAN!

5/15/14, 3:43 PM

We are in location.

On the way. Eta 20-30 mins

Text message
5/15/14, 4:29 PM

Ok. Be careful.

iMessage
5/15/14, 8:33 PM

We are here.

5/16/14, 12:47 AM



Rgr

We are leaving Cosmo now.

I will text that guy when you get here or tell me you are on your way. Keep your pants on!!! Lol

We are here outside of Hakkasan. Apparently it's sold out but Dave is working his magic. ETA?

We're inside MGM

5/16/14, 12:00 PM

Hey bud. Hope u survived the rest of the night. I barely did. Slept from 4am to 6:10am then had to get up for a Board mtg call. Been up since now I'm on the plane heading back to SF. I gave Erica your number. They'll probably want to see if u guys want to connect for an early dinner before their concert. (Kathy still doesn't know what the surprise is btw). I gave Erica 3 tix, I have mine in car I can make it. I should be back in LV by 8/830. Have a blast brother!

5/16/14, 2:09 PM

We did survive although it was a late night Rhino trip. Typical credit card declined routine, thankfully had enough cash. But had a good time. Looking forward to tonight!!!

5/16/14, 11:47 PM

•

Are you ali

Bud we're in that chandelier bar, one level down from where we were yesterday

Text message
5/17/14, 12:09 AM

Ok

You alive?

Ok. I'm trying to wake up. Didn't go to sleep until 10.

Is there food down there? I'm jumping in the shower.

Yup definitely

Ok, cool. I'm hurrying.

Buddy do u have that guy Scotty's number? My phones recharging so I have to keep checking it. Txt Scotty when u get close and he'll let u thru. The backup dancers for Pittbull are joining us in our booth in a bit ;)

5/17/14, 1:51 PM

On our way

5/17/14, 4:26 PM

You alive?

I'm feeling great. I was just bored & needed a change of scenery. I'm heading back there now.

Ok, I'm bored senseless. Might take a nap before the show tonight.

5/17/14, 8:40 PM

Where do you want to meet us. Leaving Cosmo now.

5/18/14, 1:03 AM

Messages - +16503806950



Do me a favor and don't link up with the boys. I will be stressing and want you to keep things calm with Kathy.

Sounds like it's too late. Have fun.

Ok.

5/18/14, 3:43 PM

Make sure you grab that envelope Dave O left for you at the front desk.

Rgr

Messages - +16503806950

5/19/14, 8:02 PM

Damn, not even a days break from location X.....Lol

XXXXXXXXXXXXX

5/21/14, 10:23 AM



5/28/14, 6:41 PM

Yup ;)

5/29/14, 8:38 AM



Definitely the new #1 by a long shot. ;)



Messages - +16503806950





I'm in a meeting with the FBI

No worries. I catch u up later.

5/29/14, 11:25 AM





Messages - +16503806950



Text message
5/30/14, 7:55 PM



iMessage
5/30/14, 9:46 PM



Did you make it back to MT?

Yup just landed. You?

No sir, sitting on my last flight in Salt Lake. 11:55 landing.

It's gorgeous here in MT. The sun's just going down now & it's 10pm.

Damn!!! Definitely can't beat the summer time in WF. Glad your back safe brother.

Looking forward to catching up buddy.

Me too.

6/1/14, 1:40 PM

Use this phone today buddy. The other one is fried. Where do u want to meet? I'm downtown already and was going to sit in Casey's for a few mins. We could meet there or your office.

Messages - +16503806950

I can leave now and head to Casey's.

See u soon

6/2/14, 9:18 AM

Thanks a ton for the  bottles of booze! Greatly appreciated. I've never seen a bottle of Vodka in a glass AK-47.

6/3/14, 11:20 AM



My oh my. Yes she does!!!

6/3/14, 12:52 PM







Bud on a different topic I was about to call you about the closing on Sawtooth Drive today. I looked through my email and I still don't have a final amount and wiring instructions, or final docs to sign. (That email you sent me from Jean only had a fax cover page, and a single addendum page from the but/sell).

Let me check really quick.

Messages - +16503806950

> I just talked to Jeanie from Sotheby's who has represented us on everything. She's trying to finalize all the docs right now. The seller has been a pain in my ass to be honest. Jeanie told me you called her so she's working double time to get this squared away.

6/6/14, 2:55 PM

Found the info. Wired the money & am sending the signed closing docs now. We're gtg.

> You're the man! Thanks Brother.

6/9/14, 11:22 PM



6/12/14, 9:53 AM

Messages - +16503806950



Messages - +16503806950



6/17/14, 5:04 PM

I will be with you in spirit in the shin kick, throat punch, and drink toss happens tonight!!! ;)

6/17/14, 7:22 PM

AMERICAN PSYCHO X 100

Messages - +16503806950



Thought you would get a kick out of this!! It's f'ing snowing!

6/18/14, 10:55 AM





Definite A ++ for you.

Thanks buddy. This time I feel like I'm the one learning from the master. Your advice has definitely been helping!

Of course she might literally kill your ass when it happens!

6/20/14, 3:59 PM

I met with Deena for 122 yesterday to pull the trigger. Just giving you a heads up that the quote she sent me last night to outfit to bedrooms and that small living room area s going to be 33 grand. That does not include the bedding, sheets, pillows, etc. she's also doing that downstairs bathroom so the entire place with be done and livable. If I had to guess based on her past costs, you're looking at 40'grand total for everything. I have not given her the ok until I ran that past you and will also need funds for the deposit and to pay for everything.

6/23/14, 4:14 PM

Messages - +16503806950

If you want me to move forward on 122, I will need some funds ASAP because she needs a deposit before she will order.

6/24/14, 7:26 PM

Got the wire buddy. Ball is already rolling.

6/25/14, 1:33 PM

You doing ok buddy? I tried to call earlier today.

6/25/14, 3:17 PM



Yes sir. Was cleaning up the boat and all of the gear from our dive. Had to test out all of the rapid dive rigs and equipment. Jumping the shower to clean up and will be available the rest of the day/night.





Awesome buddy. I'm back in a board mtg but wanted to give u two quick updates: (1) I gave you a $50k raise, effective today, from a $195k base to a $245k base. We'll revisit again as Amyntor starts getting revenue.

6/25/14, 4:28 PM

6/26/14, 1:23 PM

Definitely. I told her that Heather was tons of fun and that they'd get along super well.

I'm ready!

6/27/14, 2:09 PM



6/28/14, 10:26 PM

Bud, I'm on this phone. Brian and I just got to Casey's.

Walking in now.

Shots on the way

6/30/14, 7:42 PM



Danger close!

Rgr that.

6/30/14, 11:06 PM

7/1/14, 11:35 AM

How do you feel?

7/1/14, 7:33 PM

Any plans tonight? Didn't know if you were planning anything after your nurse.

Yah, I'll prob be up for swinging by Casey's. I'm meeting her at 9 and I told her I only have an hour and a half or so.



7/2/14, 12:37 PM

How goes it?

Good bud. You doing anything today? Head over if u can & we'll mess around on the lake all day. It's a good day for it!

7/2/14, 1:37 PM

We are at the dive shop right now getting the gear squared away. Dove this morning and had some buoyancy issues so I'm trying to rectify that.

7/2/14, 3:55 PM

R u still tied up buddy? We're all down at the lake.

Probably for another 30 mins. How long will you guys be down there?

Text message
7/2/14, 4:27 PM

All afternoon. Come on down.

Just back to Whitefish. Probably not gonna make the water. Any plans tonight or is Jordana back?

iMessage
7/2/14, 6:31 PM

Jordana's travel plans just got screwed up so she won't be back til mornin. Which means yes, I'd love to go out! 

Count me in. Name the time and place.

7/2/14, 9:00 PM



I'd help you do about anything other than handle biohazard material!!! Heading downtown in 10 mins.

I'd make the same exception in my pledge to u buddy! Lol

Lmao!



7/2/14, 10:07 PM

I'm sitting at the bar.

Running late. Was just on a long call with a doc about Jayden. His fever is still high. Got it squared away tho so I'll be heading your way shortly. Just saw your Kayla msg. Cool beans.

Kayla just got here, just FYI.

7/3/14, 12:00 PM

Any word on Jayden?

7/3/14, 3:04 PM

Messin around down at the lake buddy. Come over if you're free.

Leaving my house now.

The best kind! 👍

What time are you taking off buddy?

Messages - +16503806950



7/8/14, 7:20 PM

7/13/14, 11:40 AM



Saw a pretty giant bear on the way to get coffee with the boys this mornin..





I miiiiggghht have been gettin a little close. 😳

That is a big ass bear! And yes, you are a little close!!! Lol

7/13/14, 7:40 PM

Mattress info: it is made by Natura. It's the Aloe Natura, ether the Calendula or Unison. Condo is getting locks changed out on Tuesday.

Thx buddy!

Do you care if I go on vacation on 8/17-8/23? Heather is on my ass!

7/13/14, 9:46 PM

No problem buddy. Take her someplace nice.

We are looking at Hawaii because she's never been but it's a bit on the pricey side so we may head to Columbia Falls to the hotel.

7/29/14, 5:42 PM

When you figure out what day for sure you want me to come to LV, let me know so I can start looking at flights to/from. Not a lot of great options from here to there and I don't want to wait until the last minute and hope to find a reasonable flight. Looking forward to hanging out and meeting #4. All the info I've been getting regarding Jayden has been great news. Fingers crossed brother.

7/30/14, 10:08 AM





7/30/14, 2:16 PM



8/2/14, 6:56 PM

Hey brother- do you know where you are staying next week in LV?

Aria Towers. Buddy are you going out tonight? Jordana is in NY til Wednesday.

I am supposed to be going out wth Heather for a couple of drinks later. You should come out and join us.

Probably will. Thx

She'd love to see you. And of course I would like to hang out too.

8/2/14, 10:33 PM

Are you alive?

I'm in Tupelo and there's no cell service in there.

On the roof at Casey's. You guys coming over or should I swing over there?

Coming that way as soon as I pay the bill.

8/3/14, 6:14 PM

See you Wednesday brother!

Reallly looking forward to it!!!

Me too!!! I got a room at Aria and hope that's ok. If not, I can change it before Weds. Looking forward to meeting Fawn. Safe travels.

8/4/14, 4:36 PM





8/4/14, 5:59 PM



📷 iMessage     Send

AMERICAN
PSYCH0 X
100
Text message
8/4/14, 6:15 PM



iMessage
8/4/14, 6:52 PM



8/5/14, 5:04 PM

What time are you arriving destination X tomorrow?

Prob around 4. Looking forward to catching up on those other topics when I see ya.

Ok, perfect. I land around 4 so I will just hang out in the room until later when you want to link up.

Text message
8/6/14, 5:32 PM

Check in is a complete cluster right now. Their system went down and I've been sitting in the lobby for 25 minutes. Hopefully they get it fixed before you get here.

iMessage
8/6/14, 5:40 PM

Just landed buddy. Late start but fun flight. 😜 if you're still in the lobby we'll join you shortly.

Still here!!! I'd hate to imagine what happened on that flight!!! Lol

Stay in the lobby so you two can meet. We're gettin in the rental car now.

Ok.

8/6/14, 6:45 PM

She's a head turner! In case you didn't gather that already!!! ;)

8/6/14, 8:33 PM

Thx buddy! Hey two things: (1) we're running behind so let's meet at 830. (2) we tried to make reservations at Nobu but they didn't have any til 10. We're open minded about where to eat so if you want to try to work on finding a dinner spot for us we trust ya. ;) I'm jumpin in the shower now (after I chug a gallon of water to replenish my depleted bodily fluids ;).



I've called the only 2 places I can think of and they have nothing available. I'd eat McDonalds at this point, I'm about to gnaw my arm off. I saw a Japanese/sushi place downstairs we can check out?

Sounds good buddy. We'll be down in a bit.

8/7/14, 12:15 PM

Hey Batman- I think you're going to have to take Fawn to the range by yourself and impress her shooting stuff. My calls this a.m. led to more calls. I have one call at 1:30 and one at 2:45 with Vital Intelligence. Do your thing and we will link up later this evening when you are free if you have time.

8/7/14, 3:41 PM

Hey buddy I'm skipping out on the rest of my conf. I'm headed back to the Aria & was thinking about catching some sun by the pool while I did work on my iPad. Come on out & catch up if you get through your next call and have a break.

8/7/14, 4:50 PM

I'm calling back at 4:30. My ear is bleeding.

I could only take about 30 mins of the sun so I'm hitting the gym now. Let's catch up after your calls.

Ok.

Off the phone, heading downstairs to grab a piece of pizza. Haven't eaten since breakfast.

I'll come join ya if you don't mind. Lmk where you'll be & I'll head down now.

Promenade level or casino level?

Of course I don't mind. It's that place called Pizza 50? I think.

Coming down

Casino

8/8/14, 11:55 AM

Thanks for getting me out of town for a couple days.

8/9/14, 9:50 PM

Messages - +16503806950

Headin downtown now buddy. Are u out?

No, I just got home from West Glacier.



I'm jumping in the shower now and will head down.

Yes sir!!!

8/10/14, 12:08 PM

Thanks for the pic!

8/10/14, 5:41 PM

I am going to keep it at 400 or less if that's doable?

8/10/14, 8:37 PM

Messages - +16503806950

Rgr

Text message
8/24/14, 6:36 PM

We will need some funds to pay for my vacation.

iMessage
8/26/14, 4:51 PM

Can you send a couple of pics of Mih-Crazy?

8/30/14, 5:38 PM



Messages - +16503806950



On the DJ level

8/31/14, 1:08 PM

My travel plans just changed. Departing Tuesday morning now.

Text message
8/31/14, 1:45 PM

122statepark
**No spaces

iMessage
9/1/14, 4:45 PM

Running late but omy

No worries. I'm here talking to Katrina.

9/7/14, 3:40 PM

How was your weekend?

9/11/14, 1:10 PM



Circa 9/11

9/13/14, 9:58 PM

Headin for Casey's now

Rgr.

Are you here?

9/17/14, 12:46 PM



Here's a pic of the model I got (mine's a more gleaming black).

Messages - +16503806950



And here's what was across the hood this mornin

Sweet ass car but I'm with you, that seam on the hood is retarded.

9/20/14, 10:48 PM

You out yet buddy?

On the way.

9/29/14, 12:18 PM

Did you get my Wickr text?

Text message
10/1/14, 10:35 PM

I was in the shower when you called. Looking forward to hearing funny stories. I'm afraid to even imagine Huntley. He's a hot mess!!!

iMessage
10/8/14, 6:55 PM

Messages - +16503806950



Delivered

Text message
10/24/14, 10:05 PM

You in the air brother?

11/1/14, 2:22 PM



Messages - +16503806950



Messages - +16503806950



AMERICAN PSCHO X 1000000000000000

iMessage
1/18/13, 3:37 AM



1/18/13, 9:20 AM



1/18/13, 12:02 PM

Beautiful family! We are both lucky men in a lot of ways.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 1 of 195

Text message
1/19/13, 2:08 AM



iMessage
1/20/13, 2:01 PM



1/25/13, 8:23 PM

Matt, gift received. Incredible, and deeply appreciated. Looking forward to nailing down dates for next mtng. I'll suggest a few wknds shortly. Mike



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 2 of 195

Here's that big article I mentioned that came out over the holidays & went national. Google it for the text. Sounds like we have similar DNA

1/25/13, 9:42 PM

Me and the wife just read the article! She's ready to move to MT! I'm ready to leave the Govt. and explore other opportunities and stop dodging bullets and bombs.

2/3/13, 7:59 AM

I just saw on Fox news, Chris Kyle (SEAL sniper and author) was shot and killed by a gunman at a TX range yesterday. Shooter in custody. This was the guy we talked about that was financed by Kyle Bass.

I heard. Huntley txtd me last night. Wtf!? If it was connected to all the bad guys he took out overseas, I hope there will be some serious payback

Mama if u get a chance to bring me down my wallet during my workout that would be super sweet. ■ I think it's next to my bed

Oops that was for my wife :/ she calls me papa on front of the kids - sorry ;)

2/3/13, 10:57 AM

Very sweet message Papa!! Lol

3/1/13, 7:06 PM

I'm coming with Jordana tonight. Use this phone to reach me since the other phone doesn't exist

On our way, running a few behind.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 3 of 195

3/2/13, 2:19 AM



Great pic of you guys/gals

3/2/13, 7:59 AM

Where exactly are the ski lessons?

Go to the main lodge (it will be a right turn as you near the resort complex - there's a pretty clear sign). Outside the lodge facing the slopes it will be on the far right hand side. Lesson starts at 9.

Sounds great!

Jordana and the boys are running about 20-30 mins late, in case u get there early & can't find us

Ok...we are here so we will just hang around.

3/2/13, 12:58 PM

No worries. I'm skiing my ass off. I ended up connecting with that friend who works at the hospital.

3/2/13, 2:46 PM

Is 4 too early?

Is 4 a little tight for u? We're eating at 7. We could make it 430 if that works better.

Will be there NLT 4:30.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 4 of 195

3/2/13, 4:27 PM

Remember how to get up here?

3/3/13, 10:48 AM

Hope u two slept in a bit today. A good gameplab would be to have u guys pack up & check out by noon or so, grab some lunch downtown somewhere, then come over to the big house around 130. We'll leave here for the plane around 430 so we'll 3 hours or so to relax & lock up our deal for part 2 of our lives.  ;)

Text message
3/3/13, 10:57 AM

Sounds perfect!! See you around 1:30 at the big house. I'm making a list of things to discuss/solve for us and part 2 of our future.

iMessage
3/15/13, 7:30 AM



Hooligans!

Back on US Soil.

3/15/13, 1:17 PM

Let me know when and where you want to meet before we leave.

3/16/13, 8:34 AM

Hey buddy, if u need the code to get down to the gym it's 1234#. I'm down there now

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

3/16/13, 11:00 AM

I really need to get an IPad today, any suggestion I where I can grab one if I make it into town?

Unfortunately u might have to zip down 93 to that first big bunch of stores u hit in Kalispell. There's a Best Buy there that would have one.

Ok, thanks. Need one to start organizing along the company things for the MG Empire and dedicate the pad to just that. Enjoy your time with the family!

3/16/13, 5:13 PM



R u coming back soon? I'd love to see it on trulia

On my way now

We're in the kitchen / family room. Come on in when u get here.

Ok

R u on the driveway yet? Allie is getting ready to serve & I didn't want to start w/out u.

Have her go ahead, I'm 5 out from the driveway.

3/17/13, 12:14 AM

Such a gentleman to open the door for your wife! Drive safe

Safely home

Text message
3/17/13, 12:55 AM

Thank you

iMessage
3/17/13, 10:02 AM

What time is your first meeting?

Meetings started at 8am downtown, should be done around 2. I'm headin to that important one I was telling u about now.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 6 of 195

Good luck!

3/17/13, 8:11 PM



3/18/13, 8:59 AM



3/18/13, 1:07 PM

Matt, you might need to check with your bank to get the routing number for inbound wires. It's usually not the same as the # on the check. Thx

Will do that now sir.

Mike- this bank is the same number so you have the correct information.

Wire sent. Confirm when it shows up in your account.

Will do Mike! Thanks!

3/18/13, 9:20 PM

Wire transfer made it sir! Will keep you posted. Thank you.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 7 of 195

3/19/13, 10:55 AM

Mike- I took a picture of the condo but did not get the actual address. What is the physical address of the condo we looked at?

3/19/13, 5:55 PM

See text from realtor:

That's great. I just need the name of the buyer(s) - will it be under your names or under a trust or other entity? Also need the offer amount and earnest money amount ( usually about 1% so $20,000?). Cash offer? Close date? Any other contingencies? Did you want to include the extra 5 acres and rental house? I can draw it up pretty quick and have you sign this afternoon if that works.
Thanks,
Jeanie's

3/20/13, 12:11 PM

3/20/13, 1:55 PM

Done. Thank you sir, sorry to keep bombarding you with questions.

3/20/13, 4:52 PM

Do you mind if I circumvent your high tech security at the condo and show Heather the place?

3/21/13, 1:50 PM

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 8 of 195

3/22/13, 3:12 PM

Mike- just got your VM, we are actually heading back to IN today so I can see a Dr. I think I brought back a parasite friend from MX. Been living on the toilet with a fever. And have lost 11 pounds which is no good. House is waiting on their counter if there is one and I am sending them a check via FedEx for earnest money once we have an agreement. Car is all set but I need an address that the car will be registered to in MT. The rest will be simple. Planning on bringing Frank out early April to recce the area. Will be home tonight if you get free from the cheerleaders and want to call.

3/23/13, 12:17 PM

Have fun at cheerleading!!

Can we jump on the phone sometime this weekend for a few minutes?

3/23/13, 2:26 PM

Definitely bud. I'm juggling a pukin little boy (Bryson) right now but a but a bit later for sure. Speakin of bodily fluids, I hope your Mexican bug is under control. I told u not to get fat but I didn't mean u should shit out 11 pounds! ;)

That gave me a good laugh!! You will never have to worry about me getting fat!! Not programmed to let that happen. And I hope the little man feels better, I'm probably going to have a tube shoved up my arse Monday so that should be fun. Call when you can even if its tomorrow. I'm taking my beautiful wife to see the movie Olympus has Fallen tonight. Say hey to the wife!

3/24/13, 12:57 PM

Hope the little man is feeling better!

3/24/13, 6:51 PM

Is now a good time to talk? Sorry it's so late

Call when you are free

Text message
3/24/13, 10:28 PM

Mike- don't forget to get me Marks contact info so I can work on the car and insurance please.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 9 of 195

Messages - No Name

iMessage
3/25/13, 1:55 PM

When you get a free minute, if you do, check it the email I just sent you. It is in reference to the house on Missy Lane that I made an offer on.

Text message
3/25/13, 6:01 PM

Just got your vm and was cleared by the Dr. Today to workout so I'm getting buff with Heather! They said I have an intestinal parasite and antibiotics will clear it up. Still going to negotiate and counter on the house before the deadline. Don't wan to make it too easy for them and prefer to save as much of your $$$ as I can. Safe flying-

iMessage
3/27/13, 6:39 PM

Final house negotiation is 2.15 and that was as low as I can get them. Closing date on April 19th and sellers will be out first week of May if we pull the trigger.

Lets do it. Nice job.

You in MT the weekend April 5th-7th?

3/28/13, 11:38 AM

Mr. Aloof Ninja- I hope everything is good on your end and things are going well.

3/28/13, 3:04 PM

So, I got the sellers down another 15 grand for a total sale price of 2.135 instead of 2.5. Signed, sealed, and delivered. Just FYI so you know I'm spending your $$$ like a tight ass!

3/31/13, 5:14 PM

I'm bringing Frank out to MT on the 11th-14th with your approval. Want to get him familiar with the area and what and where we are going to be building the company.

4/1/13, 10:14 AM

I haven't forgotten u buddy. I'm typing u a pretty long update email covering all our loose ends.. Problem is that I'm typing it in bursts between Monday meetings. I'll hit send hopefully by mid day CA time.

No worries boss!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 10 of 195

4/1/13, 9:18 PM

I know you are swamped but I'm filling out this employee paperwork and it asks what my gross salaried pay is per pay period and I can't even remember what we agreed on yearly? Was it 180 or 190? Help!

I thought it was 180 to start, with all the other perks & room for me to add a bonus.

With all of the perks I should be paying you to work!!! I just wanted to make sure before I fill this out. Thanks for the response.

I'm in the middle of trying a new insane workout. Tapout XT. I thought the first two days (sat & sun) weren't too bad but I'm feeling this third one :/

Heather told me we are going to try it.  Thanks!!! Fuck!

Tell her you're gonna use weights instead of these girlie resistance bands for the day 2 "strength" workout. I need to unless I can find stronger bands, cuz the ones they came with were too wussy. The crazy core, striking and plyo stuff works ya pretty good tho.

She said she is going to look at it now. She's been training for a half marathon in late April and I ran with her today. I was running a 5:35 minute mile until mile 5 then it was straight in the toilet.

I'm doing my free good guy stuff on the range with the Sheriffs Dept. will be done in 30 minutes if you have time to call me back.

Later is fine. Have  fun.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 11 of 195

Messages - No Name

4/2/13, 3:02 PM



4/2/13, 6:06 PM

Are you alive?

Jesus, I sprout a gray hair every time I talk to you!! Lol

4/2/13, 8:35 PM

I survived the run, barely. :/ Feels great tho.

I was just telling Heather that I hope you're alive. She said she's going to take you running and smoke your ass!! Lol

4/3/13, 2:05 PM

What time do you want to depart on Friday from Teterboro? I'm meeting with 2 FBI guys I know.



He's why I am meeting with the Feds, just FYI.

4/3/13, 5:28 PM

Just staying ahead of the issue and won't let them know who you are or any info that would tie you into the issue.

4/5/13, 8:05 PM

Keep your eyes open for bears. We should start seeing them this month.

Cool

Jayden just came lookin for u but I think u were taking a shit. ;) There's a bunch of food out here for ya - chicken, corn, whatever

4/6/13, 9:46 AM

You still in the house?

Yup. Just got out of the shower. I'll be out in the kitchen in 10 mins

Car has a flat

Messages - No Name

> No frickin way :( Shit luck. Wanna take the black boxy Mercedes? The keys are in it. If there's a car seat in it take it out first.

Rgr...I text Jordan and told him to. I can see 2 fricking construction nails in the tire.

4/6/13, 4:27 PM

Talk went well with Jordan

> Good. :) I shot pretty well too. ;) I'm going swimming with Jayden and Bryson in a few.

You shot?

> Yup. I had a few mins before I knew I'd have to get Jayden & Bryson, and I didn't want to break up the bonding (seriously).

Lol...is Huntley coming for dinner?

> Yup. We told him to come around 6. We'll probably eat at 630.

Ok

4/6/13, 11:58 PM

> Home safe and sound. Do u have a key?

4/7/13, 12:06 AM

Yes sit

Sir

4/7/13, 1:15 PM

Saw I missed your call.

4/7/13, 2:17 PM

If you get a chance before you leave if you could read me in a bit on how it went this a.m. With the Sheriff

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 14 of 195



4/8/13, 8:14 AM





Text message
4/8/13, 5:46 PM

Hey- just want to reinforce that I'm not going to bail on you. My ass is dying here in WF even if you fire me at some point because I'm a pain in your ass. And you don't have to feel obligated to buy Heather a super nice car or wire more money to buy one.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 15 of 195

Messages - No Name

iMessage
4/8/13, 5:51 PM

I was just kidding about a connection between the current headache I'm causing ya and me feeling generous wrt Heather's car. I promise I was feeling generous about it well before the craziness. I'll wire more money tomorrow so you can get get her a real good one.

You are awesome. Making calls already about the backgrounds. Blackwater is standing up a division but it will be 30 days. All signs pointing towards Kroll so I will get that ironed out ASAP so you can move forward. And I meant to tell you this on the phone wrt Heather. If she texts you I am totally fine with that interaction and you responding. I trust you 110 percent to not cross the wife line as I hope you trust me as well.

110 percent.

Good!

4/9/13, 11:47 AM

Will need the login info to be able to track Katrina

Account: mgoguen234@gmail.com, password: jayden

Yes sir!

Text message
4/9/13, 5:42 PM



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 16 of 195

Money is in the bank sir. And the Range Rover is here too.

iMessage
4/9/13, 5:42 PM

Bad Ass.

Text message
4/9/13, 5:45 PM

Your money buddy!!! First class all the way!!

iMessage
4/10/13, 6:59 PM

I really hope I didn't step way out of my lane and piss you off with my email.

No way buddy. Just calling it like you see it, which is the only way it should be. I'll catch up with you tomorrow before I take off for MT. Btw I got a txt from Heather sounding pretty positive about the Casey's idea. The more I think about that solution, the like I like it!

I'm just glad I didn't piss you off. I talked to Frank this morning without going into details and he just told me to follow the same principles that has made guys want to follow me wherever I go. As far as Heather, she is committed to you and I all the way and will do anything she needs to make our lives easier and successful with whatever we are doing.

4/11/13, 12:48 PM

Hey partner, hang around the jet center after you land. I'm on the way down there now. We can synch up for a bit b4 I take off.

Ok, sounds good! Just landed.

Text message
4/11/13, 2:50 PM

Two things: 1.) what time will Katrina be here? And what is her number? 2.) when you talk to Jordan and shitbird, would you please do some damage control for me so they don't think I am the one who came in, whispered in you ear, and tun this shit upside down. It's the best way to avoid a potential confrontation with me which will not be pretty. Just a thought.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 17 of 195



iMessage

I have the kids!

Awesome. Have fun, and Thanks.

Good kids!! I think I scared them already just by saying hello.

4/11/13, 6:55 PM

Landed safe and I will check in tonight.

4/12/13, 8:13 AM

U doing ok this mornin? I spoke to Katrina last night. U sure were a big hit with the kids. ;)

I'm good!! Glad they liked me! Seem like great kids!!!

It is very nice!! I'm sure I will have no problem surviving here!!!

4/12/13, 2:09 PM

Thanks for taking such great care of me!

Always buddy. Hope u get a lot done & have some fun while you're giving me peace of mind about the kids. Thx

4/12/13, 3:32 PM

I always got your back!! Don't forget that!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 18 of 195

4/12/13, 5:51 PM

Hey buddy, I'm giving u a heads up that you may or may not get a call from Mike's mom, Nancy. She felt better if she had your number and I gave her the green light to call or txt if she ever couldn't reach Mike. Hope you caught some cougars by the pool today.

4/12/13, 9:34 PM

Thanks for the heads up!! The Colt cheerleaders are here!! Lol...how ironic

I love coincidences. ;) they seem to happen a lot in my life too. Weird.

Lol

4/13/13, 2:18 PM

When I get back you're gonna have to tell me about that really big deal you closed. We were too busy talk about bad stuff and I'm interested when you are hitting them out of the park at work.

4/13/13, 6:14 PM

Hey buddy, slight change of plans for tomorrow night. U mentioned that on Monday u planned to fly back east. Could u make the flight from San Jose instead, and avoid having to go all the way back up to MT tomorrow night? Jordana needs our plane to stay over in San Jose tomorrow night to take her the next day to LA. When u land tomorrow night in San Jose we could get u up to our house in Atherton to stay over for the night, then u could leave for the east coast on Monday from there. Give me a call to figure out if that could work.

4/14/13, 12:38 PM

What time did you have the flight departing Palm Springs? You feeling any better??

8pm take off time. Still feel shitty but I'm pretty sure it's just a bad cold. Sinuses feel like they're getting stabbed with hot ice picks & I have a low grade fever so I might have a bit of a sinus infection too.

Thanks for the flight info. Hang in there and I hope you feel better. You will be gone next weekend at the cheer competition?

Yup, then MT every weekend thereafter.

Ok, just making sure because I told Maddy you wouldn't be there this weekend. She keeps wondering who "Mike" is!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 19 of 195

4/14/13, 9:27 PM

Taking off

See u soon

Sand storm here so the kids were a bit freaked but its calmed down!
Should be smooth sailing.

4/14/13, 10:41 PM

Txt me when you're on the ground and on the way

We are still in the air but my flight leaves at 6:15 a.m. Tomorrow. Would it
be easier if I just got a room at the airport. I don't know how I will get to
the airport in the morning from your house.

Shoot. Maybe buddy. Didn't realize it was that early, and we're about
30-40 mins from the airport with no traffic. You'd have to leave our house
around 430/445 latest. Have the sedan and driver wait for you while u
figure out a plan b, then take u there. Still totally welcome at the house &
we'd just have to arrange an early car for ya.

