UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER DOE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEWIS GOGUEN et al.,<br><br>Defendants. | Case No. 2:23-cv-02280-MEMF-SK<br><br>**ORDER GRANTING DEFENDANT MICHAEL LEWIS GOGUEN'S *EX PARTE* APPLICATION FOR ORDER SEALING AMBER DOE'S APRIL 17, 2023 EX PARTE TRO APPLICATION & DECLARATION [ECF NO. 13 & 14]** |

The Court, having considered Defendant Michael Lewis Goguen's *Ex Parte* Application for an Order Sealing Amber Doe's April 17, 2023 *Ex Parte* TRO Application and Declaration in Support thereof (the "Application"), PROVISIONALLY GRANTS the Application. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *Johnson v. Cnty of San Bernardino*, 2021 WL 9720772, at *1 (C.D. Cal. Mar. 30, 2021). The Clerk of Court is directed to file the Ex Parte TRO Application (ECF 13) and the accompanying Declaration (ECF 14) under seal until further order of the Court.

Meanwhile, within seven calendar days of this order, Defendant Goguen is ordered to file a Redacted version of the *Ex Parte* TRO Application and Declaration together with an Application for Leave to File the Unredacted versions under seal in accordance with Local Rule 79-5.2. The Redacted versions should redact references to any statements that are the subject of the civil harassment restraining order issued by the San Mateo County Superior Court on March 6, 2023, as well as any sexually explicit or salacious images.

IT IS SO ORDERED.

DATED: April 18, 2023

STEVE KIM
United States Magistrate Judge