UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL LEWIS GOGUEN et al.,<br><br>    Defendants. | Case No. 2:23-cv-02280-MEMF-SK<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Referral: Hon. Steve Kim<br><br>**ORDER GRANTING DEFENDANT MICHAEL LEWIS GOGUEN'S APPLICATION FOR LEAVE TO FILE UNREDACTED VERSION OF THE BAPTISTE TRO APPLICATION AND DECLARATION IN COMPLIANCE WITH COURT ORDER (ECF NO. 17)** |

The Court, having considered Defendant Michael Lewis Goguen's Application for Leave to File Unredacted Version of the Baptiste TRO Application and Declaration in Compliance with Court Order (ECF No. 17) (the "Application"), HEREBY ORDERS that the Application is **GRANTED**.

Accordingly, in light of the relevant facts and circumstances of this particular case, the Clerk is ordered to keep the unredacted versions of the TRO and Declaration (ECF No. 13 and 14) under seal until further order of the court. The redacted versions of the TRO and Declaration, attached as exhibits G, H, and I, to the Application are ordered filed.

IT IS SO ORDERED.

Dated: April 24, 2023

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE