Amber Doe
P.O. Box 20
8306 Wilshire Blvd.
Los Angeles, CA 90211
Phone 424- 379- 3619
Amberlitigate@gmail.com
Propia Persona



F I L E D
CLERK, U.S. DISTRICT COURT

APR 28 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF**

**Los Angeles**

**For removal to The Supreme Court of the United States**
**Writ of Certiorari In Preparation**



| | |
|---|---|
| Amber Doe        Plaintiff, | )   Case No. Case 2:23-cv-02280-MEMF-SK |
| | ) |
| vs. | ) |
| | ) |
| Defendants | ) |
| | ) |
| MICHAEL LEWIS GOGUEN | ) |
| SEQUOIA CAPITAL | ) |
| TWO BEAR CAPITAL | ) |
| DIANE M DOOLITTLE | ) |
| QUINN EMANUEL LLP | ) |
| Rosewood Sand Hill | ) |
| The UNITED STATES OF AMERICA | ) |
| The STATE OF CALIFORNIA | ) |
| HUMAN TRAFFICKERS (THE GANG) | |
| STRIP CLUBS | |
| MODEL STUDIOS | |
| HON DANNY CHAO Lawyer/Judge | |
| Hon Read Ambler/Lawyer | |
| Hon Elizebeth Lee Judge/Lawyer | |
| The San Mateo County Court | |
| The San Mateo County Sheriffs | |
| The WhiteFish Police Department | |
| The City Of Whitefish Montana | |
| Orange County | |
| Orange County Court | |
| San Mateo County | |
| HON JONATHAN CANNON Judge/Lawyer | |
| HON RICHARD DUBOIS Judge/Lawyer | |
| Hon. Nico A. Dourbetas Judge/Lawyer | |
| Wilson sonsini Goodrich & rosati | |
| Goodwin Procter | |
| Glaser Weil | |
| Bruce Eric Van Dalsem Lawyer | |
| Rivers Morelle | |
| ANTHONY McCusker | |
| Patricia Glaser | |
| Jill Basinger | |
| William Paoli | |
| Ryan Baker | |
| Michael Strickland | |
| All Private Investigators hired to Stalk Amber since 2012 | |
| Brian Nash | |
| Michael Feenberg Lawyer | |
| Michael McCarthy Lawyer | |
| Mark Schaeffer Lawyer | |
| All men solicited for Ambers Murder | |
| Michael F Grady Lawyer | |

