UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER DOE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEWIS GOGUEN et al.,<br><br>Defendants. | Case No. 2:23-cv-02280-MEMF-SK<br><br>**ORDER GRANTING DEFENDANT MICHAEL LEWIS GOGUEN'S *EX PARTE* APPLICATION FOR ORDER SEALING AMBER DOE'S FILINGS AT ECF NOS. 23, 25, 27, 28, 30, 30-1, 30-2, 30-3, 30-4, 30-5, and 31** |

The Court, having considered Defendant Michael Lewis Goguen's *Ex Parte* Application for an Order Sealing Amber Doe's Filings at ECF Nos. 23, 25, 27, 28, 30, 30-1, 30-2, 30-3, 30-4, 30-5, and 31 (the "Application"), hereby GRANTS the Application. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *Johnson v. Cnty of San Bernardino*, 2021 WL 9720772, at *1 (C.D. Cal. Mar. 30, 2021). The Clerk of Court is directed to seal ECF Nos. 23, 25, 27, 28, 30, 30-1, 30-2, 30-3, 30-4, 30-5, and 31 until further order of the Court.

IT IS SO ORDERED.

DATED: May 16, 2023

HON. STEVE KIM
U.S. MAGISTRATE JUDGE