

**FILED**
CLERK, U.S. DISTRICT COURT
**5/18/23**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CS _____ DEPUTY

1

Amber Doe
P.O. Box 20
8306 Wilshire Blvd.
Los Angeles, CA 90211
Phone 424- 379- 3619
amberlitigate@gmail.com
Propia Persona

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF**

**Los Angeles**

8

**For removal to The Supreme Court of the United States**

9

**Writ of Certiorari In Preparation**

10

11

12

13

14     Amber Doe,                                    )   Case No.  CV23-2280-MEMF(SK)
                                                     )
15                        Plaintiff,                 )
                                                     )
16                   vs.                             )   **STATEMENT IN SUPPORT OF OBJECTION TO**
                                                     )   **JUDGE Steve Kim;    DECLARATION OF**
17     Michael Lewis Goguen, Sequoia Capital, Two    )   **Amber Doe; EXHIBITS, Court Record,**
                                                     )   **MEMORANDUM OF POINTS AND**
18     Bear Capital, Quinn Emanuel, Wilson, Sonsini, )   **AUTHORITIES**
                                                     )
19     Goodrich& Rosati, Goodwin Procter, The United )   **DEPT:    8B**
                                                     )   **JUDGE:    CV23-2280-MEMF(SK)**
20     States of America, Cristopher Reynolds, Galser )
                                                     )
21     Weil, Bisnar Chase, Nemeck and Cole, San      )
                                                     )
22     Mateo Court Orange County Court, Oranch
23     Couty, San Mateo County, See Interested parties

24     # Be sure to remove these notices before using this document.
       TO THE CLERK OF THIS COURT AND ALL OTHER INTERESTED PARTIES AND

25

26     THEIR ATTORNEYS OF RECORD:

27         PLEASE TAKE NOTICE that **CAPACITY OF PARTY SUCH AS PLAINTIFF,**

28

Amber Doe  HEREBY OBJECTS to the Hon. **NAME OF JUDGE TO WHICH OBJECTION IS MADE Judge Steve Kim** presiding at any further hearings or proceedings concerning this action. Said objection is based on the grounds and upon the facts set forth in the declaration of Amber Doe and exhibits attached thereto, concurrently filed and served herewith and incorporated herein by reference.

Dated May 18,  2023                                   Amber Doe

*Amber Doe*

1

## DECLARATION OF _Amber_Doe

2

I, Amber Doe declare as follows:

3

4

      1.      I am a party to this action and am over the age of 18 years. I have

5

personal firsthand knowledge of the facts set forth herein and if called as a witness could and would

6

testify competently to the truth of the facts set forth herein.

7

      2.      I make this declaration in support of my objection to the Hon. Steve Kim presiding at

8

any further proceedings in this action.

9

      3.      The Hon. Steve Kim is disqualified to preside at any further proceedings in this action

10

on the grounds that: This case was filed March 28th 2023. Within 5 days of the date of filing the

11

complaint for human trafficking rape premises liabilities and 241 additional causes of action and

12

13

violations of the law  The fee waiver should have been granted as I have declared under penalty of

14

perjury that I can not afford to pay for filing  fees in the instant case or the the filing fees in the

15

several other cases where my situation of human trafficking is being explored for profit by dozens if

16

not hundreds of lawyers from the largest law firms in the unites states. 50 days after the filing of the

17

18

fee waiver it still has not been granted by Hon. Steve Kim.

19

Secondly Hon. Steve Kim is aware that plaintiff has to represent herself against all of these powerful

20

21

defendants has no law degree and is in dire need of medical treatment which has been removed from

22

her by the absolute abuse of legal process obstruction of justice and Abuse she has endured. She is

23

denied Legal Aid And public Counsel.

24

In further of the abuse of process and obstruction of Justice By Michael Lewis Goguen and His

25

26

lawyers Quinn Emanuel They have filed multiple motions and pleading in the instant case and

27

28

refused to serve a single pleading or notice to Amber Doe although she makes several demands for

service of the pleadings per week.

Amber Has today the Court that she is not Being served legal pleadings discovery motions or

anything related to at least tree cases where she is either the plaintiff or defendant.

Amber Doe has the right to proceed to trial expeditiously she has already been victimized by the

Lawyers in this case since Feb 2014. It is Now May 2023.

Amber Does not know how the Lawyers from Quinn Emanuel are obtaining Signatures From Hon.

Steve Kim on the motions they file as she can not see any hearing date nor can she see any Nor can

she see underrated pleadings because they are not on pacer.

 Plaintiffs motion for Defendants Judgement Should be granted not Delayed as the law is clear

Defendants have 30 days to answer the complaint not a single defendant has answered the complaint

nor have their legal representatives contacted plaintiff.  It is in evidence that Hon. Steve Kim

Believes that a separate set of laws and rules of the court apply to Amber Doe that the rest of

humanity.

 Amber Doe must not be denied her rights under the constitution to have a trial by jury any longer the

entire constitution of the Untied States of America  would be come invalid if this abuse of process

continues. The Constitution extends to all humans not only the rich and the guilty and for those who

the court feels deserve a trial by Jury. All humans are equal in the eyes of the law whether they are slaves or not.