I will grab a room here at the airport since its so late!! I will catch up with
you in MT the weekend of the 26th unless you need me somewhere in
between now and then. I will already be going out this Thurs with girls
and of course will keep an eye on your family while you are away.
Thanks for the mini-vacation.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when
extracted: 8/28/21, 11:12 AM

Page 20 of 195

4/15/13, 12:01 AM

I trust your call implicitly and I hope this is the last time this has to be visited by you. I don't care who's Tier 1 like me and Scotty or who's Tier 3. What I care about is the attitude and demeanor they display on a day to day process. Maybe he needed a dish of Mike Goguen's humble pie!! As far as I'm concerned, if you're good with it, then I'm good with it and will back you until the bitter end!! I'm glad you laid things out to them so maybe we can start fostering a team atmosphere instead of factions. I might take the tip of the spear on building some team cohesiveness among the groups with your approval. Jordan has already vehemently apologized to me for his actions and failures which gets huge credit from me.

4/15/13, 9:19 AM

Thanks buddy. Your support means a ton to me. Hope you're catching some sleep on the long flight.

Thanks Mike!

4/15/13, 1:03 PM

The realtor is waiting on the trust information to draw up the closing papers which is the 18th. Can you put me in contact with who is handling the trust?

4/15/13, 7:40 PM

Have an issue with the SEAL Team 6 guys coming out for a big trip that is for NEWCO. If you get a chance to call I need to work a resolution with the helo.

Here is the email with the dates:

JJ/Jordan/Matt

I have four clients coming in from the East Coast during the week of 05May through 09May12. I would like to have a fly over the Augusta Ranch with these guys, if you need to know where they're from we can discuss off-line.

Please let me know if this is feasible.

Best Regards

Scott

Scott D. Campbell
Director, Global Marketing and Military Sales

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 21 of 195

4/16/13, 9:58 AM

Mike- it's the thorn in your side. I really need to get in contact with the handler of the trust for the closing on Thursday. They are blowing my phone up.

4/16/13, 2:12 PM



Does the meet the MG test for Heather?

Perfect. :)



4/17/13, 2:16 PM

How are you feeling?

4/18/13, 3:13 PM

Hey buddy! I managed to send the wire for the Missy Lane house about 5 minutes before their 3pm MT-time deadline. Can u find out from the realtor if they got everything they needed on time? Thx

Yes sir, will do now.

So, it's all squared away and you are the official owner of 151 Missy Lane! They will have all the paperwork and deed completed by tomorrow! I will tell you thank you repeatedly when I come out of shock from your over generous gesture of getting us a home to live in. Your kindness still amazes me to no end. Thank you Mike!!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 22 of 195

4/19/13, 7:19 PM

Wish you were here Mike!

4/20/13, 11:15 AM



That's awesome! I wish I was there too. I'm in a dark convention hall with super loud cheer leading music blaring & over nourished screaming cheerleader moms. :/

Over nourished....lol...very politically correct way of saying large!!

Text message
4/21/13, 9:00 PM

Not sure if you got my other message, but I will see you in Austin tomorrow!! ;) just let me know where!!!

iMessage
4/24/13, 9:44 PM

So I just had a couple of my buddies over who wanted me to invest in the bar and I had them watch your video from Wharton. My one buddy looks at me and says, "That guy is a fucking Rockstar"!!!!....Nathan actually took notes!! As impressive to watch as the first time. I firmly think Heather was right- the girls asking questions got the MG smile and charm answer!! The guys not so much ;)

4/27/13, 2:43 PM

I'm in the car with Heather and Maddy, but I wanted to know if I can hitch a ride with you on May 3rd into MT? I things go as planned, we will exfil on the 2nd and maybe even the 1st if I ramp it up quicker if the variables are in line.

4/28/13, 7:47 AM

Hey buddy did u leave on that biz trip yet? Call or txt if you're still around. Yes on the plane ride on the 3rd for sure.

4/28/13, 9:44 AM

Don't leave until later this evening. Will call before I head out. Was doing the family thing before I left.

5/3/13, 6:13 PM

I didn't have a chance to tell you that the only flight out of here to Kalispell doesn't get me arriving until 11:29 P.M. Which is super late and I'm sure you will be crashed out when I arrive.

Sucks but no worries. We'll catch up on Sunday.

Text message
5/3/13, 6:40 PM

Thanks!

iMessage
5/3/13, 8:01 PM

Jayden's party is Sunday, right? I don't want to miss it.

5/4/13, 4:25 PM

Hope the party is going well.

Wish u were here already buddy. Not a big party this time. Just a few folks with young kids. There will be 80% of the same gang still here tomorrow so you'll get your share of tons of little kids running around.

Good deal, wish I was there too. I will sneak in tonight so I don't wake anyone. Hopefully I go to the correct room.

5/4/13, 11:09 PM

Txt me when u land. I'm gonna join u at Casey's for a drink

I just landed

I'm just leaving my house. Meet u at Casey's?

Yes sir!

You drivin yet?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 24 of 195

I'm walking into Casey's now

5/5/13, 11:52 AM



MANUFATURING WEAPONS OF MASS DESTRUCTION

Our first magazine cover! Hey r u up?

Yes sir, upstairs having coffee.

5/6/13, 9:08 AM

Do you mind if the team guys tour your property and perimeter of the house?

Nope. Not at all. Give Jordan a courtesy heads up so he feels in the loop. Hope it's going well so far!

Thank you sir!! Going great!

5/6/13, 5:56 PM

If you don't know already, Michelle questioned Jordan on why I had people at the house and who they were and if Jordana knew. He told her it was work related and that it was cleared by you. Not sure why she was questioning anything considering I gave her the courtesy of 2 texts this a. m. Letting her know about it and that we were on our way. Just so you know.

5/6/13, 7:44 PM

All good with Michelle. I was able to sit with her and talk to her. On a sillier note...will you be miffed if I fly out of here on Thursday when the SEALs leave and meet Heather in Vegas for our anniversary? I'm kicking around flying her here but also am thinking of doing something exciting and a bit devilish!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 25 of 195

5/6/13, 9:03 PM

Devilish is good. you should do it!

I just didn't want to bail on you if you were counting on me being here.

No worries. Always love to see ya but I had no special plans in mind this wknd

We are going to try. I'm saving up all of my swimmers!!!! Question...what kind of room did you get bus at Encore?

The Aria and Cosmo are probably out of my budget! The Japanese tub does sound appealing though. It would be ultra cool if we got the girls pregnant at the same time!!!

5/8/13, 7:58 AM

Good stuff happening here!!

5/9/13, 11:21 AM

Since I'm not going to see you I'm going to send you a debrief of this past week. We will need to sit down in person and go over everything as soon as we can link up.

5/10/13, 5:57 PM

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 26 of 195

5/13/13, 9:45 AM



5/14/13, 11:12 AM

Have a money question. Taking possession of your house on the 20th and wanted to do a few things to it to get it move in ready for the girls. Would you be ok with me using the funds you put in the account to do those things or do you want me to pay for them out of pocket? Want to ask before I assume one way or the other.

All things for the actual house...blinds, carpet, maybe a gate if its cost effective and is something you would want on the entrance to the house.

5/14/13, 4:20 PM

I'll definitely pay for all the stuff that stays with the house - gates, blinds, carpets, that sort of stuff. Can't wait til u move in!

I can't wait either!! Won't get here soon enough. Thanks Mike!

5/15/13, 7:13 PM

Sir- will you be heading to MT via San Jose on the 24th?

Definitely. Welcome to hitch a ride.,

5/18/13, 6:49 PM



THESE CHILDREN ARE POSTED ALL OVER THE INTERNET THEY ARE NOT VICTIMS OF SEX TRAFFICKING

Having a ball with  Jordana and my boys (rascal and monster) in NYC ;) looking forward to seeing u and your girls on Friday!

Goguen believes he is Jason Bourne

Lol...looks like Bourne one and two are winning the battle!!! Looking forward to seeing all of you as well!! Be safe!!

5/21/13, 3:22 PM

Doesn't look like I can bring the girls with me this weekend. I forgot it was the damn holiday and they had plans.

5/21/13, 5:54 PM

I'm good for this weekend!!! No beatings!

5/23/13, 3:00 PM

Sorry to interrupt your wok day but I have a banking question. I need to find a bank I can use out there since the one I use here is just a local bank. Any input on a good place to bank?

Glacier bank is a good local one, or you may just want to go with Wells Fargo. It's the #1 national consumer/commercial bank and its my primary bank. The only downside is that the nearest branch is down 93 a bit across from Best Buy.

Wells Fargo it is!!! Thank you sir!

Last question. Will you have insurance on the house or do you want me to get homeowners insurance on it?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 28 of 195

Messages - No Name

5/23/13, 4:55 PM

Yes, I'll have insurance on the house. On a different topic, I want you to work a training training plan for me, actually. My first priority will be to get into hardcore hand-to-hand combat. Whether its you training me, or that guy Jordan found for me, or we hire some super cool ninja instructor from the operator world, I'd like to get a serious, regular program in place. In parallel to that maybe a tactical shooting/moving/clearing program as well. We can talk about it more when I see u.

**Goguen doing Tactical Military Training because he belives he is the recon special forces Unit of the government**

I will handle all of that for you personally. You hit the go button and we will get started. We will start building the foundation with hard skills and work towards integrating physical and weapons combatives, shooting at close quarters, on the move, low light, etc. If I had my way I'd get you on a track behind the wheel and do high speed vehicle dynamics and counter terror offensive driving. I'd go full bore with you.

5/25/13, 10:19 AM

Where u at?

I am in the apt. Did you leave?

Will be in town if you need me

5/25/13, 2:32 PM

Running 20 minutes behind. Lets shoot some pistols.

Running quite a bit late as well. Coming up the road now.      **Playing with guns**

Good, just got asked if I knew where you were.

5/25/13, 8:10 PM

How's the party?

5/25/13, 9:42 PM

Had to polish my head and wax it. Half way there.

5/26/13, 12:51 AM

Back in the castle safe and sound. ██████████████████████

Do u have a key or a garage clicker to get in?

Yes sir, I have a key.

██████████████████████████████████

Lol....VALERIE...... 😡

5/26/13, 12:15 PM

What time would you like me in town sir?

5/26/13, 3:10 PM

You've got a full captive audience. FYI

5/26/13, 9:21 PM

question: did you tape the UFC last night? And want to prep you on what all needs to be done at the house before I leave if you have time.

5/27/13, 7:54 AM



Will do!! Will work on getting more as well for when I see you.

5/28/13, 2:48 PM

Mike- I forwarded you on the quote for the work that needs to be done at the house. If there was a shock effect with the cost I will gladly pitch in for the stuff that needs to be done since you were super generous with buying the house. Just let me know so I can pull the trigger because the work will take all the way up into mid July. If you are hesitant I completely understand. Don't want you to feel like I'm taking advantage of your generosity. Also got an additional supply of those other items today when I went to the Doc.

5/28/13, 4:16 PM

Go for it buddy.  Not too shocked on the price. The place will look great.

Will you marry me?!?!  Lol...thank you sir!

5/29/13, 1:31 PM

Initial condo offer that I'll be made is going to be 345,000. It's listed at 419,000. Just FYI.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 30 of 195



5/31/13, 1:18 PM

Hey Mike- got your voice message. Have not heard back about the condo but I am way up in Northern Indiana and have a hit and miss signal. My nephew is getting married and we are up here for the bachelor party and wedding. Look forward to seeing you next weekend.

5/31/13, 3:00 PM

Just forwarded you the response on the condo.

For some reason the attachment is unreadable and keeps causing my iPad to freeze. :/ What was the counter $ they gave u?

380,000

Sounds ok to me. I think I paid more for the current unit.

I will have her counter and see where we end up. She did say 2 other people were looking at it.

If u have a signed counter from the seller I'd probably just sign it and be done with it. I'm fine at 380.

Ok!!

Final price is 375,000. Will sign the offer when I can and get with you on the needed info.

Awesome. Nice job!

6/1/13, 7:01 PM



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 31 of 195

Bride and groom!





Oops!! Last one was the wrong one!

6/3/13, 1:15 PM

I may not make it to MT until Saturday morning with the limited flights. I will let you know for sure but its not looking good to get there Friday with my meeting on Friday in Dallas.

6/5/13, 6:42 PM

I hope this doesn't trigger an aneurysm but with the earnest money for the condo and all the repairs being done at the house, the account might need a little recharge so it doesn't get down to the wire.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 32 of 195

6/5/13, 9:43 PM

I hate coming to you for more funds but the stuff at the house is more costly than I imagined. I'm not going hog wild but also know you wouldn't want cheap stuff in your home. The previous owners just didn't keep the place up and things have been popping up that have to be dealt with so it is in good shape. I just got the estimate for the blinds tonight for the entire house and its 41 grand which strokes me out but that was middle of the road. Plus getting the really cheap security nightmare doors upgraded to something decent isn't cheap. I just hope you know I'm not being free with your money and am spending it likes it wisely.

6/6/13, 8:31 PM

Hope you are having a good week buddy! And not working too hard.

6/6/13, 10:16 PM

And I hope I can get you out to the house for a walk through this weekend if you have time. It's a disaster zone but I want you to see where your hard earned money has went/going. I've decide I'm glad I've hunted men for a career as opposed to being a builder because I would be locked up for choking someone. Looking forward to seeing you when you land.

6/7/13, 12:08 PM

You good to go boss?

Yup. Sorry for the slow responses - busy week. :/ Look forward to seeing ya at 5pm at the jet center.

No need to apologize, you're the busiest guy I know. I will be waiting on you at your hangar here in MT. I used the MG technique and brought Shawn here to see the area to let the place sell itself. Home run and the weather was stellar yesterday.

Awesome. Definitely was a better plan.

I'm learning from the best!

And if you wire money just give me a heads up because my is a living nightmare. See you tonight.

6/7/13, 3:13 PM

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 33 of 195

Yes sir! Thank you! See you soon!!

6/8/13, 10:30 AM

You guys still downtown?

Just heading downtown now. Took forever to get out of the house

I will meet you guys down there in a bit

6/8/13, 11:48 AM

Abort the mission bud. She found some! Sorry for making u do some extra walkin ;)

I'm here already..will get spares!! Lol

Call Jordana for the kind - 3104675202. Thanks buddy!

Got it! I might need to get back in practice anyway.

6/8/13, 6:28 PM

I know you are doing the romance thing tonight, but I'm going to go to Casey's later on this evening and hang out.

Ok, sounds good!!!

6/8/13, 11:29 PM

R u at Casey's?

A about 10 mins

I'm here but I'm only grabbing one drink. Jordana's waitin in the car

Really?

6/9/13, 9:24 AM

Morning buddy. You up yet? Hope u survived. Lets not forget the package this mornin. I'll be leaving the house within an hour and going right to the plane. I'm in my study now for 30-40 minutes or so.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 34 of 195

6/9/13, 3:28 PM

Sir- I know we won't have any time to sit down together before you depart but I do want to set up some type of corporate account like you discussed so when things need to be done that involve or tie into the company that there's the means to do so. Not sure what you have in mind but I'm sure it's a great solution.

6/9/13, 9:37 PM

I'm going to build you a world class Glock combat pistol for Father's Day. What caliber do you want? .40?

6/10/13, 10:27 AM

Buddy, that would be amazing. Please don't feel obligated. But I couldn't think of a better guy I'd want to put it together! .40 is my preference. Huge Thank You in advance!

**Wants custom Glock built**

Don't feel obligated at all, it's my pleasure!!

6/10/13, 1:30 PM

Hey buddy, remind me what the schedule is for your girls to come up over the 4th of July week. When could they make it?

We are going to come out June 28th. Was thinking about meeting you in San Jose so Maddy could ride your jet. She would think that's stellar cool if there's room. Probably stay until July 7th.

6/10/13, 10:23 AM

You'll laugh at this. I just got asked to be on the judges panel for Mrs. Globe.

6/12/13, 12:42 PM

Bummer news on my end! No baby....

Aww that is a bummer. But if at first u don't succeed... ;) You'll get it done.

Btw green light on staying at the house with us for any time over that 10 day period around the 4th. My cousins had to cancel so there'll be plenty of room. Would love to have your gang.

Thanks Mike!! We would love to stay at the house and Maddy has been driving me crazy about wanting to stay there.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 35 of 195

6/12/13, 6:09 PM

Mike- sent you an email update. Also, will you be flying from San Jose to MT on June 28th(Friday)? If so, and if there is room, I was going to fly there with the girls to ride into MT with you.

6/13/13, 5:38 PM

Hope your week is going well!

It is - crazy busy tho. Just gettin on the plane now for our anniversary get-away wknd. Yes re: hopping on the plane with us on the 28th. We'll have plenty of room. Is that the next time I'll see you?

Have an awesome anniversary weekend!! We are leaving for vacation on Sunday and will be back the 25th. So next time I see you be be that Friday on the plane with the girls!!!

Hope you have an amazing vacation buddy.

Thank you sir!!!

6/14/13, 11:23 AM

HAPPY ANNIVERSARY!!!! I hope you have an amazing time sir!!

6/16/13, 7:14 AM

Happy Fathers Day!

6/22/13, 8:24 AM



Got your email buddy. Glad you're doing as ordered and enjoying your down time with the family!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 36 of 195

Text message
6/22/13, 8:24 AM



Got your email buddy. Glad you're doing as ordered and enjoying your down time with the family!

iMessage
6/22/13, 7:21 PM



This is what I texted u early this mornin: "Got your email buddy. Glad you're doing as ordered and enjoying your down time with the family! "

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 37 of 195

Text message
6/22/13, 7:21 PM



This is what I texted u early this mornin: "Got your email buddy. Glad you're doing as ordered and enjoying your down time with the family! "

iMessage
6/23/13, 1:04 PM

Hey Mike- Just landed in Miami and got your pic of you and Jayden. Such a handsome devil! You're not so bad yourself.

6/23/13, 5:28 PM

Mike- I have Shawn Lewis and his wife flying into WF on Friday-Monday so his wife can see the area. Can I get the Suburban to let them use while they are in town?

6/25/13, 1:11 PM



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 38 of 195

6/27/13, 12:00 AM

> Mike- sorry for the late text but I'm having a late night brainstorming session. Can you put me in touch with the girl who you suggested as a possible personal assistant candidate? Worked for Eric at one point.

6/28/13, 8:36 AM





Text message
6/28/13, 10:17 AM



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 39 of 195

Messages - No Name



iMessage
6/28/13, 12:04 PM

Hey buddy!! I was packing up my office last night when you called and didn't get the message until really late. That is bizarre she reached out to you like that after I had sent you the text. I'm going to try and meet with her while I'm in town. We land in San Jose at 1:20 so we will be ready to roll as soon as you get there. We are in LAX now. Looking forward to seeing you!!!

6/28/13, 5:47 PM

Hurry, I'm waiting with flowers.

6/29/13, 7:47 PM

Hey Bear hunter!!! I'm here working out, just missed you.

6/29/13, 9:55 PM

Are you driving separately?

Turn your lights on

6/30/13, 12:30 PM

R u guys up yet? Come join us down at the lake house. We're all heading down to play.

Yes sir, we have been up a while but our daughter must have been worn out from the dance video productions. She just got up. We are heading down in about 25 mins.

7/1/13, 8:53 PM

I know we will be on the water tomorrow, but is there any way I can steal you tomorrow at 7 pm for about an hour?

S/b no problem. Everything ok?

Yes! Got a message earlier today requesting our presence tomorrow night for a drink to "send off" Rainey for his impending nuptials on the 13th. Your pilots asked me if we would come for a bit.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 40 of 195

Messages - No Name





HUNTLEY RITTER AN ACTOR THAT INTRODUCED GOGUEN TO MATT MARSHALL





Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 41 of 195

Btw here are a few txt msgs i got from Huntley today. Sounds like he came through it like a champ.

Perfect, I will let them know.

Awesome news!! I literally just got a message from Carolyn. Tough bastard!!

7/2/13, 2:40 PM

You still coming to the lake house?

7/2/13, 8:39 PM

This is embarrassing but I need a temp loan. My money is in the car.

Where are u buddy?

Out front

7/3/13, 11:31 AM

Hey buddy- are you going to go to the hangar to be there when Amanda and your friend show up?

Do u an exact eta? I might want to.

Around 1:45 but I will get a quick update.

Computer us showing 1:30

Text message
7/3/13, 9:30 PM

What time do you wanna leave?

iMessage
7/3/13, 9:38 PM

Can u be ready to leave by 10?

Yep!

7/5/13, 10:59 AM

Are you going to the river ranch?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 42 of 195

Yup, I'm driving there now. Michelle left with Jayden and Bryson a bit ago & I wanted to catch up with them. You guys should come over soon with Maddie. Btw, if u do end up leaving in the next 30-40 mins, please see if Ozzie needs a ride over too (if u wouldn't mind). She was still getting ready when I left, and Paul had to run to Kalispell to look for the lost luggage.

We are taking Ozzie with us. Maddy is already there. See you soon.

7/5/13, 3:26 PM

R u back from the horse ranch yet? I'm heading to the main house

Stopped at Missy Lane to do a walk through then to condo to pick up keys and then to big house. Do you need me to do something?

Nope. Just checking on ya.

7/5/13, 10:24 PM

Where u guys at?

7/6/13, 10:18 PM

Hey Mike- we are going to pack up and call it a night. 4:00 a.m. Is going to come quickly. Thanks a million for an amazing week and I'm glad we got to share the 4th with you and your family. It was a perfect time and I hope you were able to enjoy your time off. I will see you next week!!!

7/8/13, 11:13 AM

Just wanted to give you a heads up that Keegan was telling Eric today she was coming to work for the company. I have no idea how he will take it so if he blows your phone up, that's certainly why.

Thx. I'll let u know if I catch any flak.

Thank you sir! It is what it is and he shouldn't give you flak for anything.

7/8/13, 3:21 PM

Check your mlg email

7/8/13, 4:26 PM

No problem on the Eric front. He seemed pretty happy. Here's his text: "Keegan just told me you guys hired her. She's pretty happy. As am I. I kept her working for me but couldn't afford it lol. Just wanted to say thanks for helping get that done. I couldn't let her go and she will work out great at whatever she's gonna do. "

Awesome news!!! One less drama you and I have to deal with. She text me earlier this morning to tell me she was telling him so I'm relieved for everyone. I was prepared for a shit storm!!

Text message
7/8/13, 10:41 PM

Do you like www.amyntor.com or www.amyntorcorp.com? I like the "corp" for but wanting all opinions as I work with Mark Munger on setting up email addresses.

And Jeanie doesn't think they would sell the condo for anything less than 400 since they've had a recent offer on it.

iMessage
7/9/13, 10:24 AM

Do you like www.amyntor.com or www.amyntorcorp.com? I like the "corp" for but wanting all opinions as I work with Mark Munger on setting up email addresses.

And Jeanie doesn't think they would sell the condo for anything less than 400 since they've had a recent offer on it.

7/9/13, 11:31 AM

Hey buddy, I know you're hard at work but I need some input to help me come up with a solution for getting the family and puppies out to Montana. Ran into a pretty big snag. No rush!

7/10/13, 5:02 PM

Hey buddy- wanted to let you know I changed my flights around on Friday and will be there around 2 pm and ready to go. You better rest up tomorrow night!

Text message
7/11/13, 3:14 PM

I got a price on the security upgrades at Missy Lane so when you get your stuff handled that's way more important the account could use a recharge so I can get the ball rolling. It's probably going to take 2-3 months to get it all done with the doors and alarm and lights. Good news the moving truck is officially packed and on its way to MT in the a.m. I'm super stoked to get there and officially call it home. Thanks again for everything Mike and you have my undying loyalty whether its Zombies or Russians!!!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 44 of 195

iMessage
7/11/13, 4:28 PM

I got a price on the security upgrades at Missy Lane so when you get your stuff handled that's way more important the account could use a recharge so I can get the ball rolling. It's probably going to take 2-3 months to get it all done with the doors and alarm and lights. Good news the moving truck is officially packed and on its way to MT in the a.m. I'm super stoked to get there and officially call it home. Thanks again for everything Mike and you have my undying loyalty whether its Zombies or Russians!!!

7/12/13, 3:32 PM

I just landed and will see you tonight at the hangar! You need me to do anything?

7/13/13, 10:50 AM

I am alive!

GOGUEN HAPPY ZIMMERMAN WAS FOUND NOT GUILTY FOR KILLING TRAVON MARTIN
7/13/13, 7:59 PM

Zimmerman Not Guilty verdict. :) Now watch the riots begin. *Type text here*

Text message
7/13/13, 8:07 PM

Oh lord!

iMessage
7/13/13, 8:25 PM

I'm ready to roll whenever you finish up and are ready.

7/14/13, 10:59 AM

Mornin buddy. I'm workin out if you're lookin for me.

Good morning. I'm going to hit the gym later tonight after you take off. Have a meeting at 1230 and will be free after that.

7/14/13, 1:48 PM

U done with your meeting yet?

Yes.

7/16/13, 4:48 PM

Do you have a garage door opener to 250? Major issue

7/18/13, 2:25 PM

Can I get some kind of a budget to work with for the new condo? Shawn will be here on Aug. 11th. I can wait on a budget for the security upgrades at the Missy Lane house.

Lets do it a bit ass-backwards. Pick out a bunch of nice furniture for the condo (I'm ok with as nice as the other condo tho we could probably go one click down), then tell me what it totals up to. I'm sure I'll give it the green light. For the house, I definitely don't want to skimp. Pick out the security additions that would make you feel the most comfortable, then get a cost estimate. Again I'm highly likely to give it the green light.

7/18/13, 5:37 PM

Sounds good!! Will get started on the condo Monday. Already working on Missy Lane for estimates.

7/18/13, 8:18 PM

And definitely will go one click down on the other condo.

Also wanted to let you know that the air at the condo is tits up again. I just let Jordan know as well.

7/20/13, 9:53 AM

Proud to know you buddy and the fact that you donated 500k to help feed the hungry and make Whitefish a better place is pretty damn impressive and selfless.

7/21/13, 3:47 PM

Wanted to let you know I had sent Christie Kong an email requesting if there was a Two Bear Security credit card. I was going to use it strictly for security gear and company expenses. Example would be the gun vault that is mounted in the SUV for weapons so I can keep an arsenal in the Range Rover. Just wanted you to know she would be passing on the request to you for your decision. I'm just trying to get ahead of the power curve. See you at the hangar.

7/24/13, 2:04 PM

I hope your week is going well buddy. Going to miss having you around this weekend.

7/25/13, 10:21 PM

Going to drop in Casey's and check out how things are going. I will make great effort to not upset any female bartenders. ;)

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 46 of 195

Text message
7/26/13, 12:35 PM

Everything good on your end buddy?

iMessage
7/27/13, 2:51 PM

I know Pat R. has reached out to you about the Speaker coming for a visit. Would it be possible to put him up at the Lake House for security reasons? This could be a big bonus for NEWCO and Proof if we can make a good impression on him. I'm sure you're already thinking this over.

We're on the same page buddy. I just forwarded my response to Brian Kelly to your email at forecon89@msn.com. You can help make sure Brian and Pat know I responded. Thx

Perfect! Thank you sir!!

7/28/13, 12:09 AM

Quick chat tomorrow about Eric Payne if you get a free minute.

7/28/13, 11:01 AM

Hey buddy, after 1:30pm today (PST) I'll give u a call to catch up.

Sounds good!

7/28/13, 9:28 PM

Mike- I hate to ask you for money so I can keep furnishing the condo but I'm well over 20 grand and have been using my own cash supplies. I know you're going to reimburse all of it but after sending the guys the 10 grand apiece bonus for a job well done I'm about tapped out on cash and am trying to avoid using a credit card.

No worries bud. I know you keep good records on how what I've been sending u has been spent, so it's a comfortable mechanism for me. How much should I wire u tomorrow?

20-30 should be enough to just replace what I've already spent on the condo. Have a lot of the big items like the beds, couches, dining table, etc. Had Keegan helping look for nice/durable furniture that wouldn't cost you am arm and a leg. I'm definitely shopping money conscious and of course am keeping anal retentive records and receipts. Going to try and knock it all out this week. Will also have all the bids in for the security measures at Missy Lane, again not going Red Cross crazy with it.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 47 of 195

7/29/13, 5:52 PM

Got a wire transfer. Thank you sir!

7/31/13, 1:17 PM

All cleared out of your apartment at the big house sir. I will let the cleaners know so they can get it prepared for your family.

8/1/13, 11:12 AM

Good morning sir! When you arrive tomorrow evening I want to be there when you land and would like for you to quickly meet my cousin. Just a quick handshake so he can put a name with a face. You ok with that?

8/2/13, 10:04 AM

Absolutely ok with it. Looking forward to meeting him.

Thank you sir!

8/2/13, 3:58 PM

Safe travels tonight!! Looking forward to seeing you buddy.

Lookin forward to gettin back home!! I heard the weather has turned crappy?

It has been raining the past day and a half so it is kind of crappy.

8/2/13, 5:54 PM

Any slim chance you'll grab a drink tonight? I know you have the crew with you but I'm going to take my cousin in so he can see Casey's since they are leaving tomorrow.

8/3/13, 10:07 AM

I know you are busy but wanted to let you know when we got home last night the pressure tank and both water heaters were leaking everywhere. Plumber is here now and they need to be replaced because they are at the end of their shelf life (9 years). They are going to replace and upgrade the system just so it doesn't happen again. Should I deal with Jordan on the invoice for that?

Sure, since whether we originally intended it or not he's in the "inner circle" on the house (which I think u and I are both fine with, given his character). Having him help organize & fund the house related big repairs thru my usual accounts would be fine. I'll give him a heads up too & remind him about the discretion.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 48 of 195

Thank you very much Mike. I appreciate you reminding him about the discretion and need for it. I will coordinate with him to get it taken care of. Won't be that big of an expense but a necessary one.

8/3/13, 6:33 PM

Any plan tonight buddy?

If I can rally the gang then we're likely to go to Casey's and maybe the Red Room around 9:30. How bout you guys? Have you found any sitters for Maddie yet?

Yes, we are open for anything and are planning on going out. Have a great sitter.

8/3/13, 8:33 PM

We will be out around 10 so if you make it out, let me know where so we can meet up with you!

I finally finished an hour of work which turned into 5. :/ Jumpin in the shower now. We'll make it to Casey's a bit after 10.

Perfect!!!

Headin to the Red Room first

Ok...we are eating really quick...if you head to Casey's just text me.

Text message
8/3/13, 7:16 PM

Meeting went great at the bar with the security guys. Common theme with what is the problem.....Keven

iMessage
8/8/13, 11:14 PM

Hope your time with the family is going well.

It is buddy. Sorry I was out of touch today. We went to the ski mtn with the gang but unfortunately I was on conference calls the whole time. My older brother Paul and another batch come tomorrow. Maybe we can all get on the lake late afternoon tomorrow or t least all go out tomorrow night.

We are in for whatever you want to plan. We have a babysitter on standby both nights as well. Heather is driving me crazy about getting on the water.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 49 of 195

8/9/13, 6:49 PM

R u guys on the way? Dinner is being served - c'mon up asap

> Heather and Maddy bailed because they got the impression it was too busy and not enough food. I'm still here with Jordan. Coming up now.

I spoke to Heather. Have them turn around and join us too. They're not far.

8/9/13, 8:35 PM

> I am having Big Eric block off the VIP tonight at Casey's.

Thx!

8/10/13, 1:51 AM

Home safe and sound

> Perfect!! Thank you sir!

8/10/13, 3:35 PM

> Are we going out tonight?

8/10/13, 10:03 PM

We're headin to Casey's now buddy

> Ok, we are will leave now.

8/10/13, 11:48 PM

I'm at Red Room getting Jordana a slice of pizza. We'll be back at Casey's soon.

8/11/13, 12:00 AM

> Ok, I was starting to get concerned!!

8/11/13, 2:49 AM

> Home safe. We need to tighten the ship up.

Yup, tonight freaked jordana out pretty badly. Didn't mean to dial u just now btw. Thnks again for your help 2night. We'll talk more about it tomorrow.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 50 of 195

8/11/13, 11:09 AM

How are you doing today?

8/11/13, 12:29 PM

Awesome. Finishing up some work calls, sending a few emails, then I'll be ready for the day. How bout u?

Good, been on the phone with Jordan quite a bit. You and I both need to increase some security.

8/11/13, 4:25 PM

What time are you planning on heading to the plane sir?