| | | |
|---|---|---|
| 1 | Amber Doe            Plaintiff, | ) Christopher Tayback Lawyer |
| 2 | vs. | ) William C. Price Lawyer |
| | | ) Mark Holsher Lawyer |
| 3 | Defendants | ) Hon Robert D Folies Jodge/Lawyer |
| 4 | MICHAEL LEWIS GOGUEN | ) Hon Scott, Joseph C. Judge/Lawyer |
| | SEQUOIA CAPITAL | ) Hon Weiner, Marie S. Judge/Lawyer |
| 5 | TWO BEAR CAPITAL | ) Hon Foiles, Robert D Judge/Lawyer |
| | DIANE M DOOLITTLE | ) Hon. Leland Davis III Judge/Lawyer |
| 6 | QUINN EMANUEL LLP | ) |
| | Rosewood Sand Hill | ) SUONG NGUYEN Lawyer |
| 7 | The UNITED STATES OF AMERICA | ) JOSEPH C. SARLES Lawyer |
| | The STATE OF CALIFORNIA | ) |
| 8 | HUMAN TRAFFICKERS (THE GANG) | Dr Ina Park |
| 9 | STRIP CLUBS | Hon Karesh, Jonathan E.Judge/Lawyer |
| | MODEL STUDIOS | Hon Buchwald, Gerald J.Judge/Lawyer |
| | HON DANNY CHAO Lawyer/Judge | Dr. Tara Collins |
| 10 | Hon Read Ambler/Lawyer | Hon. Grandsaert, John L. Judge/Lawyer |
| 11 | Hon Elizebeth Lee Judge/Lawyer | JUDGE DYLINA Lawyer |
| | The San Mateo County Court | |
| 12 | The San Mateo County Sheriffs | Megan M Kerr Lawyer |
| | The WhiteFish Police Department | PATRICK DOOLITTLE Lawyer |
| 13 | The City Of Whitefish Montana | |
| | Orange County | Margaret Caruso Lawyer |
| 14 | Orange County Court | MICHAEL LIFRAK Lawyer |
| | San Mateo County | |
| 15 | HON JONATHAN CANNON Judge/Lawyer | Sara Pollack Lawyer |
| | HON RICHARD DUBOIS Judge/Lawyer | David Klein Lawyer |
| 16 | Hon. Nico A. Dourbetas Judge/Lawyer | KIRKLAND & ELLIS LLP |
| | Wilson sonsini Goodrich & rosati | |
| 17 | Goodwin Procter | Jamie Stephenson Defamation |
| | Glaser Weil | Aida TAKYRBASHEVA Defamation |
| 18 | Bruce Eric Van Dalsem Lawyer | |
| | Rivers Morelle | Fawn Madonia Harrasment Defamation |
| 19 | ANTHONY McCusker | Negar Sherazi Defamation |
| | Patricia Glaser | |
| 20 | Jill Basinger | Marcella Williams Defamation |
| | William Paoli | Inga PopKoVa Defamation |
| 21 | Ryan Baker | RIVERS J. MORRELL III THE LAW OFFICERS |
| | Michael Strickland | OF RIVERS J. MORRELL |
| 22 | All Private Investigators hired to Stalk Amber | FRANK W. NEMECEK (62260) Lawyer |
| | since 2012 | |
| 23 | Brian Nash | JONATHAN B. COLE |
| | Michael Feenberg Lawyer | MARSHALL R. COLE |
| 24 | Michael McCarthy Lawyer | MICHAEL W. FEENBERG |
| | Mark Schaeffer Lawyer | |
| 25 | All men solicited for Ambers Murder | MICHAEL MCCARTHY |
| | Michael F Grady Lawyer | JOSEPH W. SCOTT |
| 26 | Bruce Eric Van Dalseum Lawyer | |
| | Yvette Van Dalseum Lawyer/ Judge | Alex Gerbi |
| 27 | John Quinn Lawyer | Ted Greeno |
| | Kathleen Sullivan Lawyer | Aidan O'Rourke |
| 28 | | Cannon |

| | |
|---|---|
| vSamsung | ) Columbia Label Group |
| Kodak | ) EMI |
| Electric Motors | ) Sony Music |
| Boeing | ) MTV |
| Buick | ) Apple Music |
| Cadillac | ) Washington Post |
| Chevrolet | ) Jeff Bezos |
| GMC | ) Visa |
| Chrysler | ) Master card |
| Dodge | ) American Express |
| Jeep | ) Duncan Burch |
| Ram | ) Burch Entertainment |
| Ford | ) Penthouse |
| Lincoln | ) Penthouse Club |
| Tesla | Scores |
| Petrolum companies | Cruise Ships |
| BP oil | Fox Media |
| Chevron | Comcast |
| Stellantis | Elon Musk |
| Ford Motor Company | Microsoft |
| Nissan | Oracle |
| Rivian Automotive | At&T |
| VIA Motors | S&P Global Market |
| Fiat | Nasdaq |
| Toyota Motor Company | Bill Gates |
| Honda Motor Company | The NFL |
| Nissan Motor Corporation | The NBA |
| Daimler AG | Rappers |
| Volkswagen Group | Rock stars |
| All Car Insurance agencies | Hearst Communications |
| Hyundai Motor Group | New York Times Company |
| Paccar INC | BMW |
| John Deer | FORD MERCEDES |
| Saudi Aramco | Sony |
| Exxon Mobile | VUniversal Music Group |
| Chevron | Anheuser-Busch InBev NV |
| Shell | Molson Coors Beverage Company |
| Total Energies | Heineken Holding N.V. |
| Peterol China | Diageo PLC |
| Conoco Phillips | United Health Group |
| TAQA | Carlsberg Breweries |
| Qquinor | Molson Coors Beverage Company |
| Sinopec | The US mint |
| Petrobras | Saudi Arabian oil company Aramco |
| Schlumburg | Wal-mart |
| Enbridge | Proctor and Gamble |
| Petrobras's | State Grid Cooperation |
| Duke energy | Sinopec Group |
| Southern company | Petro China |
| EOG Resources | CNPC |
| CNOOC | Apple |
| Interscope Records | Berkshire Hathaway |
| Warner Records Republic Records | CVS |
| | Fortune 500 |
| | Interscope Records |
| | Warner Records Republic Records |