My rights can not be invalidated by the mis use of the illegally procured "Gag Order" in the form of a restraining order when plaintiff is the one who was raped trafficked and being stalked Plaintiff has never owned and weapons does not carry any weapons. Plaintiff has never trafficked any person raped any person nor has she obstructed justice. The illegally procured restraining order is invalid as it was procured through fraudulent inducement of a judge and bribery Such gag order was signed first by Hon. Danny Chao after he was bribed. The Second Order signed By Hon. Elizabeth Lee after Quinn Emanuel Lawyers again acted with Malice and Served plaintiff only the pleadings they felt like serving plaintiff and intentionally obstructed the Judicial process by Suddenly changing the date of the hearing and in addition providing Plaintiff with a fake Hearing time of 1:00 pm when they knew the hearing was set for 9:00 am and they did not provide playoff of the court room nor the Zoom information for the hearing. Subsequently Plaintiff could not make any oral arguments or defend herself.

The Court Denied Amber Does request for E-filing for no reason. It is mandatory for the lawyers to utilize e-filing. Plaintiff has expressed that she is homeless without medical treatment and this will cause her a pre-mature death. She has no money to pay for shipping fees for filings she has no money for paper and printing services. E-filing is extended to mostly everyone else and is better for the environment. The request for exiling should have been granted.

The court exerts that Plaintiff made Ex-parte Communications to the Court which lawyers and People without lawyers are allowed and instructed to email the clerk and the clerks email them in response. Plaintiff never spoke to the Judge nor did she bribe the judge she followed the instructed protocol.  The Clerks in the office instructed Amber Doe to email the Clerk and speak to the Deputy Clerk about an Ex-parte hearing time and to find a date on the calendar to have "Deficient" Default Judgement heard Before the Judge. Again If defendant Michael Lewis Goguen and His lawyers did not force amber Doe to fire her lawyer and subsequently bribe and conspire  with her former lawyers plaintiff would not be requesting a hearing time from the deputy clerk.

4.      A person aware of the facts might reasonably entertain a doubt that the judge would be able to be impartial in that only 50 days after the filing of this complaint which includes California State Judges that Violated plaintiffs Civil rights while acting under the color of the law Hon. Steve Kim has shown the same prejudice to Amber Doe.   A true and correct copy of the court record is available on pacer and in the courts system

5.      I first became aware of the grounds for disqualification of judge when the 5th business day had passed after my fee waiver was enter with the court and Hon. Steve Kim Failed to sign it. I Then diligently explained my circumstances and position in my response to the order to Show Cause in less than 10 pages.    An additional 20 days later my fee wavier has still not been signed in an attempt o stymie my ability to serve international defendants in the case.

No Denial of my request for fee waiver has been entered by the court thus preventing plaintiff from refiling her case and being appointed new Judge in the Federal court that will not prejudice and stigmatize plaintiff and allow the defendant and his army of lawyers to continue to obstruct the civil and criminal judicial process.  This disqualification must take place in the name of fair access to the courts by all and to prevent_further violations of my human rights, constitutional rights and civil rights. I and am presenting this verified statement at the earliest possible opportunity.

6.    **The Court record speaks for itself**

7.        In this case, Judge Steve Kim exceeded the bounds of reasonable conduct for a judge seeking to exercise control of the proceedings and reach an unfair and efficient result.

8.    The behavior of Judge Steve Kim involved conduct that clearly did not afford me a reasonable opportunity to be heard and present my evidence.  The obligation of a judge to dispose of matters promptly and efficiently must not take precedence over the judge's obligation to dispose of the matters fairly and with patience. For example the Canons of Judicial Ethics state in pertinent part that, when a litigant is self-represented, a judge has the discretion to take reasonable steps, appropriate under the circumstances and consistent with the law and the canons, to enable the litigant to be heard. … *Cannon 3, Advisory Comm. Commentary*, Page 17, Lines 24-30.

9) Judge Steve Kim knows or reasonably should know that the list of defendants included defendants in international countries and hundreds of defendants in the united states and Canada so there is no possible way for the instant case to be a secret and has sealed the case with no reason to do so as all defendants and plaintiff have the right to read review and cross-examine the defendants and plaintiffs on the evidence. Defendants Michael Lewis Goguens requests for the Judges and the government to

cover up his sex trafficking conspiracy are an obstruction of justice and a slap in the face to his victims of which there are a great many.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on May 18, 2023 at Los Angeles, California.

I,  Amber Doe declare that:

I am a party to this action.

My testimony and all attachments and contents thereof. I declare that the same is true of my own knowledge, except as to those matters which are therein stated upon my information and belief, and to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this 18th day of May, 2023, at                    Los Angeles , California.