I'm leaving the house in a few mins

Ok, see you there.

8/12/13, 11:05 PM



8/13/13, 1:56 PM

Just came out of a meeting. Are you free to call back?

8/13/13, 3:41 PM

Mike- trying to get weapons together for the "assassin team" and want to make sure where you want me to get them. Purchase via Two Bear Security or try to get weapons from Jordan which has been difficult to get him to relinquish his arsenal. Need your direction but need weapons.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 51 of 195

8/14/13, 10:25 AM

Let's get them through Two Bear Security.

Perfect! Thank you sir!!! I was hoping to keep it all separate.

8/14/13, 10:01 PM

Looking forward to seeing you and having a drink when you get home. Hopefully minus the crazies this time.

8/15/13, 9:30 AM

Can I get a couple of hours of your time while you're home this trip?

8/15/13, 12:46 PM



Security project underway.

8/16/13, 3:56 PM

Sir- any word on the M107 for Rainey? He just sent me a text asking if it was a go/no go.

Good to go on the M107. Jordan would be happy to drop it off wherever it needs to go.

Thank you very much sir!! The Matt Marshall Diplomatic mission continues!! I will ask Jordan to drop it off at Proof on Monday or Tuesday when he has time.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 52 of 195

8/17/13, 6:06 PM



Pat Masur Jr..vcf

Sorry for not sending this earlier. I got tied up with the kids.

No worries!!

8/17/13, 7:12 PM

I'm up for another night out. How bout u?

Yes sir, of course!!

What time are you thinking?

Probably 10 or 10:30

Ok, perfect! I will be "tied up" until then.

8/18/13, 10:12 AM

Just a heads up- I will be bringing the security detail for the SoH up to the property today at 3PM for an advance walk around.

Thx

8/18/13, 4:50 PM

What time are you heading for the plane sir?

Driving down my driveway headin to the plane now

Ok, I'm hear waiting on you.

8/19/13, 12:04 PM

The Speaker has requested an air tour by helo during his visit. Not a problem on Jordan's end but told the Team Leader I needed to ok it with you first.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 53 of 195

Ok with me. Wish we had the bigger / more comfortable helo already. Btw, this may be slightly weird and awkward to communicate, but lets make sure the Speaker knows all the background on me in terms of my Philanthropy, search and rescue operation, etc. Maybe just a background briefing folder we hand to his guys beforehand that has a copy of the Roots of Philanthropy article and the more recent Food Bank article, etc. I just don't want him thinking he's visiting a random shallow rich schmuck. Thx

Already a step ahead of you on that boss. I have a good idea of how you want yourself portrayed and set apart from the standard rich schmucks!!! I will have Keegan put together something nice and clean that I approve.

8/20/13, 2:38 PM

Hope your week is going well thus far sir. Things are running well with the security detail. Took them shooting earlier and they seemed to be thrilled with that and the courtesy they have been given. Took the Team Leader and his assistant for drinks last night to Casey's and talk about your philanthropy and how you've helped change the face of WF. Showed them the new food bank site, the Wave, discussed the trail improvements you've funded, and your willingness to do everything with your power to grow and improve the area. Have a folder prepared per your request for them to hand off to the SoH focusing on the philanthropy you've done.

8/22/13, 6:01 PM

Thanks for giving me some latitude to come up with a solution to fix some of the dick measuring so I can quell some of these issues for you. I'd like to talk more about it this weekend if you can plug me in this weekend. Plus more company stuff since we got interrupted last night.

8/22/13, 8:36 PM

Just had drinks on the rooftop with the Speaker and he was super impressed with the place. He's fairly liquored up and was highly complimentary about you and what you've built here. Things have went ultra smooth.

8/23/13, 3:12 PM

I know you are busy but I want to pull the trigger on the company name so I can get Munger to set up all the domains and variable combinations of the name. Me, Shawn and Frank really like 'Amyntor Group' as the name because it has strength and meaning relevant to what we will do. From a business standpoint I want that established because the Speakers head staff guy called me this a.m. And said he was so impressed with me that he wanted to explore using us as advance elements and security for "other people" in that circle who do not rate a detail. Input? Go/No go?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 54 of 195

Text message
8/24/13, 11:24 AM

Hope you're feeling better today buddy.

iMessage
8/24/13, 11:36 AM



AMERICAN PSYCHO X 100

Eye is still a little fucked up but a double workout this mornin finally got rid of the migraine. Thx for askin buddy.

Of course I'm going to ask. You're my boss but you're also my friend and I could tell you felt like shit.

8/25/13, 8:23 PM

Chatted with Keven briefly and he said Connor Cruise is boohooing wanting to go home Saturday. I know you want them to DJ a little Saturday since you are eating a shit load of cost sending the jet for them Thursday. Do you want me to tell the kids agent that if he wants to go home Saturday I ill purchase him a first class commercial ticket? Sure as hell is cheaper than the jet making a special trip for him Saturday.

8/26/13, 8:27 AM

If you talk to DJ Poet, his young kid is more than welcome to stay at our house so he's not stuck alone in a hotel in a strange place. We will have 2 sitters there over the weekend.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 55 of 195

8/26/13, 5:36 PM

Trying to get things ironed out for Poet and Cruise. The manager is driving Mike Peters crazy with what day are they coming back. Told him I'd ask you so we knew what the logistics are for when they will depart. I will make sure things go smooth here if you just let me know your plan. Hope your crazy Monday is going well and you are staying off the throne!

8/26/13, 9:44 PM

I spoke to DJ Poet tonight. Call went super well. Apparently he's a big fan of mine since we met last winter (says meeting me "changed his life & inspired him" to do some new music / technology / biz thing he's obsessed with). He's gonna arm twist the Connor Cruise gang into staying til Sunday, then I'll fly them all back on either my plane or FlightOptions. I'm also fairly sure I can get them to do a little impromptu performing on Sat night as well. Should be a good weekend!

Thank you sir for the update. I know Mondays suck for you but I wanted to make sure things are being done the way you want them in your absence. Mike P called me to iChat and just wasn't sure what to tell them until I could talk to you. It will be a good weekend. My cousin, whom you've met, and his wife are flying out for the weekend to see it. I hope it was ok to invite them along for the party Friday and Saturday.

Absolutely. It's a good weekend for them to come out.

Sounds perfect!! Looking forward to seeing you. Hopefully you are feeling better today. Also, wire went in today and I had Glenn start getting Shooting Star in shape today. Trying to work it out with Jordan so we have a smooth transition over to my side of the house.

8/27/13, 7:01 PM



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 56 of 195

Just had an old buddy send this to me, thought you'd get a chuckle out of that bad ass head of hair!! ;)

8/28/13, 10:36 AM

Hey Mike- sorry I missed your call. Maddy's first day of school was today so we were inside doing a meet and greet with her teacher and walking the school property. Heading to Dr. now for the sleep study and then will be free all afternoon in the office working on FFL paperwork for the company. Call me when you are free.

8/28/13, 12:31 PM

Hey buddy, I'm stuck in board meetings all day but I can sneak out a text or two on my iPad. Wanted to razz you about the "hair" pic ;) Actually Jordana agreed you looked pretty study - like Russell Crowe in the Gladiator. All your other updates were well received on my end. Cost on Missy Lane security sounds like money well spent.

You can just start calling me Maximus! Lol...thought that wound make you laugh. I will proceed with the security plan on Missy Lane. Forgot to mention that figure also included a no shit security gate at the entrance of the drive. Also, I'm going to arrange pickup of the entourage tomorrow from the jet to the Lodge so I know there's no hiccups. Have kept Keven and Mike P in the loop so everyone knows what's going on. There will be a total of 8 pax on the jet which I'm sure you are already aware. Let me know if there is anything you want handled while you are away!

One more company request. Can we have Mark snag up one more SUV for Amyntor? I want two total so we can accommodate personnel and equipment and running a 2 car package minimum is always best.

8/28/13, 5:22 PM

Unless you are wildly opposed to it, I am going to probably fly with Mike P tomorrow to make sure they don't destroy your airplane. He asked me earlier and I think it's not a horrible idea to go along.

8/29/13, 6:30 PM

So we have an issue. Keven is a fuck up for the official record and the check in process has taken 30 minutes and is a cluster. And even better, the place is sold out and no availability for Saturday.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 57 of 195

8/30/13, 8:36 PM



Look and tell me what is just embarrassing about this.

Omg...

I suppose he'll say that was on purrrrrrpossse.

Lol....he's killing me!!! Incompetent and illiterate!

8/30/13, 9:51 PM

The kid is nervous as hell.

8/31/13, 1:19 AM

Trying to figure out what I'm doing with Poets kid

Text message
9/10/13, 7:48 PM

Hey Mike- was out on a long bike ride. Back if you need to call me.

9/13/13, 12:24 PM

Hope you had a good week buddy!

iMessage
9/14/13, 4:25 PM

Not going to Zinke's, just to the the dinner for the Special Forces Group...just FYI

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 58 of 195

9/14/13, 10:11 PM

What time will you be downtown?

9/16/13, 1:42 PM

I'm going to be over budget with the expense of the security gate. Even going with the lowest bidder the total for all of the expenses is going to be over. I've tried to be as frugal as I can but its come out to more than I anticipated.

9/18/13, 9:47 AM

Hey Mike- I sent you an email yesterday about the security upgrades at Missy Lane. If I can't cut checks when I get back from my meeting this week, I will need to cut them next week.

Text message
9/23/13, 10:46 PM



Boston Mike.vcf

9/29/13, 11:50 AM

Good morning, hope your night went well. Will you have any free time before you leave to see the presentation Rainey has put together for the travel/jet solutions? I realize you are leaving at noon but can you squeeze it in before you take off?

iMessage
9/29/13, 11:51 AM

By the way....you looked absolutely incredible!!!! I still can't get over how amazing you looked.

And that wasn't for you!!! Lol

9/29/13, 2:22 PM

Thanks again for coming to the party and hanging out. And thank you for getting Maddy a gift, you didn't have to do that. It meant a lot to Maddy and Heather that you were here and I know everyone enjoys when you are around. You're a good man, good boss, and great friend.

10/5/13, 1:16 PM

Hope you get to enjoy time with your family this weekend buddy!!!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 59 of 195

Messages - No Name

Thanks bud. R u on the east coast already?

Yes sir.

10/5/13, 2:43 PM

Give me a call when u get a chance today.

I think I need one of those batphones u and your old friends use ;) MILITARY DEVICE

Ok, it's going to be a bit later.

You have a Matt phone!!! Last time you called it I was at your property in less than 3 minutes ready to smoke people!

I've already requested that because of the volume of comms going on. I should be getting a download sent to my phone today to help tighten it up and secure it.

On a separate note, 4 of the Casey's security guys have called me today and said they were quitting because of Keven. Big Eric called me and said Keven decided out of the blue to drastically cut what the security guys are tipped out at the end of the night and is making them come in the day after to get it instead of getting it that night. For a lot of those guys they are driving from Kalispell or further and that takes more time and money for them. I know Keven is just being a dick is going to do more damage left unchecked.

10/5/13, 6:29 PM

Will you be free in about 15 mins?

Yup. Call me then.

Ok

10/11/13, 8:38 PM

Me too! Hope Jordana has a good birthday weekend. What is the actual big day?

Sunday. I was literally checking that email every 20 mins since yesterday buddy. That text msg was a helluva relief!!

You can't get rid of me that easy!! You're stuck with my ass.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 60 of 195

10/12/13, 11:21 AM

How soon can we have a face-to-face debrief buddy?

I'm in bed now trying to catch up on lost sleep. Anytime later today or tomorrow.

Tomorrow is good. Rest up.

It's amazing how sore my entire body is right now. Even my toes are sore.

10/12/13, 4:46 PM

R u awake for a call buddy?

I am but I'm with Heather just so you know. Obviously can't talk about the trip.

If it's about anything else, give me a buzz.

10/12/13, 8:54 PM

R u guys out yet?

10/13/13, 12:06 AM

Hey buddy- it was really good to see you. I'm standing in here at Casey's with Heather and Shawn and the reality of what just went down sunk in. Thanks for making our lives amazing and worth taking the risks that I have worth the end destination. You're a good man!

10/13/13, 11:03 AM

Enjoy your day with the Birthday Girl!

Thanks buddy. Great catching up last night (and a great relief!).

You worry me as much as I can worry you!!! Maybe one of these days we will both just settle down and get off the razors edge!! Although likely doubtful.

10/13/13, 10:51 PM

Hey buddy- hope the flight was good. Don't worry about that Allie chick prying or causing drama. Her daughter is in Maddy's class and that's how we met her. Once I started putting two and two together with the crowd she runs with that was all I needed. I went over to their house last week and basically told them in my diplomatic way that we would not be hanging out with them. Heather will of course follow my lead.

10/20/13, 12:08 PM



THE CHILDREN HE CALLS MINI UNITS OF HIM
TO BE TRAINED AS SPIES FOR VENTURE CAPITAL COMPANIES

The mini me heroes. ;)

Haha!! That's an awesome picture!!! And future lady killers!

10/20/13, 1:41 PM

Hey buddy- hope you are feeling much better. Shawn just called me a bit worried he upset you because he popped his head over to see what the noise was next door. I had told him nobody would be there all weekend after Kendall text me telling me she wouldn't be there. I just told him in the future to assume you would be there In and out on the weekends doing work.

Ok, I will let him know. He was worried he stepped on his wiener by going over there.

Well, I just made things crystal clear for him so it won't happen again. Anyway, I want you to sell me that place after we get you moved into the new place so I have a pad for overflow and a place to conduct deep infiltration operations! ;)

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 62 of 195

10/21/13, 1:44 PM

Mike- hope your Monday is going well and that you are bouncing back from the crud. Thanks again for everything, you have no idea how much I appreciate everything. Mostly just the fact you were there to celebrate my birthday with me even though you felt like shit. I haven't had a chance to ask for approval to get a used pickup truck with a camper shell. We need one to haul equipment and gear for the range and what we will be doing in Augusta with the SEALs. I don't want anything trashing our good vehicles and moving equipment does that quickly. I've found a few in Kalispell for @ 20 grand or so. I would also loan it to Rainey as needed for range stuff.

10/23/13, 9:56 AM

Know you are busy, just checking in on Amanda.

10/25/13, 12:55 PM

Hey buddy- got your vm. Was just getting back and didn't have my phone on me. I hope you have a good weekend at home with the kids and are able to spend some time with Amanda. Let me know if there's anything I can do.

10/27/13, 12:08 PM

Hope you enjoy your day with Amanda and all the cheerleader moms!!

10/27/13, 10:20 PM

Is everything ok? You've been radio silent.

I hope you come up for air long enough to at least tell me you are good to go. You know I start worrying about you when you disappear off the radar. Just a text that you're alive and everyone is ok.

Still breathing buddy. Sorry to worry u. Just a hectic (but good) weekend chasing kids around. I'll be back in touch this week, & I'm looking forward to getting back "home" this weekend!

Thank you sir! Now I can sleep. I sometimes worry I'm a call away from executing a rescue mission! Looking forward to you getting back home.

10/29/13, 7:24 PM

Sorry to bug you again, there's so many things I think of after we talk. Are you opposed to us grabbing a pickup truck for the weapons transport? It will be a shared vehicle for us and Proof. Also, not to steal Rainey's thunder, but you've got some BIG things happening with Proof that will be a game changer for the company and the industry.

10/30/13, 11:15 AM

Let's go to the UFC on Nov. 16th in Vegas.

10/30/13, 4:52 PM



Looks great. Go ahead.

Text message
10/30/13, 5:08 PM

Ok, thanks!!

iMessage
10/31/13, 5:04 PM

Oooh buddy it's a zoo down here. You weren't kidding

11/1/13, 5:02 PM

Are you going out tonight?

11/1/13, 10:07 PM

Hope you get some rest tonight. You looked like you've had a busy week. Hopefully we can grab a drink tomorrow night after the party. I miss my buddy (not to sound gay)!! Lol

11/2/13, 10:25 AM

Mornin bud. I'm set up to meet with Kevin at 4pm at Casey's. I'll see u before that with Moose.

Perfect! I will be there to greet him and show him around with Jordan. Just let me know when/where you want to meet up.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 64 of 195

11/2/13, 12:24 PM

Call me when you are free. Heading to meet Moose.

11/2/13, 5:21 PM

I know it sucks having to fire people, but you're the absolute best boss on the planet and if someone can't succeed and not be a douche bag, then that's a failure on their part.

Really appreciate that buddy. Hey the girls are running behind, as usual, so apologies in advance to running a little late for your birthday.

I didn't know girls ran on time...ever!!

It's at your house right?

Yes

11/2/13, 10:29 PM

On our way.

11/3/13, 10:37 AM

Just got a call from Devin. Asking what the the plan is Kevin and Heidi came in and cleaned out there desks this morning and said there out. We have whole staff that is asking for some info I don't know what to tell the sense I had to here it from a bartender

WhT do you want me to do? I can go in there and talk to them and tell them the game plan and to hold patient.

11/3/13, 12:36 PM

Can you call me when you get a minute? Lucia just called me and I'm probably going to have to rally Moose and Jordan today to deal with some issues that just got brought to my attention.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 65 of 195

11/4/13, 12:04 AM

I know you're snoozing but I just let a 3 hour meeting with Lucia who was asked to speak on behalf of all the bartenders. Rest assured that after meeting with her you definitely are doing the right thing by firing Keven. In fact, you would be as shocked as I am that they are behind firing him 110 percent and even made preparations today after the word got out in hopes he wouldn't be back at all. They made copies of all the schedules, events on the calendar, etc. To quote her, "we want to make this work". Don't doubt your decision or worry that people Are going to say anything negative about Mike Goguen. You have to remember one of the roles I see myself as filling is being the "bad press" magnet to shield you from it and we played this right, down to the letter.

11/5/13, 2:01 PM

Hope your week is going well buddy.

11/5/13, 9:28 PM

Wanted to inject some good news. At Casey's with Jordan and all of the employees are really upbeat and positive about the change and want to do their part to make it work. They all love working here and for MG.
Type text here

Thanks buddy! I needed that.

I know this seems like a rough road because Keven is being a douche bag, but to be honest and blunt, they all recognize the issue and the 4 I just met with said they I'll do anything they can to make it work here and know the change is for the better.

11/6/13, 10:52 AM

Good morning sir! I forgot to ask, are you coming back home to MT this weekend?

11/6/13, 3:08 PM

Check your a Bruce Wayne device

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 66 of 195

I'm making a call now to the embassy

Do you know if they had a photocopy made of their passports?



11/7/13, 12:35 PM

The two rifles you had me drop off at Proof after your hunting trip are cleaned. They took them to confirm zero and the Kimber won't hold anything tighter than 4 inches. I want them to take it apart and check the rifle to see if it's the bedding which is what I suspect. All in all the Kimber rifles aren't all that great. Is that your rifle or Paul's?

11/9/13, 11:07 PM

I was thinking if you set up an account with NetJets for Amyntor and Proof before the holidays I will buy some time from you for our trip back to Heathers parents and my families for Christmas. I wasn't going to go back but have an uncle who will probably be his last one. Flying private would be about the only way we could hit both families and then get back here.

11/11/13, 6:11 PM

Mike Goguen deploys team from his company Amyntor Group to aid in rescue, recovery, and medical assistance to the typhoon victims. Food for thought.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 67 of 195

11/13/13, 1:19 PM

Philippine troops kill two rebels during attack on typhoon aid convoy | News | D
http://www.dw.de/philippine-troops-kill-two-rebels-during-attack-on-typhoon-aid-convoy/a-17221495

11/14/13, 8:55 PM

Anything you need me to do before you get into town tomorrow?

11/16/13, 8:17 AM

Buddy if u don't mind I need to push our meeting to this afternoon. Could we do either 1pm or 4pm? Since we'll be downtown for Casey's at 3, let's meet downtown somewhere. Thx

How about 4 after Casey's.

Sounds good.

11/16/13, 6:19 PM

And my offer to buy some of those hours for a personal trip during Christmas stands if you want to let your loyal number 2 guy buy them.

11/17/13, 7:47 PM

Moose needs office supplies and a couple of computers for Casey's. Does he have a way to pay for that or do you want me to buy it for him so he can get that stuff rolling?

11/19/13, 8:19 PM

Good evening sir- when/if you get 5 minutes this week I'd like to update you on the issue with Mark Munger. Met with Al and Jordan today and want to make sure you are up to speed if you get time.

11/21/13, 3:31 PM

Hope your week is going well buddy. Just wanted to say hey.

11/21/13, 5:27 PM

Still alive but totally underwater buddy. Dying for a break from the insanely over scheduled days I've been having. This weekend will be good, next week even better. The fam gang will be up in MT from tomorrow til a week from Sun. I'll be up this wknd, then back to CA sun night, then back up to WF late wed afternoon til sun night.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 68 of 195

11/22/13, 10:33 PM

Good to see you buddy!! Makes me really happy seeing you get off the plane and have a smile on your face and in good spirits.

11/23/13, 12:13 PM

Any Idea if you'll go out tonight?

11/24/13, 1:19 PM

Have a safe flight back buddy and a kick ass week at work. Looking forward to Thanksgiving!

You too buddy. Good luck in DC.

Thanks! I will keep you updated. Easy day.

11/26/13, 8:12 PM

I just finished an hour conversation digging in on General Frank Kearney and if I thought he was a good fit to recommend for a board seat on Proof. Without a doubt, as shitty as it looks in the press and how he was painted, he did the honorable and moral thing in both cases. Not a popular move with some SOF guys, but the decision I support and would have made given the details. It all goes back to the core principles we both are stuck on. I would sign off on him with zero hesitation but it's your call, you're the boss. And I really need an hour of your time, no distractions during this holiday break in MT. It's a personal issue and I need to talk to you about it when we are home. I hope you can work it in.

11/26/13, 10:45 PM

R u still up?

Disregard. If u were up I was gonna ask u for a quick preview of the "personal issue" to know what I had to worry about. We'll catch up tomorrow.

11/27/13, 6:16 AM

Nothing to worry about buddy. Just need some of your time. Not getting divorced, murdered, or deported!

11/27/13, 10:12 AM

I won't be there at 5 now buddy. Just got screwed because of a mechanical issue and stuck in Minneapolis. Won't get home now until after freaking midnight. Happy holidays from Delta.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 69 of 195

> Disregard. They held the flight.

11/27/13, 6:42 PM

Buddy, the thanksgiving festivities at the house start at 4pm tomorrow.

> Awesome! Thank you sir. Looking forward to it.

11/28/13, 11:30 AM

> Happy Thanksgiving sir!

11/28/13, 12:35 PM

Same to you buddy. Looking forward to spending the holiday today with you and your gang.

11/28/13, 7:42 PM

> Thanks a ton for having us up to spend the holiday with you and your family. It means a lot to me and Heather to be welcome.

11/29/13, 11:03 AM

> Out of professional respect for General Kearney, can we give him a confirmation for board seat on Proof? For what it's worth, I sign my name to him 110 percent.

Absolutely. Pass on my 100% approval to Pat as well.

> Will do sir. Not trying to be a pain in the ass, just know how to handle guys like that and we really need him in our corner to push certain things along.

11/29/13, 6:23 PM

> You home for the night?

> If you need me to come up and relieve Jordan for a bit it's no problem at all. I'm not doing anything and the girls will be baking stuff all night.

Really appreciate the offer buddy. We're good tho. Dominic seems to be doing better. Jordan went home. He's gonna make one more quick swing by later to check on the little guy, but he's not worried. Jordana and I are gonna have a stay home date night, starting with me finally gettin to see my first episode of Breaking Bad.

> Ok, don't hesitate to call if you need anything. 30 more minutes with my in-laws and I may end up at Casey's drinking!!! You will like Breaking Bad. I'm in mid-season 3 and it's getting really crazy! Enjoy your night.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 70 of 195

Messages - No Name



11/30/13, 3:01 PM

Running a few mins late buddy. Half way down my road

No problem. Meet me in Casey's. Coffee Traders is packed.

Rgr

I'm in the poker table area.

11/30/13, 6:52 PM

I think Huntley is going to meet us out for a drink later. Just FYI if Carolyn releases him!

11/30/13, 10:34 PM

R u comin out buddy? We're here

3 blocks away

Text message
12/1/13, 4:33 PM

I'm on my road with crappy coverage. I'll talk to you again before I take off.

iMessage
12/1/13, 4:33 PM

Ok, I will see you at the hangar.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 71 of 195

12/3/13, 1:02 PM

R u alive buddy? I need to get a few details from u in order to wrap up the company docs today.

I am alive, was on the phone with the insurance company. I'm in between phone conferences so you can call me if you are free.

12/3/13, 5:21 PM

Hey buddy- I want you to know how much it meant to me when you said that if I needed more tests ran to let you know and that you would take care of it. You may not even have realized you said it but things like that are part of the reason I would go to hell and back for you. Things like that are things I will never forget.

12/4/13, 4:20 PM

Trying to determine what amount you are going to push in the account for how the account is created.

I'd keep it pretty simple buddy. Assume it's an account you'll need to write checks out of, but that probably won't hold enough of a huge balance for long enough periods of time where you'll have to worry about generating higher interest on it (since rates are in the toilet anyway).

Sounds good. Wanted to check. They are being a pain in the ass anyway.

12/5/13, 3:40 PM

Hope your week is going well buddy.

12/5/13, 6:27 PM

For clarification because honestly I got consumed in your stories. I don't think snow tires will help Keegan's cause but I wasn't asking you to ok a car. I didn't want to seem like I was being partial to her.

12/6/13, 1:59 PM

Hey buddy- I just sent you an email regarding expenses and outstanding bills we have. Confirm you got it when you get time.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 72 of 195

12/6/13, 8:50 PM

A little bit of a 911 on Casey's. Moose just called me shitting bricks. Apparently there is water pouring in the building from the roof. Maintenance guys are there and can't find where it's all coming from. They also said Keven refused to have any maintenance done on the heating systems/vents, etc. Moose thinks he may have to shut down the club if they can't get it under control. I'm going to go down and get eyes on so I know exactly what's going on.

Definitely shut it down if u guys have to. Get joe hill up there if possible too. Jordan has his number.

I went in and checked it. They have the leaks stopped but there is definitely water damage in a few places. I have Moose Wally and Joe's number and told him he needed to get Joe in there to check out the extent of damage. It leaked all the way from the roof down to the main floor.

12/7/13, 10:54 PM

Officially 0 degrees air temp. You're missing out!!

12/8/13, 3:05 PM

Hope your weekend went well buddy. Just wanted to give you a heads up that I will be flying back to Indiana on the 21st and back the 26th. Have an uncle who is ill and will likely be his last Christmas. Trying to coordinate travel plans now. Wanted to clear it with you before I do.

12/11/13, 1:03 PM

Hey buddy. Hope you're havin a good day. How much would be helpful to wire into your personal account today? What's the rough total of all the outstanding work related expenses you need to write checks for?

Hey- week is going well, thanks for asking. To pay the SAFE invoice, Stafford Media, ChemDry, and the plumber for 250 water issue, the total comes to $17,696.13. If you put in a little additional, I will stock up location X with items that you may want/need.

12/12/13, 11:17 AM

Hey buddy- hope your morning has gone well thus far. Do you want me to hold off on paying those invoices?

12/12/13, 4:57 PM

Funds went in the account sir.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 73 of 195

12/13/13, 7:08 PM

Are yu staying in tonight or can I steal you for a bit?

12/14/13, 11:08 AM



Picture of Chris Duke on the right.

12/14/13, 6:22 PM

Hey buddy, we're still coming to your party but running late. Jordana's takin a while. :/ We should be there around 7.

No worries. The pilots just got here.

12/14/13, 10:42 PM

Did you make it to Casey's?

Yup. I'm here with Moose.

On my way

12/15/13, 10:48 AM

Matt, let's meet at 530 at the jet center before I take off to talk about Frank, etc. It's just me flying so we can meet as long as we need to.

Diane, I can meet u downtown a bit after 2. Maybe Coffee Traders?

Sounds perfect

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 74 of 195

12/15/13, 9:55 PM

I will need to get the tail number before I can plan some of th other items on the to do list.

12/16/13, 12:35 AM

Bud, you're probably sleeping but remind me exactly when u wan to take off tomorrow? I couldn't remember whether u said 10 or 11. I might need to make it 11 since I'm making the reservations so late. Also, send me the full names of the passengers. They usually email the tail number a few hours before the flight.

Ok the reservation is all set for 11am tomorrow (mon). I assumed 3 passengers: you, Sean and Jordan? Lmk in the morning if that's correct, and remind me of Sean's last name.

12/16/13, 8:01 AM

Shawn Lewis, Jordan White, Matt Marshall

12/16/13, 9:10 AM

Thanks buddy. Also need your DOB since you're the lead passenger. Thx

Thx

10/18/1970

Tail number is N712FL.   Apparently they also need Sean's DOB.

06/03/1971

Great. They're all set now. They told me takeoff time might be closer to 11:15/11:20 due to a slight delay.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 75 of 195



12/16/13, 1:07 PM

Boots on the ground.

12/16/13, 4:25 PM

I just sent Jordan an important email. Have him share it with you.

Doing it now.

I need to be traveling with you right now. This guy seems to be coming undone at the seams.

Rgr.

Do you want me to get on the plane with you today? I'd prefer to but don't want to force the issue. I think shit is heading south with this guy.

Yes, hop on.

Ok. See you at the plane.

12/17/13, 9:29 AM

I'll be down in 5

Rgr

12/18/13, 11:52 AM

Can you send me the address for Sequoia?

12/18/13, 3:08 PM

Moose and Dave O want to know if you can put Jamie Foxx up in the lake house or somewhere over New Years Eve? Too funny.

12/18/13, 5:23 PM

Matt, the BofA phone number to call is: 8774514602

Got it. Thanks!

I know you are driving but I just called that number at BoA and they said they have to speak to you as the primary cardholder. I told them you did speak to them and noted for me to have authorization to add an authorized card user. She eloquently told me I was a moron, they never spoke to you, and as of right now I can't add, remove, or authorize a single thing.

12/19/13, 8:47 AM

Are you alive?

12/20/13, 11:19 AM

Good afternoon buddy- if you get a few minutes, can you call Bank of America and square away the Two Bear Security account so I can deal with it here forward. I don't want them bothering you with silly stuff like adding Keegan. I'm trying to tie up all my loose ends before I leave for a torturous Christmas with family.

Try them again buddy. They called me again late yesterday about some charges on Sean's card and I went thru the process to authorize you as the main man. Before we hung up they assured me u were gtg. Lmk if they still give u problems.

Thank you sir! I'm pretty sure you have enough stuff to deal with already.

12/20/13, 4:21 PM

How long will you be at 250? I'm going to get the key now.

12/21/13, 2:19 PM

You good to go?

Haven't had privacy to check yet but I'm sure I'll be set. Thx bud!

12/23/13, 10:02 AM

Did your parents make it safe?

Yup. Hey we really missed you and your gang at the two bear Xmas party yesterday. I was pretty blown away by what a great job Moose, Brittany and Jordan did in putting it all together.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 77 of 195

We missed being there. I'm glad things went well and next year we won't miss it. I know they put a lot of time and effort into planning it. Hope you are well and I have to admit, I miss being home in Montana.

Text message
12/23/13, 2:04 PM



I know it's mean to laugh when your wife gets a concussion, but I have to admit I laughed when I saw this video. Good times!!

iMessage
12/23/13, 2:07 PM

Hey buddy- if you put money in the business account, give me a heads up so I can track to see if the online tracking is working the way I set it up. Hope your day is going well!!

12/24/13, 5:02 PM

How's it going buddy?

12/25/13, 7:23 AM

Merry Christmas Mike! I hope you have an amazing day with your family.

12/25/13, 11:44 AM



12/25/13, 1:18 PM

Damn, I leave town and Jordan lets you get injured! I'm gonna kick his butt!!! Lol...I guess I need to add knife fighting skills to your training!!! Ironically, as good as it has been to see family, I'm ready to get home to MT. I don't think I've ever felt that way about any place I've ever lived. Hope you guys enjoy the rest of the day.