| 1 | Columbia Label Group | ) | National post |
| 2 | EMI | ) | The Daily Mail |
| | Sony Music | ) | Rupert Murdock |
| 3 | MTV | ) | The Daily Beast |
| | Universal Music Group | ) | The Mirror |
| 4 | Anheuser-Busch InBev NV | ) | Donald Trump |
| | Molson Coors Beverage Company | ) | National Post |
| 5 | Heineken Holding N.V | ) | Michael Bloomberg |
| | Diageo PLC | ) | Bloomberg Media |
| 6 | United Health Group | ) | Harvey Weinstein |
| | Carlsberg Breweries | ) | Blomberg companies |
| 7 | Molson Coors Beverage Company | ) | Spotify |
| | The US mint | ) | MSN |
| 8 | Saudi Arabian oil company Aramco | ) | MLB association |
| | Wal-mart | | PGA Golfers |
| 9 | Proctor and Gamble | | Cattle barons |
| | State Grid Cooperation | | Oil Barons |
| 10 | Sinopec Group | | Stock Brokers |
| | Petro China | | Hedge Fund Men |
| 11 | CNPC | | Record Producers |
| | Apple | | Police that took bribes |
| 12 | Berkshire Hathaway | | Police that looked at Amber naked as a teenager |
| | CVS | | The US military, The US Navy and |
| 13 | Fortune 500 | | whomever else the government buses dropped |
| | Amazon | | off at the strip club in their Military and Navy |
| 14 | Alphabet | | uniforms. |
| | Johnson&Johnson | | All individuals whose names I can recall will be |
| 15 | Tencent Holdings | | named as defendants I reserve the right to add |
| | Meta Platforms | | all of them and the additional causes of action |
| 16 | Nvidia | | |
| | LVMH | | |
| 17 | The US Mint | | |
| | The World Bank Vox media | | |
| 18 | New York Magazine | | |
| | The New York Post | | |
| 19 | The Wall street Journal | | |
| | Global Legal Chronicle | | |
| 20 | Linkedin | | |
| | National post | | |
| 21 | Daily Mail | | |
| | Rupert Murdock | | |
| 22 | The Daily Beast | | |
| | Donald Trump | | |
| 23 | National Post | | |
| | Michael Bloomberg | | |
| 24 | Vox media | | |
| | New Your Magazine | | |
| 25 | The New York Post | | |
| | The Wall Street Journal | | |
| 26 | Global Legal Chronicle | | |
| | Estate of David Flechheimer | | |
| 27 | Chris Reynolds | | |
| | Estate of Jeffery Epstein | | |
| 28 | | | |

1   Amber Doe's case must not be denied For the reasons set forth in my  Amber Does response to order to show cause.

2   State Judges are a branch of the government voted in by the people and paid for by the people. The San Mateo Judges acted with malice and  in concert with Goguen Sequoia Capital Quinn Emanuel Goodwin Procter Wilson Sonsini Goodrich and Rosati  in the Malicious conspiracy to Deprive Amber of all of her constitutional rights ,Human Rights and civil rights and Legal rights. They acted intentionally with ill intent and abdicated their duty to myself, the country and to society as a whole. this sets a very bad example for all.

4   The judges are to be fair and employ the law based on the law without prejudice .

5   They are not to remove the plaintiffs right to be represented. The judiciary is not to make exceptionally unfair rulings one after another knowing the other party is far more powerful.