*Amber Doe*

Amber Doe

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

This case is **CIVIL ACTION For Human Trafficking Rape And 242 additional causes of action and Violations of the law by the perpetrator Michael Lewis Goguen his lawyers companies agents "investigators" and all people hired by them.** Quinn Emanuel lawyers have acted in SUPREME ABSOLUTE MALICE and have obstructed justice on behalf of Micheal Lewis Goguen for over 9 years  and Victimized Amber Doe

  Amber Doe objects to the Hon. Steve Kim  presiding at any further hearings or proceedings concerning this action on the grounds that a person aware of the facts might reasonably entertain a doubt that the judge would be able to be impartial in that  he as already been made aware that Plaintiffs rights have been violated and that she is not being served the pleadings or times and dates that QuinnEmanuel who are both witnesses and defendants in the case are going before the judge and obtaining his signature on legal documents refer to court record.

   The Hon. Steve Kim is disqualified to preside at any further proceedings in this action on the grounds that: This case was filed March 28th 2023. Within 5 days of the date of filing the complaint for human trafficking rape premises liabilities and 241 additional causes of action and violations of the law  The fee waiver should have been granted as I have declared under penalty of perjury that I can not afford to pay for filing  fees in the instant case or the the filing fees in the several other cases where my situation of human trafficking is being explored for profit by dozens if not hundreds of lawyers from the largest law firms in the unites states. 50 days after the filing of the fee waiver it still has not been granted by Hon. Steve Kim.

Secondly Hon. Steve Kim is aware that plaintiff has to represent herself against all of these powerful defendants has no law degree and is in dire need of medical treatment which has been removed from her by the absolute abuse of legal process obstruction of justice and Abuse she has endured. She is denied Legal Aid as well as public Counsel because she is suing Lawyers who will obstruct justice and overwhelm their limited resources with hundreds of thousand of legal documents.

In further of the abuse of process and obstruction of Justice By Michael Lewis Goguen and His lawyers Quinn Emanuel They have filed multiple motions and pleading in the instant case and refused to serve a single pleading or notice to Amber Doe although she makes several demands for service of the pleadings per week.

Amber Has today the Court that she is not Being served legal pleadings discovery motions or anything related to at least tree cases where she is either the plaintiff or defendant.

Amber Doe has the right to proceed to trial expeditiously she has already been victimized by the Lawyers in this case since Feb 2014. It is Now May 2023.

Amber Does not know how the Lawyers from Quinn Emanuel are obtaining Signatures From Hon. Steve Kim on the motions they file as she can not see any hearing date nor can she see any Nor can she see underrated pleadings because they are not on pacer.

 Plaintiffs motion for Defendants Judgement Should be granted not Delayed as the law is clear Defendants have 30 days to answer the complaint not a single defendant has answered the complaint nor have their legal representatives contacted plaintiff.  It is in evidence that Hon. Steve Kim

Believes that a separate set of laws and rules of the court apply to Amber Doe that the rest of

humanity.


 Amber Doe must not be denied her rights under the constitution to have a trial by jury any longer the

entire constitution of the untied states would be come invalid if this abuse of process continues. The

Constitution extends to all humans not only the rich and the guilty and for those who the court feels

deserve a trial by Jury. All humans are equal in the eyes of the law whether they are slaves or not.


My rights can not be invalidated by the mis use of the illegally  procured "Gag Order" in the form of

a restraining order when plaintiff is the one who was raped trafficked and being stalked Plaintiff has

never owned and weapons does not carry any weapons. Plaintiff has never trafficked any person

raped any person nor has she obstructed justice.  The illegally procured restraining order is invalid as

it was procured through fraudulent inducement of a judge and bribery Such gag order was signed first

by Hon. Danny Chao after he was bribed.   The Second Order signed By Hon. Elizabeth Lee after

Quinn Emanuel Lawyers again acted with Malice and Served plaintiff only the pleadings they felt

like serving plaintiff and intentionally obstructed the Judicial process by Suddenly changing the date

of the hearing and in addition providing Plaintiff with a fake Hearing time of 1:00 pm when they

knew the hearing was set for 9:00 am and they did not provide playoff of the court room nor the

Zoom information for the hearing. Subsequently Plaintiff could not make any oral arguments or

defend herself.

The Court Denied Amber Does request for E-filing for no reason. It is mandatory for the lawyers to utilize e-filing. Plaintiff has expressed that she is homeless without medical treatment and this will cause her a pre-mature death. She has no money to pay for shipping fees for filings she has no money for paper and printing services. E-filing is extended to mostly everyone else and is better for the environment. The request for exiling should have been granted.

The court exerts that Plaintiff made Ex-parte Communications to the Court which lawyers and People without lawyers are allowed and instructed to email the clerk and the clerks email them in response. Plaintiff never spoke to the Judge nor did she bribe the judge she followed the instructed protocol.  The Clerks in the office instructed Amber Doe to email the Clerk and speak to the Deputy Clerk about an Ex-parte hearing time and to find a date on the calendar to have "Deficient" Default Judgement heard Before the Judge.