12/25/13, 2:58 PM

Is that dinner with the Senator Friday?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 78 of 195

Yup. They'll be here at 7pm. Can u guys still make it?

As long as we don't have some travel issue getting out of here or flight cancellations. I will do everything I can for us to be there. Plus I'd like to see you!

12/26/13, 10:45 AM

How's the wound from the one man knife fight?

Not bad. I probably could've used a stitch or two cuz it opens up pretty easy. It's looking good tho. No redness. Fucker was narrow but deep. I have a few butterfly bandages on it & it's gtg. When do u guys get back?

Keep it clean and keep those butterfly bandages on it. I've got medical grade superglue in my med kit if we need to close it. We get back tonight at midnight because of the retarded flight schedules into. Kalispell now. In praying we don't get stranded in Minnesota during our connection.

12/26/13, 5:00 PM

What's the Senator's name so I can do some research while I'm in the air.

Rob Portman of Ohio. Seems like a very good guy.

Ok, good! Wasn't sure what his name was and didn't want to walk in blind.

12/27/13, 4:59 PM

Don't laugh, but what are you wearing tonight?

12/28/13, 12:34 AM

Good to go?

Yup. All tucked in. C u 2morrow

Ok. Makes me nervous when I'm not spooning with you and I don't know you are safe!!

12/28/13, 6:43 PM

We hired a caterer so there will be plenty of food here.

12/28/13, 7:50 PM

Hey buddy, I had to eat with the family gang but I'll be headin solo to your place in a few mins.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 79 of 195

Ok, good!!

12/29/13, 11:57 AM

Thanks for coming to the party last night. Sorry we didn't make it out to Casey's. I had to start tossing people out of here at almost 3 a.m.

12/29/13, 3:53 PM

Any chance we can meet for a hour or so this coming week buddy?

Cody

And the girl is Michaela. Meet tomorrow afternoon? And do you want to do some shooting this week. I need a tune up and would like to see you running the gun.

12/29/13, 6:17 PM

Try: Kody Lewis(Santiago)

Amanda's giving up. See if u can get Shawn to text a family pic, or a pic or the twins. Amanda's curious about meeting the daughter sometime too.

I searched him and he came right up. I will try and get a pic.



12/30/13, 3:25 PM

I'm going to be a few minutes late. Slow going on your road.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 80 of 195

12/31/13, 12:28 PM



12/31/13, 6:36 PM

Hey buddy- shoot me a text when you're getting ready to leave your house. Not sure what you're wearing but I will be dressed up minus a tie.

12/31/13, 9:39 PM

Leaving my house now

Ok, meet you there.

You close?

1/3/14, 7:16 PM

Hey Mike- don't murder me but that end of year sheet I gave did not have April Elmer on it. She is our contract initiation and compliance chick that I stole from Raytheon. She is about to become very instrumental.

1/4/14, 5:05 PM

Hey buddy- I was thinking about your flight back tomorrow and the delicate state that Jordana is in. Not that I'm an OB Doctor but if she were to get into distress I don't mind making the flight with you guys so you at least have a medical person onboard in the event something happens.

1/4/14, 9:52 PM

Am I a one man Army tonight?

I'm on my way now. See u soon

Ok.

I am still getting dressed.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 81 of 195

1/5/14, 8:42 PM

Now I have someone fucking with me too. The security gate wasn't working today and when Glenn went by to look at it, the box was taken apart and the wires were cut. Glenn called Shawn because I was away and he's got the girls on lockdown. He said there are footprints from the road, to the box that was tampered with, and all around the perimeter of the house.

1/5/14, 10:52 PM

That is super disturbing buddy. It sounds strange to say this, but hopefully it was just some random would-be burglar.

I hope so. I told Shawn not to give Heather any details until I got home. That's one spot I need a camera that I don't have one.

Feel free to blanket that place in the best cameras - infrared thermal whatever.

It makes me uptight spending your money if you haven't noticed! I am going to have to do something though because when people screw with where my family is, it makes me click into Sociopath mode.

Understood. I'll check in with u tomorrow. Lock down tight tonight.

Will do. Thanks buddy. Get some rest!

1/6/14, 7:34 PM

You ok if I take Duke up to see the property around the big house?

Absolutely.

Ok, thanks buddy.

1/6/14, 9:21 PM

Chris Duke and his wife are onboard 110 percent!

1/7/14, 1:46 PM

You doing alright buddy

The main house is in complete disarray and probably won't be I good shape for this weekend. Do you want to stay at the lake house?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when
extracted: 8/28/21, 11:12 AM

Page 82 of 195

My master bedroom was supposed to be trashed but the rest of the house should be fine, especially the boy's rooms, the family room, etc. pls confirm. I planned to stay downstairs in what we call the "hunter's room" (where my older bro usually stays).

I'm going to do a walk thru with BJ and make sure it's safe for the boys. Honestly, there is stuff everywhere right now that could hurt the boys.

The house will be good to go for you and Jayden plus nanny.

1/7/14, 5:45 PM

Thx

Help me out so I don't send an incorrect email to Christie about bonuses. Did you tell me 18 percent and not pro-rated? Or 18 thousand? Concerning me.

18k, not pro rated

Ok! I feel like a moron for asking but I feel a bit scatter brained today with everything I have going on. Thanks!

1/8/14, 11:45 AM



444 Armory Road Whitefish. The attached picture is from my back deck so you have an idea on proximity.

1/8/14, 2:00 PM

Departure time on Sunday for us will be 3:00 PM

1/9/14, 8:10 PM

Hey buddy- just checking in to see how Jordana is doing. And if you will be arriving with Jayden at the regular time tomorrow.

1/10/14, 12:31 PM

Hey Mike- if you get a break today, can you wire the money to pay off Deena at Piney Creek for 122? She's text me twice and called Keegan a couple of times.

1/10/14, 4:57 PM

Hey buddy. I missed the 2pm wiring deadline for today by the time I had a free minute. Remind me of the amount and I'll set the wire up this weekend to trigger Monday. On the good news front, I have that 134 Farm to Market house for Duke locked up at $440k. The one near you on Armory is listed on Trulia at $699k so I'd rather stick with this one for now.

Of course. I don't know why I thought the listing for Armory was much less than that. ANY place is more than generous so please remember that. These guys won't forget how you've taken care of them and neither will I. The final payment due for Deena is $38,927.62 which as crazy as it sounds, is 4 grand cheaper than her initial quote. I think she gave me a break because of Keegan and the hopes of future business.

Are you staying in tonight when you land?

1/10/14, 6:46 PM

See you when you land!

1/11/14, 8:59 AM

What time is Jayden's ski lesson?

1/11/14, 10:04 AM

Sorry buddy I just saw your msg. Jayden's lesson is from 10-12. We're up at the mountain now.

1/11/14, 11:16 AM

I was going to come up and watch but got caught on the phone.

Only time I can go see Lone Survivor today is the 3:50 showing. Frank lands at 7:35 pm and I need to be there to pick him up.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 84 of 195

Messages - No Name

1/11/14, 1:59 PM

I bought us a coupla tickets for the movie on fandango. See u there btwn 320-330.

Sounds great!

1/11/14, 6:26 PM

Hard to see a movie like that. Makes me glad I'm going to walk in the door, hug my wife and daughter, and be thankful to be alive.

That was beyond intense for me. I can only imagine how close to home it hit for you.

1/11/14, 10:31 PM

We are leaving my house now. We won't be out long, Frank is beat.

I'm across the street getting a hot dog

1/12/14, 11:18 AM

We gratefully accept the offer and generosity from both Mike and yourself. Things like this do not happen to people like us.

Please extend my sincere gratitude to Mike, until I have the opportunity to shake the mans hand and personally thank him.

This just came in from Chris Duke.

1/12/14, 5:19 PM

Made it to Shot. Can't tell you how much appreciated the jet was and I hope you know I don't feel entitled to that perk. But it is pretty damn cool flying into Vegas on a private jet.

1/13/14, 10:56 AM

Hey buddy- wanted to remind you about the funds for Deena. I'm going to have Keegan drop the check off this week.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 85 of 195

1/19/14, 2:46 PM

GOGUEN HOLDING GLOCK



Reference point.

1/19/14, 3:58 PM

Next door with the boys and Keegan if you haven't left the Red Caboose yet.

1/19/14, 5:24 PM

Hey Mike- just wanted to tell you thank you for the way you handled the money talk last night. You know it's awkward and especially awkward telling your best buddy something like that. You never cease to amaze me with your graciousness and ability to make a tough situation better. I hope you know how much I appreciate you and your friendship.

1/21/14, 6:31 PM

Hey buddy- made it to VA Beach with Rainey. Wild ass plane ride and I thought we were going to drop out of the sky. Saw there was a deposit in the account today. I don't think thank you is enough but thank you. You're a great friend and a good man. Once I recover from carrying everyone and the medical expenses I should be gtg at some point. Thanks for helping me out with my snafu on the bonuses for the employees. Valuable lesson!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 86 of 195

1/22/14, 1:04 PM



You didn't get to see this but here is the truck that you approved for me to get. It looks awesome and the wrap looks like carbon fiber in person. Money well spent from a marketing standpoint.

1/22/14, 3:56 PM

Sorry I missed your call. I was getting ready for the meeting with John Clements and Rainey.

No worries. Just calling to catch up. Good luck with JC.

1/22/14, 6:39 PM

Still making the sale?

Yes sir!!! Feeding him steak and booze!!! He's leaning heavy in our direction.

Awesome.

Figuring out dates to bring his family to Montana.

1/24/14, 12:30 PM

Hey Mike- are you coming back to MT tonight? I'm trying to score brownie points with Heather so I'm taking her on a date tonight. Won't be at the hangar tonight but would like for you and I to grab some drinks tomorrow night.

1/24/14, 5:18 PM

Hope you're alive and well buddy.

1/24/14, 6:25 PM

Alive and well buddy. Tried calling u yesterday but I think u were flying. Looking forward to going out 2morrow night. Taking off now for great north.

Ok, safe travels. Looking forward to tomorrow night as well!!!

1/25/14, 12:06 PM

Did. Jayden make it to his ski lesson?

Yup & he did great!

Awesome!

1/26/14, 6:28 PM

John Clements just sent me a text and he's onboard. I guess me going last week with to give the sales pitch helped convince him. Check one for the home team.

1/27/14, 9:17 AM

Sorry for the delayed Congrats buddy, but CONGRATS! That's awesome news!! Can't wait to hear more about it. I'm in a all day Monday meeting that will be be more grueling than usual - it's our semi-annual review where we go through every one of our current companies (several hundred) one by one. :/

1/27/14, 11:00 AM

Thank you sir!! Good luck, sounds brutal.

1/28/14, 12:28 PM

Hello buddy- if Karen V. gets back to you let me know what she says. I feel like I have a huge black cloud looking over me right now. Hope your day is going well.

1/29/14, 10:39 AM

I was out running in the snow. I have brought shrinkage to a whole new level!!!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 88 of 195

1/29/14, 12:25 PM



Final branding.

F*in love it buddy!! That is so cool that it actually brightened my day, and you know what a feat that was!

I'm very happy with it. It took a lot of back and forth to hermit to where my vision was but they got it!!! Was hoping you'd think it was cool.

Sir- do we have any idea what day the Dukes will be able to move into the house you bought? Trying to make a plan to get it painted and cleaned up for their arrival.

1/29/14, 7:00 PM

Keep your chin up and your spirits high!

1/30/14, 5:21 PM

Let me know if there is ANYTHING at all you need me to do.

1/31/14, 12:46 PM

Hey buddy- what day is Jordana scheduled for the c-section?

On track for tomorrow morning, 10am PST. I'm looking forward to post birth time!

Need me to do anything?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 89 of 195

Ok, I'm worried about you buddy. Keep me in the loop. This keeps up I'm going to have to start using Just for Men on my goatee.

2/1/14, 8:54 PM

How your night going?



Good buddy. Just trying to get psyched about spending the next 3 nights on a couch in Jordana's hospital room with a noisy ventilation system blasting down on me 24/7.

Damn, that is definitely not the Ritz Carlton. Big props for touching it out though and staying with her. Is the baby girl doing ok?

2/3/14, 7:20 PM

Hope you got some rest this weekend buddy.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 90 of 195

2/4/14, 8:56 AM



Hey buddy, sorry for being out of touch. All good on this end. I even caught Lila in her first smile (though I think it was just gas;).

Lol...she's beautiful.

2/5/14, 6:56 PM

Hey buddy- just wanted to let you know I sent you an email last night so you knew Karen V. reached out to me. I know you get a zillion emails a day and wanted to text you in case it was buried. Hope all is well with you. Been an outbreak of Whooping Cough here in the area. Maddy tested positive today so we are all on antibiotics.

2/6/14, 8:43 PM

Dave O just hit me up asking me to have you check his text. Just FYI.

2/7/14, 9:30 PM

Glad to see you made it safely. I'm not going to come in since I'm on my last day of the antibiotic and don't want to take the smallest risk with this whooping cough. Let me know of you need anything, I will be up and maybe out and about and will technically be all clear tomorrow.

2/8/14, 1:30 PM

Are you taking the boys down to winter carnival?

Yup. We'll start driving down at 240 or so & will head to Casey's. How bout you?

We are leaving exactly at the same time. See you at Casey's!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 91 of 195

2/8/14, 6:47 PM

Hope you're having a good night thus far. I'm going to pester you tonight about getting the ball rolling on me being the trustee for the girls in the event something happens to you.

Text message
2/9/14, 1:36 AM

Not to sound like a pain, but a text when you get somewhere safe would help me sleep.

iMessage
2/9/14, 2:54 PM

What time are you taking off buddy?

2/11/14, 6:58 PM

Hey buddy- I know you have a lot going on now with the new baby, work, and the other shit, but I don't want to lose focus on what we talked about regarding Katrina and Amanda and making sure we have a backup plan in the event something were to happen to you. I don't want to wait and not press this because I know you'd make sure my girls are taken care of and I need to make sure hours will be. Neither of us should take being alive as a guarantee.

And don't ignore me!!!! Lol

2/13/14, 9:56 AM



Judah M. Gersh.vcf

Regarding all of the discrete property purchases for Amyntor Group, including the Farm to Market house. I just spoke to him so he's expecting your call.

waiting on Heather at the tanning bed in Kalispell. When he went into tan she start chatting with me, just small talk, I had put 2 and 2 together because I had seen a picture of her at one point and he had on a SI Defense hat. Guy was pretty dorky and I wish I would have taken a picture of how he was dressed. Funny stuff.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 92 of 195

2/14/14, 11:40 AM

I know it would sound gay to tell you Happy Valentines Day!!! Haha....😡😘

2/16/14, 2:45 PM

How are things going buddy?



Good buddy. Having a relaxing wknd at home. Actually I'm neck deep in a home project. I'm tearing out all the over complicated & expensive A/V crap that high end integrator firms are still pushing at guys like me for a few hundred $k when Apple TV and Sonos at a few thousand bucks can be installed by a dummy (like me;) and it's just as good. (We couldn't turn on our damn TV and the firm we used wanted $80k to redo the system to fix it). Hope you're having a great one up in MT. Post my demolition. ;)

That's awesome!!! You need a good home project like that. Lord knows you've got the brain power to do it. And you're right, Apple and Sonos are as good and more reliable than all the high end stuff. And I had to read that figure twice. 80k should get them a punch in the face. Enjoy your family time!

2/19/14, 10:14 AM

Are you having some kind of sweet 16 party for Amanda?

2/19/14, 6:05 PM

I have a flat tire.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 93 of 195

2/20/14, 5:13 PM

Please jump up and choke this guy unconscious.

2/20/14, 6:14 PM

You did absolutely awesome buddy!!!! Wish I would have brought Heather with me. Definitely kicked ass!!!!

2/21/14, 4:40 PM

Need me to grab anything when I come up to the house buddy?

2/22/14, 12:09 PM

You alright Bud?

Fever and a killer migraine but I'm pretty sure I'll live. I'm in my study with about 3 sweatshirts on. I'll take the board call from here.

Do you need me to bring you anything later? Just let me know and I will roll up there.

2/22/14, 3:16 PM

How do you feel?

I was yakking my brains out a few of those times I was on mute, but other than that I'm all good. I'm thinking it was more the killer migraine than a cold / flu, cuz when I get a migraine this bad it wacks out everything including my body's perception of temperature (just like a high fever would). The migraine's down to about the 25% level now.

Do you need anything? We just wrapped up here.

Thanks buddy but I'm good. Hopefully I'll be better by tomorrow.

Ok. Let me know of you need anything. Not sure what you have going on tomorrow but I'd like to shoot. Maybe grab your ear on 2 things, 30 mins max.

2/22/14, 7:16 PM

Hey buddy- hope you're feeling better. I forgot to ask you with the hustle and bustle of the meeting if you got the email from Sean Averill about Kwamme(sp?) property?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 94 of 195

I did, and I want to grab but wanted to talk to u first. 1200 acres adjoining shooting star. Could be the beginning of a super cool complex for Amyntor. Kvamme was asking 9m now he's asking 5 point something. Let's talk about it tomorrow.

That's a pretty steep drop in price. 1200 acres would be awesome to have access to for training and anonymity but you're the real estate mogul. I want you to do what fits best with your plans and I will plan my operations around that. Definitely would like to get your thoughts on it. One thing I might need for Amyntor is a small cash infusion to allow us to bid on a few of these govt. contracts that require us to have "x" amount of dollars in the bank to show the ability to support the contract. Not stuff I have to have and depends on your cash flow.

2/22/14, 11:09 PM



How are you feeling buddy? Just checking on you. Me and Heather stopped in Casey's for a quick drink. Had dinner earlier with your pilots, all good with them. Here's a pic of Mike P's little guy.

2/23/14, 11:16 AM

Mornin buddy. Well the good news is that I feel a lot better, but the bad news is that Jordana is pressuring me like crazy to come home early. So, my schedule is pretty sucky. I'm doing Sequoia work now, then have to meet Larry the scientist from 1-2, then I'm flying out at 3. If it worked for u we could meet at the hanger at 220/230 and take as long as we need.

Sounds good.

2/23/14, 2:28 PM

I'm at the hangar so when you get here I will only need 20 mins or so.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 95 of 195

2/25/14, 6:05 PM

We need to talk about the new property on Farm to Market. Did a walk thru today and I'm going to need a budget to get that place move in ready. It's a total disaster and needs some work to get it up to par for the Duke family.

2/26/14, 11:10 AM

Hope you're having a good week buddy!

2/26/14, 9:13 PM

Good week so far👍 or no👎

2/28/14, 7:58 AM

Hey buddy. I just saw on yahoo weather that's it's been snowing forever up there. Can u make sure we can in the driveway at 122? If u need to send someone down there make sure they're done & gone by 2. Thx brother

2/28/14, 9:20 AM

Doing it now.

3/3/14, 11:50 AM



Sweet carpet at the new place in Farm to Market.

3/3/14, 12:51 PM

Email sent you need to read when time allows.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 96 of 195

3/3/14, 2:43 PM

Can I hitch a ride back with you on Friday from San Jose?

3/5/14, 6:35 PM

Hope your day is better today buddy.

3/6/14, 10:50 AM

R u alive buddy? I've tried calling last night & this mornin

Yes sir. I'm with these people doing the assessment for Amyntor. I suffered a MG episode last night and got a terrible headache which had me in bed super early. I feel much better today.

3/7/14, 9:41 AM

Happy Birthday brother!!!! Hope it's a great day!! Remember, it's just a number and nothing that should get you down. You're the civilian version of a Tier One Ninja and still pull off super human feats!!! Focus on that!

3/7/14, 9:26 PM

Just got on my last flight brother. How is your night going?

3/8/14, 2:17 PM

Just wanted to give a quick update: spent an hour on the phone with Brian Kelly today about the Rainey issue. I have a plan of action that I think will solve a lot of our issues and fix Pat. I am meeting with Pat tomorrow and will lay out the plan and how we salvage the ship and keep Proof moving forward. I will also be meeting with Cyrus and the HR lady Monday.

3/8/14, 11:02 PM

Firing you an email with my discussion points with Rainey so you are armed with what is discussed. I will leave the Shooting Star phase to you if you choose to move forward with that. I agree with you on the move and putting Huntley and Carolyn in there for the record. Also, John Clements and his family are arriving here tomorrow at 2 PM so I have to work that into my plan.

3/9/14, 10:27 AM

What time is (was?) your meeting with PR? If u had it already call me with a quick debrief when u get a chance.

Still waiting on him to call with a time. He had his daughter here until this a.m.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 97 of 195

1230 at Proof

Thx

Do you want me to coordinate a meet with you and Rainey?

3/9/14, 1:25 PM

Finished with Pat, do you want to talk to him before you leave?

I'll call u in 5 mins

Txt me when u can talk

Ok. Maybe 15 because I'm at the airport picking up John Clements and his family.

Will do.

I'm free

Grabbing a coffee. Call u in 15.

Rgr

3/10/14, 9:40 AM

Good morning Mike! Wanted to say thanks for this check that Christie sent to pay off the jokers at the IRS. Thank you doesn't seem to be enough. You never cease to amaze me with your kindness and generosity. I owe you big time. Also, I hope you're happy with how I've handled the Rainey issue. Not an easy position to be in but I know it's necessary. Have a great week!

3/11/14, 5:06 PM

Hey buddy, hope your week is going well so far. Things good here, just busy. I am sending you a short email, but have something pressing I need to get a response on. I'm meeting with KK tomorrow and need to know where this cap table is going to be set so I am armed with all of the pertinent information to lay out left and right lateral limits for him. I know Rainey has been driving you nuts about this as well. What day are you flying in this week?

3/12/14, 2:20 PM

Doesn't have to be anything but a "I'm Alive" text. I know you're busy but I worry about you just like you worry about me.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 98 of 195

Tried to call a few times during breaks but it rolled straight into vm. I'm definitely alive. Just enduring an all week meeting up in SF with all of global sequoia & our investors. Everything in your email looked great, including pulling the trigger on that condo. Tell Rainey I played with a lot of math but couldn't come up with a way to get much closer to 80% without making things massively more complex & painful. So, tell him we can go ahead with option 1 1/2 ;), which is where KK ends up at 3.5 and WF Frontiers ends up around 73%. Thx buddy

Thank you sir. Will tighten that up with Rainey. Also, condo is ready to go so I will make an offer on it today. Appreciate the text and knowing you're alive and well.

And I owe you big time. I just left the IRS office and am officially tax debt free!!! That lien will drop off in 30 days or less and I should never have a tax issue again. Thanks a ton brother.

3/14/14, 10:24 PM

At the northern

Ok

3/15/14, 9:31 PM

We have to talk about Larry.

3/16/14, 1:24 AM

Happy Birthday brother. You've lived 20 lifetimes and we are going to live 20 more together!!! That is obviously meant in a non-homo context!!! Haha.  Glad I'm a part of your life and it's been a pleasure this first official year being your "right hand man". I embrace and welcome the future.

3/18/14, 10:54 AM

Read below what Jordan was kind enough to send me last night. He's now getting in very dangerous ground with me. Do you have his vitals so I can run him through the counter terror database we use? Jordan is trying to get it from Jimmy. Not that you need more shit to deal with, but his pathology and delusions are potentially putting me and the group in a bad position.

Speaking of "Q"!!!! Just got this from him.......

"Subject: Matt Marshall
Jordan; Mike had asked me to connect with him so Lisa and I did during the party. I was interested in your thoughts on Matt? Mike told me he met Matt through the person that did his video tribute who I saw you were speaking with too."

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 99 of 195

3/18/14, 7:26 PM

Meeting went as expected with KK. Everything working according to plan. I'm meeting with employees Monday to change the outlook and know you are very interested in the company being successful and a great place to work. I'm honing my diplomacy skills!

3/19/14, 1:23 PM

Can't talk right now...what's up?

I guess I might have butt dialed you.

3/20/14, 8:28 PM

I guess me and crazy Larry are best buds now. He's been texting me all damn day. Driving my bonkers. I liked it better when he hated me!!! Lol

3/21/14, 12:18 PM

Tied up today with the award presentation, but can we touch base tomorrow on Proof? There has been a lot of various issues going down this past week and I might need to lay a heavy hand on some of these people with your approval.

3/21/14, 7:47 PM

Hey brother- thanks for the kind message. Will buzz you tomorrow when I can talk and am not as likely to be electronically eavesdropped on!!! Lol kind of surreal being back here but makes me even more thankful my life is in WF and my future is detached from the 3 ring circus that I called my life.  Thanks for making that possible for me and the girls.

3/21/14, 10:45 PM

This just came to me. Obviously he's not as sharp or in the box as he pretended to be when I met with him. Option 1- You deal wth him. Option 2- I tell him to either shit money and be a source of funding or shut the fuck up and be glad he has anything since you've been the one to put in ALL of the money in.

From KK- Hi Matt.  I just saw the email from will d and I noticed that half of my shares are gone and Pat has double what I do all of the sudden. Who can I talk with on that?  Thx

3/22/14, 2:21 PM

Will you be free for a call later this evening? I'm going to be tied up during the day/afternoon but need to talk to you about all the issues at Proof.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 100 of 195

3/23/14, 12:57 PM

Good afternoon sir- I will call you later in the day if you are free. I'm not sure if you remembered that me and Heather were stopping in Vegas on the way home from the East coast yesterday. Just did last night to celebrate. We ended up hanging out with Chuck Liddell and his wife all night thanks to Dave O.

3/23/14, 6:31 PM

Hey buddy- I forgot when I called but it's time to wire the funds for the place there in WF for John Clements. They are requesting the 3k earnest money this week.

3/24/14, 9:15 PM

Just left the meeting with the Proof employees. Much worse than I thought. Honestly see no options other than to give Pat and Cyrus both their walking papers. When I say things are bad, I mean dire straits bad. You are going to truly be upset when you hear some of the shit that has been and is going on. I have zero respect for Pat and Cyrus at this point.

3/26/14, 7:06 PM

Hey brother- do you mind if I use the range up at your house? I'm teaching a 2 day course on performance on demand and combat gun fighting in Texas and need to tighten up my shooting. I'm teaching AR and pistol and there's no range around here that I can do that kind of gun work.

Absolutely buddy. Sorry I've been out of touch btw. Long week already. Send me another email with exact cash requests again and I'll send a wire tomorrow. I'll call u to catch up on the proof mess tomorrow too. Thx

I know you're busy. Just trying to make sure things run to your standards.

3/27/14, 10:16 AM

If you're still free, buzz me.

3/27/14, 11:37 AM

Fidelity Title just called me and the earnest money is due today. I will pay it and just wire the money when you get time.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 101 of 195

3/27/14, 1:42 PM

I know I'm probably driving you nuts too but Moose is blowing me up about getting your signature for the limited POA. Can you sign it or ok me to sign it? Maybe a bit in the gray area but anything to get it done.

3/28/14, 12:52 PM

Your voicemail won't play. I'm free now. Was in a meeting with the alarm guys for the office.

3/28/14, 2:35 PM

I just sent you an email per your request on the house for my cousin.

3/28/14, 4:04 PM

Two things: Talked to Brian Kelly and he is completely onboard with us. He agreed it's unacceptable and feels bad for seeing the signs of their behavior and not bringing it up. Will have the numbers for David and Jason by tomorrow. Also, sent you an email regarding the house for my cousin. Safe travels!



David Curliss.vcf

3/28/14, 9:04 PM

Have a great weekend with your girls brother!!! I'm glad Katrina went!!!

3/31/14, 1:38 PM

I haven't used it yet but would like to utilize the jet hours for a trip to Vegas. Me and Frank are being interviewed for a tv series on Thursday, doing an interview for a potential security detail Thursday evening, and will be doing a shooting/performance on demand demo Friday. Will require me to take weapons. I'm taking all 4 guys with me for the detail interview. Wanted to get your ok before I book anything since it involves us going to Vegas. This is all stuff to push along Amyntor.

4/1/14, 6:58 PM

In order to secure John Clements from SEAL Team 6, the cash we threw at him after negotiating it down, was 225k. We started at 195 which was based off our early retirement

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 102 of 195

Claculations, he came back at 395k, and I have him at 225. We need to firm this up in the next 24 hours with at least a commitment to him or we will lose him to Remington or Sig, who are already courting him now that word is out he's leaving the command. If PROOF is going to take the next big step, he's integral in that move.

And just so I get this off my chest, this is a perfect example of how shitty of a leader Rainey is. I'm communicating things to you that he, as the CEO, should be discussing with you. He's shady as spineless and uses people(me) to try and get what he wants. It's a long standing and common theme with him and I'm actually over it. As if I'm such a dumbass that I don't realize he's using me. Rant over!

4/1/14, 10:23 PM

Sorry, I know you hate texts like that.

4/2/14, 10:03 AM

Hey buddy- I'm getting these messages from Rainey. 3 in the last 12 hours. "Morning Sir! Any luck last night with a response from MG?"

4/2/14, 10:47 PM



4/3/14, 10:53 AM

How's the trip buddy? You guys all surviving?

Everything is great. Pretty tame night since we have the meetings today.

4/4/14, 5:22 PM

Any idea what time you are landing tonight buddy?

4/4/14, 6:47 PM

Taking off now buddy. We'll land in an hour and 45 or so. Up for a drink tonight?

Yes sir!!!

4/5/14, 7:19 PM

Talked to Katrina and think I have everything worked out for me except the air travel. Hope your meetings went well today. Let me know if you are still planning on having some drinks tonight.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 103 of 195

Yup, I'll definitely be joining you out tonight. Mtgs went super well, especially with the CEO candidate. I think we hit the jackpot. I'll tell you why when I see you.

Ok, sounds good.

4/5/14, 9:06 PM

Any idea what time you are heading to Casey's?

I'm stuck doing some sequoia work so it may be a little later than last night. I'm currently shooting for 10:30.

Ok. We will head down there at 10:30 and just wait on you.

4/5/14, 10:45 PM

Running late buddy but still coming. Start the drinking process.

Yes sir. We are already hitting it. Keegan is here drinking too.

Almost there

We are upstairs.

4/6/14, 10:27 AM

Bud let's push it to 1130 if that works for u. I just finished working out.

Perfect.

4/6/14, 11:33 AM

I was a disaster in my exfil from my house today. Finally on my way & about halfway there.

I'm towards the back sitting down. No worries.

4/6/14, 2:19 PM

I'm gonna be a little late bud. Look for Larry to walk in. Grey hair

Ok

4/6/14, 4:01 PM

Two thumbs up on Larry from me.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 104 of 195

4/6/14, 5:10 PM

I'll be at the hangar in 15.

4/6/14, 9:33 PM

Just wanted to let you know the calls went very well and there were several sighs of relief and hope.

4/7/14, 10:42 PM

It's late but just got off the phone with Jim Rucker about strategy. Too much to text but I have Rainey in a good place but he has a few requests which are doable and reasonable. Will email you tomorrow so you can digest it. I think it's important to keep him in the mindset to support the company for now or there is a lot of shit that will implode. I have spoken to the key employees and we are all set. I am postponing the nuclear strike on Cyrus and Jamie until Weds so I can tighten up the contract details and what we have to do legally. I don't want you getting sued. The HR chick is going to be the one I have to go Bin Laden on and be super strategic with. Call me if you are scratching your head. If not, I'm going forward with my strategy. Easy day

4/8/14, 7:48 AM

Where are we at with Larry?

4/8/14, 9:38 AM

Gtg. I still have to get him the formal offer letter but he's 99.9% solid.

4/8/14, 11:14 AM

I'm meeting with Rucker and Chris Potts to go over contract stuff. We might have to make some minor alterations on severance for Pat and Cyrus but nothing too drastic.

4/8/14, 12:29 PM

What attorney are you using?

For Proof.

4/8/14, 4:09 PM

Totally off-topic. Can you wire that money amount I sent you last week to pay off the expenses for Piney Creek and the Duke residence? Also, talked to Paul Miller(Freedom Group) and he's definitely worth a discussion when you get time this week.