7   The judges are not to deny a proper plaintiff the right to go to trial when they know she is unable to testify or to present her case because she has two broken bones, PTSD,  Underwent recent surgery and is ingesting mind altering medications debilitation pain and seizures and various other serious medical complications. The trial had to be continued to be continued until Amber Doe could try the case or have competent and  ethical counsel to try her case for her which ever came first. The judges violated All of Ambers rights in allowing the trial to go forward, subsequently leaving Amber homeless with no medical treatment leaving her vulnerable to being trafficked and violated again. Forever ordering Amber indebted to her abuser and trafficker without ever hearing her case or reviewing the evidence. The Judges had the power and the duty to use their discretion and failed to do so they accepted  bribes from defendant and his agents, allowed a fake trial to proceed and signed away Ambers life, liberty and freedom to her trafficker and abuser for all time.

12   Amber remains in Debt bondage to her trafficker via the Malicious Judgement signed By Hon Danny Chao Going ahead with the fake trial where no evidence was entered on Ambers behalf, no jury was in the court room, the only witness who testified other than the fake experts paid for by Goguen was Goguen who perjured him self and his lawyers who maliciously and knowingly Suborned the perjury.

15   No relevant evidence was submitted at trial they presented excerpts from testimonies of perjured tampered witnesses that have zero credibility and were paid by Goguen's private investigators and feed testimony by Quinn Emanuel lawyers.  A Hollywood move was played at the bench trial that was released by Hollywood around the time of Ambers Birth She has never seen such film and the film has no relation or relevance to the case. Hollywood films are not facts nor are they evidence in a Human trafficking case.

17   When Amber submitted all of the evidence in support of  the motion to vacate the Judgement at the soonest time she could possibly present the case in front of the Judge Hon. Danny Chao  he again violated Ambers rights  while acting under the color of the law.

19   He had the duty to use discretion look at the evidence by fair and allow Amber to have an new trial an actual trial but he allowed the defense to submit a baseless opposition to the motion to vacate two moths after the deadline for the opposition to be submitted to the court and served to Amber. He then waited until the 90th day after Amber Doe filed the motion to vacate the Judgement only to state not that Amber had not proved her case beyond a shadow of a doubt and that the "restraining order"  he signed was illegal and a violation of Ambers constitutional rights and that he should either enforce the Personal injury settlement contract or gave Amber a new trial rather he stated only that Ambers motion to vacate the Judgement based on extrinsic fraud and intrinsic fraud was submitted to the court too late yet the fact and the law remains clear there is not statue of limitations on a motion to vacate a Judgement based on extrinsic fraud.

24   THE STATUTES  IN CALIFORNIA  and The UNITED STATES OF AMERICA ARE INTENDED TO ENSURE PUBLIC CONFIDENCE IN THE JUDICIARY AND TO PROTECT THE RIGHTS OF LITIGANTS TO A FAIR AND     IMPARTIAL ADJUDICATOR AND THE UNITED STATES SUPREME COURT HAS STATED THAT A FAIR TRIAL IN A FAIR TRIBUNAL IS A BASIC REQUIREMENT OF DUE PROCESS

26   The conduct exhibited by Judge CHAO And All Judges the SAN MATEO Court And Orange County Court Ruling  On Ambers Cases showed clear evidence of bias and prejudice and deprived of their right to a fair and impartial adjudicator. This conduct also deprived him of his right to a fair trial in a fair tribunal which is a basic requirement of due process as stated by the United States Supreme Court.

28

Such restraining order is illegal and a violation of Ambers First Amendment rights And ALL of Her Constitutional Rights.

Amber Doe  has never committed a violent crime nor has she ever owned a weapon carried a weapon stalked any person or threatened violence the only objective of the illegal restraining order is to silence Amber about Michael Lewis Goguens Sex trafficking conspiracy.

  I now bring a case against all defendants that have trafficked me violated me and participated in the malicious conspiracy to end my life, further trafficking me and hold myself in a state of unlawful endangerment for the remainder of my life.