Again If defendant Michael Lewis Goguen and His lawyers did not force amber Doe to fire her lawyer and subsequently bribe and conspire  with her former lawyers plaintiff would not be requesting a hearing time from the deputy clerk.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16                                           **II.**

17                                      **ARGUMENT**

18

19       **A.       CALIFORNIA LAW STATES THAT A JUDGE IS DISQUALIFIED WHERE**

20   **THEY HAVE A FINANCIAL INTEREST IN A PARTY TO THE ACTION OR FOR**

21   **ANY REASON OTHER PERSONS AWARE OF THE FACTS MIGHT        REASONABLY**

22   **ENTERTAIN A DOUBT THAT THE JUDGE WOULD BE ABLE TO BE IMPARTIAL AND A**

23   **JUDGE'S BIAS TOWARDS A PARTY IS CLEARLY A GROUND FOR**

24

25   **DISQUALIFICATION**

26         California law states that a judge is disqualified where, for any reason:

27

28

"The judge has a financial interest in the subject matter in a proceeding or in a party to the proceeding". See *Code of Civil Procedure* § 170.1(a)(3)(A)

"Other persons aware of the facts might reasonably entertain a doubt that the judge would be able to be impartial". See *Code of Civil Procedure* § 170.1(a)(6)(A)(iii).

*Code of Civil Procedure* §170.5 states in pertinent part that, "For the purposes of Sections 170 to 170.5, inclusive, the following definitions apply:

(a) "Judge" means judges of the superior courts, and court commissioners and referees.

(b) "Financial interest" means ownership of more than a 1 percent legal or equitable interest in a party, or a legal or equitable interest in a party of a fair market value in excess of one thousand five hundred dollars ($1,500), or a relationship as director, advisor or other active participant in the affairs of a party, except as follows:

The test for impartiality is objective in that "The situation must be viewed through the eyes of the ... average person on the street" as of the time the motion is brought. *United Farm Workers of America v. Sup.Ct. (Maggio, Inc)*. (1985) 170 Cal. App. 3d 97, 104 (emphasis added).

"The word 'might' in the statute was intended to indicate that disqualification should follow if the reasonable man, were he to know all the circumstances, would harbor doubts about the judge's impartiality." *United Farm Workers of America v. Sup.Ct. (Maggio, Inc.)*, supra, 170 Cal.App. 3d at p. 104 (emphasis added).

Judge Steve Kim also exhibited bias towards Amber Doe in that The Hon. Steve Kim is disqualified to preside at any further proceedings in this action on the grounds that: This case was filed March 28th 2023. Within 5 days of the date of filing the complaint for human trafficking rape premises liabilities and 241 additional causes of action and violations of the law  The fee waiver

should have been granted as I have declared under penalty of perjury that I can not afford to pay for filing  fees in the instant case or the the filing fees in the several other cases where my situation of human trafficking is being explored for profit by dozens if not hundreds of lawyers from the largest law firms in the unites states. 50 days after the filing of the fee waiver it still has not been granted by Hon. Steve Kim.

The Hon. Steve Kim is disqualified to preside at any further proceedings in this action on the grounds that: This case was filed March 28th 2023. Within 5 days of the date of filing the complaint for human trafficking rape premises liabilities and 241 additional causes of action and violations of the law  The fee waiver should have been granted as I have declared under penalty of perjury that I can not afford to pay for filing  fees in the instant case or the the filing fees in the several other cases where my situation of human trafficking is being explored for profit by dozens if not hundreds of lawyers from the largest law firms in the unites states. 50 days after the filing of the fee waiver it still has not been granted by Hon. Steve Kim.

Secondly Hon. Steve Kim is aware that plaintiff has to represent herself against all of these powerful defendants has no law degree and is in dire need of medical treatment which has been removed from her by the absolute abuse of legal process obstruction of justice and Abuse she has endured. She is denied Legal Aid And public Counsel.

In further of the abuse of process and obstruction of Justice By Michael Lewis Goguen and His lawyers Quinn Emanuel They have filed multiple motions and pleading in the instant case and refused to serve a single pleading or notice to Amber Doe although she makes several demands for service of the pleadings per week.

Amber Has today the Court that she is not Being served legal pleadings discovery motions or anything related to at least tree cases where she is either the plaintiff or defendant.

Amber Doe has the right to proceed to trial expeditiously she has already been victimized by the Lawyers in this case since Feb 2014. It is Now May 2023.

Amber Does not know how the Lawyers from Quinn Emanuel are obtaining Signatures From Hon. Steve Kim on the motions they file as she can not see any hearing date nor can she see any Nor can she see underrated pleadings because they are not on pacer.

Plaintiffs motion for Defendants Judgement Should be granted not Delayed as the law is clear Defendants have 30 days to answer the complaint not a single defendant has answered the complaint nor have their legal representatives contacted plaintiff.  It is in evidence that Hon. Steve Kim Believes that a separate set of laws and rules of the court apply to Amber Doe that the rest of humanity.

Amber Doe must not be denied her rights under the constitution to have a trial by jury any longer the entire constitution of the untied states would be come invalid if this abuse of process continues. The Constitution extends to all humans not only the rich and the guilty and for those who the court feels deserve a trial by Jury. All humans are equal in the eyes of the law whether they are slaves or not.