4/8/14, 6:11 PM

Just FYI- you owe me a shot!!! Pat was convinced that if he and Cyrus were ousted, John Clements would bail on us out of loyalty to them. I just spent 40 mins on the phone with John and have him totally committed to you and Proof. I gave him my word nothing changed in regards to his employment package just because of the leadership change. I told him you were the guy to bet his chips on and that Proof was going to be a world class operation and we wanted him to be an integral part of it moving forward.

4/8/14, 8:58 PM

Just saw that badass picture of you guys in Forbes!

4/9/14, 8:33 AM

Buddy were able to have the all hands mtg at proof yet? I want to have David and Jason tell the P2SI employees the news but only after the MT employees know.

Scheduled for 3 pm today. Had to make it an official announcement yesterday that I would be holding an all hands and that it was a mandatory meeting. Had a lot of people out of the plant yesterday and I wanted to capture them all in one meeting. I will have everything tightened up today NLT COB.

Is that acceptable to you?

Yup. Sounds perfect. I think David wants to coordinate the message he gives to the P2SI folks to be the same as yours. I'll give him your number.

Ok, sounds good. Im going with Rainey is stepping down for personal reasons and that he's been on the road traveling for 2 years away from his new wife and kids and it's taken a toll. Cyrus is following him out the door out of loyalty to Pat because of their long history together in the military.

4/9/14, 1:42 PM

Rock solid with Larry Murphy, formally accepted the CEO offer including compensation and terms. Encouraged him to reach out to you today regarding the company mtg. Your call as to how much you want to have him involved, but I'd lean towards having him there or at least soon after for an intro just so folks feel reassured and re-energized that a new stud leader is taking the reigns quickly.

4/9/14, 2:52 PM

I'm reaching out to him now.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 106 of 195

Brian Kelly just text me and told me he emailed you and would like for you to read it. Just FYI

4/9/14, 5:04 PM

It's done. We are in great shape with the employees. Bringing Larry in tomorrow to meet Cyrus to help facilitate the transitional phase.

4/9/14, 7:54 PM

If you get 5 free minutes I need to talk to you about Katrina and Coachella. I think there's some confusion on how she's getting home from Coachella and I want to make sure there's no confusion on my part. I don't have any tickets yet either and it's Easter weekend so I have to get air travel straight today.

4/10/14, 12:44 PM

$24,085.21 is the total

4/10/14, 5:39 PM

What time will yu be free for a call?

4/11/14, 8:13 PM

If you're free, call me back. I was working out and didn't feel the phone ring.

4/12/14, 10:51 AM

Taking off for FL with the family circus now buddy. I'll check in with you when I get there. Have a great Saturday.

ALWAYS REFERRING TO HIS LIFE AS A CIRCUS
WHO CREATED THE DISATER FOR HIS ENTERTAINMENT? PSYCHO

Thank you sir. Safe travels and have a great visit with your family.

4/12/14, 5:27 PM



Do you think I should reach out to him and have a chat and let him know Shawn just had his ass reamed out(which he did) and reassure him that there will never be contact again?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 107 of 195

I'm all over it. He goes on duty at 7:00. I just handed Shawn a new ass. He said there was never anything other than some flirty texts and a kiss one night while they were out having drinks. Apparently he ran into her, walked her to the car, and kissed her. I will do damage control and fix this.

This is me in WF from now on..... 🙈 🙈 🙈

Forgot this one... 🙊

4/12/14, 9:26 PM

Just had a 30 minute face to face with the Police Officer. We are in great shape. He was impressed with how quickly you reached out to me and then me to him.

Thx buddy. Well executed.

Good times. Hope your dad is doing well.

4/14/14, 1:23 PM

Hey buddy- hope you are enjoying some sunshine. The weather has been pretty damn awesome here in WF, in the 50's and sunny. Silly question for Thursday. Last year you got us an Escalade to meet us at the plane, did you do the same thing for this trip?

4/14/14, 2:41 PM

Haven't actually scheduled the flights and car yet buddy but planned to tonight. I'll definitely ask for a big SUV like an escalade. Weather's been great down here too. My workout plan got off to a good start at the crack of dawn yesterday with a hard 8 mile run. Too hardcore of a start tho, cuz my knees were sore as shit today. 😬 Joined an LA Fitness and did early morning lifting today instead. Plan for the rest of the week is early run plus gym later every day. 🏃 💪

Text message
4/14/14, 3:26 PM

I'm in get buff mode too with summer right around the corner. I ran Friday and my legs are still a bit sore. Glad you are getting in good workouts and time with the family. Holding down the fort here!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 108 of 195

iMessage
4/15/14, 11:39 AM

Good afternoon buddy! Any luck with the rental car? I want to make sure we have one before I try to get one.

4/15/14, 1:11 PM

Flights are all set up & they're working on the vehicle. They should confirm shortly.

Thank you sir! Just forward me on the flight details so I have them when you get time. Thanks for getting back with me.

4/15/14, 9:33 PM

Got the flight and vehicle info. Thanks buddy.

4/17/14, 3:42 PM

Hey buddy- need your input. Heather got the invite from Jordana for the open house during that weekend of May and really wants to go support Jordana. Is your plane going to be heading that way on Friday the 9th?

4/17/14, 6:49 PM

Got the kids here safely.

Thanks buddy. Yes on the plane for Jordana's event. You should plan on ▮▮▮▮▮▮▮▮▮ coming down for the event too.

I'm definitely coming with Heather. Our wedding anniversary is May 8th so we were going to spend the weekend there. Didn't want to get plane tickets if your plane was coming. Heather really wants to be there to support Jordana.

4/18/14, 5:51 PM

Buddy we struck out trying to get a pin for the credit card. Text her and try to connect so she can get some cash for the next few days. Thx brother!'

4/18/14, 7:53 PM

Trina is all taken care of!

Messages - No Name

4/19/14, 7:11 PM



I just found my dream car. Your's is an Aston Martin' isn't it?

4/20/14, 3:29 PM

Happy Easter brother! Hope your time was good with your dad and family.

4/21/14, 10:55 AM

Sorry, couldn't hear shit over the engines. Everything went smooth, the kids are worn out. Katrina has been sick since we got here and sounds like she's brewing up a decent upper respiratory infection. Lots of crap in her lungs.

4/22/14, 10:16 AM

Just received your email to Pat in the synch up. Just want to make sure you know John Anderson has already been working on the exit points with Will regarding the severance for Rainey. Don't want there to be a loss in communications   with the paperwork if multiple people are working on it.

Ok thanks. Just make sure the points roughly match what I had in my email, cuz that's what I've agreed to so far.

They are exactly the same. I've articulated each piece to John exactly as you have it written. I will make sure there is no deviation from your word.

4/22/14, 2:40 PM

Just letting you know I'm sending Shawn and Chris Duke to do this thing in Texas for Amyntor. I'm not comfortable leaving with all of the stuff we have going on at Proof. I have that place in very high spirits and don't want that momentum to wain. So I will see you this weekend.

4/23/14, 11:47 AM

Hey brother- just wanted to let you know we will not be able to attend Jayden's birthday party on the 3rd. We will be in Tennessee for the nannies wedding. Won't be back until the 4th.

4/23/14, 6:24 PM

I just responded to your email to Rucker and me. I have to take the hit on part of it as a misunderstanding on your desires on how to handle his exit.



All makes sense. My direction to John was that the language of the severance reads that in order to keep his severance intact through the end of the year, he has to comply with all of your stipulations. If he fails to do so, the severance could be terminated immediately for non-compliance of the conditions. I'm sure the legal jargon will sound much more elegant than I just typed, but at the end of the day I'm trying to keep the screws cranked hard on Rainey because I think we need the continued leverage to keep him on task. I'm definitely trying to make sure it follows step with what you want and protects Proof. I will make sure nothing goes to Rainey until you have final review. This is a bit of a learning process for me as we work through this so I apologize if it seems a bit out of the norm.

You've been doing an A+ job on all this buddy. Way above and beyond the call of duty and I appreciate it.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 111 of 195



4/25/14, 4:11 PM



4/26/14, 12:52 PM

Hey buddy- are you going to the surprise for Skinner at 5?

4/26/14, 7:02 PM



Here is the cake that was handmade for Skinner.

4/26/14, 9:11 PM

You still going out?

Yup on my way downtown. Where u at?

At Skinners.

Take your time. Im stopping at the state park condo to do some stuff for a bit. I'll prob head to the bars by 1030

Ok, let me know where you want to meet. I'm going to take the girls home and head that way.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 112 of 195

4/27/14, 11:44 AM

Pat is out for a 4pm. His flight is delayed so I suggested maybe you two chat by phone at some point. Your call on that. I will steal his 4pm slot at the hangar to go over these things I need clarification on. Some are time sensitive.

4/27/14, 4:08 PM

Be there in 5

Text message
4/27/14, 5:38 PM

That Proof rumor is really bothering me. I just hope you know something like that would never come from me. I get that this is a small area and people love to gossip, but I'd never say some shit like that for any reason.

iMessage
4/28/14, 9:59 AM

It's squeaky wheel- any word on what trust you are going to use for the Clements place that closes tomorrow? I'm getting pinged already this morning.

4/28/14, 11:03 AM

Just sent you an email on it buddy,

Got it, thank you sir.

4/28/14, 2:38 PM

Just sent you 2 docs regarding closing on the property.

4/29/14, 3:58 PM

I just spent an hour with Rainey and Cyrus. If you get time I'd really try and reach out to Pat so he feels like we are pulling our side of the agreement. Not from the financial standpoint, but making sure everyone is following the exit plan and why he left. Apparently we have a few rogue employees that he pointed out that have been talking and telling potential customers that he and Cyrus were fired. He just needs some reassurance from you.

5/1/14, 5:23 PM

Don't stress about me getting sued. I had anticipated this happening and knew when she told me she wanted the "company car" back that she was on the war path.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 113 of 195

5/2/14, 1:23 PM

Shawn just told me you are on the front page of the paper fr your 2m donation for the task force. Good stuff buddy!!!

5/3/14, 11:22 AM

Hey buddy- hope Jayden's Birthday party goes well. Sorry we are missing it. Quick question as I'm trying to get the Proof transition tightened up. HR sent me Larry's employment document trying to make sure their ass is covered with his sign on bonus. It indicates a 25k sign on bonus is to be paid via payroll this upcoming week. They want to make sure this is correct and that it's not supposed to be paid out of another account.

5/3/14, 6:05 PM

Hey buddy- they cancelled our flight tomorrow now I have to figure out how we are getting back. Looking like Monday now if I can make it happen.

Rob

Call if u get a chance buddy

5/4/14, 2:55 PM

Have a safe trip back buddy. See you next Friday.

5/4/14, 5:06 PM

I might have to bring Frank and/or Duke for security. Shawn has a commitment for his daughters senior year dance recital. He'd miss it if I asked him but it's a big deal.

5/6/14, 8:38 PM

Hey buddy- need a quick answer on something time sensitive for Larry. Payroll asked me if his sign on bonus was 25k with appropriate deductions, or 25k net. They want to process it as part of his payroll for Friday.

25k net.

Got it. Thanks.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 114 of 195

5/9/14, 10:28 AM

Thought this would make you feel good. Huntley sent me this late last night:

"Holy cow Rambo!! Got out to shooting star last night to look in house with Carolyn. This is like some kind of movie to me. Its my fantasy place. Never in my wildest dreams would I have thought we would get an opportunity to live in a house and property that nice. It was making me think about how many lives MG has changed and its just amazing how generous he is. He is the real life Batman. You're the real life Rambo and he's the real life Batman. Makes me want tm make a shit load of money and do the same thing for other people. Must be the best feeling in the world. Thanks for the help in getting it squared away. Jordan has been awesome helping answer questions about the property. I wasn't sure if it would be awkward as I'm not use to anything like this but he's been A grade. Have fun in L.A wish we could be with all you guys."

5/9/14, 4:53 PM

We are here!!! Nice weather!

Tell everybody to go stretch their legs for a while in the jet center if they want. I'm definitely gonna be late. Probably 530 earliest.

We are good. I'm making super nice guy wth Delia. Winning hearts and minds buddy.

5/10/14, 9:49 AM

How do you feel brother?

About 3 or 4 on scale of 1-10, with 10 being the best. I'm a few clicks better than last night tho, which was definitely a 1. 😵😵😵 I'll for sure come by the store around 11am tho for a while.

We will be there between 11-12. Glad you feel a little better.

5/10/14, 3:13 PM

Come out to your car.

5/10/14, 8:34 PM

Feeling any better buddy?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 115 of 195

You just get to feeling better. Me and Heather just ordered room service and are watching tv in bed. She has a bit of a headache and scratchy throat so we might be bums tonight. Let me know about brunch if that's going to happen. We'd love to go.

5/11/14, 2:43 PM

Hey buddy, u still at the Grove? We just got here.

Yes sir. We are using the restroom. Where ya wanna meet?

We're at the fountains right now

Heading that way.

5/11/14, 7:51 PM

You'll get a kick out of this. Delia literally just asked me to move to the back and out of the seat I was in. Lol...

5/12/14, 8:12 PM

Hope you are feeling better brother. Thanks again for letting us hitch a ride on your jet and come to LA. Everything you do is greatly appreciated and I never want you to think it's expected.

Thx buddy. Yup I'm definitely feeling almost 100%. Tonight's gonna be my first night going back to working out. I'm hoping to get at least 4 good workouts in before the big hunting trip this wknd. Btw, shoot, i forgot to give you that Tequila gift. I'll have it with me when I see you.

I just left the gym trying to hit it hard in case I have to throw down with a bear. And I won't let you forget about the tequila! Glad you are feeling better, I could tell you felt like shit.

5/19/14, 12:18 PM

Hey buddy, long text to follow. I'll copy what I just texted to Jim Payne. We'll see how he responds.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 116 of 195

Messages - No Name



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 117 of 195

Feel free to copy Sean.

Absolutely perfect!

5/20/14, 6:25 PM

I'm pestering you about the $$$$$ for the house my cousin and his family will be livng in. The total is approx. 575k and will have the exact dollar figure In the a.m. But will be that amount or less.

5/21/14, 11:16 AM

Buddy I've looked everywhere for email with closing instructions for your cousin's place but I've had no luck. I'm ready to wire if you can get me the info in time. (It's supposed to close today right?)

The 27th. They did ask me this am where the money would be coming from but I have t answered them yet. Didn't know your plan.

Ok. When u get me the docs between now and the 27th it'll remind me what entity I'm taking the title under, so then I can figure out where to wire from. Thx buddy.

The title company asked me what entity it will be under because they have to put that on the title documents before they can send them to you. Thanks for everything brother. You're a world class guy.

5/21/14, 6:59 PM

That was a butt dial.

5/22/14, 11:21 AM

Hey brother- wanted to give you a heads up that I will be leaving Saturday for an overnight gig with ST6. They are doing an urban HVT training day and have asked me to come evaluate them. Will be back Sunday but maybe not before you leave because of my flight options. Just wanted you to know where I would be.

5/23/14, 1:38 PM

Hey buddy- wanted to let you know hat this gig I'm doing tomorrow is completely too secret. I just signed a bunch of shit and had to send to them so as far as anyone knows, to include my own people, I'm just going to meet the Senior Chief from 6 about joint efforts. Just keep what I told you between us only.

5/23/14, 4:19 PM

Rgr

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 118 of 195

Text message
5/23/14, 9:30 PM

WHAT ADULD BELIVES THEY ARE BOTH
SUPPERMAN ,BATMAN, A KING AND
AND
EMPEROR AND THE CIA



I was looking for another picture and came across this in my files. Reminds me of you, aka Bruce Wayne.

iMessage
5/24/14, 9:23 AM

Lol. Yup, very appropriate! Hey buddy txt me Sean's number if u could. In case I go out tonight I'll catch a drink with him.

5/24/14, 1:49 PM

Shawn is "tied up" tonight.

5/24/14, 6:20 PM



Shawn Lewis.vcf

5/24/14, 7:43 PM

Hey buddy- we need to talk when I get back.

Hey bud, I'm not very good with suspense & I feel like it might be something I should be aware of before I go out tonight. I like to be situationally aware as you guys put it. If you're around later I can try calling once I'm solo but before I go downtown.

If my guess is wrong and it has only to do with what you've been up to today or follow ons from it then let's do it in person. If it's WF related in any way lets talk tonight. Thx

We will do it in person. Nothing suspenseful.

5/25/14, 10:38 AM

How'd the night go?

5/25/14, 12:20 PM

Good. Shawn was a trooper and did me a big favor. I'll tell you about it later. When do you get back buddy?

Land at 3:45.

Can we catch up downtown for a bit around 5? I'll be down there already, & later Jordana wants me to spend a quiet night at home with her.

Sure, whatever works for you.

5/25/14, 4:21 PM

Buddy sorry for the late notice but can we do 6pm? I'm running behind today.

We might have to reschedule. I'm on daddy duty with 3 other little girls. Tomorrow or next weekend? Unless it's pressing on your end and I can try and get someone to watch the girls.

Let's meet at 6. Just tell me where.

I'm parked at the Tallberg building.

5/25/14, 7:50 PM

Just a follow up FYI- I'm never going anywhere. You've given me and my family a perfect life and given me the chance to be a father and a husband. Why would I ever consider for a second leaving my best friend, my family, and the place I call home to run off? Yes, I could be making half a mil a year somewhere else, but at the end of the day all of you guys are way more important to me than money or a job title.

5/27/14, 3:51 PM

Hey buddy- any idea what trust that house for my cousin is going to close under. The title company is driving me bonkers so they can do the final documents.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 120 of 195

5/29/14, 2:13 PM

> Are you staying in CA the weekend of June 6-8?

5/30/14, 2:25 PM

Hey boss- won't be at the hangar tonight. Trying to get back from VA and my flight just got delayed. Not getting back until midnight now. See you tomorrow?

6/1/14, 9:48 AM

Hey buddy. Somehow my primary home/work phone got zapped and is dead as a rock. Texts still work cuz it's linked to my iPad. Are you around today? I definitely want to catch up. I'll be doing family stuff til around 2. I could meet you downtown around then. If Duke is in town would it be a good day to meet him? Your call. Lots of fun stuff to talk about.

> 2 downtown sounds good. I will touch base with Duke. I think he's doing his clinicals for his EMT course this weekend in Missoula.

6/3/14, 3:02 PM

Mike- quick update
1.) I met with John Anderson regarding Pat and he has no leverage with the sep agreement. I called Pat after my meeting and massaged the situation and he is going to get it signed in the next day or two. I reinforced it was not a negotiation.
2.) John is starting the process for the LLC we discussed to manage and pay for the properties that we are trying to keep off the radar.
3.) I emailed Christie Kong regarding my salary information per your direction.
All else is smooth sailing here.

6/4/14, 1:22 PM

> Hope your having a good week buddy.

6/4/14, 7:33 PM

Also, wanted to remind you they are planning to close on that house for my cousin on Friday.

6/5/14, 2:29 PM

> Our convo on cash flow just made me think of this. I know you said something about a pay raise for me, but don't feel like you have to do that. I feel bad the topic even came up on Sunday because I wasn't hitting you up for a raise.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 121 of 195

6/8/14, 3:15 PM

What time are you leaving today brother?

6/9/14, 7:59 PM

Did you get my email?

6/10/14, 12:27 PM

Hey brother, I know you're busy but I wanted to make sure you knew I was serious about coming to CA for Trina's graduation. She's an awesome young lady and your daughter so taking time out to be there for something big like that is without question for me. I don't want to invite myself, but wanted you to know I'd be there in a second for that.

6/11/14, 10:47 AM

Rena from Fidelity is waiting on a signature approval from you that says it's ok to close on the house today.

Text message
6/12/14, 8:30 PM



Maddy is having her 4th grade graduation party at Casey's! Pretty funny change from a typical night at the club.

iMessage
6/13/14, 4:07 PM

Hey brother- what are you wearing tomorrow to the graduation?

Messages - No Name

Shoot. I just remembered i didn't bring what I wanted to wear. Pretty casual tho. I was gonna wear a nice pair of jeans and a light blue tucked in button down dress shirt, which is kind of like our casual Friday wear at work. A decent polo shirt like those psycho bunny or the proof ones would work fine too.

Btw I was planning to go out w/out J to caseys later tonight for a drink or two. Are u up for it?

Sure, sounds good. What time are you thinking?

Prob get there around 10/1030.

Ok! Sounds good.

6/13/14, 8:55 PM

Still having a drink?

Yup. I'm heading home to drop off Jordana now, then I'll meet u at Casey's by 10 or so.

Sounds good!

6/14/14, 10:06 AM

Eta 3 mins

Rgr

6/14/14, 7:31 PM

Hey buddy- what time do you want to meet with Larry?

6/15/14, 7:59 AM

See if he can do 4pm at Proof. That way I could go right to the plane. Thx buddy

6/15/14, 10:57 AM

Happy Father's Day brother!

Happy Fathers Day to you too brother! I will let you know about Larry as soon as he gets back with me. Also, my poor head did get a little roasted yesterday!

Larry's all set for 4pm at Proof.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 123 of 195

6/15/14, 2:35 PM

You good with that meeting with Larry?

Yup. I might be 5 mins late but I'll be there.

Perfect! Just wanted to make sure in case I needed to cancel it.

6/18/14, 4:48 PM

Mike- Just had a phone conference with Karen Valladao about setting up this new property management LLC. I have John Anderson doing the admin/filing from the legal side. We need to know if you want this LLC to be ultimately owned by your trust or one of the other trusts. Karen had one in mind but was not comfortable telling me the name of it so I asked her to email you to get your ok on sharing that so we can get this ball rolling ASAP. She is emailing you so if you could respond and cc me so I know how to proceed with John that would be great.

6/19/14, 12:14 PM

Can I steal an hour this weekend?

6/21/14, 1:13 PM

Hey buddy- I know it's the "anniversary" weekend, but we are having people by @ 4pm today for burgers and drinks. Late birthday celebration for Heather. Didnt want to bother you with it last night and by no means feel obligated. Do your thing with your bride and enjoy the beautiful weather.

6/22/14, 1:29 PM

Hey buddy, thanks for invite yesterday & sorry we couldn't make it. Hope it went well. For our meeting today, 4pm at the hangar works best for me. I plan to take off at 5 but we could meet for as long as we need to. Lmk if that works for you.

4 sounds good.

6/28/14, 9:16 PM

You still going to be up for a drink?

Yup. My brother and I will be leaving the house in 15-20 mins. Huntley said he'd be out too.

Ok, sounds good.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 124 of 195

6/29/14, 10:06 AM

I'm herding cats buddy but will be down in a few minutes with a gang

We are here ready.

7/4/14, 11:23 AM

How is Jayden feeling? Fever?

7/4/14, 1:52 PM

He had a bad night but he's a little better today. I had a shitty night too and woke up with a low grade fever still this morning/today. I just pounds a bunch of Tylenol and feel better. How bout you?

Feel pretty shitty but am ready to tough it out. Just got to the Lake House.

7/4/14, 11:54 PM

Thanks for the hospitality and a great day brother. Glad I got to celebrate it with you. Hope you feel better and get some rest.

7/5/14, 7:12 PM

Don't know if you have any plans tonight, but I'm taking out Rob, Vicci (Nanny's) and my cousin and wife for drinks tonight.

7/6/14, 2:52 PM

Sorry for the delayed response buddy. I'm taking off from the hangar at 4. Will i see ya down there?

Probably not going to make it. My fever has been spiking up and down all day. Going to Dr. Tomorrow.

Text message
7/6/14, 4:58 PM

Sorry I missed your call. Was soaking in a cold bath.

iMessage
7/7/14, 11:45 AM

How ya feelin today buddy? Any better?

Nt really better, but not any worse. Dr. Today at 2:00. Do you feel better?

I'm all better. I don't know if it's been helping or not, but I've been on amoxicillin since the 4th.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 125 of 195

I'm hoping they will put me on that as well. I'm over feeling like crap and running a fever.

7/13/14, 9:30 AM

Think I dialed u by accident. Stayed in last night after taking a benedryl for allergies 😵😵😵 Did u end up finding out if Larry can meet today? Maybe the three of us at 4? Thx bud

7/13/14, 10:58 AM

No worries about last night, I was basically held hostage by my mother in law and Heather. I'm waiting to hear back from Larry, will let you know ASAP.

Meeting with Larry is out. He never responded Friday to my message and just now said he's driving to Montana from Ohio and won't be here until Weds? Sounds like torture.

7/13/14, 4:14 PM

Are you leaving at 5 buddy?

7/19/14, 2:49 PM

Not going to make the party brother. Maddy had surgery on Thursday and just isn't quite up to getting out and about yet.

Aww. Is she ok? Anything serious?

She had a tooth growing in the roof of her mouth and it was pressing on her other teeth and the nerves. 7 stitches but they got it fixed.

Text message
7/19/14, 8:36 PM

I'm in Tupelo with Heather and my cousin having a drink. Our friends Keven and Heidi are in here giving me dirty looks. Lol

iMessage
7/19/14, 9:05 PM

rode him

Text message
7/19/14, 9:45 PM

Are you going out for a drink?

iMessage
7/19/14, 9:55 PM

Yup. Did you get my last long text?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 126 of 195

No sir. Only thing that came through was, "rode him".

That's a good visual. 😂 I'm def going out later buddy. Just checking to make sure you'd be out. I'll prob make it to Casey's btwn 10-1030. Btw I'll give you a heads up so you're not surprised when I can barely limp my way in. I took a pretty good battering when I got thrown from my horse going Mach 5 today. 😬 I got pretty banged up but the worst part was that I think one his flying hooves caught me directly in the calf as I went flying. It feels like someone whacked my calf muscle with a ball hammer. Swelled up & knotted up like crazy but it doesn't feel like anything's broken. Just a huuuuge massive Charlie horse! The wreck was totally my fault. I realized after I got thrown that I had my legs & feet a little too tight against his sides & that horse takes that as a signal to sprint like a bat out of hell. I'm sure my legs gripped even tighter as he launched which made it worse as he flew around the arena. The manly part of the story is that once I got up & figured out what I did wrong, I apologized to the horse, got back on & rod him like we were best buddies for another 30 minutes. 😊 I might be takin the elevator when I get to Casey's! ;)



WHAT A PSYCHO



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 127 of 195

God damn you are going to give me a nervous breakdown. Lol....we are going down to have one drink in the Red Room then making our way to Casey's. I will be looking for you.

Heading downtown now

We are up on the Sky Bar.

7/20/14, 1:35 PM

How do you feel today?

7/20/14, 2:41 PM

I tried calling you back. Also, FYI I never heard back from Larry Murphy.

7/23/14, 5:21 PM

I'm in Coronado meeting with Naval Special Warfare. Do you need me to call you?

Nothing urgent buddy. Let's catch up soon.

I will be tied up most of the night tonight and then traveling tomorrow back to MT. I can text you and if you are free, give me a call.

7/23/14, 8:04 PM

You free in 15-20 minutes?

Yup free now for a bit

7/24/14, 4:03 PM

Hey buddy- starting my trek back to MT. Just got a message from Larry Murphy that you wanted to meet with him on Friday? Are you coming back early?

7/26/14, 4:55 PM

How are you feeling brother?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 128 of 195

Messages - No Name



Damn brother, that's not good news at all. Definitely keep him in our thoughts and prayers. I don't think there is anything more difficult to deal with than having a sick child and not be able to snap your fingers and make them better. This goes without saying but if you need anything at all or need to to do anything, let me know and it's done. Please keep me posted and if you need someone to help keep watch on him, gve me a shout.

7/27/14, 2:06 PM

Any update on Jayden?

7/28/14, 8:26 PM

How are you holding up brother?

8/9/14, 12:06 PM

I think we are going to skip the fair and go on a hike to Avalanche Lake. Too bad your leg isn't more healed so you guys could go with us.

8/12/14, 2:07 PM

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 129 of 195

Messages - No Name



Text message
8/12/14, 2:57 PM

Of course I'm going to offer. You're my best friend and those are your girls and I would do anything to help you keep that kind of shit from happening. I'm glad Taylor had it in him because he sure as hell doesn't look like it. If you need anything at all, just say the word and I can be on the next plane out of here anytime. I'm concerned about the more hardcore stuff that sounded like they were messing with more than anything.

iMessage
8/15/14, 10:21 PM

Did you make it home brother?

8/16/14, 7:52 AM

I did buddy. Landed late. Are you leaving tomorrow for vaca 1?

8/16/14, 11:28 AM

Yes sir.

8/16/14, 5:49 PM

Is the crew coming with you to Casey's after dinner?

They might, but not if I can help it. The plan is for dinner at latitude at 8:30, then the red room. Jordana said she wants to come home early so my preference would be to get her to go home with a bunch of the gang after the red room, then I'd go over to Casey's. But, there's a small chance they'll all want to go over, in which J and her entourage will still likely leave early.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 130 of 195

Ok, we are still trying to get a sitter. Worse case is I come downtown around 10:00 and meet you guys out and then you and I can catch up when they all head home. Regardless I will see you tonight.

8/19/14, 6:18 PM





Hope you are doing well brother. Hawaii has been beautiful and a nice break.

8/20/14, 9:56 PM

Glad you're enjoying the downtime buddy. You deserve it! Btw I just finished Frank's book. It's really good - no shit! I'd say that even if I had never heard of him and just picked it up. I loved the "big boy rules" style of no BS management. Made me wish i could be as efficient with some of my companies!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 131 of 195

I actually read it while we were on the flight here. Good and easy read. The big boy rules is definitely how things are ran in my world. As harsh as it can be, it also helps keep the best guys around and the chronic fuck ups away.

8/21/14, 9:56 PM

Hey brother- I just got hit up for a donation to the Boehner camp. I'm guessing they are looking for the same amount as last year. I told them I would mention it to you but wasn't sure if you'd be interested.

8/24/14, 12:20 AM

We made it home. No shark attacks or missing body parts!

8/24/14, 8:58 AM



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 132 of 195



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 133 of 195



8/24/14, 1:17 PM



Text message
8/24/14, 4:04 PM

Buddy if you don't mind let's make it 5pm. I'm running late.

iMessage
8/24/14, 4:05 PM

No problem.

8/24/14, 8:37 PM

Just talked to Frank about the book. They've already corrected the bio in the about section of the book to reflect the same as the back cover. It reads Executive Vice President for Amyntor Group.

Awesome. Thx buddy. Got your msg about the vacation funds. Will do tomorrow.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 134 of 195

8/27/14, 7:06 PM

2 quick questions:
-Are you having a fundraiser/party Friday for Daines?

-I've gotten several calls about Moose the past 2 weeks from Casey's employees. 7 employees have given their notice, a couple(Frankie, Alicia, Lucia) of which really concern me. All them say it's because of Moose and his very poor treatment and interaction with employees. D like to have a chat with him but wanted to ok it with you first. Do you mind?

8/28/14, 8:50 PM

Def have a chat with him if you don't mind buddy. Tell him I'm a big fan of self improvement and that everybody, especially guys I hire as managers of other people, need to constantly learn and improve. (The subtle message being: "don't be a douchebag - you're obviously fucking up on the management side so learn what you're doing wrong and course correct"). Thx again brother.

I'm all over it. Just wanted to check with you first.

8/29/14, 7:55 PM

Are you home?

8/30/14, 4:49 PM

I will be with Heather tonight just so you know. She won't care if we catch up but I want to be around her since I'm leaving on vacation.

8/31/14, 12:51 AM

Call me buddy 911

8/31/14, 11:48 AM

I will make sure it's all squared away by 1:00.

9/2/14, 9:40 AM

9/6/14, 1:07 AM

Checking out the club Life in SLS. Pretty awesome. Dave O hooked me up.

9/6/14, 7:34 AM

LA or LV?

9/6/14, 1:11 PM

LV

9/6/14, 7:34 PM

Are you back in WF yet buddy, or still in LV?

Are you with heather or your assistant for work?

Not back from LV until tomorrow brother.

Heather and the assistant and her hubby. God times.

Oh boy.