  Amber Doe has not used any "salacious" words. The words are in the english dictionary are covered in the HTVPA and are not slang nor are the profane words.
  All words stated by  Amber Doe  are facts.  True facts based on evidence that is currently before the court. All of the lawyers and the court know and are aware that litigation privilege is absolute and to not allow Amber Doe to speak the truth in a court of law and to submit evidence to law enforcement is a violation of her Constitutional rights, her first Amendment rights, her human rights and her civil rights and to state anything to the contrary is a very dangerous situation for all of the people who are American or live in America because it perverts the course of justice and we all risk the loss of our constitutional rights.
The People of New York vs. Harvey Weinstein
United States v. Jeffrey Epstein, 19 Cr. 490 (RMB)
United States v. Kelly, 1:19-cr-00567
18-1512 - USA v. William Cosby

  There are no exceptions to the rules of law based on the fact that the crimes against me are that of a sexual nature and violations of the Human trafficking victims protection act. If what Hon. Danny Chao and Hon. Elizabeth Lee illegally signed to silence me about the truth were to be effective in violation my rights that would invalidate the TVPRA and further allow millions of victims to be enslaved, for their voices could never be heard if the facts are deemed salacious words and defamatory.  Amber Doe did not print the words in the media nor did she pay reporters to create fake news as Goguen and his lawyers have done fore years. Goguens lawyers and Goguen himself repeatedly give news interviews and make payments to mainstream news outlets to cause more suffering top plaintiff Amber Doe.

Truth is a 100 precent defense to defamation even if there was not an absolute litigation privilege for Amber Doe to present the facts in any court of law in America and beyond.

To even bring any motion to the contrary is frivolous. Amber Doe has not stated the facts of the evil that She has experienced in her lifetime in a glib, wonton, humorous or perverse way.

  Yet in the evidence before the court Michael Lewis Goguen is stating everything he did to Amber Doe and other victims in a perverse ,derogatory exploitive way as a braggart about his mentally ill and demented ways.

Michael Lewis Goguen  is describing all of the facts Amber Doe has stated in detail in a perverse way violating the legally binding contract that he and his lawyers prepared and forced me to sign. The salacious words are Written by Michael Lewis Goguen What I have stated are facts.

  My Case must be heard before the nine justices in  the Supreme Court of The United States of America. For my voice is a voice for all victims of human trafficking and to further violate my rights is to deny all of the victims of these pernicious crimes the chance for justice for the great sufferings they have experienced.

  The greatest driver for human trafficking is society and law enforcements lack of education on such a matter which allows traffickers like Goguen to operate covertly for decades before ever being caught and prosecuted. The special victims unit stated to Amber Doe categorically that they know these traffickers are operating internationally but that it is the Governments fault because they make prosecutions extremely difficult for law enforcement and prosecutors leaving them too try to prosecute the traffickers on Drug violations arms trafficking and murder charges rather than sex trafficking and
human trafficking.

1

2   I implore the Government not to let what happened to me be in vain but to take my life and the knowledge
gained by the great many crimes against me and change legislation and allow my case to be an example that
3   can change the way things turn out for millions of victims and human trafficking can possibly end with my case.
I am a human being just as much as anyone else who lives and breaths. We all have the right to be free and
4   live without this type of abuse and exploitation.

5        Further my words are no different that the words used By US attorneys when the bring a case for the people
of the United States against a sex trafficker or human traffickers. There is not a separate set of laws for Amber
6   Doe in a court of law and in the eyes of the law we remain equals.

7     Amber Doe is a human being equal to the defendants and the Judges who violated her rights.
    Amber Does rights must not be violated again for she must proceed to trial. She has not asked monetary
8   damages from all parties she asks that the contract be enforced and she should be awarded damages from
every defendant who participated in any way in her human trafficking .

9
      She asks that the government The Department of Justice step in and investigate the malicious conspiracy
10  against Amber Doe and that The Corrupt Law enforcement, Corrupt Judges and The corrupt Government
agencies involved in the Malicious conspiracy be investigated and disciplined accordingly Amber will giver her
11  full cooperation to this investigation so that no victims or others have their Human rights, constitutional rights
or civil rights violated in the course of Justice.

12
      Judges and law enforcement are arms of the government they are not immune for being investigated by the
13  Department of Justice they have no immunity when  committing crimes and taking bribes from powerful
defendants . This is corruption and must be investigated.

14
      Amber has not sought money from the judiciary but has and is allowed to bring before the court a case to
15  ask the Judges and law enforcement acting under the color of law to stop abusing the criminal and civil
process and violating all of Amber Does Rights.