My rights can not be invalidated by the mis use of the illegally procured "Gag Order" in the form of a restraining order when plaintiff is the one who was raped trafficked and being stalked Plaintiff has never owned and weapons does not carry any weapons. Plaintiff has never trafficked any person raped any person nor has she obstructed justice. The illegally procured restraining order is invalid as it was procured through fraudulent inducement of a judge and bribery Such gag order was signed first by Hon. Danny Chao after he was bribed. The Second Order signed By Hon. Elizabeth Lee after Quinn Emanuel Lawyers again acted with Malice and Served plaintiff only the pleadings they felt like serving plaintiff and intentionally obstructed the Judicial process by Suddenly changing the date of the hearing and in addition providing Plaintiff with a fake Hearing time of 1:00 pm when they knew the hearing was set for 9:00 am and they did not provide playoff of the court room nor the Zoom information for the hearing. Subsequently Plaintiff could not make any oral arguments or defend herself.

The Court Denied Amber Does request for E-filing for no reason. It is mandatory for the lawyers to utilize e-filing. Plaintiff has expressed that she is homeless without medical treatment and this will cause her a pre-mature death. She has no money to pay for shipping fees for filings she has no money for paper and printing services. E-filing is extended to mostly everyone else and is better for the environment. The request for exiling should have been granted.

The court exerts that Plaintiff made Ex-parte Communications to the Court which lawyers and People without lawyers are allowed and instructed to email the clerk and the clerks email them in response. Plaintiff never spoke to the Judge nor did she bribe the judge she followed the instructed

protocol.  The Clerks in the office instructed Amber Doe to email the Clerk and speak to the Deputy

Clerk about an Ex-parte hearing time and to find a date on the calendar to have "Deficient" Default

Judgement heard Before the Judge. Again If defendant Michael Lewis Goguen and His lawyers did

not force amber Doe to fire her lawyer and subsequently bribe and conspire  with her former lawyers

plaintiff would not be requesting a hearing time from the deputy clerk.


Bias exists where the judge evidences a "predisposition to decide a cause or an issue in a

certain way, which does not leave the mind perfectly open to conviction."  The judge's bias toward a

party is clearly ground for disqualification. *Pacific & Southwest Annual Conf. of United Methodist*

*Church v. Sup.Ct. (Barr)* (1978) 82 Cal.App. 3d 72, 86.

**B.     THE STATUTES GOVERNING DISQUALIFICATION FOR CAUSE IN**

**CALIFORNIA ARE INTENDED TO ENSURE PUBLIC CONFIDENCE IN THE**

**JUDICIARY AND TO PROTECT THE RIGHTS OF LITIGANTS TO A FAIR AND**

**IMPARTIAL ADJUDICATOR AND THE UNITED STATES SUPREME COURT HAS**

**STATED THAT A FAIR TRIAL IN A FAIR TRIBUNAL IS A BASIC  REQUIREMENT OF**

**DUE PROCESS**

The conduct exhibited by Judge  Steve Kim showed clear evidence of bias and prejudice and

deprived Amber Doe of their right to a fair and impartial adjudicator. This conduct also deprived him

of his right to a fair trial in a fair tribunal which is a basic requirement of due process as stated by the

United States Supreme Court.

The California Supreme Court has stated that the, "Statutes governing disqualification for cause are intended to ensure public confidence in the judiciary and to protect the right of the litigants to a fair and impartial adjudicator." *Curle v. Superior Court* (2001) 24 Cal.4th 1057, 1070.

The United States Supreme Court has stated that, it is "axiomatic that [a] fair trial in a fair tribunal is a basic requirement of due process." *Caperton v. A. T. Massey Coal Company*, (2009) 556 U.S. 868, 876. In *Caperton* the Supreme Court also stated that the due process clause of the federal Constitution (US Const amend XIV) can require judicial disqualification even in cases where the party requesting disqualification has not complied with any applicable state disqualification statutes, and that a showing of actual bias is not required for judicial disqualification under the due process clause.

"The Due Process Clause entitles a person to an impartial and disinterested tribunal..." *Marshall v. Jerrico, Inc.* (1980) 446 U.S. 238, 242; see also *Brown v. American Bicycle Group, LLC*, (2004) 224 Cal.App.4th 665, 674.

The well-established common law rule is that recusal is required when a judge has a direct, personal, substantial, or pecuniary interest in a case. *Caperton v. A.T. Massey Coal Co.*, supra, 556 U.S. at p. 876-77; see also *Aetna Life Ins. Co. v. Lavoie*, (1986) 475 U.S. 813, 820.

Judges have a duty to make their decisions free from any bias or prejudice. *Cal Rules of Ct,* Standards of J Admin 10.20; Cal Rules of Ct, *Code of Judicial Ethics*, Canon 3B(5).