9/6/14, 10:42 PM

What are you up to?

Just saw Absinthe again. As funny as the first time and the show had some new acts that were really good.

Had an early night with Jordana. Back at the house. (Actually doing a solo late night tour of the addition). I think I've seen Absinthe a total of 5 times now. I agree - it's funny as shit & slightly different every time!

They all loved the show. Hope things are going well. This trip has been super awkward for me as might imagine.

9/9/14, 1:11 PM

I was on the phone when you called earlier if you need to talk to me. FYI, meeting wth Moose tonight at my office.

9/9/14, 9:37 PM

Just finished a 2 + hour talk with Moose. I think there is a ray of hope in him. He took things much better than I thought he would and was very open to some self improvement suggestions and changes in his leadership style. It's all up to him now.

9/13/14, 2:34 PM

Not sure what the plan was/is for the trip to Vegas in October, but the weekend of October 18th I'm definitely out. I'm hoping we can work it out for another date because we'd really like to go. I understand if you guys have dates set in stone but if we can move some dates around that would be awesome.

9/13/14, 4:15 PM

Are you around?

I had some unexpected free time & thought you might be free to talk Amyntor. If not we could do it a bit tonight, and then with less distractions tomorrow at the hangar.

I'm tied up now with Amyntor details. Have to get something prepped and ready to fire off via email by 8:00 pm.

Rgr. We'll do 4pm at the hangar tomorrow.

We grabbing a drink tonight?

Yup definitely.

I need one!

9/14/14, 11:25 PM

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 137 of 195

Messages - No Name



Already have the wheels turning.

Text message
9/15/14, 12:10 AM

The phone number is a throwaway burner phone. Not registered to anyone. We are going to work two other angles first thing in the a.m. I will be in touch.

iMessage
9/16/14, 9:32 AM



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 138 of 195

Messages - No Name

Hey buddy, Js been getting a bunch more messages. I'll send you my comments separately. (One thing to note: J says Aug 5th but she meant to say Sept 5)



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 139 of 195

Case 2:23-cv-02082-EFM-SKO Document 15 Filed 08/28/23 Page 470 of 579 Page ID #:4404



9/18/14, 11:22 AM



Carolyn Ritter.vcf

9/18/14, 2:07 PM

Is your new car an S8?

Yup

Son of a

9/19/14, 8:22 PM

Hope your talk went well. I'm sure you knocked it out of the park as usual! Just a reminder- we are having Maddy's 11th birthday party tomorrow starting at 3pm. Would love it if you could make it but I also realize you might have other commitments. The invite was the card Heather gave you last week.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 140 of 195



9/20/14, 10:23 AM

Matt, Jordana and I keep getting harassing messages. I don't know if it's that Nash guy from back in December or someone different, but either way we should start trying to build a case for the authorities. Thx

It seems to fit his pattern. We will start adding all of this to our investigative file we have on Nash and hopefully get enough for the police and DA to look at. He's clearly going off the deep end.

Thanks

9/23/14, 1:56 PM

Looks like that talk I gave Friday night was pretty well received:

http://flatheadbeacon.com/2014/09/22/goguen-make-dent-universe/

Pretty damn proud of you brother.

Thx buddy. Your opinion matters a ton to me.



9/24/14, 11:05 AM

Here is the hotel information:
JW Marriott
1331 Pennsylvania Ave.
Washington, DC

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 141 of 195

9/24/14, 2:03 PM

I need your bro in laws full name for Moose.

9/25/14, 2:39 PM

Got the website taken down. Working on getting the history off the search engine.

9/26/14, 7:42 PM

Are you and the girls eating?

I meant guys.

Text message
9/30/14, 9:53 PM



Didn't know if you had this one.

10/1/14, 1:46 PM

Do you need anything for when you land today?

iMessage
10/3/14, 10:57 AM

So I don't forget- can you write that check to Gratitude Initiative from the DC trip? They voted me on the Board yesterday and I want to make sure we don't forget to settle up with the program.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 142 of 195

10/3/14, 12:29 PM

Hey brother- I know you're busy with your real job, but I really need to get 20 minutes or so today to discuss Moose. Maybe a coffee at Coffee Traders later? Things are at a tilting point.

10/5/14, 2:22 PM

Any word on Jayden?

10/5/14, 5:23 PM

Jordana is here.

10/10/14, 10:47 PM

You home?

Yup. Safe & sound. You?

Yes sir. Just back.

10/12/14, 12:00 AM

You at home?

Yup. Went to the movies with Jordana, Katrina & her boyfriend Mike. You out?

10/12/14, 5:03 PM

Do you need to meet with me?

10/25/14, 4:02 PM

Hey birthday boy, try to pace yourself tonight. It doesn't look like I'll be able to join you til later. I'm down at the hospital with Jayden for another one of his high fever episodes.

Damn, anything I can do? I probably won't drink much, if any, until we get out tonight.

10/25/14, 6:37 PM

Any update?

Just getting back from the hospital now. One of his tonsils is pretty infected. They did multiple throat swabs (which Jayden did not enjoy) to find out if its viral or bacterial.

Damn. I hope they get to the bottom of this.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 143 of 195

10/26/14, 2:20 PM

How's Jayden?

High fever still, managing it with ibuprofen. Waiting for the culture results. S/b back today or tomorrow. Thx for asking buddy.

Man, that is starting to worry me.

Do you still want to meet today?

Yes, definitely. I pushed my takeoff time to 6. Can you meet me at the hanger at 530?

Yes sir.

10/29/14, 11:03 PM

Video clips from out training a couple weeks ago. 2 seconds is smoking fast. I'm wicked smoking fast with 2 shots at 1.57 and 1 shot at 1.1 seconds from the holster.

10/30/14, 8:53 AM

Awesome! You're a bad ass inspiration buddy!!

10/30/14, 11:43 AM

Thank you sir.

11/2/14, 4:38 PM

I'm letting Frank go. Just FYI

11/3/14, 10:51 AM

I threw Frank the Hail Mary pass. He's leaving tomorrow for 2 weeks and then he and I will meet to see if I'm going to let him come back. Long story but I feel good about where things stand and how the talk went.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 144 of 195

11/7/14, 12:42 PM

Is Katrina coming to Montana?

11/8/14, 5:42 PM

I answered and the phone went dead.

Call me back if you need me.

11/8/14, 7:44 PM



11/8/14, 9:36 PM

Leaving my house and headed down the driveway now.

Meet you outside.

11/9/14, 11:33 AM

Separate note- we need to discuss Moose and the missing 15 grand in
cash that's falling at Moose's feet. I had an hour sit down with Lucia who
gave me a ton of Intel about taking money from the registers, sometimes
to pay for pot. Long story but worth filling you in. More stress for you but
this is small potatoes that is fixable.

11/9/14, 4:43 PM

Im in the lobby when you are finished wth Jordan.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when
extracted: 8/28/21, 11:12 AM

Page 145 of 195

11/11/14, 11:55 AM

I thought you were yelling at me to stay on the line. I called you back.

11/16/14, 3:12 PM

You leaving at 5?

Yes, wanna meet me there a few mins early?

Yes sir.

11/20/14, 6:32 PM



Just had 3 biopsies done. Nasty looking.

11/27/14, 9:00 AM

Happy Thanksgiving buddy! 🦃 (closest thing to a turkey I could find).
Hey is that new guy on your team in town today or this week? I'd love to
meet him.

11/27/14, 9:10 PM

It's closed.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when
extracted: 8/28/21, 11:12 AM

Page 146 of 195

Text message
12/22/14, 11:37 AM



I think I did a good job standing in for you. Chucks wife sent this to Heather last night.

iMessage
1/2/15, 8:52 PM

Oh geez. No bullet wounds please.

I might need to put in for hazard pay on this one.

1/3/15, 11:02 AM

Thanks again brother for the and ride!!! You're an amazing guy.

No worries brother! I didn't want you to miss out on the fight!

Wish you were going with us. Enjoy your time with your parents.

And keep your chin up with Amanda. It's really hard for me to see her be so disrespectful towards you when the only thing you are trying to do is love her. I don't pray often, but I've prayed that she will turn the corner and get herself on the right track.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 147 of 195

1/5/15, 1:31 PM



This is what you are missing!

Awesome! I love snow. I just hate it when it's around 38 degrees and freezing rain. If it's gonna be winter, I want it to be cold and white. How was LV?



We Re supposed to get another foot or so tonight. We are going to go snow shoeing. LV was incredible. Our seats were amazing and we got to go back and hang out with all of the fighters and Dana White, who possibly may have the worst smelling breath I've ever smelled. I think I set a personal record and held my breath for a solid 5 minutes! Haha.... sending you a message on W

1/10/15, 10:58 AM

You up on the mountain?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 148 of 195

Yup. Watching the boys take their ski lessons.

> Ok, I will probably see you up there. Heading that way in a few minutes.

Are you getting back on the slopes? 

> Just watching the kids have their lesson. Guess I just missed you.

1/11/15, 3:36 PM

Buddy if you don't mind I need to push us back a bit to 430. See you then.

> Ok

1/17/15, 10:08 AM

> Do you need me at the 2pm meeting today with Larry? I have some family in town who are looking to relocate here and we are doing some condo and apartment shopping. IF you don't need me, I'm going to go with them.

Nope. Is Larry confirmed? Btw I might be flying to NYC at 11:30pm tonight to try win that friggin cybersecurity deal I've been fighting for. This is the one that i had in the bag for 30% ownership before Xmas if my pain-in-the-ass partner didn't insist that we dick around for 3 more weeks. Now the company has four other term sheets from top tier firms that only want 20%. I'm hanging on by my fingernails to try to convince him we"re worth a discount so we could own 25%, but honestly it's a tough sell.

REFERENCE TO DOUG LEONE 

> What a goat rope. When will you know if you're making the trek across country? Do you want me to give Mike Peters a heads up so we know they are sober and flight ready? Yes, Larry is confirmed at 2pm at Proof.

Thanks but I'm all good on the transportation. It was too tight a turnaround in NY for my guys, cuz they need 18 hours from the time we land til they could fly back, and i need to fly back tomorrow night. I'm all set up with Netjets. It looks like a Go. I have a few more hours to abort if necessary.

> Let me know if you need anything. Me and the gang aren't leaving until 3pm tomorrow for Shot. Check other comms.

1/17/15, 10:23 PM

> Are you taking off?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 149 of 195

1/18/15, 2:54 PM

In the air on the way back from NYC with a signed deal in hand for 25%. 👍 I had to fight against 7 competing term sheets from top tier VCs who were all ok with 20% or less. The founder said that showing the dedication to take this crazy ass last minute trip is what win him over.

Right on brother!!!! It pays to be a man of action. That's why you're the fucking MAN!

1/19/15, 8:02 PM



1/30/15, 9:22 PM

You home?

Yup. Just pulling up to the house.

Hope to see you tomorrow brother.

2/1/15, 4:29 PM

Are you still looking at 4:30ish?

Running late. Sorry buddy. On the way tho. Prob 20 mins

Ok. I will wait.

2/6/15, 5:04 PM

You alive?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 150 of 195

Yup. In Jackson Hole with my partners. Going well. Lots of good clearing out old tensions & drinking and telling women stories. How long will you be around this weekend? I'm flying home to MT later tonight. If it's not too late and you're out I'll stop by caseys.

2/6/15, 9:45 PM

Bud I prob won't make it out tonight. Just taking off now from Jackson hole & I'm pretty fried. Let's def connect tomorrow / tomorrow night.

Sounds good!!! Be careful!!!

2/14/15, 3:49 PM



Just left the office to go over some stuff. Our new lobby area is all done. Looks bad ass in person.

3/15/15, 9:55 AM

Mornin buddy. Hope you're feeling better. Any chance we could meet around 4/415 at the hangar?

3/15/15, 11:37 AM

See you then.

3/31/15, 6:39 AM

I'm screwed. My plane is broken and I am stuck. Not looking like I'm going to make it to Florida. The girls are going to be upset.

What's the airline's backup plan?

Flight tomorrow.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 151 of 195

I'd say you could use the NetJets contract but (1) I've had to burn the shit out of the hours while my plane was broken, (2) they have an 8 hr heads up time so they'd prob get you in to FL very late tonight, (3) it'll cost me an extra $20k or more for the one-way flight (and not that I don't love you to pieces but you'd prob have to eat most of that), and (4) you'd have to make sure your commercial tix home could still be valid. If all that is still worth it to you, then I def have no prob with you going that route. I do appreciate that sometimes keeping the kids and family happy is priceless.

No way would I ask you to burn money like that for me to get to Florida. And as much as I want to be with my girls, I'm not doing something that would cost either of us that kind of money. I will ride it out and get there when I can. Enjoy your time with your family.

4/10/15, 11:56 AM



4/10/15, 9:00 PM

Made up early this evening so I could go to Jaydens parent teacher conf at 530. Quiet night tonight but I'd love to go out for a bit tomorrow night if you're around & up for it.

Hey brother! Sorry, was in the shower shaving and that's a damn hour long ordeal. I need the full body laser treatment, such a pain in the ass. I will be around and would love to grab a drink and hang out tomorrow night. I'm totally up for it. Are you going to Huntley's son's birthday party tomorrow?

4/12/15, 3:00 PM

Meet at 3:30?

I'll be there closer to 345. We can have 30 mins if that works for you.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 152 of 195

Perfect.

4/19/15, 4:03 PM

You gonna make the 4?

Sorry buddy I texted Larry that I'm running late & will be there at 430. Thought he'd pass it along to you. I've been in back to back or I would have called/texted.

4/21/15, 10:49 AM





4/21/15, 3:44 PM

Buddy please re-send me the wiring instructions for this account. Thx

Ok, will do.

Sent to Wickr

4/22/15, 12:23 PM

Did the wire info make it to you?

4/25/15, 6:22 PM

If you and Trina want to come by later after the banquet and have a drink at my house just let me know.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 153 of 195

5/2/15, 1:49 PM



Our boy Duke winning!

5/17/15, 2:11 PM

Wickr is acting up today. I got a notification but the messages won't load so I don't know what your last message said.

Perfect. See you at 4.

5/25/15, 2:27 PM

I'm going to have to take a rain check today. We are eating at 3:00 and my aunt and uncle will probably give me grief if I bail on them unless you need to talk to me. I didn't need any work related items and just wanted to catch up.

We're good buddy. I'll be here next thurs night late til fri night, then I fly to a big cancer conf in Chicago for sat, then back sat night til Sunday at 5. Let's plan to catch up friday.

Yes sir, sounds good! Happy Memorial Day and safe travels back to CA.

6/5/15, 7:55 PM

Don't laugh but I'm going in to workout at the Wave with Jamie and Dave.

6/5/15, 9:27 PM

Buddy I hope that plan doesn't turn into too much of a cluster. We could have easily pushed the toys back in the basketball court so they could play. I feel bad for the little kids. When did they last eat? And the cooks have been on hold since around 2pm. (Not blaming you - just not so sure Dave knew the implications of the plan)

They ate when they got to the house and the chefs made them plates for later. I'm guessing they are vampires and stay up late. We are in the Summit and they seem happy. I think part of it was adventure and seeing what's around plus they are snapping tons of pictures. I'm not making the plans, just helping facilitate the madness.

Whew the fact they are makes me feel a lot better. And as long as they're having a good time that's good. Let me know when they all get back. Thanks buddy.

Leaving the summit now.

Coming up the drive.

Awesome. Thx. I'll swing down there in a bit.

K

6/6/15, 6:12 PM

I'm up at your house.

Headed your way

6/6/15, 10:12 PM

I'll prob be at caseys closer to 11

Ok. Upstairs.

Text message
6/7/15, 2:45 AM

You're a rockstar!! Glad we didn't have a riot tonight. I just left and there was still a mob of people outside of the building.

iMessage
6/7/15, 9:49 AM

Perfect night buddy, thanks in large part to your non-stop help!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 155 of 195

Text message
6/7/15, 1:28 PM

Thanks brother!!! I just try to do things the way I think you would do them. Luckily for me we think the same way so it's pretty easy for me.

iMessage
6/7/15, 2:46 PM

If we don't have a chance to meet today I will shoot you an email. Nothing life or death urgent. We are slated to close on Gabe's place on the 15th of June so you have a heads up. On the documents have been put under the Crystal Slopeside LLC since that's the only one I have authority to do legal documents on.

6/7/15, 10:03 PM

Hey pal... Sorry to bother you... But we just got a call from foxx assistant his mom was found on the floor partially paralyzed we thing she had a mini stroke.... He has cash on him.... Do u know if there would be a way to get a jet out tonight? So sorry this jist came up

Got it covered. Mike Peters is going to do a quick turnaround and take them down tonight.

And don't let them even think about trying to pay us.

Don't worry, I would never let that happen. That's not the Goguen way.

Yup. 👍

Thx again for all your help with these guys all weekend buddy. Definitely made my life easier!

You know I always have your back!! And I'm getting pretty good at being your stand in! I will make sure I meet them and get them in the gate and on the jet.

6/7/15, 11:44 PM

More Batman work done by Mike Goguen. They just did a quick refuel and just went wheels up headed to CA.

6/13/15, 10:38 PM

Are you alive?

6/21/15, 12:05 AM

Just had a drink with that Russian vodka!!! Good stuff!!!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 156 of 195

6/21/15, 10:32 AM

> Happy Fathers Day brother.

6/21/15, 5:10 PM



Happy Father's Day to you too brother! Your friendship means the world to me. I had an emotional roller coaster of a day, but it ended with my wish coming true. She and I ended up hugging super tight and both balling. It was a pretty awesome Father's Day present!

> Wow Mike,that makes me super happy. Maddy told me she ran into Amanda at Starbucks and then Amanda put a message up on Maddy's Instagram. I was praying you had a good day with her and I know that your relationship with her is worth everything to you right now. Keep at it brother and she will eventually come around and fully realize how much you love her. I'm always here to support you and help however I can. Great picture by the way!!!

6/25/15, 5:28 PM

> Sorry for the crossed wires on NetJets. I use those hours very conservatively and only when it makes sense or is time/equipment critical. I didn't know you were using it to fly your family around so I will call and ask before I use it again. I do have it scheduled for the DC trip because we are taking guns(big guns) and some agency folks that are helping us on this contract we are meeting about. Plus I'm taking Whitefish office folks because we are visiting the new office and will be doing a setup while me and Shawn are hitting all of these meetings. If you need the jet I will cancel it and we will figure out another option for everyone and the equipment.

It's all good buddy. We solved it nicely this time as we talked about & next week is all clear.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 157 of 195

I just never want to be a presumptuous douche bag. See you this weekend if you come out of hiding to hang out. I will even try and crash you while we are on the lake!!!

6/26/15, 9:52 AM



I had my driver take a few pics while I was in a meeting.



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 158 of 195





Brother your tail number is N468QS, 11am takeoff, Santa Monica.

Thanks a ton for the pics. I thought maybe you got busy and forgot. Place has special meaning to me. I really appreciate it. I'm heading out to head towards Santa Monica. I text Jordana last night to give her a heads up I would be there. She will probably have me stuffed in the luggage compartment. Lol....looking forward to seeing you!

6/28/15, 11:25 AM

Hey brother- is there going to be a 4th party?

6/28/15, 6:42 PM

Whatcha up to buddy? And yes, def want the close friend's gang over for the 4th.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 159 of 195

> We've been out looking for some bedroom stuff for Maddy. Been painful!! Thanks for the info on the party. Didn't want to presume anything but was guessing you'd want to have a party at the lake house with your gang. My niece is getting married at my house on July 11th so her and her fiance(they're lesbians) will be up to the party with us if that's ok?

6/28/15, 8:57 PM

That would be great. Definitely bring them.

6/29/15, 2:32 PM

> I hope you know I really am doing everything possible to make Amyntor successful.

Of course buddy. Did I say something to make you worry about that?

> Not at all, just wanted to say it.

6/30/15, 12:18 PM

> Boat crash?

Nothing serious re: danger, but fucked up the prop. Brian, the boys, his daughter and her friend, & my boys were cruising real slow near the city beach trying to check out the entrance to the river when it suddenly got shallow (5-6ft). As I started to head out of there slowly we heard one quick thump when the prop must have hit a rock. The boat acted different on the way back, then I noticed the low speed steering was shot when I tried to pull in the slip. Must have fucked up the prop or the shaft or both. Supposedly it'll be good to go by the weekend.

> Damn glad everyone is alright.

Are u on the east coast yet?

Buddy, That good sized aquisition I was killing myself to make happen this past month was announced today. The actual number was $652.5m (though Cisco wanted to give a slightly lower number to the press). For sequoia it was a $200m+ gain on a $9m investment. Here's the blog article I put on it giving all the credit to the founder (even tho he was a huge pain in the ass and I had to pull major strings to make the deal happen).

http://sequoiacapital.tumblr.com/post/122859820318/opendns-joins-cisco#prclt-5F1Sp1ks

> We just landed.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 160 of 195

That is incredible to invest 9 and get back 200. Crazy numbers. Hopefully some of that comes your way for all of the hard ass work you put into it. Congrats brother!

7/2/15, 9:55 AM

Do you have a start time for your party Saturday?

What would you suggest? I was thinking later afternoon for the official start so more people stick around. Maybe 3 or 4? Make sure all of the Amyntor gang is invited. Btw are you back?

7/2/15, 1:55 PM

I think 4 is a good time so people can still enjoy the water if they want but also stick around until a bit later in the evening. I made sure all of the Amyntor crew are invited, just didn't give them a hard time yet. We ended up leaving a bit later today than originally scheduled. I had a meeting this morning that ran longer than I thought it would.

7/2/15, 8:30 PM

Did you get my text about start time Saturday?

7/2/15, 10:57 PM

Yup. Sounds good. Are you back yet buddy?

7/3/15, 12:48 AM

Yes sir, I'm back now. Been a long 3 days and I'm going to try and get some rest. Looking forward to catching up while you're home.

7/4/15, 11:25 AM

Happy 4th of July! What time are you going to head down to the lake house brother?

7/5/15, 12:03 AM

Brother- thank you for including my family in with yours to celebrate the holiday! I couldn't have asked for a better way to end the evening watching everyone enjoy the weather and that spectacular new "party" area. My niece said she didn't think places like yours even existed. I hope you truly realize what your friendship means to me and that I would literally do anything for you. Please keep your chin up with Amanda and don't let it break you down. It might be an uphill battle but you're not in it alone.

7/5/15, 3:33 PM

I'll be there in a few mins buddy.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 161 of 195

No problem, literally just pulling in

7/7/15, 10:58 AM

Are you ok with me looking to have a backup power generator installed at my house? Probably 7-8 grand for a whole house system to run the essentials, alarm, cameras, etc. we have several power loss issues a month and are experiencing one now.

7/26/15, 1:02 AM

Try 1320

Let me know.

Worked. Thx

Yes sir Mr. Sheriff!



Lmao....the book I could write just on you! Instant New York Times best seller and man guide.

7/28/15, 11:10 PM

Check out this video on YouTube:

http://youtu.be/5MBjAN7jqsQ

8/1/15, 11:59 AM

Hey brother- on a lighter note, if you don't have family plans I was going to probably watch the UFC tonight on TV and have a couple of drinks. Not sure who you have in town but I was going to see if you and Katrina wanted to come by. Probably head to Caseys for a drink afterwards.

Sounds like a plan buddy. Not to add in the heavier topic, but it will give us a chance to talk about a bunch of the key points on Dominic before tomorrow. That way I can have a shot at talking to him with all the context before the end of the weekend. We can still have our 3pm tomorrow but hopefully have it be 90% Amyntor stuff. Let me know what time you want Katrina and I to come by tonight. She's gonna love the plan btw!

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 162 of 195

I will check and see what time the fight starts and text you a time. Let me know if there's any in particular Katrina would want and I will make sure I have it here at the house. Looking forward to it.

8/1/15, 3:03 PM

Sounds good. See you around 9.

Text message
8/1/15, 3:06 PM

How about anytime from 9:00 pm on brother.

iMessage
8/1/15, 9:05 PM

We got a bit of a late start buddy. We're leaving the house now.

No problem, I'm taping the fight so I will wait on you.

8/2/15, 12:52 AM

Thanks for coming over and hanging out with us. We absolutely adore Katrina and I'm so thankful that she's the person she is. You can take credit for that. I'm sorry I seem to always be the guy who delivers shitty news but it's my duty as your best friend and the guy who all of your other people depend on to make things the way you truly want them to be. Kind of a sucky job for me at times but I'm glad you respect me enough to sit down and listen to what needs to be said. I hate it for you but I also could never be ok with all of this going on and you not knowing the full story. And I hope you understand my absolute need to not allow some guy to ever say anything inappropriate to her. I know you are and would be the same way.

8/2/15, 11:31 AM

Good morning brother! Would you rather just meet at your hangar conference room so you don't have to go out of your way to my office?

8/2/15, 3:37 PM

I'm heading to the hangar. If you need to bail on our meeting its not a problem.

I'm running a little late. I'll see you there around 430.

Ok

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 163 of 195

8/3/15, 4:30 PM



Shawn Lewis.vcf

8/4/15, 11:38 AM

Thought this went through yesterday.



Chris Duke.vcf

8/4/15, 11:16 PM

If you're up call me 911.

8/5/15, 10:33 AM

Everything looks good on this end.

8/9/15, 2:36 PM

Dave told me 4 people and Jamie showed up with 8?

8/9/15, 8:55 PM

Sorry all of this shit with Dominic has just added to all of your other
current headaches. Call me if you need anything and make sure you
send me the address for the overnight delivery.

8/9/15, 10:09 PM

489 Fletcher Drive, Atherton, CA 94027

Thx for the msg on the other channel buddy. Sounds like very exciting
stuff.

Yes sir!

8/13/15, 12:35 PM

Did you make it home?

Yup. Did you fly out?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when
extracted: 8/28/21, 11:12 AM

Page 164 of 195

We are sitting at the airport now. Flight is delayed.

Have a good visit at home brother and enjoy your time with the kids.

8/15/15, 3:12 PM



Just got to my home town for the funeral. This is what's left of the house where I grew up as a kid until I went off to the Marine Corps. Just a pile of dirt.

Aww that kinda sucks. The pretty nice but small house I grew up in was bought by a guy who turned into a white trash junkyard. It was sad to go by there a year or two and see it look like a dishelved mess with junk all over and an abandoned car on blocks in the yard. 👎 Hope you're holding up ok brother. Doesn't sound like a fun filled trip.

Text message
8/15/15, 4:47 PM

Has been a sucky trip and definitely ready to get home to Whitefish.

iMessage
8/16/15, 4:20 PM

Are you back yet brother?

No sir, we are screwed because our flight got cancelled earlier and now we aren't getting back until almost 11pm tomorrow night. It's put me in a bit of a jam because I'm supposed to be meeting up wit the Speakers advance team tomorrow to start the security outline fr this week. Trying to solve that all now. Are you still in MT?

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 165 of 195

Yup still here. You should go ahead and use our Netjets contract. There's usually an 8 hour lead time so it prob won't help you get in tonight but at least you can leave super early AM tomorrow and fly direct. Make sense?

I've considered doing that just because of the Speaker coming and the need to make sure all of that's planned out. Not to sound like a jerk but those guys are a bit of a mess and I just don't want anything reflecting poorly on us or a ball getting dropped. I'm just a tight ass with the hours. When are you leaving?

I'm about to spend an hour 1x1 with BJ then I leave after that. Prob take off around 6pm MT time.

Ok. Are you coming back Thursday for the event?

I was just about to text you and ask what the schedule is for the Speaker. It doesn't look like I can make it Thursday but did plan to be back by early Fri afternoon so we could do a dinner. I thought that lined up with the schedule I saw from BK but maybe I got mixed up.

I'm going to hammer out the details with BK and will keep you fully informed and stand in for you if need be. No worries, easy day.

The dinner at your Lakehouse is Friday but there is a dinner Thursday that BK had mentioned you attending on the rooftop at Caseys.

8/21/15, 6:24 PM

At least now I know what it feels like to be a chain smoker.

8/22/15, 8:37 PM

Buddy I'll have to bail on tonight but let's definitely carve out a bunch of time tomorrow. I have the "final final" write up for that deal I've been working on due by morning so it looks like another all nighter. 🖐️😫 How bout I meet you at 3 somewhere tomorrow? I'm in no rush to take off so we can have as much time as we need.

No worries brother! I know that's priority!! Can we meet at 3 at my house? I had it swept for electronic bugs today so I know it's safe. Lol....

8/23/15, 2:51 PM

I'm here a little early buddy. No one answered the gate ringer so I'm out on the road.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 166 of 195

8/27/15, 1:15 PM



Maddy started her first day of school today. Shoot me now! 🔫

8/28/15, 9:29 AM

PSYCHO

Yikes buddy! You're gonna lose some hair getting a dau hter with Maddy's looks and charm through her teen years! 😳 🙈

Definitely see some stress in my future. I don't know who will need a security guy more, me or her.



I'm all in to help you. Just let me know what you need.

9/10/15, 9:50 PM

Hey buddy. Wickr is on my other phone that I left at home. We're at Tupelos still waiting for our entre to arrive. (The food is good here but the service is so slow). Still looking forward to seeing you if its not too late for you two. Maybe the red room? Oops entres just arrived! 👍

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 167 of 195

We are heading downtown now.

We're in the red room

On our way.

9/11/15, 12:28 AM



9/12/15, 11:23 AM

If you want to not go to the banquet just let me know. The weather is beautiful and I'm sure you wanna spend it with the boys. I'm trying to do something with the family to enjoy it too. It's starts at 5:30 and that's kind of early.

Mornin buddy. I kind of want to but I screwed up (as usual) in the prep for my Monday talk. I pulled a near all nighter last night (3 hrs sleep) to try to make my talk and didn't end up getting very far. I'll prob need to do that or worse tonight. Where is the event?

It's at Grouse Mountain Lodge. I'm seriously considering taking a pass tonight so I can get some stuff done and hang out with the girls. If you don't go I'm definitely not going. Will need to plug in one hour for sure tomorrow at the office for Duke and Gabe or they will jump off a bridge. They've spent weeks getting this brief prepared for you so I really hope you can squeeze that in before you leave.

For sure. I'm looking forward to hearing their report.

Perfect!!! That will make them super happy. Let me know about tonight. I'm in if you are but out if you're out.

9/12/15, 3:25 PM

I've gotta skip the dinner event tonight buddy. I want to try to shave a few hours off the all nighter tonight 😣

No worries brother! Let me know if you need me to do anything. I just took a couple hours off and went golfing to relax and get outside. If you get antsy and want to grab a drink later send me a text. Let me know what time you want to meet at the Amyntor office tomorrow so I can tell the boys. Not too much Red Bull!!!

9/13/15, 1:09 AM

I hope if you're still slaving away you're not pounding Red Bull!!!

9/13/15, 8:01 PM

Brother, thanks again for taking the time today to let the guys brief you. They know how crazy busy you are and to have you and I there to listen to the wok they've put in meant a ton to them and they were super stoked. I did break their balls of the greater than/less than symbols on the dive operations. I wish you could have seen the looks they gave each other when I asked them!! Classic! Sending a Wickr message now.

9/19/15, 3:34 PM

Hope you made it home brother and are getting some time with the kids.

9/20/15, 2:01 PM

How's your weekend buddy? Want to catch up at 430 at the hangar?

It's been good brother. Pretty laid back trying to sort out some personal issues. Sounds good, I will see you at 4:30 to catch up.

9/20/15, 3:59 PM

I'm running late buddy. I should be there around 5.

Ok, sounds good!!

9/20/15, 5:03 PM

Crazy day buddy. On my way

Text message
9/20/15, 5:08 PM

No problem, sitting on the plane talking to the pilots.

iMessage
9/25/15, 12:22 PM

Hope your week is going well brother and that your plans are working out the way you wanted.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 169 of 195

9/28/15, 9:13 AM





Morning buddy. Great hunt in CO these past few days, as usual. Had a perfect day yesterday - at sunrise did a 5 mile plus hike from the truck up and down steep ridges
following a bunch of elk, then two perfect ridge-to-ridge shots double lung'ing a giant bull elk, then a 5 mile plus hike back to camp (since it was shorter at that point to hike back to camp than go back for the truck). Headed for MT now.