16  There is not court in the united states where a Judge can order a party not to state facts because they are
defamatory Goguen has never brought a case against Amber for defamation because the facts are true so he
17  could never prevail in any defamation case he brought in America, Canada, England or most likely anywhere
in the world. Truth is a 100 percent defense to defamation. I respectfully submit this under the laws of the
18  United States.

19  Amber Doe seeks relief under the Human Trafficking Victims Protection Act 18 U.S. Code § 1595 - Civil
remedy and 18 U.S. Code § 242 - Deprivation of rights under color of law
20  as well as but not limited to 233 additional causes of action and violations of federal and California state laws.

21  To deny Amber Doe her rights to Proceed to trial on the Merits of her case against these defendants inclusive
of the Judges and Corrupt law enforcement that deprived Amber of of her civil rights, human rights,
22  constitutional rights and above all else her right to safety, medical treatment ,shelter and peace is to deny all
victims their right to criminal and civil trials based on the laws set forth by the Human Trafficking Victims
23  Protection Act.

24       All victims everywhere will be affected by the denial of my rights. Amber has  also brought within the instant
case brought a Qui Tam action so the government has the opportunity to step in analyze the egregious
misconduct of every defendant involved and deploy my rights under the constitution of the united sates of
25  America and the TVPRA thus preventing the further violations of the rights of other victims and further
trafficking and victimization of girls and women by Michael Lewis Goguen.

26
      There is not a seperate set of laws and a separate constitution that applies to Amber and other victims of
27  Human trafficker and/or Child sex trafficking to Continue to allow the defendants to obstruct the judicial
process and state that the facts in this case are "salacious" is unlawful.

28

These are the very same words written in the TVPRA and the Lawyers for the United States of America and for the people use the very same language in their cases against traffickers. Amber Doe has not asked for money from parties that are immune the Judges do not have to pay me monetary damages but must enforce the law stop the crimes form being perpetrated against her any further. The Judges must no longer participate in the conspiracy and malicious prosecution of Amber Doe.

Amber Doe is allowed to ask the court to not only award  damages from the defendants that have harmed her in ways that are so egregious the court states the words can not be uttered in a court of law when all justices and Juris doctors and Law enforcement know litigation privilege is absolute and to violate Amber Does first amendment rights is a furtherance of the malicious protection  She has been enduring since 2014.

So unless there is some special reason to deny Ambers  rights as a victim of human trafficking  she must proceed to trial.
Amber is allowed to ask the court to ask Judges and Law enforcement to stop helping her abuser continue to abuse her. That is her right as a human being the Judiciary is an arm of the government not a special place for abusers to further abuse their victims by depriving them of all their rights. To deny Amber her right of the Civil and criminal Justice system is to invalidate the Constitution of the United States of America and that puts every persons freedoms and civil liberties at risk.

Those who champion the path to Justice must not be defeated .When that which is true and just is defeated, it will be labeled as wrong and bad. Sad as this is, it is a social reality that can be observed throughout history. This is why those who champion the path of justice must not be defeated

Ambers case has Never been Frivolous and the malicious prosecution is of Amber and the people in her life that have been victimized by association.
There has been zero malicious prosecution of any defendant named in this case.  Amber has yet to have a trial in any court of law. No judge or law enforcement officer participating in this malicious conspiracy and receiving bribes is immune.  Amber did not state that the Judges made a legal error,  she stated they were bribed by the defendant and his lawyers that are relentless in their criminality.

If Amber Does rights remain violated in the United States she will move to have her trafficker and abuser Michael Lewis Goguen Extradited under the laws of Canada And the United Kingdom where he trafficked and Violated Amber as a victim of his Sex trafficking conspiracy in Violation of the TVPRA.

Amber will be able to pay her Filing fees to the court as soon as the court sanctions the defendants for continuing to abuse the legal process by not serving her the filings with the court in the instant case. The lawyers and defendants must be sanctioned in the fullest amount possible so that Amber doe can pay for costs associated with representing herself in litigation. Amber has zero access to money. She has no Job, no ability to work because she is extremely ill and needs two major surgeries to attempt to repair her body from the grievous bodily injuries caused by Defendant and his agents.