"(5) A judge shall perform judicial duties without bias or prejudice. A judge shall not, in the performance of judicial duties, engage in speech, gestures, or other conduct that would reasonably be perceived as (1) bias or prejudice, including but not limited to bias or prejudice based upon race, sex,

gender, religion, national origin, ethnicity, disability, age, sexual orientation, marital status,

socioeconomic status, or political affiliation, or (2) sexual harassment. "

Judge also have a duty to require lawyers in proceedings before them to refrain from

manifesting any bias or prejudice. *Code of Judicial Ethics*, Canon 3B(6).

"(6) A judge shall require lawyers in proceedings before the judge to refrain from manifesting,

by words or conduct, bias or prejudice based upon race, sex, gender,  religion, national origin,

ethnicity, disability, age, sexual orientation, marital status, socioeconomic status, or political

affiliation against parties, witnesses,  counsel, or others."

Judges have a duty to allow every party to a legal proceeding the full right to be heard

according to law.  *Code of Judicial Ethics*, Canon 3B(7).

"(7) A judge shall accord to every person who has a legal interest in a proceeding, or that

person's lawyer, full right to be heard according to law."

**C.**     **Amber Doe HAS SHOWN COMPELLING EVIDENCE IN SUPPORT OF THEIR**

**OBJECTION see court record no filing has been served on Amber Doe by defendants yet they**

**have procured multiple signatures from Hon. Steve Kim on their pleading that they have not**

**served  Plaintiff nor have they provided her the signed copies and she has no access to a credit**

**card as Quinn Emanuel tampered with Amber Does banks and demanded they remove her**

**access to all credit products inclusive of credit cards so she has no ability to pay for downloads**

**from Pacer or the Orange County Court website in the court where the Judges are allowing**

**proceedings to move forward against Amber Doe with no regard for the fact that the lawyers**

**are conspiring together to obtain $ 100 million dollars for no reason while Amber Doe suffers**

1   **debilitating medical conditions caused by defendants abuse and has no shelter because of**

2   **defendants abuse and continues to be stalked by multiple men that she does not know.  Amber**

3   **Doe has no ability to download more than the limited $30 per quarter in documents from pacer.**

4   **Infurtherance of the aforementioned The Judges/Justices are aware that the illegally procured**

5   **"gag order" and the Illegal selling of the case to cover Up the crimes committed against**

6   **Plaintiff do not extend to the Courts in Canada, England ,France, Japan, Puerto Rico, The**

7   **Virgin Islands, China or any other country where Amber Doe was trafficked and must file cases**

8   **against defendants so that she can finally gain her freedom and obtain Medical treatment,**

9   **Food, Shelter, Safety and Peace.**

10

11

12

13          **THUS DISQUALIFICATION IS REQUIRED IN THE  INTERESTS OF JUSTICE**

14          In *DCH Health Servs. Corp. v Waite* (2002) 95 Cal.App. 4th 829, 833 a California Court of

15   Appeal stated that recusal may be required on the basis of a mere appearance of impropriety.

16          Other cases decided by the California Courts of Appeal have stated that actual bias need not

17   be present. *Roitz v Coldwell Banker Residential Brokerage Co.*, (1998) 62 Cal.App.4th 716, 723.

18          If an average person could entertain doubt about the judge's impartiality, disqualification is

19   mandated. *Catchpole v Brannon* (1995) 36 Cal.App. 4th 237, 246.

20          An appellate court will not speculate about whether the bias was actual or merely apparent;

21   reversal is required in such a case, with remand of the matter to a different judge for a new hearing on

22   all issues. *In re Wagner* (2005) 127 Cal.App 4th 138, 147–149; see also *Roitz v Coldwell Banker*

23   *Residential Brokerage Co.*, supra, 62 Cal.App 4th at p. 723; *Catchpole v Brannon*, supra, 36 Cal.App.

24   4th at p. 247.

One situation in which bias was found involved a judge who interrupted counsel and a litigant on several occasions. See *Dodds v Commission on Judicial Performance* (1995) 12 Cal.App. 4th 163, 176–177.

The numerous instances of bias by Judge Steve Kim toward Amber Doe in this case provide ample justification for the disqualification of Judge Steve Kim.

When the judge has exhibited numerous instances of bias toward a party in the case, such that the average person might justifiably doubt whether the judge could be impartial, there is ample justification for disqualifying the judge. *Catchpole v Brannon,* supra, 36 Cal.App. A4th at p. 262.

///

**III.**

**CONCLUSION**

Defendant respectfully requests that Judge Steve Kim  be disqualified from presiding over any further proceedings in this case on the grounds Judge Steve Kim has already been Bias in the instant case allowed the lawyers to obstruct Justice and this only served to delay the trial and to further endanger Amber Does life.  Just Steve Kim has not yet Heard any oral arguments from Amber Doe nor has he seen Amber Doe nor heard her Voice yet he is already bias. All facts stated herein would clearly cause anyone aware of the facts to reasonably entertain a doubt that the judge would be able to be impartial.