Wow, those things are enormous!!! Glad you had a great trip and are safe. I can take a deep breath now.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 170 of 195

Messages - No Name

> There was a break in on the adjacent property to yours. An ATV and some firearms were taken but nothing from us. The boys are out combing the property looking for any signs of bad guys or intruders on our property. Just an FYI and probably would plan your adventures with the boys accordingly.

9/28/15, 8:26 PM

> Did you ever make it to WF?

Yup sure did buddy. I went right from the airport to pick up the boys then I've been family guy ever since. I'll have some time to catch up tomorrow while the boys are in school.

> Tomorrow is going to be really tough for me. I am going non-stop from 0700 until early evening. The crew is heading to Mexico in the early a.m. and it's balls to the wall from there with coordination efforts and making sure all my people in MX are doing what they need to be doing prior to their arrival. When are you heading back to CA and are you coming back this weekend? And I'm glad you are being family guy, way more important than work stuff.

> And I just looked at those pics you sent me again and I'm just baffled by the size of those animals. If I didn't know they got that big I would think those a some photoshop hoax. For a non-hunter like me that's damn impressive to take down something that massive with a shot.

9/29/15, 11:44 AM

> I'm meeting with Jordan today at 3:00 to deliver the news about changing the security posture. Not sure if you will have time before you leave but it may be a good time for you to reinforce it coming from you.

I'm meeting with him at 1230/1245 for the same reason. He should be well prepped by your meeting.

> Great minds think alike! Should we chat after you are done with him to make sure I'm in step with exactly what you said? I feel confident we are but I definitely don't want to add any confusion. I'm done with my last meeting at 3:15 and was going to call him to link up later. Your call boss.

9/29/15, 2:57 PM

Talk went well. He took it very very positively.

> Great!!! I'm going to link up with him shortly. Thanks for the heads up!

Messages - No Name

Text message
9/29/15, 10:34 PM

I just left property. I will be up so feel free to call me so I can give you a data dump on everything.

9/30/15, 2:17 AM

Hey brother, I'm sure you're out in BFE with little to no cell service. I'm also hoping you made it safely and are resting since I didn't hear from you. Quick update- we were up on property assisting the Sheriff all night. Me, Duke, and Gabe covered a ton of property helping with the search on foot and ATV. That new 4 seater is an absolute beast and we need to grab one for just security/med purposes. We searched the immediate area surrounding the big house and double checked all doors and windows. I also reached out directly to Jordana to let her know I was up there with the team. I also made the decision to have Duke and Gabe stay up on property in Moose's old house and maintain vigilance and a security watch routine for the night. They were both fed and settled in prior to my departure for the night. We will keep the family safe and continue to coordinate with the law enforcement elements. They all seem to really love us and embrace having us on their team. Enjoy your trip, I will cover you back while you're away. Easy day!

iMessage
10/1/15, 10:29 AM

When are you coming back to WF?

Saturday morning buddy. Lots to catch up on. Don't let Jordan tell you about my 9 1/2 solo hike yesterday including no-rope rock climbing up the face of Steamboat or you'll get more grey hairs. 😅😅

Btw my brother Paul had an aggressive Grizzly come at him to within 12 feet. He said he swore at it and shot his .44 in the air and scared it off, but the coolest part is that he caught it on Go Pro. I can't wait to see it!

I don't think I have space for anymore gray hairs!! Lol....I'm sure he doesn't want to tell me that story either. I hope I can see that video of the a Grizzly too. Sounds scary as hell but cool after the fact and knowing you didn't get mauled. Be safe and hit me up if you have time to catch up Saturday.

10/3/15, 2:15 PM

Hope you have some good family time the rest of the weekend. I'm sure the kids have missed you.

10/4/15, 12:26 PM

When you vanish you totally disappear.

Messages - No Name

10/6/15, 9:18 PM

Hey brother- anything I can do to help you with this Dominic issue?

10/7/15, 11:56 PM

You doing alright brother?

10/8/15, 12:17 PM

Just FYI, spoke to Eric G.'s people and he should be arriving via car tomorrow evening around 8-8:30 pm. I'm guessing you want them to go to the Lakehouse and stay so if I don't hear a word from you that's where I'm planning on taking them when I link up with them.

Morning buddy. I just finished giving another big cancer talk down here in Santa Fe to a few hundred major hospital CEOs. We're about to take off for San Jose again. Yes re: Eric. I'll be there to greet him as well. I'll call you later today on all the other dramas.

Ok, safe travels. I will make sure Eric is all squared away.

10/8/15, 8:54 PM

Let me know if there's anything you need me to do before you get in town tomorrow. Looks like Eric is coming in a bit later in the evening because they are driving. Not sure if you've had time to speak with him or not.

10/9/15, 1:24 PM

Hey buddy. Sorry for the spotty comms this week. I'm in a NetJets about halfway to MT. I have my plane
headed to pick up Katrina and her friends for the weekend. Are you around this afternoon after I land? If you're free I could swing by and catch up. (Btw you forgot to remind me that you're about to be a birthday boy!)

I will be around. Just finished a meeting at Proof heading to the bank then heading home. Do you wanna meet somewhere or come by my house?

What time do you land?

Starting a descent now. Probably be on the ground within 30 mins. I haven't eaten lunch so maybe let's meet somewhere where I can grab a bite

Sounds good. I haven't eaten either. You name the place and I will meet you there.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 173 of 195

Messages - No Name

10/9/15, 4:03 PM

Did someone change the code on the state park road condo? I showed up here to use it for my call and my code doesn't seem to be working.

No sir. 5601 enter

Thx. I'll try it again

It's a bit of a pain. Sometimes you have to do it 2-3 times and really press down on the enter button

It worked. Thx

Yes sir. Let's make sure we catch up this weekend because I still have a couple things to run past you.

Definitely. Also while I'm here at the condo I'm noticing that the wifi is fucked up. It shows a signal and my devices connect to it but there's no connectivity through to the Internet. Is this something you'd give to Glenn to fix? Or your cousin? I'm leaving in a few mins but if over the next week we could get it humming that would be great. Thx

10/9/15, 5:29 PM

Damn, that's odd. I went in last week and tested everything to include wifi. I know the construction has been wreaking havoc on everyone's cable service and Internet trough that area. I will get it up and humming by next week.

10/9/15, 7:47 PM

Buddy let me know if you get word on when Eric is getting close.

Sure will. Looking like 9:00

He just text me at 8:27 and said about 45 minutes.

Thx

I'm going to sit downtown and wait on them. I let Jordan know.

10/10/15, 6:53 PM

I'm going to come up to meet Katrina's friends and have a shot with her.

Awesome! See you soon

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 174 of 195

Messages - No Name

10/10/15, 11:48 PM

Good to hang with you tonight brother. Let's touch base tomorrow before you leave if possible.

10/11/15, 2:54 PM

I'm probably out for today. Maddy is still sick and it looks like I'm going to be taking Heather to the ER. Looks like she's got a pretty bad kidney infection and is passing a lot of blood in her urine.

Yikes. At least you can take solace that Katrina has had that 2-3 times and has recovered fine each time after a bunch of meds.

She's a tough chick and I'm sure some meds will get her all fixed up. We can try to catch up next time we are both home. Wanted you to stop by the house so I could show you something and ask about putting a small structure here on the property. Kind of forward planning for Amyntor and what's likely going to happen for us.

10/20/15, 1:18 PM



Melinda D.vcf

Hey buddy. I gave Melinda a heads up that you'd be contacting her about getting some badass new ARs.

10/20/15, 6:17 PM

Awesome!! Thanks brother!!! Me and the boys are in Butte doing a special operations ATV course and then 2 days of shooting and shooting at night with our night vision. Today was amazing but we are beat up.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 175 of 195

Messages - No Name

10/20/15, 7:33 PM



10/26/15, 6:13 PM

On the range

11/1/15, 9:14 AM



Messages - No Name



Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 177 of 195





Awesome Halloween last night buddy!!

11/1/15, 11:52 AM

Yes sir! It was a great time and I think our group had a ton of fun! Thanks for getting in costume and coming out with us. I had a great time hanging with you.

11/1/15, 6:00 PM

Went super well with Jordan buddy. He said it was actually his idea and I said "well see you're full of great ideas!". He said he was excited about it and he can see things working better this way. So green light buddy. Bunny is all yours. 👍

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 178 of 195

Messages - No Name

> Perfect!!! I guess he just decided never to share his idea with anyone!! Lol.....I'm glad it went well and we will keep pressing forward. Thanks for the support!

11/7/15, 12:34 PM

> Just so you can see where I'm spending money on our DC presence.





Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 179 of 195

Messages - No Name







Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 180 of 195

Messages - No Name

11/8/15, 2:17 PM

Hope you had a good weekend brother.

11/11/15, 1:25 PM



First real snow!

11/11/15, 7:21 PM

I'm your friend first, business is a distant second to me. I have gathered you are here so please let me know if you need anything. I'm waving a guess on what it might be and I know it's major stress for you. We are all having dinner celebrating Veterans Day so if you need to escape or have a stiff drink, just let me know.

11/11/15, 9:09 PM

Thanks for the offer buddy. I can't make it but I did want to express my thanks and gratitude on this day to you, Sean, Gabe, Duke and the rest of the Amyntor crew for your incredible service to our country! 🇺🇸🇺🇸🇺🇸 

Jamie also wrote a message she wanted me to pass on to you and the boys:

"Thank you for placing yourself in danger to protect us. Thank you for serving as a heroic example of who we are and what we dream to be. We are #FreeBecause of your bravery and selflessness. Thank you for your service."

11/11/15, 10:11 PM

Wow, she should honestly be a writer. Definitely has a way with words. Just know I'm here if you need me, even if it's just to have someone to vent your frustrations at. I'm here to support you and be your friend first. I'm having my issues to so hot definitely not alone. I will pass on your message to the entire crew! It will mean a lot to them.

11/26/15, 11:20 AM

Happy Thanksgiving brother. I'm thankful for your friendship and the gift you've given me to spend these times with my family. I had missed over 15 years of Thanksgiving holidays until we came here to Montana. I'm thankful you trust me to be here for you and your family and protect you at all costs.

Messages - No Name

11/26/15, 9:46 PM

Hope your evening was great brother!

12/4/15, 10:05 AM

Just give me a thumbs up status check.

12/4/15, 11:44 AM

All good. 👍

Perfect.

12/4/15, 5:14 PM

AMERICAN PSYCHO X 100



We're running a little late buddy. 🤪 Go ahead and eat somewhere if you guys are hungry and we'll join you when we get there.

We got "distracted" and are just eating something in the room. So we will see you guys at the box office at 8!

12/4/15, 9:03 PM

R u coming down?

We are having a serious nipple malfunction. We are hurrying.

Meet us on the 3rd floor across from SDK

Ok. We are on our way

Messages - No Name

We're at the little pizza place, Hidden Pizza

Text message
12/4/15, 9:10 PM

Ok 

iMessage
12/11/15, 9:11 AM

Mornin buddy. I know I'm not one to call you with "stock tips" and certainly never would for anything Sequoia related, but if you have any funds set aside for investment I'd take a look at the U.S. Oil ETF, ticker symbol USO. It's a tracker for the price/barrel of oil, which just hit $36/barrel today! 🤑 The USO tracker just hit its 10+ year low of around $11/share, down from > $100/share in 2008. I'd think of it as a long term hold, but watch it because it could have a 2-3x increase in the next 12 months in case you want to bail. I just bought $3m worth only cuz I don't have much free cash with all the other crazy shit I have going on. (Btw it could still go a bit lower in the next few months, but unless you believe the price/barrel of oil is going to zero it's a pretty good bet. ;). The other factor is that if you think that Middle East chaos is likely to increase not decrease in the next few years, that typically drives the price of oil up.

12/11/15, 10:50 AM

I'm not a big risk taker when it comes to investing money, but I can hardly believe it's that price. I have my emergency "the cartel has found me and I need to disappear" money(not retirement) of about 350k accessible. I feel like the smart thing to do would be to put that all in and take the risk, although I think it's a small one. Thoughts?
And I guess I'm supposed to be closing on this house on Dec 23rd but if you're low on free cash, are you absolutely sure you are in good enough $$$ shape right now to loan me that money for the purchase? 😳😳😳😳

On putting the emergency 350k at risk, I would as long as you take the multi year view. The effort by the Saudis to kill all the other threats (like US frackers) might continue for a while longer which will keep the price low, but their motive is obviously to make a shit ton of money by increasing their monopolistic power and then crank the price way back up over time. Pretty smart and ruthless strategy. Also as I said, any major shitstorm in the Middle East always tends to make the price skyrocket. So yes, I'd do it. On the house, yes I'm in good shape to be your mortgage bank ;)

Messages - No Name

> Well, I'm in on that strategy because it seems to have always followed that trend. Clearly you are way smarter when it comes to investing so for me it's worth the risk of putting that money there. I've already called my guy about it and will try to get it done today. Thanks for the heads up! And double thanks for mortgage assist! I signed the papers yesterday and will be taking the earnest money by most likely today for a close on the 23rd.
>
> Check your Wickr account. Heads up coming your way but keep in mind this info came to me from a source is is scared shitless and doesn't know what to do so she came to me. I don't want to burn her.

12/12/15, 4:51 PM

> Hope you're having a good weekend brother.

12/12/15, 7:22 PM

> Did you mean to call me earlier?

I did buddy. Just wanted to catch up. I'm at the Sherriff's Xmas party dinner right now. I'll give you a call after.

> Sounds good Deputy Goguen! 

12/12/15, 11:28 PM

> I hope the Sheriffs department didn't get you all liquored up!

> Did you make it home?

12/13/15, 12:09 AM

Sorry I didn't call buddy. Yup, made it home ok around 1030 and was pretty beat. I'll check in with you tomorrow. I'm leaving much later than usual btw, prob around 8/830pm so we should have time to catch up.

> Perfect!! I'd like to have some time with you to catch up and see where things are for you.

12/13/15, 2:50 PM

Buddy hope you had a great weekend so far. We're scheduled to take off between 8 and 8:30 tonight. How bout we met at the hangar at 7pm?

> Ok, sounds good brother!

Messages - No Name

12/17/15, 10:52 AM



> Popped in the Proof Christmas party last night just to spread some holiday cheer and say a few things. Had a really great turnout and quite a few people told me to extend their thanks to you.

12/19/15, 7:23 PM



Amanda Babydoll New.vcf

12/22/15, 2:45 PM

> Did Foley give you his contact information? Wasn't sure if he was expecting me to reach out to him.

12/23/15, 9:32 AM

Mornin buddy. Here's a text exchange I just had with mike peters so you have the context. It's regarding transportation for Jamie & co flying in today. I'm in a meeting with Jordana or I would have called you myself. Thx brother!

Messages - No Name



Messages - No Name

No worries. I will get it over to him. I was personally using it because my car is in the shop. Will coordinate with him now.

12/23/15, 10:49 AM

I'm at the condo fixing the iPad and Sonos. The tv is working but I think you figured that one out. I walked through yesterday but will do another check while I'm here.

I got the iPad and Sonos working and music playing. Bunny is on his way but I had him drop his wife off before he came here so she didn't know where it's at. He said you called him and wants to check everything so I will wait here for him.

12/23/15, 12:02 PM

Condo is all set. Double checked hot water again.

Text message
12/23/15, 12:48 PM

Do you care if I grab the old Suburban? I literally have no car. If you need it I will try to track down another one.

iMessage
12/23/15, 1:12 PM

I won't make it to say hi to the girls. Heather needs her car to take Maddy to the Dr. and I don't have a way there. If you venture out tonight with them for a drink, let me know and I will meet you guys out and have one with you. ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

12/25/15, 8:29 AM

Merry Christmas brother!!! I hope today brings you smiles from the kids.

12/25/15, 11:59 AM

Merry Christmas buddy! It'd be hard to tell you how lucky I feel to have met you and to have you as a best friend. Hope you and the family are having a great day! 🙇

12/25/15, 2:05 PM

Thanks a ton for the message brother! I couldn't explain how lucky I feel to have met you and to call you my best friend. I am thankful my journey brought me here to live out the final chapters of my life.

Messages - No Name





I know you're jealous of my shirt!!! Lol....

12/26/15, 10:23 AM

Safe travels brother!

Messages - No Name

Text message
12/31/15, 7:45 PM



Having dinner with the entire crew. Hope hour evening is going well brother. Wish you were here to celebrate the new year with us.

iMessage
1/9/16, 4:42 PM



I just sent you an email. Probably want to take a 5 minute timeout and read it in private. I hope you will respect my request for absolute privacy with what I say in the email. It will help explain why I almost cracked today. I refer to this screenshot message from John Maguire in my email so you have the reference point. My email is somewhat heavy and difficult to write just as a heads up.

Matt

Messages - No Name

1/9/16, 6:51 PM

Thanks for the call earlier brother. It actually helped me take a deep breath for a second and I needed it. If I disappear I'm probably hiding somewhere warm and sunny.

Yes! Definitely take the family somewhere nice!

1/12/16, 9:35 PM





Your Christmas present finally showed up. I've had this guy making these for about 6 months. I guess the Amyntor logo took him forever after he made the knives. This guy is a super high end knife guy that makes most of the blades for ground branch and GRS and some of the other Tier 1 teams.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 190 of 195

Messages - No Name

1/20/16, 8:26 PM

Do you have a where and when for the movie?

AMC town square on Las Vegas blvd south. 845.

Ok, we will see you guys there. Will wait in the lobby for you.

There's only 6 people in the theater so we are sitting down.

We're grabbing some nasty movie theater food before we come in 

1/21/16, 4:40 PM



He was stalking me all day to see what I thought of the movie. I told him they portrayed his smart mouth and nutty humor really well!!!!

Tell him I said hello. I kept telling Jamie all night how well that actor captured his personality too!

Messages - No Name

1/21/16, 11:42 PM



Wish you were here brother.

1/23/16, 1:32 PM

Hope you're having a good weekend brother.

Ups and downs buddy. I just got into a thing with Jordana on the way home from snowboarding lessons with the boys. At the most intense point she opened the car door while we were still driving up the driveway and tried to get out. (I can't say that's the first time I've seen a woman do that when pissed). Settled down now. Roller coaster tho, especially with my family piling on. 👇 Good weekend so far with the kiddoes tho. I was about to go out solo with the boys down to cabelas and the sportsman to pick up some shooting supplies. I've been practicing/improving like crazy after that movie and what you told me about how the D guys get so good.

I need to get you on the range for some one on one. I actually want to show you some advanced shooting skills, stances, do some malfunctions and show you how to quickly correct them which can often happen when shooting outside in the cold weather. I've just been teaching you the fundamentals so it's probably time to hit the next step.

I hate that about Jordana and really hate your family jumping in on the frenzy. There's not really a great way to tell them to shut their mouths and mind their own business. I went through it when me and Heather were separated. I was basically enemy number one. And I've had Heather hanging out of the car more than once trying to do the desperate jump out of the car from being pissed, hurt and woman crazy. Hard to protect people from themselves when they get like that brother.

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 192 of 195

Messages - No Name

1/23/16, 4:14 PM

Any thoughts on moving Bunny and his family into the house you bought for Moose that Keith is currently living in? I am trying to come up with a solution to get him closer to the big house and not an hour plus commute one way.

1/31/16, 10:57 AM

I hope you didn't mind that we were staying here at the condo.

Of course not buddy. You're all more than welcome. I just forgot it was this weekend for a minute when I pulled in. 😅

Ok, just wanted to make sure. I figured you had just forgotten but Ray was a bit worried after you left. He didn't want to impose.

1/31/16, 4:39 PM

I'm only discussing security stuff on property with Duke. Not the sensitive Amyntor stuff. Just FYI.

Of course.

2/5/16, 9:20 PM



Daddy Daughter dance tonight.

Messages - No Name



2/6/16, 2:34 PM

Great pics from last night buddy! Hope you had a good bonding night. Are you going to the winter carnival parade today? I'm headed down with Katrina and possibly jayden in a bit, and Amanda & Eli are meeting us there.

Heading there now. Heather thinks I was with you for a bit last night.

2/7/16, 9:42 PM

Thanks again for the ride!!! The game was awesome!!! Tell J I said hello.

2/12/16, 10:14 AM

Call me back if you need me. I've been on the phone.

2/27/16, 7:19 PM



Messages - No Name

Your tough guy right hand man has been relegated to wearing panty hose. 🙄

Delivered

Exported from Oxygen Download (C8PXH317JC6N) on 9/6/21, 4:33 PM with iMazing by DigiDNA. Database date when extracted: 8/28/21, 11:12 AM

Page 195 of 195

1 Amber Baptiste
Self Represented
2 In Pro Per
Homeless No Fixed Abode
3 90211                                    Electronically
Los Angeles CA                              **FILED**
4 Email: Amber.Litigate @gmail.com    by Superior Court of California, County of San Mateo
Phone: 415-797-3534                  ON    10/13/2022
5                                      By    /s/ Vanessa Jimenez
                                                Deputy Clerk
6

7

8

9                     **Superior Court of the State of California**

10                          **For the County San Mateo**

11

12 Amber Baptiste,                    )   Case No. Civ 537691
                                      )
13              Plaintiff,            )   **NOTICE OF MOTION AND MOTION TO**
                                      )   **VACATE DEFAULT AND DEFAULT**
14         vs.                        )   **JUDGMENT; MEMORANDUM OF POINTS AND**
                                      )   **AUTHORITIES, DECLARATION OF _Amber**
15 Michael Goguen,                    )   **Baptiste,Nancy Kaiser Boyd Dr. Itamura,**
                                      )   **EXHIBITS**
16              Defendant.            )
                                      )   **DATE:**
17                                    )   **TIME:**
                                      )   **DEPT:**
18                                    )
                                      )
19                                    )

20

21

22

23        TO Defendant Michael Lewis Goguen  and Cross complainant & Attorneys, Investigators
employees, Co- Conspirators, Fraudsters, officers of the court whom participated in Michael Goguens
24 Abuse, Stalking, Fraud, Fraudulent inducement and  Extrinsic Fraud upon the court AND THEIR
ATTORNEYS OF
25 RECORD: Quinn, Emanuel, Urquart&Sullivan

26

27 PLEASE TAKE NOTICE THAT on October 7, 2022 or soon after, at San Mateo Superior court of
California, or as soon after that as the matter can be heard, in Dept. Civil Unlimited of the above-
28 entitled Court located at

                                           1
            NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1   Amber Baptiste Plaintiff and Cross Defendant, Defendant, will and does move the Court to set aside

2   the Default that was entered against her on _Jan 24, 2020, the Judgment that was entered against Her

3   procured be Extrinsic fraud and fraud on the Court by Michael Lewis Goguen and His lawyers. See

4

5   Exhibit  "A" to the Declaration of Amber Baptiste.   The Motion will be made under the inherent

6   equitable power of the Court on the grounds that the default and judgment were obtained through

7   extrinsic fraud or mistake as more fully set forth in the Declaration of Amber Baptiste, and the

8   Exhibits attached thereto, attached hereto and incorporated herein by reference.

9

10          The Motion shall be based upon this notice, the attached Points and Authorities in

11  support thereof, the files and records of this case, and the Declaration of __Amber Baptiste, Nancy

12  Kaiser Boyd, Dr Itamura,

13

14  and the Exhibits attached thereto, attached hereto, and on such other and further oral and/or

15  documentary evidence as may be presented at the hearing on this Motion.

16

17  Dated October 3 ,2022          Amber Baptiste _Amber Baptiste_

18                                 ANY ATTORNEY OR PARTY

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGEMENT

1

2

3

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**STATEMENT OF FACTS**

Plaintiff Amber Baptiste filed suit against Defendant Michael Lewis Goguen on or about

March 8, 2016 alleging: **Breach of contact for Personal injury settlement**

**Signed In front of Notary On May 23, 2014**  See Plaintiffs complaint on file. Also

in Exhibit letter( I) attached to this motion.

Terminating Sanctions were issued because Plaintiff was going through extreme medical crises

caused by Defendant Micheal Goguen his associates investigators and Lawyers Fraud Malice and

Abuse. Discovery Referee Terminated Plaintiffs case for breach of contract and denied hearing

plaintiffs motion for reconsideration citing the declarations of experts and Surgeons were not of legal

filing Paper. Plaintiff requested the court to continue the trial until plaintiff had undergone further

surgeries recovered and was able to participate in the trial for breach of contract in good health and

clear mind. At the time plaintiff Amber Baptiste was suffering multiple debilitating injuries for which

were settled in the personal injury settlement agreement prepared By Defendant

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1

2

3

4

5

6

7

8 Goguen Provisions 7 and 8 of the personal injury settlement agreement specifically state that a

9 breach of the confidentiality of the agreement was the only material breach of the contract. With total

10 disregard for the personal injury settlement agreement the harm already inflicted upon Amber

11

12

13

14

15

16

17

18

19 ▮▮▮▮▮▮▮▮ The only Material breach Of the contact was a breach of the confidentiality. I

20 Amber Baptiste at no time ever breached the confidentiality of the Personal injury settlement

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7   All of this continued to Cause extreme emotional distress on

8

9   Amber who needed safety, peace and medical treatment .

10  my phones were being hacked and nobody was supposed to have knowledge of my existence or

11  knowledge of the personal injury settlement agreement as I was not allowed to have a lawyer to

12  negotiate the damages on my behalf to go to trial and

13

14

15

16  disseminating photos to

17  which Amber Baptiste solely owns the copyright.

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

He continued to lie to Amber about the existence of such wife and other victims For several years.

confidentiality Hours after the agreement was signed. As evidenced in attachment B Communications

between Goguen and His head of Security and partner in a very illegal enterprise.

me. As evidenced in the attached exhibits. I followed all instructions given to me by Michael Goguen

and all of his lawyers. They told me I had to fire my attorney Rivers Morrell that he was a criminal

that he was stalking me that he would harm me and that he would steal all of my money. If I did not

fire the only legal counsel I had, whom I met two times very briefly Prior to him contacting Goguen.

Because of Goguen and his lawyers Fraud, deceit misrepresentation ,malice, lies, abuse of the judicial

system. I am left penniless, homeless without medical care and litigation in 5 different Jurisdictions

all caused By Michael Goguen and his lawyers Fraud ,malice, deceit and manipulation of myself ,my

lawyers, Extrinsic fraud and abuse of the legal process. Goguen and His lawyers are even being sued

by my former lawyers for the evil they Enforced upon me and their attorney interference.

1

2 A witness in this Case Brian Nash. A man I had never heard of until after the court allowed my first

3 attorneys to withdraw from the case as they had never disclosed to me that over 50 percent of the

4

5 lawyers working on my case were former Quinn Emanuel attorneys and friends with Michaels

6 Goguens Lawyers. Prior to Filing My case for breach of contract. I tried every way to settle the case

7 without further damage to myself . However Diane Doolittle and Michael Goguen continued to

8

9 manipulate me, defraud me, abuse me, in various ways until I had no choice but to Hire an attorney.

10 Diane Doolittle pleaded with My attorney Patricia Glaser that they wanted to mediate in Good faith.

11 As evidenced in the attachments they did not come in good faith and it was only for Quinn Emanuel

12 to Toll their fees and cause me further distress. I had never been to mediation before I was

13

14 uninformed of what the process was. A Jams Referee was hired at the about of $12,000 Dollars per

15 day. All thou all of my lawyers were in the building in their own offices taking court calls. I was left

16 alone from 12 noon until almost 8 pm to negotiate the mediation by myself with Michael Goguen a

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

counsel, prior and counsel at the time. His identity was revealed to me by Amber's counsel at the

8

time. Brian Nash believed he had a settlement agreement signed and prepared by Goguen to consult

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1   served upon Google for the contents of the email account Goguen set up to communicate his binding

2   contract The personal injury settlement agreement and his lawyers to give me instructions  He then

3

4

5

6

7

8

9

10

11

12

13

14

15

16  He set up such email account as he stated My former lawyer Rivers Morrell was stalking me and

17

18

19

20

21

22

23

24

25

26  with my lawyers causing me distress Doing things like filing His complaint knowing it was the

27  morning of my deposition. Tried to get all of my lawyers to work for him for free. Demand I pay his

28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1  outstanding tax bills, demand I pay him 2 million dollars which I did not have for evidence that

2  ███████████████████████████████████████████Unbeknownst to myself  Brian Nash Contacted

3
4  multiple victims and associates of Goguens, citing he worked for me which was never true when I

5  found out ████████████████████████████████████████████████████████████

6
7
8
9                                                                                                    se

10
11
12
13
14
15
16
17
18
19
20
21  wife Kelly Jennings. He continued to threaten me for money although he is an adult in his 50's states

22
23  he has a trust fund and is rich from his career and has adult children.

24
25
26
27
28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1
2
3
4
5
6
7
8
9
10
11            Actually believes himself to be batman with super powers has
12  others refer to him as Batman has photos and parties depicting him as batman and has a bat cave in
13  his home exceedingly Psychopathic for a man nearing 60 years of age. He went as far as to Pay
14  reporter Mr. White To do a video recorded news story touring the home of Michael Goguen praising
15  him as a hero.  And vilifying me.
16
17         Mr. White Who in turn was fired from his Job at NBC news for doing such a
18  fake news story.
19
20
21
22
23            Evidenced in attached Exhibits.
24
25  s
26
27
28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1   I entered into the Personal injury settlement agreement at the behest of Michael Goguen and His

2   lawyers Goguen illegally stating that he could act as Goguen himself and his attorneys could act as

3
4   my Counsel in my best interest and my lawyers at the time of the signing of the personal injury

5   settlement agreement  Michael Goguen insisted that he could act as a  lawyer and at the time I was

6   under extreme duress and none the wiser.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24   When all of these victims previously unknown to me came forward contacting my lawyers and were

25   subpoenaed to give testimony,
26
27
28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1

2

3

4

5

6    Stating she would set up Rivers Morrell My lawyer for a brief time, as

7    a criminal. After I agreed to all of Micheal Goguen's terms by him calling, texting, emailing

8

9

10    when I signed the final of many versions of the personal injury settlement agreement he and

11    his lawyers prepared

12    During the daily conversation Goguen told me Rivers Morrell was stalking me and I needed to watch

13    out.

14

15

16    The distress caused me to shut

17    down emotionally, my weight continued to drop.

18

19

20    own home. During the months that Michael Goguen and his lawyers pressured me to sign the

21    personal injury agreement they created. Michael Goguen Fraudulently told me that he could act as

22    my lawyer  he told me his lawyers were acting in my best interest. Although he has never obtained a

23    law degree he stated that he could act as my lawyer and that signing this personal injury settlement

24    agreement was in my best interest

25

26

27

28

- 13 -
NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18 doe and have my case decided in a court of law. The malice, malevolence and abuse of power and

19 abuse of the law should be frowned upon and forbid by the courts in all instances. I was given

20 specific written instruction

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT



- 16 -
NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

My intent is not to over burden the court with hundred and thousands of pages of paper. That is Michael Goguen and His lawyers Modes Operandi which should be forbidden as it is abuse of the legal process prevents the facts from going before the judges or even having a fair trial. Because of the extrinsic fraud and all the malicious ways Goguen his associates investigators and lawyers blocked me from having my case decided by Judge and Jury It is very clear now the punishment I

1

2

3

and defrauding Honorable Danny Chou is despicable and should never be allowed in any court in

America or any civilized country. Every Human being has the right to a fair trial and to present the

truth and the facts to the judge and jury. No person should be forced into bankruptcy and

homelessness because of the fraud of Officers of the court the juris Doctors for Michael Goguen or

any of the other notorious serial rapists in the country. The more powerful person should not be

allowed to prevent the less powerful victim from having a fair trial.  That same Person who wrote the

agreement and in the exhibits you will see the pressure put upon and the Plaintiff to sign the

agreement That Defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮wrote

and prepared and pressured me to sign.

and the events were true in nature. We offered her assistance she declined I nor my lawyers ever

harassed her. It was  Goguens lawyers.  Bruce Van Dalsuem caused even more pain and Suffering to

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1

2

3

4

5

6

7   This further abuse of process continues.  Diane Doolittle and Bruce Van Dalseum and other lawyers

8
    working for Goguen conspired and colluded with Michael Goguen in Suborning perjury, defrauding
9

10  the court, defrauding, abusing, stalking Amber Baptiste. Bribing her former lawyers to abandon

11  Amber Baptiste's Breach of contract for personal injury case.

12

13

14

15

16

17

18

19

20                                                                  To this day because of all of

21  Goguens illegal conduct and abuse I am dealing with litigation in 5 different jurisdictions. Goguen
22
    and his lawyers went Before Honorable Danny Chou in bad faith with unclean hands and defrauded
23

24  and defrauded the court.