In addition to that she has no medical insurance and will never be able to obtain medical insurance again because of the long list of pre-existing conditions caused by Billionaire trafficker Michael Lewis Goguen  and his agents, lawyers, investigators and Otherwise.

Amber can not obtain a loan to pay for filing fees with the court as. The fraudulently procured judgement against her leaves me indebted an additional to my traffickers more than 7 million dollars and knowing that I need surgery and medical treatment to attempt to save my life the Defendant the judges his lawyers conspired to make sure I had no access to money or even a credit card to pay for medical treatment.
The lawyers and Judges in Orange County have further conspired and attempted to indent me an additional 1 hundred million dollars by further perverting the course of justice naming me as the defendant and violating my rights by not allowing me to participate in the litigation by not serving me the motions or the pleading taking depositions with out allowing me to cross examine witnesses not allowing me yo participate in discovery and stipulating to continue the trial without even informing me of any meet and confers or and hearing dates.

Hon. Elizabeth Lee further deprived Amber Doe of her rights while acting under the color of the law by signing an additional restraint order without ever seeing or hearing Anything about Amber. Amber stated she would seek relief from the presiding judge after Danny Chao Deprived her of her rights So Quinn Emanuel lawyers

1 further conspired and Sent amber one hearing noting see attached. They then changed the date of the hearing without conferring with Amber Doe in any way. They than sent her a Hearing notice for …
2 When Amber went to appear for the hearing she found that the haring was actually at 9:00 am and not one pa as the notice she had been served stated, She understand this to be more abuse of the legal process and fraud upon the court and further consign with the Judiciary to silence Amber about her circumstance of
3 victimization and to end her life early.

4

To deny Amber Doe relief under the TVPRA  and Civil Rights Action—42 U.S.C. § 1983
5 The elements of a § 1983 claim are (1) the action occurred "under color of state law" and (2) the action resulted in the deprivation of a constitutional right or federal statutory right. COLOR OF THE LAW as well as
6 the 233 additional causes of action and violations of the federal laws and California laws in the instant case that are in place to protect people like Amber Doe to further deprive her of her rights would be the government
7 of the United States of America ratifying the behavior of a notorious human trafficker and predator of girls and women.

8

  The government would remain complicit in the malicious conspiracy perpetrated against Amber by her abuser
9 his agents companies lawyers  accountants investigators employees partners and all people depriving Amber Doe of her human rights Civil rights constitutional rights while acting under the color of the law.

10

There is no constitutional provision and no statute that grants judges judicial immunity. Rather it is they, the
11 judges, who have granted such immunity to themselves.

12 Under common law—the Supreme Court has not elevated judicial immunity from suit to a constitutional principle—judges "are responsible to the people alone for the manner in which they perform their duties. If
13 faithless, if corrupt, if dishonest, if partial, if oppressive or arbitrary, they may be called to account by impeachment, and removed from office. . . . But responsible they are not to private parties in civil actions for
14 the judicial acts, however injurious may be those acts, and however much they may deserve condemnation, unless perhaps where the acts are palpably in excess of the jurisdiction of the judges, and are done
15 maliciously or corruptly."175 Three years later, the Court qualified this exception to judges' immunity: the phrase beginning "unless, perhaps," the Court wrote, was "not necessary to a correct statement of the law, and
16 . . . judges . . . are not liable to civil actions for their judicial acts, even when such acts are in excess of their jurisdiction, and are alleged to have been done maliciously or corruptly. A distinction must be here observed
17 between excess of jurisdiction and the clear absence of all jurisdiction over the subject-matter," with judges subject to liability only in the latter instance.176
18 In Stump v. Sparkman, the Court upheld the immunity of a judge who approved a petition from the mother of a 15-year-old girl to have the girl sterilized without her knowledge (she was told that she was to have her appendix removed).
19 In a 5-to-3 opinion, the Court found that there was not the "clear absence of all jurisdiction" that is required to hold a judge civilly liable. The judge had jurisdiction "in all cases at law and in equity whatsoever," except
20 where exclusive jurisdiction is "conferred by law upon some other court, board, or officer," and no statute or case law prohibited the judge from considering a petition for sterilization.178 The Court also rejected the
21 argument that the judge's approving the petition had not constituted a "judicial" act. The Court found "that the factors determining whether an act by a judge is a 'judicial' one relate to the nature of the act itself, i. e.,
22 whether it is a function normally performed by a judge, and to the expectations of the parties, i. e., whether they dealt with the judge in his judicial capacity. . . . Judge Stump performed the type of act normally
23 performed only by judges and . . . he did so in his capacity as a [judge]."179
Although judges are generally immune from suits for damages, the Court has held that a judge may be
24 enjoined from enforcing a court rule, such as a restriction on lawyer advertising that violates the First Amendment.180 Similarly, a state court magistrate may be enjoined from "imposing bail on persons arrested
25 for non-jailable offenses under Virginia law and . . . incarcerating those persons if they could not meet the bail. . . ."181 But what if the prevailing party, as it did in these two cases, seeks an award of attorneys' fees
26 under the Civil Rights Attorney's Fees Awards Act of 1976?182 The Court found that "Congress intended to permit attorney's fees awards in cases in which prospective relief was properly awarded against defendants
27 who would be immune from damage awards."183 In fact, "Congress's intent could hardly be more plain. Judicial immunity is no bar to the award of attorney's fees under 42 U. S. C. § 1988."184