Dated May 18,2023

*Amber Doe*

Amber Doe

1
2
3
4

# Exhibit 1

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



CEDARS-SINAI®
KERLAN-JOBE INSTITUTE

1700 E CESAR CHAVEZ AVE STE 1400
LOS ANGELES CA 90033-2467
Phone: 323-307-8913
Fax: 323-881-8644

4/21/2023

Patient:          Amber
MR Number:
Date of Birth:
Age



To whom it may concern:

The purpose of this letter is to confirm that Amber Bastiste is under my care for an orthopaedic condition.

I, John Itamura  and my team, operated on Ms. Batiste on July 2, 2019.  I had to personally create a surgery for her since she has an tungsten metal allergy to the tungsten metal that had been placed in her left distal humerus from her previous surgery in August 2017.  I was not part of her for surgery.  Unfortunately, the Canadian surgeon had placed metal that she has a severe allergy to into her body.  They had broken 2 drill bits and a screw that were left in the medullary canal.  Her arm remained fractured and had a nonunion where her fracture did not heal, which resulted in her hardware breaking.  She experienced avascular necrosis of the bone and bone loss.  This has left her in excruciating pain on a day-to-day basis, sleeplessness, ulnar nerve dysfunction, tremors in her arm, numbness in her extremities, unable to drive due to the fragile nature of her arm, experiencing cognitive issues.  She has also experienced many cognitive and physical symptoms due to the metal toxicity such as blinding headaches, swelling, malaise, confusion, severe fevers (100.4 degrees), emotional disturbances, dizziness, reoccurring infections, inflammations, constant vomiting, gastrointestinal pain and bloating, blurred vision, burning with urination, weight loss, palpitations, cognitive and memory problems.  This has taken a severe toll on her immune system.  In addition, she now has seizures for the past year, severe diaphoresis, dehydration, constant dizziness, chest pain, and pressure which may be pulmonary edema.  She continues suffer from anemia no matter how much iron is ingested.  She was taking multiple medications to affect her memory and cognitive function, which have left her mainly bedridden and unable to perform day-to-day activities.  These medicines have also affected her cognition.  She is no longer taking any medications because of side effects.  She takes several supplements and attempt to boost her system.  Due to the seriousness of her medical condition, she had no choice to address the serious health issues, otherwise she could suffer further damage, up to and including amputation.

After seeking out the assistance of over 20 specialists, she finally presented to my clinic.  Until this point she had not been diagnosed with a metal allergy, which after testing was donewas positive.  To this point, no other specialist had determine why her bone had not healed.  After the surgery I performed on July 2, 2019, at which the bone was still in

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CEDARS-SINAI®**
**KERLAN-JOBE INSTITUTE**

the state of complete nonunion, after she was told more than 18 months prior that the bone was healed. She has presented at my office in multiple occasions for follow-up.

I advised her to be on bedrest due to the high risk of potential infection. The operative note has been attached which shows its complexity. The surgery included a bone marrow aspirate from her hip to help the fracture heal. This case is one of the most complex cases I have treated. She had a nonunion for almost 2 years prior to arriving to my clinic in which she had injured the pain from her initial injury and unsuccessful surgery. After the surgery, Ms. Bastiste suffered complications. She sustained an almost 2-week long fever which was treated with antibiotics prescribed by me. As of April 2023 she is experiencing fevers that continues for several days or weeks. The symptoms at this time are almost constant.

She is still experiencing the effects of metal toxicity due to the screws remaining that were unable to be extracted without splitting her distal humerus in half. The damage in her left arm is permanent and the damage from the metal toxicity is as well. She is still in the process of resolving the issues of the metal toxicity under direct guidance from her medical doctors. Ms. Bastiste is being denied health insurance based on her pre-existing conditions two of them being her arm injuries and metallosis. She has to pay cash only for her medical care which limits her access to healthcare since many facilities do not accept cash only patients. In the dozens of surgeons she has met with and being referred to, myself and my team are the only team willing to perform this high risk surgery and try to prevent further damage to her health and possible death.
It is extremely rare that any surgeon would leave tungsten drill bits in the patient and not disclose it, removed the surgical record and subsequently state the bone was healed, and send the patient to physical therapy knowing the bone has not healed, deny patient a CAT scan, and state that tungsten is no different than stainless steel.

She is very ill and needs surgery as soon as possible. My team is prepared to operate. I do not advise that it is acceptable that the same surgeon who caused profound damage with operating her again even if supervised.

There is very little research on the effects of tungsten; however, we have attached some research from the UK for your review.

I can be contacted in my office in Los Angeles.

I, John Itamura, MD, and a graduate of USC school of medicine, Los Angeles County plus USC Medical Center internship and residency orthopedic surgery, WB Carol Memorial clinic fellowship in shoulder and elbow surgery, and Massachusetts General Hospital fellowship in hand and upper extremity AO international. I have been in practice for 28 years specializing in shoulder and elbow orthopedic surgery. I am the director of Kerlan-Jobe adult shoulder and elbow reconstruction fellowship.