25

26
    Litigation in Southern California  continues to go on to this day as we speak Goguen and all of
27

28  Goguens lawyers who are participating in this conspireacy are being sued for 12 causes of action in

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18  agreement. What has happened is nothing less that a mockery of the judicial system and the

19  deliberate abuse of every persons right to go before judge and jury when damaged by another party.

20  I have met the test for Extrinsic fraud and mistake.

21

22

23       Default was entered against Defendant on _January_24__2020. A Default Judgment

24  stemming from extrinsic fraud and Fraud upon the court.

25  was entered against plaintiff and cross defendant on January 2020.

26       Defendant contends that the default and judgment were obtained through extrinsic fraud or

27

28  mistake in that Michael Goguen Through

1
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Blocked me from
   participating in trial.

3
4         See the Declaration of _Amber Baptiste and Exhibits attached thereto filed and served
5  concurrently and incorporated herein by reference.

6
7  Plaintiff and Cross-Defendant denies all of the allegations of Defendant and Cross-Complainant
8  Rapist Michael Goguen' Cross complainant & complaint and contends that she is
9
10 not responsible for Defendant and Cross-complainants damages. And personal injury settlement
11 agreement prepared and executed  by Goguen and his lawyers is not void all injuries remain and I did
12 not Breach the contract. Micheal Goguen Acted illegally  as a lawyer with no law degree. Stating the
13 Contract was legally binding and all judges in the country would have to hold him accountable for the
14 contract where I extinguished my rights in in Exchange for Confidentiality and The personal injury
15
16 settlement agreement. I was provided no legal counsel Besides that of Michael Goguen and his
17 lawyers who cited this was in the best interest of my health, well being and moving forward from the
18 trauma to accept and sign the personal injury settlement agreement. I did this in good Faith and after
19 exitsng my rights Goguens Legal counsel waited for my statute of limitations to run out on my
20 personal injury claims ▮▮▮▮▮▮▮▮▮▮▮▮
21
22
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24
25  ▮▮▮▮▮▮▮▮▮▮ At no point was there any event of extortion. Goguen and his Multiple
26 Law firms spent 5 months preparing the agreement told me they could act as my attorneys including
27 Michael Goguen Who to my knowledge has no law degree. And 10 days before Goguen was to
28

1   proceed with his obligations under the contract Diane Doolittle writes to me and states The agreement

2   is null and void as procured by extortion. The Same lawyer who orchestrated me being in pro per and

3   entering this agreement with no legal counsel. Plaintiff Amber Baptiste has prepared and executed a

4   declaration under penalty of perjury which is attached as Exhibit "A" to the Declaration of Amber

5   Baptiste, attached

6

7   hereto and incorporated herein by reference.

8

9                                        **II.**

10                                 **LEGAL ARGUMENT**

11  A.      **THE COURT HAS THE POWER TO SET ASIDE THE DEFAULT AND**

12          **DEFAULT JUDGMENT THAT WERE ENTERED AGAINST THE DEFENDANT AS**

13          **THEY WERE OBTAINED THROUGH EXTRINSIC FRAUD OR MISTAKE**

14

15          Several decisions of the California Supreme Court have made it clear that, "A trial court has

16  an inherent equity power under which, apart from statutory authority, it may grant relief from a

17  default judgment obtained through extrinsic fraud or mistake. While the grounds for an equitable

18  action to set aside a default judgment are commonly stated as being those of extrinsic fraud or

19  mistake, the terms are given a very broad meaning which tends to encompass all circumstances that

20  deprive an adversary of fair notice of hearing whether or not those circumstances would qualify as

21  fraudulent or mistaken in the strict sense. Thus a false recital of service although not deliberate is

22  treated as extrinsic fraud or mistake in the context of an equitable action to set aside a default

23  judgment. *Bennett v. Hibernia Bank*, (1956) 47 Cal.2d 540, 558, See also *Carroll v. Abbott*

24  *Laboratories* (1982) 32 Cal. 3d 892, 901-902, and *Weitz v. Yankosky* (1966) 63 Cal. 2d 849, 855.

25

26

27

28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1    After six moths from entry of default, a trial court may still vacate a default on equitable

2    grounds even if statutory relief is unavailable. *Rappleyea v. Campbell* (1994) 8 Cal. 4th 975, 981.

3    A trial court has inherent equitable power to set aside a judgment or dismissal on the ground

4    of extrinsic fraud or mistake. *Olivera v. Grace* (1942) 19 Cal.2d 570, 576-577; *Moghaddam v. Bone*

5    (2006) 142 Cal.App.4th 283, 290.

6

7    Statutory time limits are not applicable to a motion to set aside a judgment or dismissal on the

8    grounds of extrinsic fraud or mistake. See *Moghaddam v. Bone*, supra, 142 Cal.App.4th at fn. 5

9    (citing *In* re Marriage of Guardino (1979) 95 Cal.App.3d 77, 88.

10

11   The term "extrinsic mistake" has been "broadly applied when circumstances extrinsic to the

12   litigation have unfairly cost a party a hearing on the merits." *Rappleyea v. Campbell*, supra, 8 Cal.4th

13   at p. 981.

14

15   "The terms `extrinsic fraud' or `mistake' `are given a broad meaning and tend to encompass

16   almost any set of extrinsic circumstances which deprive a party of a fair adversary hearing. It does

17   not seem to matter if the particular circumstances qualify as fraudulent or mistaken in the strict

18   sense.'" *In re Marriage of Thorne & Raccina* (2012) 203 Cal.App.4th 492, 505; see *In re Marriage of*

19   *Park* (1980) 27 Cal.3d 337, 342.

20

21   "[T]he terms `fraud' and `mistake' have been given a broad meaning by the courts, and tend to

22   encompass almost any set of extrinsic circumstances which deprive a party of a fair adversary

23   hearing. [Citation.] The term `extrinsic' refers to matters outside of the issues framed by the

24   pleadings, or the issues adjudicated. [Citation.]" *Aldrich v. San Fernando Valley Lumber Co.* (1985)

25   170 Cal.App.3d 725, 738 (Aldrich).

26

27

28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

Extrinsic mistake has been found when the attorney's positive misconduct deprives his or her client of a hearing. *Aldrich*, supra, 170 Cal.App.3d at pp. 738-739. "Positive misconduct is found where there is a total failure on the part of counsel to represent his client." Id. at p. 739.

A motion to vacate a judgment for extrinsic fraud is not governed by any statutory time limit, but rather is addressed to the court's "`"inherent equity power"'" to grant relief from a judgment procured by extrinsic fraud. *Moghaddam v. Bone,* supra, 142 Cal.App.4th at p. 290; see also *Olivera v. Grace*, supra 19 Cal.2d at p. 573; *8 Witkin, Cal. Procedure (5th ed. 2008) Attack on Judgment in Trial Court*, § 215, p. 823.

"`"Extrinsic fraud occurs when a party is deprived of the opportunity to present his claim or defense to the court; where he was kept ignorant or, other than from his/her own negligence, fraudulently prevented from fully participating in the proceeding. [Citation.] Examples of extrinsic fraud are: . . . failure to give notice of the action to the other party, and convincing the other party not to obtain counsel because the matter will not proceed (and then it does proceed). [Citation.] The essence of extrinsic fraud is one party's preventing the other from having his day in court." [Citations.] Extrinsic fraud only arises when one party has in some way fraudulently been prevented from presenting his or her claim or defense.'" *Moghaddam*, supra, 142 Cal.App.4th at p. 290.

The United States Supreme Court has also ruled over 120 years ago, that in a case where there has not been a real contest in the trial or hearing of the case, the Court should vacate any judgment entered, and open the case for a new hearing.

"Where the unsuccessful party has been prevented from exhibiting fully his case, by fraud or deception practiced on him by his opponent, as by keeping him away from court, a false promise

of a compromise; or where the defendant never had knowledge of the suit, being kept in

ignorance by the acts of the plaintiff; or where an attorney fraudulently or without authority

assumes to represent a party and connives at his defeat; or where the attorney regularly employed

corruptly sells out his client's interest to the other side, these, and similar cases which show that

there has never been a real contest in the trial or hearing of the case, are reasons for which a new

suit may be sustained to set aside and annul the former judgment or decree, and open the case for

a new and a fair hearing." *United States v. Throckmorton* (1878) 98 U.S. 61, 65-66.

Defendant was denied a fair adversary hearing in that __Motion to reconsider was denied by

$900 per hour Discovery Ref Amblers decision issue me with terminating sanctions while I was very

ill in Pro Per because of an abusive Lawyer that was threatening me and causing me emotional duress

I submitted my motion for reconsideration in a timely matter with supporting declarations and

evidence this was ignored by Jams Referee Judge Ambler for irrelevant reason where there is no law

that Doctors and Expert Witnesses declarations must be written on legal filing paper. Such

Declarations were properly written stated the facts typed by the professionals and expert witnesses

and signed and dated. And submitted to the court and The Discovery referee who was not given the

omnipotent power of the court to over rule motions the trial court had already ruled on and stated my

current medical condition and current state of mind were irrelevant 5 years after entering into the

personal injury settlement agreement. However Discovery ref Reed Ambler without the power to

over rule the trial courts decision went ahead and granted mental and Physical examinations of my

mind and body examinations already denied by the trial court a breach of his fiduciary duty to act

only as discovery referee the trial court also did not give Ref Ambler and Jams the omnipotent power

to terminate my case weeks before trial and deny me the right to go before Judge and jury he was

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

specifically appointed to make discovery decisions only. In which Jams relationships as Quinn Emanuel being one of their biggest clients attaching hundreds of documents to every discovery request he ruled almost always in defendants favor As he was paid $900 per hour to review the overwhelming amount of clap trap paperwork Quinn Emanuel submitted lies upon lies manufacturing a new set of events known they were defrauding the courts and discovery referee. Ultimately again robbing me of my right to testify and have a fair trial for damages to my person damages. To be reviewed in attached _Exhibit__I__ The Complaint and Personal injury settlement agreement.

"Extrinsic fraud usually arises when a party is denied a fair adversary hearing because he has been 'deliberately kept in ignorance of the action or proceeding, or in some other way fraudulently prevented from presenting his claim or defense.'" It occurs when "'the unsuccessful party has been prevented from exhibiting fully his case, by fraud or deception practiced on him by his opponent, as by keeping him away from court, a false promise of a compromise; or where the defendant never had knowledge of the suit, being kept in ignorance by the acts of the plaintiff.' " In those situations, there has not been "a real contest in the trial or hearing of the case," and the judgment may be set aside to open the case for a fair hearing. *Kulchar v. Kulchar* (1969) 1 Cal.3d 467, 471.

**B.  DEFENDANT HAS MET ALL OF THE CONDITIONS NECESSARY FOR THE COURT TO SET ASIDE THE DEFAULT AND DEFAULT JUDGMENT THAT WERE ENTERED AGAINST THEM**

As shown by the Declaration of Amber Baptiste, I just found out about the Complete Extrinsic fraud upon myself and the Court In recent weeks. The lies told by Goguen and his Lawyers recounted me from participating in discovery. A key witness's in this case Goguen

stated Fawn Madonia Of Santa Monica California was not her real name not providing any

other name for such person. He denied that Jamie Stephenson had any Knowledge of Amber

Baptiste besides what she read online.

Thus they have met the first condition for obtaining relief on the grounds of

extrinsic fraud or mistake, they have shown diligence in seeking relief once they have personal

knowledge that a default or judgment has been entered against them. I ask this court to consider

how a Per son with no degree Extorted Michael Goguen and 3 of the most powerful white

shoe law firms in the country to prepare an agreement over a 5 month period of time while

being told the lawyer I hired was a criminal was stalking me and would steal everything I

had                                                                                    Diane

Doolittle Goguens lead attorney stated she was setting Rivers Morelle up to Look like a

1    criminal so I would enter into the legally binding personal injury agreement with no legal

2    counsel. All of the communications speak the truth there was no extortion.

3

4                                                                                                      I

5    signed the agreement That Michael Goguen prepared along with his Lawyers. I signed it

6    under extreme distress

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

-5

His victims are sprawling across America Canada Asia and Europe.

Plaintiff And Cross Defendant has shown a meritorious defense to the action filed against them as shown by

the Declaration of Amber Baptiste and Exhibits attached thereto, thus they have shown that if the default or judgment entered against them is vacated that a different result is likely at any new hearing or trial.

Equitable relief may be granted from default and default judgment when defendant can present a meritorious case, but defendant is not required to provide an absolute guarantee of victory. *Olivera v. Grace* (1942) 19 Cal. 2d 570, 578-579

### C.   THE LAW FAVORS DISPOSING OF CASES ON THEIR MERITS

Numerous decisions of the California Supreme Court make it clear that the law favors

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGMENT

1   disposing of cases on their merits.

2       "It is the policy of law to favor, whenever possible, a hearing on the merits. Appellate

3   courts are much more disposed to affirm an order when the result is to compel a trial on the

4

5   merits Then when the default judgment, Fraud upon the court or plaintiff is allowed to stand.

6   Therefore, when a party Becomes aware of the egregious nature of dextrin six fraud on the court by

7   The defendant in conspiracy with his attorneys

8

9   moves promptly to seek relief, very slight evidence is required to justify a trial court's order

10  setting aside a default". *Shamblin v. Brattain* (1988) 44 Cal.3d 474, 478-479.

11      Because the law strongly favors trial and disposition on the merits, any doubts must be

12

13  resolved in favor of the party seeking relief from Default Extrinsic fraud or mistake *Elston v. City of*

14  *Turlock* (1985) 38

15  Cal.3d 227, 233.

16      As shown by the Declaration of Plaintiff and Cross-Defendant _Amber Baptiste. She has

17

18  meritorious defenses to Cross-Defendants suit. Therefore, the Court should grant her Motion so she

19  can have her day in Court, and this case can be disposed of on its merits as the law favors.

20                              **II.**

21

22                          **CONCLUSION**

23      Based on the above, Plaintiff and Cross- Defendant_Amber Baptiste, respectfully requests

24  that the Court set aside the Judgment that was entered against her, based on Extrinsic fraud and fraud

25  upon the court by defendant Michael Lewis Goguen and his counsel that I was subjected to myself

26

27  and the fraud the court was subjected to which is an abuse of the legal process court and allow me to

28  file have the judgement set aside and allow my my right to present my case before Judge and Jury

NOTICE OF MOTION AND MOTION TO VACATE DEFAULT AND JUDGEMENT

1     so that this case can be heard on its merits, as the law favors.

2

3

    Dated October 3,2022                 Amber Baptiste

4

5                               ANY ATTORNEY OR PARTY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDEX of Exhibits

1    *Exhibit A Declaration of Amber Baptiste*

2    *Exhibit B Declaration of Nancy Kaiser Boyd PHD*

3    *Exhibit C Declaration of Dr. John Itamura*

4

5    *Exhibit D Communications between Michael Goguen and Matt Marshall*

6

7

8                                                              *Michael Lewis Goguen Materially Breaches the*

9    *confidentiality of the Release and Personal injury settlement agreement (The Contract) pages , 70-71*
     *Goguen*

10

11   *Exhibit E Images of Michael Goguen's*

12   *Exhibit F Letters*

13   *Exhibit G Affidavit of  Director of Gynecological and Anal surgery Dr. Bellhassen Examined Amber*

14   *Baptiste*

15   *Exhibit H Matthew Marshall legal complaint containing the truth about Goguen's malice and*

16   *egregious and nefarious activity.*

17   *Exhibit I   Release and Personal Injury settlement agreement and Legal Complaint Filed by Amber*

18   *Baptiste for breach of contract*

19   *Exhibit J  Goguen's Lawyers and investigator's  Witness  tampered Testimony from Diane Miller Her*

20   *Criminal Background, Right of privacy and stalking Abuses ,And Civil Judgments pertaining to*
     *Diane Miller, Diane Bobic ,Diane Andrews lack of credible found to be a liar and sexual pervert by*

21   *Texas Judge's .Civil&Criminal, Psychological evaluation of Diane's multiple personality disorders*

22   *Exhibit K Michael Goguen's Civil complaint against the NY Post for defamation*

23

24

25

26

27   *Exhibit L  Jamie Stephensons*

28

INDEX of Exhibits

**Exhibit M   Michael Goguen's Admissions** ████████████

████████████████

**Exhibit N        Certified Court Reporter's Transcript of Trial**

**Proceedings Before Honorable Danny Y Chou JUDGE**

**DEPARTMENT 22**

**IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN THE COUNTY OF SAN MATEO**

**Exhibit O Final Judgement to be set aside**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF Amber Baptiste**

I, Amber Baptiste, declare as follows

1. I am over the age of 18 years and am a party to this action. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.    I first heard about Defendant Michael Goguens Cross complaint in __March 2016_ Days after I filed breach of contract for a Settlement Agreement Prepared by Goguens Lawyers and Goguen illegally citing he could Act at my attorney, After forcing me to fire my Attorney. Stating if I had an attorney I would receive no medical care or treatment for violation's of my mind body



I gave over 40 hours of deposition Testimony by that time Goguen gave zero deposition until 18 months into the case so he could shut all witnesses down.

In Feb 2020, when I discovered that a default and judgment had been entered against me.

3.     I was unable to the present my case at trial due to the fact that

Extrinsic Fraud, Intrinsic Fraud ,Fraud upon the courts ,

fraud upon Amber Baptiste by William Paoli ,

Extrinsic Fraud Upon Amber Baptiste By Jams Ref Judge Reed Ambler,

I was unable to present my case at trial

When I have

an equal right to Be in the united states process citizenship as half of my family are

American citizens. The case presented to San Mateo court was 3 days of lies and a

manufactured story

Over burdening the court with thousands of papers and over 50 motions in a

breach of contract case. I was suffering a major health crisis in and out of the hospital

and surgery

To prepare for trial with no legal experience. I ask that the court look at

the evidence that was lied about. Mislead the court keep me from appearing in court

with counsel. Not one credible witnesses testimony was put before the court.

in 18 U.S.C. 1962 andas defined by18 U.S.C. § 1961[1].

[1] A racketeering activity is defined as(1) "racketeering activity" means (A) any act or

threat involving murder, … , bribery, extortion, dealing in obscene matter, … , which is

chargeable under State law and punishable by imprisonment for more than one year; (B) any

act which is indictable under any of the following provisions of title 18, United States Code:

Section 201 (relating to bribery), … , sections 891–894 (relating to extortionate credit

transactions), section 1028 (relating to fraud and related activity in connection with

identification documents), section 1029 (relating to fraud and related activity in connection

with access devices), … , section 1341 (relating to mail fraud), section 1343(relating to wire

fraud), section 1344 (relating to financial institution fraud), section 1351 (relating to fraud in

foreign labor contracting), … , sections 1461–1465 (relating too b scene matter), section 1503

(relating to obstruction of justice), section 1510 (relating to obstruction of criminal

investigations), section 1511 (relating to the obstruction of State or local law enforcement),

section 1512 (relating to tampering with a witness, victim, or an informant),section 1513(relating to retaliating against a witness, victim, or an informant), … , sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), …, section 1956 (relating to the laundering of monetary instruments), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), … sections 2252, and 2260 (relating to sexual exploitation of children), sections 2312 and 2313 (relating to interstate transportation of stolen motor vehicles), sections 2314 and 2315 (relating to interstate transportation of stolen property), … , … , sections 2421–24 (relating to white slave traffic), … (D) any offense involving fraud connected with a case under title 11 (except a case under section 157 of this title ), fraud in the sale of securities, or the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), punishable under any law of the United States, (E) any act which is indictable under the Currency and Foreign Transactions Reporting Act, (F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain, or (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B);

Here and now I make this prayer to the Court to Set aside and Vacate the Judgement For Extrinsic

fraud and allow me to proceed with a fair trial before Judge and jury provide evidence

Give testimony and present facts and witnesses to the Jury.

September 28, 2022

Fort Lauderdale Florida



### DECLARATION OF NANCY KASER-BOYD, Ph.D., A.B.A.P

I, Nancy Kaser-Boyd, Ph.D., A.B.A.P., make this declaration in support of Plaintiff Amber Baptiste's motion for reconsideration. Unless otherwise noted, I have personal knowledge of the facts stated herein, and if called upon to testify, I would testify thereto. I am over the age of eighteen:

1. I am a clinical and forensic psychologist, licensed in the state of California since January, 1982. I earned my Doctorate from the University of Montana in 1980. I completed a postdoctoral fellowship in forensic psychology at the University of California Institute of Psychiatry and Law. I am a Diplomate [Board Certified] of the American Board of Assessment Psychology, which is composed of premier psychologists who teach and/or conduct psychological evaluations. I am a member of four psychological expert panels in Los Angeles County: Criminal Court, Delinquency Court, Dependency Court, and Competency.

3. As a member of the Psychiatric Expert Panel in Criminal Court, I have evaluated many criminal defendants, charged with many types of felonies. I have been selected from the 730 Panel list by both the prosecution and defense. As a member of the Delinquency and Dependency Courts, I have evaluated many victims of sexual abuse. Several areas of expertise have emerged, as the result of experience, research, and teaching. These include: (1) the psychological effects of abuse and trauma-including child physical and sexual abuse, intimate partner abuse, rape, and violent crime; (2) legal insanity; and (3) the evaluation of malingering [i.e., gross exaggeration to create a mental disorder]. I have evaluated litigants in civil matters, typically focused on my area of expertise, which is psychological trauma.

4. I have qualified as a forensic expert in criminal, civil, juvenile, family and Federal courts. I am considered an expert in domestic violence, child abuse, and Posttraumatic Stress Disorder [see Jane Doe v. The Superior Court of Los Angeles County (1995) 39 CA4th, 538; and People v. Richard Arce Herrera (2016) 2d Crim. No. B261842]. I have provided expert testimony in many counties in California and other western states [Oregon, Washington, Alaska, Hawaii, and Guam].

5. Amber Baptiste is my therapy patient and I have now spent many hours in therapy with her. I have diagnosed her with Posttraumatic Stress Disorder. I do not believe she is malingering mental disorder.

6. One of Ms. Baptiste's most troubling symptoms is night terrors. At my first face-to-face scheduled meeting with Ms. Baptiste, in Calgary, Canada, she had fallen out of bed, thrashing during a night terror, and injured her arm. I went with her to the hospital in Calgary, where she was diagnosed with a distal humorous fracture (of the elbow) that required surgery. She was admitted to the hospital that day.

1

7.      When she was back in Los Angeles, she wanted to resume seeing me. When I began seeing her in person in my office, it was clear that she was still in considerable pain from this injury. She had been told that her arm was not healing and she would need surgery again.

8.      Ms. Baptiste has chronic insomnia. This is a common symptom of Posttraumatic Stress Disorder (see the Diagnostic and Statistical Manual, Fifth Version). She reported being unable to sleep on many nights, and this is worse when she is near a Court date or Deposition date. She reports she has been prescribed Ambien and other sleep medications but they are only partial solutions. At some of her sessions, she appeared to be extremely exhausted and weary.



11.     Ms. Baptiste has not had a steady place to live for four years. She is fearful of being followed. It seems she moves around to avoid being located. Even I do not know where she stays.

12.     It has appeared to me that it is difficult for Ms. Baptiste to focus and concentrate, although she is an intelligent woman. This interferes with her ability to work on her case, locate and read documents, and work with her attorney(s). She has had considerable difficulty arriving at my office on time and this would likely affect other appointments or court dates.

13.     I have seen the disability of her injured arm with my own eyes. To begin with, I sat with her in the Emergency Room of a hospital in Calgary while she was triaged. When she came for therapy in Los Angeles, her use of her injured arm was minimal and awkward. She had a large linear scar on her upper arm from the Canadian surgery. Up

2

until the end of June, when she had surgery in California, she had multiple doctors' appointments which she discussed in detail. She complained of severe headaches, nausea, dizziness, and other symptoms. She was subsequently told that the metal placed in her arm in Canada was causing metal poisoning.

14.    There was a hiatus in therapy during the time period when she had the second surgery on her arm. She returned to therapy recently and, again, I witnessed the condition of her arm, post-surgery. I have also read the letter of John Itamura, M.D., her primary surgeon.

15.    It is my observation and opinion that Ms. Baptiste had serious physical and psychological limitations during the course of the current litigation.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 29ᵗʰ day of September, 2019, at Studio City, California.

Nancy Kaser-Boyd, Ph.D., A.B.A.P.

3





CEDARS SINAI

KERLAN-JOBE INSTITUTE

NAME: Bastiste, Amber
DATE: 9/25/2019

I, Dr. John Itamura, operated on Ms. Bastiste on July 2, 2019. I had to personally create a surgery for her since she has a metal allergy to some of the metals that had been placed in her left distal humerus from her previous surgery in August 2017. She sustained a left distal humerus fracture as a result of night terrors that she suffers from ▮▮▮▮▮▮▮▮▮▮▮▮ She fell from her bed causing catastrophic damage to her arm. I was not part of her first surgery. Unfortunately, the surgeon had placed metal that she has a severe allergy to into her body. They had broke two drill bits and a screw that were left in the medullary canal. Her arm remained broken and had a non-union where her fracture did not heal which resulted in her hardware breaking. She experienced avascular necrosis of the bone and bone loss. This has left her in excruciating pain on a day-to-day basis, sleepless, ulnar nerve dysfunction, tremors in her arm, numbness in her extremities, unable to drive due to the fragile nature of the arm, experiencing cognitive issues. She has also experienced many cognitive and physical symptoms due to the metal toxicity such as blinding headaches, swelling, malaise, confusion, severe fevers >100.4 deg, emotional disturbances, dizziness, reoccurring infections, inflammation, constant vomiting, gastrointestinal pain and bloating, blurred vision, burning with urination, weight loss, cognitive, and memory problems. This has taken a severe toll on her immune system. She was taking multiple medications that effect her memory and cognitive function which have left her mainly bedridden and unable to perform day to day activities. These medicines have also effected her cognition which have effected her ability to testify and recall events. Due to the seriousness of her medical condition, she had no choice to address these serious health issues, otherwise she could suffer further damage, up to and including amputation.

After seeking out the assistance of over 20 specialists, she finally presented to my clinic. Until this point, she had not been diagnosed with a metal allergy which after testing was done, was positive. To this point, no other specialist had determined why her bone had not healed. After the surgery I performed on July 2, 2019, I advised her to be on bedrest due to the high risk of potential infection. The operative note has been attached which shows its complexity. The surgery included a bone marrow aspirate from her hip to help the fracture heal. This case is one of the most complex cases that I have treated. She had a non-union for almost two years prior to arriving to my clinic in which she had endured the pain from her initial injury and unsuccessful surgery.

After the surgery, Ms. Bastiste suffered complications. She sustained an almost 2 week long fever which was treated with antibiotics prescribed by me. At this point, her bones are still healing and she is still experiencing the effects of metal toxicity due to the screws remaining that were unable to be extracted without splitting her distal humerus in half. The damage that in her left arm is permanent and the damage from the metal toxicity is as well. She is waiting for medical clearance for her left arm prior to undergoing a major anal surgery that was a result of the rape. She is still in the process of resolving the issues of the metal toxicity under direct guidance from her medical doctors.

Ms. Bastiste has been active in trying to resolve all of her health issues ███████

███████ and therefore has to pay cash only for her medical care which limits her access to health care since many facilities do not accept cash only patients. ███████

I, John Itamura, MD, am a graduate of USC school of medicine, Los Angeles County + USC Medical Center Internship and Residency in Orthopaedic Surgery, WB Carrell Memorial Clinic Fellowship in Shoulder & Elbow Surgery, and Massachusetts General Hospital Fellowship in Hand & Upper Extremity AO International. I have been in practice for 24 years specializing in Shoulder and Elbow Orthopaedic Surgery. I am the Directory of Kerlan-Jobe Adult Shoulder and Elbow Reconstruction Fellowship.

_____
John M. Itamura, MD



Messages - +16503806950

iMessage
7/19/13, 12:48 PM



Wtf? Definitely take it to the cops and don't let anyone else touch it to include herself. Get a plastic baggy and put it in that because prints can degrade quickly on that type of paper and her prints could smudge a useful print from the psycho. Lets go to Vegas and smoke some people

Text message
7/20/13, 10:17 AM

For entry into the condo, use the keypad on the garage door. Code is 4321 then hit 0

iMessage
7/20/13, 3:09 PM

Is it clear to go into 250?

7/20/13, 4:30 PM

Yes all clear

Ok, need to drop off some stuff

Text message
7/20/13, 10:24 PM

Going to put the boys up at safe house. My buddy will be there until Monday but can boot him if you need it tomorrow.



iMessage
7/21/13, 10 05 AM

Condo is free and clear  Both guys flew out this A m

7/22/13, 4 45 PM

Yes sir!! Via FedEx

I will follow up and see what the deal is first thing in the a m

I have a proposition to make

7/23/13, 9 32 AM

Not yet. Probably will this week.

Ok  sounds good  Just wanted to know if I had to hatch an exit plan for Saturday

Awesome!

7/23/13, 12 13 PM



Based on that text today, I'm going to send the boys 10k apiece as a pat on the back for a job well done. I'm going to send it out of my own pocket but am going to tell them it's from our "sponsor"(you). You might have to loan me money for vodka though!! )

Zip code issue but its squared away and on its way for delivery Friday

Just making sure you are good. Things are going well here. Move has been a complete and total disaster and Heathers spent all week in tears over it but I'm slowly getting it sorted out. The boys on the team say thanks for the gift. Let me know if you need me to do anything in your absence

8/2/13, 10:50 PM

Headed your way buddy.

We just walked up. Will wait out front.

8/4/13, 11:39 AM



8/4/13, 2:04 PM

My meeting on that hilltop plot of land went great. Took a lot out of me tho.          more victimization

Lmao   I'm sure you will recover quickly!!

Text message
8/4/13, 7:02 PM



8/5/13, 9:29 AM

Sorry I missed your call, been on the phone all morning with the security guys with the Speaker. Trying to tighten things up for his visit. I think we keep this new place from everyone except critical personnel. I spoke to Jeanie last night and am pitching this hard as a "company" place for VIP's. She doesn't ask any questions.

8/5/13, 10:17 PM

Text message
8/6/13, 1:03 AM

I'm headed to Lake House. Heather and Maddy already there.

Text message
8/10/13, 2:12 PM

I just countered the safe house offer for 410,000.

iMessage
8/12/13, 11:55 AM

Sorry I missed your call buddy. Shawn got in town last night and I was meeting with him and Glenn Scott about the 238 condo trying to get it all done. And then meeting with the guys I have doing the security enhancements at Missy Lane. Call me when you get free. I will be tied up until 1230.

8/12/13, 1:43 PM

Messages - +16503806950

Counter offer for the safe house 425 000.

8/13/13, 6 08 PM

What do you want me to do about the condo?

8/14/13, 1 01 PM

Going with the 425,000 because they won't come down more.

8/17/13, 1 51 AM

See u tomorrow buddy. Thx

Be safe and I will see you tomorrow!!

8/17/13, 9 58 PM

Leaving my house now, on the way

Me too!

8/18/13, 12:33 AM

We should abort

Danger close with all of this

8/18/13, 2 12 AM

Home. See u tomorrow.

Thank you sir