28

42 U.S.C. § 1988(b). Under this statute, "suits brought against individual officers for injunctive relief are for all practical purposes suits against the State itself," and, therefore, the state must "bear the burden of the counsel fees award." Hutto v. Finney, 437 U.S. 678, 700 (1978).

Pulliam, 466 U.S. at 544. In 1996, Public Law 104–317, § 309, amended § 1988(b) to preclude the award of attorneys' fees in a suit against a judicial officer unless the officer's action "was clearly in excess of such officer's jurisdiction."

As of Friday April 28 2023 The defendants and their Legal counsel are still refusing to Serve Amber Doe with any/all pleading in the Instant case The San Mateo Case The orange county case in which depositions discovery motions and orders by judges have been signed yet amber is not provided any of the pleading deposition notices written discover and is provided with fraudulent hearing dates and time so that she can not appear before the judge and defend herself or make oral arguments. The Judges are aware of this and participating in the malicious conspiracy to deprive Amber Doe Of her Very life. All pleadings and Documents must be served upon amber doe via email service as defendants relentlessly stalk Amber and Post men at the PO box to harass and intimidate Amber for the last 9 years.

There is zero legal basis to seal the instant case the list of defendants remains in the hundreds and will be more. All parties have the right under the law to review the evidence the complaint and do discovery there are to many interested parties in the instant case to seal the court records and the case remains of international public interest which outweighs the Defendants right of privacy as an International Sex trafficker.
Amber Doe will not agree to a protective order as Quinn Emanuel and Defendant repeatedly violated the previous protective order signed by the Judge causing Amber Doe irreparable harm.

The Malicious Conspiracy to Deprive Amber Doe of her rights and end her human life extend far beyond Amber several people have died in the course of the malicious conspiracy children have been traumatized by the investigators relentless stalking intimidation and malice. My siblings bank accounts which are held jointly with me so that i can sign for things for the children in the event that there is an emergency have been illegal frozen by the illegal malicious and fraudulent Judgement signed by Hon. Danny Chao. Said monies in the aforementioned accounts never belonged to Amber Doe at anytime.

Girls that Myself and Every Girl Counts served have lost their lives because they did not receive the help they needed in time while Amber Doe is being held captive in plain sight by her trafficker and abuser.


Amber has prepared her motion to disqualify all lawyers who have participated in the malicious conspiracy to end Ambers Life.
Amber Has Prepared her Motion For Summary Judgement as there are zero facts to dispute
Amber has prepared her motion for Monetary Sanctions
Amber has prepared Her motion for Legal Costs and Attorneys fees.

Please hear my prayer and Grant Amber Doe relief which is fair and Just at God Speed as my life remains in danger.

This Response too the order to show cause is less than ten pages as there is a cover page and 4 pages of defendants

Respectfully Submitted

Amber Doe                                          April 28, 2023        Los Angeles

*Amber Doe*