Sincerely,


John Minoru Itamura, MD

STATEMENT IN SUPPORT OF OBJECTION TO Hon. Steve Kim

1
2
3
4
5
6
7
8
9
10

# Exhibit 2

11
12
13
14
15
16
17
18
19
20



21
22
23
24
25
26
27
28

STATEMENT IN SUPPORT OF OBJECTION TO Hon. Steve Kim

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



STATEMENT IN SUPPORT OF OBJECTION TO Hon. Steve Kim

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Who are the victims of human trafficking?





NOTE: Data for age, ethnic origins and citizenship were not reported for about half the reported victims

# The work of slavery



© 2009 MCT
Source: Characteristics of Suspected Human Trafficking Incidents, 2007-08, U.S. Bureau of Justice Statistics, January 2009
Graphic: Dave Eames and Mark Morris, The Kansas City Star

Charts showing the victims of human trafficking in the U.S., by gender, age, ethnic origin; includes information on how victims are used. (Graphic Credit: MCT Campus, The Kansas City Star, 2009)

Lauren J. Mapp, Editor-in-Chief

November 5, 2012

Marie (not her real name) was a 15-year-old girl like many others – she was a soccer player who worked hard in her classes and had dreams of going to college to become a nurse. Unlike many students, though, she had a secret.

At home Marie's stepfather abused her on a regular basis, and after several years of sexual and physical trauma she became too afraid to stand up to him. Her solution was to run away from her family's home in Eastlake.

"I couldn't tell my mother because I knew it was gonna break her heart, and I was embarrassed to talk to anyone at school about it," Marie said. "I got up and left and thought that I'd finally be safe."

Instead of the safety she thought she was running away to, Marie instead found herself alone and hungry on the streets in downtown San Diego, wondering where she would turn next. When Bruce (also a pseudonym) asked her out to dinner, offering to pay, she gladly accepted. She and the 32-year-old immediately started dating, but within a few short weeks he revealed his plan to her for how they could make some quick cash: prostitution.

Having no other options, she reluctantly decided to go along with his idea, but Marie soon realized that the emotional turmoil would be more than she could bear.

"The first time was the hardest," Marie said. "I kept thinking that it was wrong. This man was dirty, sweating, groping me, focused on getting laid and nothing else. I went back to Bruce's apartment and cried myself

to sleep, saying I wouldn't do it again, but the next night I was back on the street."

America's Finest City is the eighth most prominent U.S. metro area for sex trafficking, according to the FBI (Los Angeles and San Francisco are also in the top 13). It is estimated that as many as 2,500 teenage runaways are in San Diego at any given time, and that most runaway children are approached for sex within 48 hours of being on their own, according to Generate Hope's Director of Development Holly Hepburn. Since 2010, Generate Hope – a San Diego non-profit organization – has been working with women ages 18 to 35 who are victims of sex trafficking, helping them break free from trafficking and reestablish themselves in mainstream society. Although Generate Hope helps victims from all areas, the majority are from San Diego County.

"It's very much happening in our cities and in our schools," Hepburn said about sex trafficking-related crimes.

Eric Drilling, a vice detective in the San Diego Police Department, said the average age for entering into prostitution is 12 to 13. He said that most local victims of sex trafficking are from the San Diego area. Drilling said people might see girls working on streets known for prostitutes, such as El Cajon Boulevard, and think they are there freely, but that this is often a misconception.

"A vast majority of these girls have pimps, and it may appear that they're willing to do this, but there's a lot of psychological coercion that goes into pimping," Drilling said.

The Californians Against Sexual Exploitation Act, also known as Proposition 35, is an initiative to fight sex trafficking in California, will be on the ballot Tuesday. If passed, the so-called CASE Act would increase Megan's Law protections against online predators, increase prison terms for those convicted of sex trafficking and require that law enforcement agents have sufficient training on human trafficking.

The CASE Act would also create fines for convicted criminals. Funds raised from the fines would be used in services to help sex trafficking victims.

"I think it's a good starting point because you've got to start somewhere," Hepburn said about the CASE Act. "It's a tough subject [and] it's going to be tough to get [the law] passed. People are just starting to learn about it."

Drilling believes changes in the law such as Prop 35 and increased funding for law enforcement are key to fighting sex trafficking.

"I'm a cop. I'm always going to advocate for more money," he said. "We could double the size of this [vice] unit, and it just means that many more girls off the street and that many more pimps in jail. Sentencing is something that certainly assists us with the goal of locking away people that engage in this activity."

Marie finally got away from Bruce and selling her body, yet many more victims of sex trafficking remain in San Diego. Today, Marie has escaped from both the trauma of her abusive upbringing and the abusive lifestyle of working for Bruce, but many children are still trapped within abusive relationships

"I wish that there were options for me when I was being abused by my stepdad," Marie said. "Other kids [shouldn't have to] sell their bodies like I did at that age, and I hope that things change so girls can escape from [sex] trafficking easier."

Trafficking victims are deceived by false promises of love, a good job, or a stable life and are lured or forced into situations where they are made to work under deplorable conditions with little or no pay. In the United States, trafficking victims can be American or foreign citizens.Sep 28, 2022